















JRL    8/22/05    12:28

3:05-CV-01629   ABBE V. SAN DIEGO CITY OF

*1*

*CMP.*

1  Gregory G. Petersen (SBN 77744)
   Bicvan T. Brown (SBN 201897)
2  CASTLE, PETERSEN & KRAUSE LLP
   Attorneys At Law
3  4675 MacArthur Court, Suite 1250
   Newport Beach, California 92660
4  Telephone: (949) 417-5600
   Facsimile: (949) 417-5641
5  e-mail: atty@cpk-law.com

6  Attorneys for Plaintiffs, for themselves,
   on behalf of all others similarly situated.
7

FILED

AUG 16 2005

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  Marcus R. Abbe, individually and on          CASE NO. 05CV1629 DMS (JMA)
    behalf of all others similarly situated;
12  Thomas E. Abbott Jr., individually
    and on behalf of all others similarly
13  situated; David G. Abrams,                   COMPLAINT FOR DAMAGES
    individually and on behalf of all others
14  similarly situated; Sabin M. Abrams,         DEMAND FOR JURY TRIAL
    individually and on behalf of all others
15  similarly situated; James R. Ackley,
    individually and on behalf of all others
16  similarly situated; Kristen B. Adams,
    individually and on behalf of all others
17  similarly situated; Lori M. Adams,           [CLASS ACTION]
    individually and on behalf of all others
18  similarly situated; Robert W. Adams,
    individually and on behalf of all others
19  similarly situated; Simon Adams,
    individually and on behalf of all others
20  similarly situated; Robert Adauto Jr.,
    individually and on behalf of all others
21  similarly situated; R. Elizabeth
    Addington, individually and on behalf
22  of all others similarly situated;
    Armando R. Aguilar, individually and
23  on behalf of all others similarly
    situated; Edward R. Aguirre,
24  individually and on behalf of all others
    similarly situated; Michael A. Aiken,
25  individually and on behalf of all others
    similarly situated; Leslie A. Albrecht,
26  individually and on behalf of all others
    similarly situated; Daniel T. Albright,
27  individually and on behalf of all others
    similarly situated; Donald A. Albright,
28

ORIGINAL

1

individually and on behalf of all others similarly situated; Richard Allen, individually and on behalf of all others similarly situated; Katherine E. Allison, individually and on behalf of all others similarly situated; Cathy N. Allister, individually and on behalf of all others similarly situated; Karen A. Almos, individually and on behalf of all others similarly situated; Jesse R. Almos Jr, individually and on behalf of all others similarly situated; Alan R. Alvarez, individually and on behalf of all others similarly situated; Arnolfo B. Ambito, individually and on behalf of all others similarly situated; Carlos A. Amezcua, individually and on behalf of all others similarly situated; Annette M. Anderson, individually and on behalf of all others similarly situated; Travis W. Anderson, individually and on behalf of all others similarly situated; Mark S. Annis, individually and on behalf of all others similarly situated; Robert W. Anschick, individually and on behalf of all others similarly situated; Ricardo Apodaca, individually and on behalf of all others similarly situated; Oscar A. Armenta, individually and on behalf of all others similarly situated; Scott J. Armstrong, individually and on behalf of all others similarly situated; James W. Arthur, individually and on behalf of all others similarly situated; Christopher T. Asbell, individually and on behalf of all others similarly situated; Frank Ashcraft, individually and on behalf of all others similarly situated; Anthony A. Atkins, individually and on behalf of all others similarly situated; Robert W. Atwood, individually and on behalf of all others similarly situated; Edward D. Austin, individually and on behalf of all others similarly situated; John W. Austin, individually and on behalf of all others similarly situated; John Autolino, individually and on behalf of all others similarly situated; Gary Avalos III, individually and on behalf of all others similarly situated; Lori L. Bach, individually and on behalf of all others similarly situated; Michael J. Baier, individually and on behalf of all

others similarly situated; Teresa
Bailey, individually and on behalf of
all others similarly situated; Robert M.
Baird Jr., individually and on behalf of
all others similarly situated; Todd R.
Baker, individually and on behalf of all
others similarly situated; James D.
Baker  Jr., individually and on behalf
of all others similarly situated; Vincent
J. Bales, individually and on behalf of
all others similarly situated; Joseph P.
Bane, individually and on behalf of all
others similarly situated; Sean A.
Bannan, individually and on behalf of
all others similarly situated; Kevin S.
Barnard, individually and on behalf of
all others similarly situated; Scott T.
Barnes, individually and on behalf of
all others similarly situated; Bridget P.
Barnett, individually and on behalf of
all others similarly situated; Suzie K.
Barney, individually and on behalf of
all others similarly situated; Charles R.
Barrett, individually and on behalf of
all others similarly situated; Scott D.
Bartolomei, individually and on behalf
of all others similarly situated; Tina C.
Bassett, individually and on behalf of
all others similarly situated; Tod E.
Bassett, individually and on behalf of
all others similarly situated; David R.
Bautista, individually and on behalf of
all others similarly situated; Michael
A. Beamesderfer, individually and on
behalf of all others similarly situated;
Jana M. Beard, individually and on
behalf of all others similarly situated;
Carole J. Beason, individually and on
behalf of all others similarly situated;
David W. Beathard, individually and
on behalf of all others similarly
situated; Edward L. Becker,
individually and on behalf of all others
similarly situated; William F. Becker,
individually and on behalf of all others
similarly situated; Paul J. Becotte,
individually and on behalf of all others
similarly situated; Steven M. Behrendt,
individually and on behalf of all others
similarly situated; Cynthia M.
Beilstein, individually and on behalf of
all others similarly situated; John P.
Beilstein, individually and on behalf of
all others similarly situated; Kevin P.

3

Complaint

Belland, individually and on behalf of all others similarly situated; Brigitta J. Belz, individually and on behalf of all others similarly situated; Michael W. Belz, individually and on behalf of all others similarly situated; Michael R. Bendixen, individually and on behalf of all others similarly situated; Teryl L. Bernard, individually and on behalf of all others similarly situated; Gerald F. Berner Jr., individually and on behalf of all others similarly situated; Meryl A. Bernstein, individually and on behalf of all others similarly situated; David A. Bertrand, individually and on behalf of all others similarly situated; Rebecca E. Bigbie, individually and on behalf of all others similarly situated; Robert R. Bigbie, individually and on behalf of all others similarly situated; Jeffrey J. Biletnikoff, individually and on behalf of all others similarly situated; Daniel M. Billberry, individually and on behalf of all others similarly situated; Gregory R. Bisesto, individually and on behalf of all others similarly situated; Dennis Bishop, individually and on behalf of all others similarly situated; Betty Bixby, individually and on behalf of all others similarly situated; Lynn M Bixel, individually and on behalf of all others similarly situated; Jeffrey D. Blackford, individually and on behalf of all others similarly situated; Gifford D. Blakesley, individually and on behalf of all others similarly situated; Mark T. Blakesley, individually and on behalf of all others similarly situated; Thomas M. Boerum, individually and on behalf of all others similarly situated; Eugene H. Bojorquez, individually and on behalf of all others similarly situated; Daniel W. Boldt, individually and on behalf of all others similarly situated; Donald J. Borinski, individually and on behalf of all others similarly situated; Thaddeus W. Borkowski, individually and on behalf of all others similarly situated; Nicolas Borrelli, individually and on behalf of all others similarly situated; Thomas R. Bostedt, individually and on behalf of all others similarly situated; Matthew

4

Complaint

E. Botkin, individually and on behalf of all others similarly situated; Arthur O. Bowen, individually and on behalf of all others similarly situated; Gary L. Bowen Jr., individually and on behalf of all others similarly situated; Clayton Bowers, individually and on behalf of all others similarly situated; Edwin Boyce, individually and on behalf of all others similarly situated; Schuyler V. Boyce, individually and on behalf of all others similarly situated; James W. Boyd, individually and on behalf of all others similarly situated; Phillip K. Bozarth, individually and on behalf of all others similarly situated; Frank P. Bradley, individually and on behalf of all others similarly situated; James M. Bradley, individually and on behalf of all others similarly situated; Julie M. Bradley, individually and on behalf of all others similarly situated; Tracy D. Braun, individually and on behalf of all others similarly situated; Glenn A. Breitenstein, individually and on behalf of all others similarly situated; Daniel G. Brent, individually and on behalf of all others similarly situated; Lisa L. Bressler, individually and on behalf of all others similarly situated; Robert R. Bressler, individually and on behalf of all others similarly situated; Daniel M. Brinkerhoff, individually and on behalf of all others similarly situated; Russell D. Bristol, individually and on behalf of all others similarly situated; Frank J. Brito, individually and on behalf of all others similarly situated; Kevin M Brooks, individually and on behalf of all others similarly situated; Ronald Broussard, individually and on behalf of all others similarly situated; Neal N. Browder Jr., individually and on behalf of all others similarly situated; Douglas M. Brown, individually and on behalf of all others similarly situated; Jon M. Brown, individually and on behalf of all others similarly situated; Ronald O. Brown, individually and on behalf of all others similarly situated; Scott H. Brown, individually and on behalf of all others similarly situated; Troy A. Brown, individually and on behalf of

5

all others similarly situated; Gregory W. Brown Jr., individually and on behalf of all others similarly situated; Joy M. Brugman, individually and on behalf of all others similarly situated; Christopher M. Brush, individually and on behalf of all others similarly situated; Terrance L. Bryan, individually and on behalf of all others similarly situated; Mark J. Bua, individually and on behalf of all others similarly situated; Deborah W. Burger, individually and on behalf of all others similarly situated; Randy P. Burgess, individually and on behalf of all others similarly situated; Christina D. Burhans, individually and on behalf of all others similarly situated; Joshua P. Burkhardt, individually and on behalf of all others similarly situated; Timothy A. Burns, individually and on behalf of all others similarly situated; Daniel A. Burow, individually and on behalf of all others similarly situated; John D. Buttle, individually and on behalf of all others similarly situated; Richard A. Butts, individually and on behalf of all others similarly situated; Bruce T. Byrd, individually and on behalf of all others similarly situated; Jeanne M. Byrd, individually and on behalf of all others similarly situated; Phillip D. Cady, individually and on behalf of all others similarly situated; Lawrence B. Cahill, individually and on behalf of all others similarly situated; William D. Cahill, individually and on behalf of all others similarly situated; Jene L'Mont Calloway, individually and on behalf of all others similarly situated; Arthur L. Calvert, individually and on behalf of all others similarly situated; Christen M. Cameron, individually and on behalf of all others similarly situated; Arturo C. Campa, individually and on behalf of all others similarly situated; William H. Campbell, individually and on behalf of all others similarly situated; Frank A. Canson, individually and on behalf of all others similarly situated; Claudia Canto, individually and on behalf of all others similarly situated; Ruth S.

---

6

Complaint

Cardona, individually and on behalf of all others similarly situated; Theodore M. Carignan, individually and on behalf of all others similarly situated; Karrie L. Carlson, individually and on behalf of all others similarly situated; Mark A. Carlson, individually and on behalf of all others similarly situated; Thomas J. Carlyon IV, individually and on behalf of all others similarly situated; Daniel P. Caropreso, individually and on behalf of all others similarly situated; Frank L. Caropreso Jr, individually and on behalf of all others similarly situated; Javier Carranza, individually and on behalf of all others similarly situated; Robert T. Carroll, individually and on behalf of all others similarly situated; Scott Carter, individually and on behalf of all others similarly situated; Tony B. Carter, individually and on behalf of all others similarly situated; William J. Carter, individually and on behalf of all others similarly situated; Roderick A. Casey, individually and on behalf of all others similarly situated; Roberto A. Casillas, individually and on behalf of all others similarly situated; Joseph B. Castillo, individually and on behalf of all others similarly situated; Clinton E. Castle, individually and on behalf of all others similarly situated; Cesar Castro, individually and on behalf of all others similarly situated; Ricky F. Castro, individually and on behalf of all others similarly situated; Rudy P. Castro Jr., individually and on behalf of all others similarly situated; Arthur H. Cavada, individually and on behalf of all others similarly situated; Misty R. Cedrun, individually and on behalf of all others similarly situated; Daniel E. Cerar, individually and on behalf of all others similarly situated; George Cesena, individually and on behalf of all others similarly situated; Carlos Chacon, individually and on behalf of all others similarly situated; John Chaney, individually and on behalf of all others similarly situated; Mark A. Chavez, individually and on behalf of all others similarly situated; Blake A. Cheary,

Complaint

individually and on behalf of all others similarly situated; Jonathan C. Cheng, individually and on behalf of all others similarly situated; Jon P. Cherski, individually and on behalf of all others similarly situated; James H. Chiles, individually and on behalf of all others similarly situated; Jeffrey W. Chione, individually and on behalf of all others similarly situated; Raphael R. Cimmarrusti, individually and on behalf of all others similarly situated; Dolores M. Cirino, individually and on behalf of all others similarly situated; Brent E. Cisneros, individually and on behalf of all others similarly situated; Dale L. Clark, individually and on behalf of all others similarly situated; John C. Clark, individually and on behalf of all others similarly situated; Joseph A. Clark, individually and on behalf of all others similarly situated; Lamont H. Clark, individually and on behalf of all others similarly situated; Robert D. Clark, individually and on behalf of all others similarly situated; Raymond P. Clark  Sr., individually and on behalf of all others similarly situated; Deborah A. Clem, individually and on behalf of all others similarly situated; James H. Clem, individually and on behalf of all others similarly situated; Michael A. Clippinger, individually and on behalf of all others similarly situated; Rex Cole  Jr., individually and on behalf of all others similarly situated; Christopher P. Collier, individually and on behalf of all others similarly situated; Kimberly A. Collier, individually and on behalf of all others similarly situated; James T. Collins, individually and on behalf of all others similarly situated; Bernie T. Colon, individually and on behalf of all others similarly situated; Luis M. Colon, individually and on behalf of all others similarly situated; Victor S. Colvin, individually and on behalf of all others similarly situated; Donald R. Cone, individually and on behalf of all others similarly situated; Robert D. Connaughy, individually and on behalf of all others similarly situated; David

Contreras, individually and on behalf of all others similarly situated; Sean R. Conway, individually and on behalf of all others similarly situated; Lloyd E. Cook, individually and on behalf of all others similarly situated; Robert H. Cook, individually and on behalf of all others similarly situated; Patrick J. Cooley, individually and on behalf of all others similarly situated; Phil B. Cooper, individually and on behalf of all others similarly situated; Noe F. Cordero, individually and on behalf of all others similarly situated; Brian K. Cornell, individually and on behalf of all others similarly situated; Jeannette L. Cornell, individually and on behalf of all others similarly situated; Gary F. Corner, individually and on behalf of all others similarly situated; Robert M. Cornett, individually and on behalf of all others similarly situated; Henry D. Corrales, individually and on behalf of all others similarly situated; Deborah A. Cotellessa, individually and on behalf of all others similarly situated; Carol V. Council, individually and on behalf of all others similarly situated; Chad E. Crenshaw, individually and on behalf of all others similarly situated; Marco A. Crisostomo, individually and on behalf of all others similarly situated; Tyrone H. Crosby, individually and on behalf of all others similarly situated; Robert P. Cruz, individually and on behalf of all others similarly situated; Vedasto A. Cruz Jr., individually and on behalf of all others similarly situated; William L. Cuddy III, individually and on behalf of all others similarly situated; Celso G. Cueva, individually and on behalf of all others similarly situated; James P. Culligan, individually and on behalf of all others similarly situated; Ralph A. Cummings, individually and on behalf of all others similarly situated; David W. Cupples, individually and on behalf of all others similarly situated; Christopher P. Curran, individually and on behalf of all others similarly situated; Laurie J. Curran, individually and on behalf of all others similarly situated; Fenella R. Custer,

Complaint

individually and on behalf of all others similarly situated; Mariusz Czas, individually and on behalf of all others similarly situated; Denise F. Dailey, individually and on behalf of all others similarly situated; Leroy K. Dailey, individually and on behalf of all others similarly situated; Josephine I. Dains, individually and on behalf of all others similarly situated; Scott W. Daniels, individually and on behalf of all others similarly situated; Robert W. Dare, individually and on behalf of all others similarly situated; Eric C. Davis, individually and on behalf of all others similarly situated; Garry R. Davis, individually and on behalf of all others similarly situated; John W. Davis, individually and on behalf of all others similarly situated; Michael J. Davis, individually and on behalf of all others similarly situated; Richard E. Davis, individually and on behalf of all others similarly situated; William T. Davis Jr., individually and on behalf of all others similarly situated; Dean L. Davison, individually and on behalf of all others similarly situated; Jerome Dawson, individually and on behalf of all others similarly situated; Michael O. Day, individually and on behalf of all others similarly situated; William J. Day Jr., individually and on behalf of all others similarly situated; Alexander De Armas, individually and on behalf of all others similarly situated; Charles De la Cruz, individually and on behalf of all others similarly situated; Susan M. de la Pena, individually and on behalf of all others similarly situated; Deana E. De Los Reyes, individually and on behalf of all others similarly situated; Romeo C. De Los Reyes, individually and on behalf of all others similarly situated; Michael J. Dean, individually and on behalf of all others similarly situated; Conrado V. Decastro, individually and on behalf of all others similarly situated; Geoffrey S. Decesari, individually and on behalf of all others similarly situated; Jonathan M. DeGuzman, individually and on behalf of all others similarly situated; Raul Delgadillo, individually

and on behalf of all others similarly situated; Roberto L. Delgadillo, individually and on behalf of all others similarly situated; Constandinos A. Delimitros, individually and on behalf of all others similarly situated; Jovanna R. Derrough, individually and on behalf of all others similarly situated; Edward A. DeVowe, individually and on behalf of all others similarly situated; Derek D. Diaz, individually and on behalf of all others similarly situated; James F. Dickinson, individually and on behalf of all others similarly situated; John (Jack) R. Didelot, individually and on behalf of all others similarly situated; Jennifer E. Dishon, individually and on behalf of all others similarly situated; Roy J. Doakes, individually and on behalf of all others similarly situated; Matthew W. Dobbs, individually and on behalf of all others similarly situated; Wayne R. Doeden, individually and on behalf of all others similarly situated; Donald J. Dolezal Jr., individually and on behalf of all others similarly situated; James E. Dollins, individually and on behalf of all others similarly situated; Marianne L. Dougherty, individually and on behalf of all others similarly situated; Ronald H. Dougherty, individually and on behalf of all others similarly situated; David F. Douglas, individually and on behalf of all others similarly situated; Samuel D. Douglas, individually and on behalf of all others similarly situated; Gregory T. Drilling, individually and on behalf of all others similarly situated; Arthur W. Dubois III, individually and on behalf of all others similarly situated; Brett A. Dudley, individually and on behalf of all others similarly situated; Kevin C. Duffy, individually and on behalf of all others similarly situated; John G. Dunbar, individually and on behalf of all others similarly situated; Jeffrey Dunn, individually and on behalf of all others similarly situated; Anthony L. Dupree, individually and on behalf of all others similarly situated; Joseph M. Durand, individually and on behalf of all others similarly situated; Wende M.

Eckard, individually and on behalf of
all others similarly situated; Richard
K. Edgil, individually and on behalf of
all others similarly situated; Frederick
G. Edwards, individually and on behalf
of all others similarly situated; Michael
J. Edwards, individually and on behalf
of all others similarly situated; Sheryl
L. Edwards, individually and on behalf
of all others similarly situated; Randal
W. Eichmann, individually and on
behalf of all others similarly situated;
Roland H. Elkins, individually and on
behalf of all others similarly situated;
John Elliott, individually and on behalf
of all others similarly situated;
Christopher J. Ellis, individually and
on behalf of all others similarly
situated; Shari L. Ellithorpe,
individually and on behalf of all others
similarly situated; William Ellithorpe
Jr., individually and on behalf of all
others similarly situated; Darryl L.
Emerson, individually and on behalf of
all others similarly situated; Ernesto
Encinas, individually and on behalf of
all others similarly situated; Leland
English, individually and on behalf of
all others similarly situated; Richard
D. Ensign, individually and on behalf
of all others similarly situated; Julie M.
Epperson, individually and on behalf
of all others similarly situated; Steven
S. Epperson, individually and on
behalf of all others similarly situated;
Edward G. Erbe, individually and on
behalf of all others similarly situated;
Manuel Escalante, individually and on
behalf of all others similarly situated;
Christopher C. Escudero, individually
and on behalf of all others similarly
situated; Marlon J. Estepa, individually
and on behalf of all others similarly
situated; Christopher D. Everett,
individually and on behalf of all others
similarly situated; Christine M.
Farmer, individually and on behalf of
all others similarly situated; Debra L.
Farrar, individually and on behalf of
all others similarly situated; Jay P.
Farrington, individually and on behalf
of all others similarly situated;
Timothy K. Faubel, individually and
on behalf of all others similarly

Complaint

situated; Paul J. Fay, individually and on behalf of all others similarly situated; David L. Felkins, individually and on behalf of all others similarly situated; Andrew L. Fellows, individually and on behalf of all others similarly situated; Jeffrey M. Fellows Sr., individually and on behalf of all others similarly situated; Michael J. Fender, individually and on behalf of all others similarly situated; Alejandro M. Fernandez, individually and on behalf of all others similarly situated; James D. Filley, individually and on behalf of all others similarly situated; Robert G. Filley, individually and on behalf of all others similarly situated; Rodney W. Fischer, individually and on behalf of all others similarly situated; Lawanda M. Fisher, individually and on behalf of all others similarly situated; Larry E. Fixsen, individually and on behalf of all others similarly situated; Michael F. Flanagan, individually and on behalf of all others similarly situated; Gregory A. Flood, individually and on behalf of all others similarly situated; Miguel M. Flores, individually and on behalf of all others similarly situated; Raul Flores, individually and on behalf of all others similarly situated; Steve T. Flores, individually and on behalf of all others similarly situated; Gilbert H. Flores Jr., individually and on behalf of all others similarly situated; Anna M. Ford, individually and on behalf of all others similarly situated; James M. Ford, individually and on behalf of all others similarly situated; Mark E. Foreman, individually and on behalf of all others similarly situated; Colin R. Forsey, individually and on behalf of all others similarly situated; Kenneth N. Fortier, individually and on behalf of all others similarly situated; Natalie F. Fortier, individually and on behalf of all others similarly situated; Richard C. Fortuna, individually and on behalf of all others similarly situated; Robert M. Fowler, individually and on behalf of all others similarly situated; Charles R. Fox, individually and on behalf of all others similarly situated; Phillip J.

Franchina, individually and on behalf
of all others similarly situated;
Reginald F. Frank, individually and on
behalf of all others similarly situated;
Hugg French, individually and on
behalf of all others similarly situated;
Kevin B. French, individually and on
behalf of all others similarly situated;
William L. Frew, individually and on
behalf of all others similarly situated;
Brian J. Freymueller, individually and
on behalf of all others similarly
situated; Kevin B. Friedman,
individually and on behalf of all others
similarly situated; Aaron K. Frodente,
individually and on behalf of all others
similarly situated; Hector E. Fuentes,
individually and on behalf of all others
similarly situated; Marco A. Fuentes,
individually and on behalf of all others
similarly situated; John P. Fune,
individually and on behalf of all others
similarly situated; Andrea S. Furst,
individually and on behalf of all others
similarly situated; Mark S. Gain,
individually and on behalf of all others
similarly situated; Gerry D. Gapusan,
individually and on behalf of all others
similarly situated; David D. Garcia,
individually and on behalf of all others
similarly situated; Ivan Garcia,
individually and on behalf of all others
similarly situated; Linda E. Garcia,
individually and on behalf of all others
similarly situated; Manuel M. Garcia,
individually and on behalf of all others
similarly situated; Ronald R. Garcia,
individually and on behalf of all others
similarly situated; Ralph J. Garcia Jr.,
individually and on behalf of all others
similarly situated; Justin C. Garlow,
individually and on behalf of all others
similarly situated; Edwin R. Garrette,
individually and on behalf of all others
similarly situated; Larry D. Gathright,
individually and on behalf of all others
similarly situated; James R. Gee,
individually and on behalf of all others
similarly situated; Paul B. Geis,
individually and on behalf of all others
similarly situated; John P. Gener,
individually and on behalf of all others
similarly situated; Frank A. Gerbac,
individually and on behalf of all others

14

Complaint

similarly situated; Frederick R. Gerke, individually and on behalf of all others similarly situated; Troy A. Gibson, individually and on behalf of all others similarly situated; Robert I. Gilbert, individually and on behalf of all others similarly situated; David N. Gilligan, individually and on behalf of all others similarly situated; Casey D. Gini, individually and on behalf of all others similarly situated; Shannah W. Glazewski, individually and on behalf of all others similarly situated; Dewayne F. Glazewski II, individually and on behalf of all others similarly situated; Loretta L. Glick, individually and on behalf of all others similarly situated; Brian M. Goldberg, individually and on behalf of all others similarly situated; James G. Golembiewski, individually and on behalf of all others similarly situated; Edward R. Gomez, individually and on behalf of all others similarly situated; Juan J. Gomez, individually and on behalf of all others similarly situated; Gary S. Gonzales, individually and on behalf of all others similarly situated; Jordi Gonzalez, individually and on behalf of all others similarly situated; Gregg I. Goodman, individually and on behalf of all others similarly situated; Michael V. Gordon, individually and on behalf of all others similarly situated; Charles M. Graham, individually and on behalf of all others similarly situated; Richard R. Grano, individually and on behalf of all others similarly situated; James E. Graves, individually and on behalf of all others similarly situated; Cedric J. Green, individually and on behalf of all others similarly situated; Scott Y. Greenwood, individually and on behalf of all others similarly situated; Christine A. Gregg, individually and on behalf of all others similarly situated; Mary K. Gressel, individually and on behalf of all others similarly situated; William T. Griffin, individually and on behalf of all others similarly situated; Eric Groeger, individually and on behalf of all others similarly situated; Mike Gutierrez,

individually and on behalf of all others similarly situated; Mark G. Haas, individually and on behalf of all others similarly situated; Gregory A. Haisan, individually and on behalf of all others similarly situated; David C. Hall, individually and on behalf of all others similarly situated; Lawrence A. Hall, individually and on behalf of all others similarly situated; Patrick S. Hall, individually and on behalf of all others similarly situated; Ronald G. Hall, individually and on behalf of all others similarly situated; Timothy C. Hall, individually and on behalf of all others similarly situated; Kimber L. Hammond, individually and on behalf of all others similarly situated; Michelle Hansen-Garcia, individually and on behalf of all others similarly situated; Jerry P. Hara, individually and on behalf of all others similarly situated; John J. Harberth, individually and on behalf of all others similarly situated; Corinne Hard, individually and on behalf of all others similarly situated; Joseph P. Harper, individually and on behalf of all others similarly situated; Jeffrey L. Harrington, individually and on behalf of all others similarly situated; Paul A. Harris, individually and on behalf of all others similarly situated; Shannon W. Hart, individually and on behalf of all others similarly situated; Michael A. Hartman, individually and on behalf of all others similarly situated; J. Aaron Harwick, individually and on behalf of all others similarly situated; Muhammad A. Hassan, individually and on behalf of all others similarly situated; Michael R. Hastings, individually and on behalf of all others similarly situated; Ramona R. Hastings, individually and on behalf of all others similarly situated; Roger E. Hatch, individually and on behalf of all others similarly situated; Daniel Hatfield, individually and on behalf of all others similarly situated; Daniel C. Hattler, individually and on behalf of all others similarly situated; John D. Haugland, individually and on behalf of all others similarly situated; Robin

Complaint

L. Hayes, individually and on behalf of all others similarly situated; David M. Headley, individually and on behalf of all others similarly situated; Kathleen F. Healey, individually and on behalf of all others similarly situated; Jennifer P. Hebdon, individually and on behalf of all others similarly situated; Robert T. Heims, individually and on behalf of all others similarly situated; Patrick M. Heller, individually and on behalf of all others similarly situated; Scott Henderson, individually and on behalf of all others similarly situated; Emmitt Henderson Jr, individually and on behalf of all others similarly situated; Janice L. Hendrickson, individually and on behalf of all others similarly situated; John S. Hendrix, individually and on behalf of all others similarly situated; Robert C. Hendrix, individually and on behalf of all others similarly situated; Randall T. Henrizi, individually and on behalf of all others similarly situated; Matthew J. Henry, individually and on behalf of all others similarly situated; Shaun P. Henry, individually and on behalf of all others similarly situated; James K. Heppell, individually and on behalf of all others similarly situated; James F. Hergenroeather, individually and on behalf of all others similarly situated; Daniel Hernandez, individually and on behalf of all others similarly situated; Israel Hernandez, individually and on behalf of all others similarly situated; Manuel S. Hernandez, individually and on behalf of all others similarly situated; Nestor Hernandez, individually and on behalf of all others similarly situated; Ruben C. Hernandez, individually and on behalf of all others similarly situated; Victor M. Herrera, individually and on behalf of all others similarly situated; Mark S. Herring, individually and on behalf of all others similarly situated; Larry R. Hesselgesser Jr., individually and on behalf of all others similarly situated; Bryan W. Hewitt, individually and on behalf of all others similarly situated; Byron E. Hibshman, individually and on behalf of all others similarly

situated; Matthew P. Hicks,
individually and on behalf of all others
similarly situated; Wade High,
individually and on behalf of all others
similarly situated; Steven F. Higuera,
individually and on behalf of all others
similarly situated; Gary W. Hill,
individually and on behalf of all others
similarly situated; Jerald Hill,
individually and on behalf of all others
similarly situated; Randall B. Hill,
individually and on behalf of all others
similarly situated; Renee L. Hill,
individually and on behalf of all others
similarly situated; Richard A. Hinzo,
individually and on behalf of all others
similarly situated; Anne-Marie Hiskes,
individually and on behalf of all others
similarly situated; Diana L. Hodges,
individually and on behalf of all others
similarly situated; Mark S. Hodges,
individually and on behalf of all others
similarly situated; Kenneth P. Hodges
Sr., individually and on behalf of all
others similarly situated; Thomas E
Hoenes, individually and on behalf of
all others similarly situated; Frank J.
Hoerman, individually and on behalf
of all others similarly situated; Ken L.
Hofer, individually and on behalf of all
others similarly situated; Lloyd J. Hoff
Jr., individually and on behalf of all
others similarly situated; Andrew T.
Hoffman, individually and on behalf of
all others similarly situated; David A.
Hoffman, individually and on behalf of
all others similarly situated; Marc G.
Hoffman, individually and on behalf of
all others similarly situated; Charles F.
Hogquist, individually and on behalf
of all others similarly situated; Mike
D. Holden, individually and on behalf
of all others similarly situated; Scott C.
Holden, individually and on behalf of
all others similarly situated; Vanessa
Holland, individually and on behalf of
all others similarly situated; Elizabeth
R. Holliday, individually and on behalf
of all others similarly situated; Stephen
T. Holliday, individually and on behalf
of all others similarly situated; Paul T.
Holman, individually and on behalf of
all others similarly situated; William
B. Holmes, individually and on behalf

1 of all others similarly situated; Richard
2 E. Holmstrom, individually and on
behalf of all others similarly situated;
3 Scott R. Holslag, individually and on
behalf of all others similarly situated;
4 Christopher J. Holt, individually and
on behalf of all others similarly
5 situated; Paul Hook, individually and
on behalf of all others similarly
6 situated; Gregory M. Hoolihan,
individually and on behalf of all others
7 similarly situated; Joel G. Hoolihan,
individually and on behalf of all others
8 similarly situated; John P. Hoolihan,
individually and on behalf of all others
9 similarly situated; Perry L. Hooper,
individually and on behalf of all others
10 similarly situated; William M. Hoover,
individually and on behalf of all others
11 similarly situated; John P. Horvath,
individually and on behalf of all others
12 similarly situated; Robert W. Hovey,
individually and on behalf of all others
13 similarly situated; John P. Howard,
individually and on behalf of all others
14 similarly situated; Larry S. Howell,
individually and on behalf of all others
15 similarly situated; Roger G. Howes,
individually and on behalf of all others
16 similarly situated; Lester H. Hubble,
individually and on behalf of all others
17 similarly situated; Phillip D. Hubbs,
individually and on behalf of all others
18 similarly situated; Paul D. Hubka,
individually and on behalf of all others
19 similarly situated; Dona Hufford,
individually and on behalf of all others
20 similarly situated; Ty L. Hufford,
individually and on behalf of all others
21 similarly situated; James C. Hunter,
individually and on behalf of all others
22 similarly situated; David J. Hustad,
individually and on behalf of all others
23 similarly situated; Steven Hutchinson,
individually and on behalf of all others
24 similarly situated; John J. Huys,
individually and on behalf of all others
25 similarly situated; John D. Iammarino,
individually and on behalf of all others
26 similarly situated; David M. Iorillo,
individually and on behalf of all others
27 similarly situated; Craig E. Isbell,
individually and on behalf of all others
28 similarly situated; Brian A. Jackson,

19
Complaint

individually and on behalf of all others similarly situated; Corinne M. Jackson, individually and on behalf of all others similarly situated; Danielle J. Jackson, individually and on behalf of all others similarly situated; Robert F. Jackson, individually and on behalf of all others similarly situated; Jane E. Jacobsen, individually and on behalf of all others similarly situated; Todd T. Jager, individually and on behalf of all others similarly situated; Jason S. Jarrells, individually and on behalf of all others similarly situated; Lynda E. Jarvis, individually and on behalf of all others similarly situated; Philip T. Jarvis, individually and on behalf of all others similarly situated; Gregory A. Jebb, individually and on behalf of all others similarly situated; Scott E. Jedlicka, individually and on behalf of all others similarly situated; Donna L. Jennes, individually and on behalf of all others similarly situated; David E. Jennings, individually and on behalf of all others similarly situated; John W. Jillard, individually and on behalf of all others similarly situated; Alejandra D. Jimenez, individually and on behalf of all others similarly situated; Daniel H. Jimenez, individually and on behalf of all others similarly situated; Louis B. Johns, individually and on behalf of all others similarly situated; Anthony K. Johnson, individually and on behalf of all others similarly situated; Antonio D. Johnson, individually and on behalf of all others similarly situated; Barry E. Johnson, individually and on behalf of all others similarly situated; Janine N. Johnson, individually and on behalf of all others similarly situated; Jeffrey M. Johnson, individually and on behalf of all others similarly situated; John A. Johnson, individually and on behalf of all others similarly situated; Kelly J. Johnson, individually and on behalf of all others similarly situated; Luke T. Johnson, individually and on behalf of all others similarly situated; Matthew J. Johnson, individually and on behalf of all others similarly situated; Rodney C. Johnson, individually and on behalf of all others similarly situated; Sarah

20

Complaint

A. Johnson, individually and on behalf of all others similarly situated; Timothy D. Johnson, individually and on behalf of all others similarly situated; Buddy L. Johnson II, individually and on behalf of all others similarly situated; Scott W. Johnston, individually and on behalf of all others similarly situated; Bennie L. Jolly, individually and on behalf of all others similarly situated; Edward V. Jones, individually and on behalf of all others similarly situated; James W. Jones, individually and on behalf of all others similarly situated; Randal L. Jones, individually and on behalf of all others similarly situated; Thomas R. Jones, individually and on behalf of all others similarly situated; Jeffrey T. Jordon, individually and on behalf of all others similarly situated; Marc E. Jose, individually and on behalf of all others similarly situated; Thomas W. Joy, individually and on behalf of all others similarly situated; Corey B. Jung, individually and on behalf of all others similarly situated; Monica E. Kaiser, individually and on behalf of all others similarly situated; Alan B. Karsh, individually and on behalf of all others similarly situated; Theodore M. Kasinak, individually and on behalf of all others similarly situated; Edward E. Kaszycki, individually and on behalf of all others similarly situated; George C. Kathan, individually and on behalf of all others similarly situated; Charles Q. Kaye, individually and on behalf of all others similarly situated; Todd V. Kearns, individually and on behalf of all others similarly situated; Timothy J. Keating, individually and on behalf of all others similarly situated; Brian L. Keaton, individually and on behalf of all others similarly situated; Johnny F. Keene Jr., individually and on behalf of all others similarly situated; David W. Keesling, individually and on behalf of all others similarly situated; Paul N. Keffer, individually and on behalf of all others similarly situated; Nicholas I. Kelbaugh, individually and on behalf of all others similarly situated; Carla A. Keller, individually

and on behalf of all others similarly situated; William L. Kellner, individually and on behalf of all others similarly situated; Jacob E. Kern, individually and on behalf of all others similarly situated; David R. Kersch, individually and on behalf of all others similarly situated; Jason L. Kessel, individually and on behalf of all others similarly situated; Mark L. Keyser, individually and on behalf of all others similarly situated; Stephen M. Kingkade, individually and on behalf of all others similarly situated; Theresa L. Kinney, individually and on behalf of all others similarly situated; Richard S. Kirchhoff, individually and on behalf of all others similarly situated; James B. Kistner, individually and on behalf of all others similarly situated; William A. Knight, individually and on behalf of all others similarly situated; Christopher L. Knighten, individually and on behalf of all others similarly situated; Jack K. Knish, individually and on behalf of all others similarly situated; Phillip P. Konz, individually and on behalf of all others similarly situated; Johni Kosugi, individually and on behalf of all others similarly situated; Patricia R. Krall, individually and on behalf of all others similarly situated; David Kries, individually and on behalf of all others similarly situated; Michael L. Kroesch, individually and on behalf of all others similarly situated; Joseph J. Krouss, individually and on behalf of all others similarly situated; Nancy Kulinski, individually and on behalf of all others similarly situated; Edward P. Kunold, individually and on behalf of all others similarly situated; James A. Kurupas, individually and on behalf of all others similarly situated; Demetrios G. Kyres, individually and on behalf of all others similarly situated; Patrick Laco, individually and on behalf of all others similarly situated; David Y. Lamaku, individually and on behalf of all others similarly situated; Michael L. Lambert, individually and on behalf of all others similarly situated; David L. Landman, individually and on behalf of all others

Complaint

similarly situated; Charles Lara, individually and on behalf of all others similarly situated; Ronald P. Larmour, individually and on behalf of all others similarly situated; Daniel P. Lasher, individually and on behalf of all others similarly situated; Stephen J. Laursen, individually and on behalf of all others similarly situated; Edmund J. LaValle II, individually and on behalf of all others similarly situated; Scott M. Lawford, individually and on behalf of all others similarly situated; David J. Lawlor, individually and on behalf of all others similarly situated; Gary A. Lawrence, individually and on behalf of all others similarly situated; Brooke P. Lawson, individually and on behalf of all others similarly situated; Vu A. Le, individually and on behalf of all others similarly situated; Daniel W. Leach, individually and on behalf of all others similarly situated; John B. Leamons Jr., individually and on behalf of all others similarly situated; Tony C. Lee, individually and on behalf of all others similarly situated; William E. Leffler, individually and on behalf of all others similarly situated; Sandi F. Lehan, individually and on behalf of all others similarly situated; Larry W. Leiber, individually and on behalf of all others similarly situated; Ronald W. LeMaster, individually and on behalf of all others similarly situated; Roberto G. Lemus, individually and on behalf of all others similarly situated; Patrick A. Lenhart, individually and on behalf of all others similarly situated; Paul R. Lennon, individually and on behalf of all others similarly situated; Jorge R. Leon, individually and on behalf of all others similarly situated; Michael A. Leonard, individually and on behalf of all others similarly situated; Alberto H. Leos, individually and on behalf of all others similarly situated; Brian C. Leribeus, individually and on behalf of all others similarly situated; John B. Levan, individually and on behalf of all others similarly situated; Randon E. Levitt, individually and on behalf of all others similarly situated; Kazimierz P.

Complaint

Lewak, individually and on behalf of all others similarly situated; Robert A. Lewis, individually and on behalf of all others similarly situated; Robert L. Lewis, individually and on behalf of all others similarly situated; Iledfonso Limon, individually and on behalf of all others similarly situated; Anthony J. Linardi Jr., individually and on behalf of all others similarly situated; Lawrence J. Lindstrom, individually and on behalf of all others similarly situated; James R. Livesey, individually and on behalf of all others similarly situated; Robert Lobato, individually and on behalf of all others similarly situated; Henry L. Lobel, individually and on behalf of all others similarly situated; Thomas E. Loftin, individually and on behalf of all others similarly situated; James W. Long, individually and on behalf of all others similarly situated; Timothy M. Long, individually and on behalf of all others similarly situated; Gabriel A. Lopez, individually and on behalf of all others similarly situated; Joseph A. Lopez, individually and on behalf of all others similarly situated; Gene C. Loucks, individually and on behalf of all others similarly situated; Darrell L. Loughrey, individually and on behalf of all others similarly situated; Warren L. Lovell, individually and on behalf of all others similarly situated; Arturo Lovio, individually and on behalf of all others similarly situated; Alfred Lozano, individually and on behalf of all others similarly situated; Christopher M. Luce, individually and on behalf of all others similarly situated; Daniel D. Luth, individually and on behalf of all others similarly situated; Charles D. Lyall, individually and on behalf of all others similarly situated; Edward D. Lynch, individually and on behalf of all others similarly situated; Albert B. Macawili, individually and on behalf of all others similarly situated; Edward A. MacConaghy, individually and on behalf of all others similarly situated; Brett N. Macfarlane, individually and on behalf of all others similarly situated; Andre D. Mack, individually

Complaint

| | |
|---|---|
| 1 | and on behalf of all others similarly |
| 2 | situated; Bertha MacTiernan, individually and on behalf of all others |
| 3 | similarly situated; Peter Madrid, individually and on behalf of all others |
| 4 | similarly situated; Louis J. Maggi Jr., individually and on behalf of all others |
| 5 | similarly situated; George N. Maglaras, individually and on behalf |
| 6 | of all others similarly situated; Bryan W. Manning, individually and on |
| 7 | behalf of all others similarly situated; Cory S. Mapston, individually and on |
| 8 | behalf of all others similarly situated; Charles D. Marciniak, individually and |
| 9 | on behalf of all others similarly situated; Mark A. Marcos, |
| 10 | individually and on behalf of all others similarly situated; Stephen G. |
| 11 | Margetts, individually and on behalf of all others similarly situated; Paul B. |
| 12 | Marino, individually and on behalf of all others similarly situated; Terry M. |
| 13 | Marquez, individually and on behalf of all others similarly situated; David R. |
| 14 | Marshall, individually and on behalf of all others similarly situated; Chrissy L. |
| 15 | Martinez, individually and on behalf of all others similarly situated; Ruben C. |
| 16 | Martinez, individually and on behalf of all others similarly situated; Rudy |
| 17 | Martinez, individually and on behalf of all others similarly situated; Boris |
| 18 | Martinez Jr., individually and on behalf of all others similarly situated; |
| 19 | Dennis L. Mason, individually and on behalf of all others similarly situated; |
| 20 | Albert M. Massey, individually and on behalf of all others similarly situated; |
| 21 | Christian W. Mathews, individually and on behalf of all others similarly |
| 22 | situated; Kathleen M. Mauzy, individually and on behalf of all others |
| 23 | similarly situated; Ralph H Mauzy, individually and on behalf of all others |
| 24 | similarly situated; Melvin D. Maxwell, individually and on behalf of all others |
| 25 | similarly situated; Roger W. McCarvel, individually and on behalf |
| 26 | of all others similarly situated; Terry L. McClain, individually and on behalf |
| 27 | of all others similarly situated; Michael C. McCollough, individually and on |
| 28 | behalf of all others similarly situated; |

Complaint

Mark F. McCullough, individually and on behalf of all others similarly situated; Benjamin I. McCurry, individually and on behalf of all others similarly situated; Allen C. McDonald, individually and on behalf of all others similarly situated; Robert R. McDonald, individually and on behalf of all others similarly situated; Adam L. McElroy, individually and on behalf of all others similarly situated; Guy McElroy, individually and on behalf of all others similarly situated; Sharon A. McFalls, individually and on behalf of all others similarly situated; James R. McGhee, individually and on behalf of all others similarly situated; John T. McGill, individually and on behalf of all others similarly situated; Laura L. McGowan-Minto, individually and on behalf of all others similarly situated; Ed M. McGuire, individually and on behalf of all others similarly situated; Billy L. McKinney, individually and on behalf of all others similarly situated; Patrick J. McLarney, individually and on behalf of all others similarly situated; Scott D. McLellan, individually and on behalf of all others similarly situated; Jerome R. McManus, individually and on behalf of all others similarly situated; Steve L. McMillan, individually and on behalf of all others similarly situated; Joel R. McMurrin, individually and on behalf of all others similarly situated; Kevin D. McNamara, individually and on behalf of all others similarly situated; Robert M. McQuien, individually and on behalf of all others similarly situated; Carlos E. Medina, individually and on behalf of all others similarly situated; Robert N. Meisner, individually and on behalf of all others similarly situated; Maura J. Mekenas-Parga, individually and on behalf of all others similarly situated; Skip A. Melhorn, individually and on behalf of all others similarly situated; Jose L. Mercado, individually and on behalf of all others similarly situated; Leslie C. Merrill, individually and on behalf of all others similarly situated; Lisa M. Merzwski, individually and on behalf

26

Complaint

of all others similarly situated; Robert W. Metz, individually and on behalf of all others similarly situated; David R. Michalek, individually and on behalf of all others similarly situated; Debra S. Michalek, individually and on behalf of all others similarly situated; Mark A. Michel, individually and on behalf of all others similarly situated; William Miles, individually and on behalf of all others similarly situated; Christina M. Miller, individually and on behalf of all others similarly situated; David W. Miller, individually and on behalf of all others similarly situated; Derek T. Miller, individually and on behalf of all others similarly situated; Douglas D. Miller, individually and on behalf of all others similarly situated; Jeffrey L. Miller, individually and on behalf of all others similarly situated; Thomas P. Miller III, individually and on behalf of all others similarly situated; Catherine D. Millett, individually and on behalf of all others similarly situated; Jerald E. Mills, individually and on behalf of all others similarly situated; Julie R. Mills, individually and on behalf of all others similarly situated; John W. Minto III, individually and on behalf of all others similarly situated; Robert D. Minton, individually and on behalf of all others similarly situated; Nicholas R. Minx, individually and on behalf of all others similarly situated; Ameilia L. Mitcalf, individually and on behalf of all others similarly situated; David L. Mitchell, individually and on behalf of all others similarly situated; Gary E. Mitrovich, individually and on behalf of all others similarly situated; Richard A. Moberly, individually and on behalf of all others similarly situated; Michael J. Mobley, individually and on behalf of all others similarly situated; Joseph W. Molinoski, individually and on behalf of all others similarly situated; Michael A. Moller, individually and on behalf of all others similarly situated; Gary F. Mondesir, individually and on behalf of all others similarly situated; William H. Montejano, individually and on

Complaint

behalf of all others similarly situated;
Charles M. Montierth, individually and
on behalf of all others similarly
situated; Diann M. Moody,
individually and on behalf of all others
similarly situated; Roy D. Moody,
individually and on behalf of all others
similarly situated; Holly A. Moore,
individually and on behalf of all others
similarly situated; Robert Mora,
individually and on behalf of all others
similarly situated; Eric T. Morales,
individually and on behalf of all others
similarly situated; Ray A. Morales,
individually and on behalf of all others
similarly situated; Anthony R.
Morasco, individually and on behalf of
all others similarly situated; Victor J.
Morel, individually and on behalf of
all others similarly situated; Mario
Moreno, individually and on behalf of
all others similarly situated; David L.
Morris, individually and on behalf of
all others similarly situated; Cynthia
M. Morrison, individually and on
behalf of all others similarly situated;
James D. Morrison, individually and
on behalf of all others similarly
situated; Jay V. Moser, individually
and on behalf of all others similarly
situated; Jacob R. Mosteller,
individually and on behalf of all others
similarly situated; David A. Moya,
individually and on behalf of all others
similarly situated; Kevin B. Moyna,
individually and on behalf of all others
similarly situated; Gregory R. Mrvich,
individually and on behalf of all others
similarly situated; Galen L.
Munholand, individually and on behalf
of all others similarly situated; Cynthia
L. Munoz, individually and on behalf
of all others similarly situated; Juan M.
Munoz, individually and on behalf of
all others similarly situated; Kelene
Munro, individually and on behalf of
all others similarly situated; George T.
Muren, individually and on behalf of
all others similarly situated; Sean H.
Murphy, individually and on behalf of
all others similarly situated; William P.
Murphy, individually and on behalf of
all others similarly situated; Gregory J.
Myers, individually and on behalf of

all others similarly situated; Clint J.
Nafey, individually and on behalf of
all others similarly situated; Steve W.
Nakanishi, individually and on behalf
of all others similarly situated; Jeffrey
T. Napier, individually and on behalf
of all others similarly situated;
Raymond A. Natal, individually and
on behalf of all others similarly
situated; James H. Needham,
individually and on behalf of all others
similarly situated; Adrian Negron,
individually and on behalf of all others
similarly situated; Richard B. Nehrich,
individually and on behalf of all others
similarly situated; Kenneth E. Nelson,
individually and on behalf of all others
similarly situated; William M. Nemec,
individually and on behalf of all others
similarly situated; Richard E. Nemetz,
individually and on behalf of all others
similarly situated; Timothy G.
Neuhaus, individually and on behalf of
all others similarly situated; Robert L.
Newquist, individually and on behalf
of all others similarly situated;
Alexander Nezgodinsky, individually
and on behalf of all others similarly
situated; Jeffrey R. Nichols,
individually and on behalf of all others
similarly situated; Ronald W. Nichols,
individually and on behalf of all others
similarly situated; Robert J. Nicklo,
individually and on behalf of all others
similarly situated; Michael C. Nigro,
individually and on behalf of all others
similarly situated; Gilbert L. Ninness,
individually and on behalf of all others
similarly situated; David S. Nisleit,
individually and on behalf of all others
similarly situated; Robert H. Nobbs,
individually and on behalf of all others
similarly situated; Patrick D. Norris,
individually and on behalf of all others
similarly situated; Timothy G. Norris,
individually and on behalf of all others
similarly situated; Lee V. Norton,
individually and on behalf of all others
similarly situated; Regina Y. Norton,
individually and on behalf of all others
similarly situated; Amber G. Nygaard,
individually and on behalf of all others
similarly situated; Eric I. Oberndorfer,
individually and on behalf of all others

similarly situated; Thomas K. O'Connell, individually and on behalf of all others similarly situated; Thomas A. Odaniell, individually and on behalf of all others similarly situated; Taerance Oh, individually and on behalf of all others similarly situated; Richard M. O'Hanlon, individually and on behalf of all others similarly situated; Gene F. Oliver, individually and on behalf of all others similarly situated; Rene C. Oliver, individually and on behalf of all others similarly situated; Jose L. Oliveras, individually and on behalf of all others similarly situated; Gregory J. Olson, individually and on behalf of all others similarly situated; Shelly K. Olson, individually and on behalf of all others similarly situated; Barney C. Olson III, individually and on behalf of all others similarly situated; James F. O'Neill, individually and on behalf of all others similarly situated; Thomas A. Orden, individually and on behalf of all others similarly situated; Danny A. Orduno, individually and on behalf of all others similarly situated; George M. O'Rourke, individually and on behalf of all others similarly situated; Michael W. Ott, individually and on behalf of all others similarly situated; Jerry B. Owens  Jr., individually and on behalf of all others similarly situated; Troy P.  Owens  Sr., individually and on behalf of all others similarly situated; Michael A. Pace, individually and on behalf of all others similarly situated; Javier Padilla, individually and on behalf of all others similarly situated; Nori T. Pappert, individually and on behalf of all others similarly situated; Michael L. Parga, individually and on behalf of all others similarly situated; Richard A. Parrella, individually and on behalf of all others similarly situated; Kevin S. Patrick, individually and on behalf of all others similarly situated; Melissa M. Pavlenko, individually and on behalf of all others similarly situated; Pamela G. Paxton, individually and on behalf of all others similarly situated; Thomas J. Payne, individually and on behalf of

all others similarly situated; Anthony
M. Pellegrino, individually and on
behalf of all others similarly situated;
Gail A. Pembleton, individually and on
behalf of all others similarly situated;
Arthur A. Perea, individually and on
behalf of all others similarly situated;
Jennifer L. Perea, individually and on
behalf of all others similarly situated;
Jesus G. Perea, individually and on
behalf of all others similarly situated;
Efren Peregrina, individually and on
behalf of all others similarly situated;
Curtis E. Perkins, individually and on
behalf of all others similarly situated;
Jeffrey P. Peterson, individually and
on behalf of all others similarly
situated; Edward K. Petrick,
individually and on behalf of all others
similarly situated; Duane E. Pettitt,
individually and on behalf of all others
similarly situated; Heather J. Petty,
individually and on behalf of all others
similarly situated; David V. Pham,
individually and on behalf of all others
similarly situated; Bradley L. Phelps,
individually and on behalf of all others
similarly situated; George A. Phillips,
individually and on behalf of all others
similarly situated; Bernie A. Piceno,
individually and on behalf of all others
similarly situated; E. Michael Pidgeon,
individually and on behalf of all others
similarly situated; Ernest J. Pierce,
individually and on behalf of all others
similarly situated; Greg A. Pinarelli,
individually and on behalf of all others
similarly situated; Carl P. Pira,
individually and on behalf of all others
similarly situated; Dan R. Plein,
individually and on behalf of all others
similarly situated; Eric L. Pollom,
individually and on behalf of all others
similarly situated; Marcelo Populin,
individually and on behalf of all others
similarly situated; Lance E. Pound,
individually and on behalf of all others
similarly situated; Jason L. Powers,
individually and on behalf of all others
similarly situated; Christopher M.
Poznanski, individually and on behalf
of all others similarly situated; Wayne
J. Pratt, individually and on behalf of
all others similarly situated; Michael

Complaint

L. Pridemore, individually and on behalf of all others similarly situated; Seliza Prodigalidad, individually and on behalf of all others similarly situated; Bob T. Prutzman, individually and on behalf of all others similarly situated; Michael J. Prutzman, individually and on behalf of all others similarly situated; Duane D. Pudgil, individually and on behalf of all others similarly situated; Jesus W. Puente, individually and on behalf of all others similarly situated; Bretton J. Punches, individually and on behalf of all others similarly situated; Dalana S. Pursel, individually and on behalf of all others similarly situated; John A. Queen, individually and on behalf of all others similarly situated; Colleen L. Quentin-King, individually and on behalf of all others similarly situated; Tasha K. Quest, individually and on behalf of all others similarly situated; May B. Quintanilla, individually and on behalf of all others similarly situated; Yesenia P. Quintos, individually and on behalf of all others similarly situated; Chris J. Raagas, individually and on behalf of all others similarly situated; Michael J. Rabell, individually and on behalf of all others similarly situated; Ronald W. Raddetz, individually and on behalf of all others similarly situated; Fernando Ramirez, individually and on behalf of all others similarly situated; Minerva Ramos, individually and on behalf of all others similarly situated; Carlos R. Real, individually and on behalf of all others similarly situated; Robert M. Redding Jr., individually and on behalf of all others similarly situated; Craig R. Reesor, individually and on behalf of all others similarly situated; Richard H. Reichner II, individually and on behalf of all others similarly situated; James H. Renwick, individually and on behalf of all others similarly situated; Rodolfo V. Reyes, individually and on behalf of all others similarly situated; Julian M. Rico, individually and on behalf of all others similarly situated; Steven L. Riddle, individually and on behalf of all others

Complaint

similarly situated; Ricardo M. Rivas, individually and on behalf of all others similarly situated; Juan Rivera  IIII, individually and on behalf of all others similarly situated; Bryan A. Roberts, individually and on behalf of all others similarly situated; Elias Rodriguez, individually and on behalf of all others similarly situated; Manuel Rodriguez, individually and on behalf of all others similarly situated; Ramiro O. Rodriguez, individually and on behalf of all others similarly situated; Gary A. Roesink, individually and on behalf of all others similarly situated; Daniel G. Roman, individually and on behalf of all others similarly situated; Luis A. Roman, individually and on behalf of all others similarly situated; Carlos Ronquillo, individually and on behalf of all others similarly situated; Jorge A. Rosales, individually and on behalf of all others similarly situated; Angel D. Rosario, individually and on behalf of all others similarly situated; Miguel Rosario, individually and on behalf of all others similarly situated; Stephanie J. Rose, individually and on behalf of all others similarly situated; Edward L. Rosenbloom, individually and on behalf of all others similarly situated; Angela N. Rozsa, individually and on behalf of all others similarly situated; Lamar J. Rozsa  Jr., individually and on behalf of all others similarly situated; Jeffrey R. Ruckle, individually and on behalf of all others similarly situated; Renee D. Ruff, individually and on behalf of all others similarly situated; Mariam Sadri, individually and on behalf of all others similarly situated; John J. Saflar, individually and on behalf of all others similarly situated; Lem Sainsanoy, individually and on behalf of all others similarly situated; Paul H. Salas, individually and on behalf of all others similarly situated; Alfonso Salvatierra, individually and on behalf of all others similarly situated; Jorge Sanchez, individually and on behalf of all others similarly situated; Juan Sanchez, individually and on behalf of all others similarly situated; Scott A. Santagata,

individually and on behalf of all others similarly situated; William J. Santarsiero, individually and on behalf of all others similarly situated; Edwin Santiago, individually and on behalf of all others similarly situated; Laura J. Santiago, individually and on behalf of all others similarly situated; Tito L. Santos, individually and on behalf of all others similarly situated; Alejandrino C. Santos III, individually and on behalf of all others similarly situated; Christopher M. Sarot, individually and on behalf of all others similarly situated; Dennis Savage, individually and on behalf of all others similarly situated; Jade R. Sawyer, individually and on behalf of all others similarly situated; Jason A. Scally, individually and on behalf of all others similarly situated; Cody K. Schaaf, individually and on behalf of all others similarly situated; Jack D. Schaeffer, individually and on behalf of all others similarly situated; Michael J. Schaldach, individually and on behalf of all others similarly situated; Margaret M. Schaufelberger, individually and on behalf of all others similarly situated; Robert M. Schenkelberg, individually and on behalf of all others similarly situated; Glen R. Scherer, individually and on behalf of all others similarly situated; Cheryl J. Schlack, individually and on behalf of all others similarly situated; Joel A. Schmid, individually and on behalf of all others similarly situated; Phillip E. Schneider, individually and on behalf of all others similarly situated; Steve D. Schnick, individually and on behalf of all others similarly situated; Paul W. Schwenn, individually and on behalf of all others similarly situated; Jason A. Scott, individually and on behalf of all others similarly situated; Eric P. Seiter, individually and on behalf of all others similarly situated; Thomas G. Seiver, individually and on behalf of all others similarly situated; Lloyd A. Sentinella, individually and on behalf of all others similarly situated; Robert C. Shands, individually and on behalf of all others

similarly situated; Patrick J. Shanley,
individually and on behalf of all others
similarly situated; Arthur H. Shannon,
individually and on behalf of all others
similarly situated; Christian T. Sharp,
individually and on behalf of all others
similarly situated; Marvin L. Shaw,
individually and on behalf of all others
similarly situated; Steven M. Shaw,
individually and on behalf of all others
similarly situated; Daniel K. Shepherd,
individually and on behalf of all others
similarly situated; Damon E. Sherman,
individually and on behalf of all others
similarly situated; Mark G. Sherman,
individually and on behalf of all others
similarly situated; Michael S.
Shiraishi, individually and on behalf of
all others similarly situated; Scott W.
Shively, individually and on behalf of
all others similarly situated; Dale T.
Shockley  Sr., individually and on
behalf of all others similarly situated;
Daniel L. Shore, individually and on
behalf of all others similarly situated;
Amalia K. Sidhu, individually and on
behalf of all others similarly situated;
Jesse D. Simeroth, individually and on
behalf of all others similarly situated;
Thomas G. Simonds, individually and
on behalf of all others similarly
situated; Robert E. Simpson,
individually and on behalf of all others
similarly situated; Randall J. Skinn,
individually and on behalf of all others
similarly situated; Charles A. Sleeper,
individually and on behalf of all others
similarly situated; Allen T. Sluss,
individually and on behalf of all others
similarly situated; James Smith,
individually and on behalf of all others
similarly situated; James F. Smith,
individually and on behalf of all others
similarly situated; John C. Smith,
individually and on behalf of all others
similarly situated; Joseph Smith,
individually and on behalf of all others
similarly situated; Robert W. Smith,
individually and on behalf of all others
similarly situated; Russell Smith,
individually and on behalf of all others
similarly situated; Timothy M. Smith,
individually and on behalf of all others
similarly situated; William T. Smith,

individually and on behalf of all others similarly situated; Daniel J. Smyth, individually and on behalf of all others similarly situated; Sharon M. Smyth, individually and on behalf of all others similarly situated; Joseph G. Snarponis, individually and on behalf of all others similarly situated; Robert W. Snead, individually and on behalf of all others similarly situated; Cesar A. Solis, individually and on behalf of all others similarly situated; David L. Soliven, individually and on behalf of all others similarly situated; Andrew Sorbie, individually and on behalf of all others similarly situated; Brandy A. Sorbie, individually and on behalf of all others similarly situated; Mark T. Soulia, individually and on behalf of all others similarly situated; Andrew J. Spagnolo, individually and on behalf of all others similarly situated; Andrew E. Spear, individually and on behalf of all others similarly situated; David P. Speck, individually and on behalf of all others similarly situated; Edwin P. Speer, individually and on behalf of all others similarly situated; Wayne R. Spees, individually and on behalf of all others similarly situated; Scott C. Spillane, individually and on behalf of all others similarly situated; David E. Spitzer, individually and on behalf of all others similarly situated; Michael L. Stacy, individually and on behalf of all others similarly situated; John Stadler, individually and on behalf of all others similarly situated; Eric A. Stafford, individually and on behalf of all others similarly situated; David W. Stafford Jr., individually and on behalf of all others similarly situated; Daniel Stanley, individually and on behalf of all others similarly situated; Philip J. Stanley, individually and on behalf of all others similarly situated; Steven Staton, individually and on behalf of all others similarly situated; Francis Steffen, individually and on behalf of all others similarly situated; Neal A. Steffen, individually and on behalf of all others similarly situated; Blair A. Stephens, individually and on behalf of all others similarly situated;

Cyndi L. Stetson, individually and on behalf of all others similarly situated; William S. Stetson, individually and on behalf of all others similarly situated; James A. Stewart, individually and on behalf of all others similarly situated; Kenneth P. Stewart, individually and on behalf of all others similarly situated; Elliot S. Stiasny, individually and on behalf of all others similarly situated; Robert M. Stinson, individually and on behalf of all others similarly situated; Robert G. Stites, individually and on behalf of all others similarly situated; Ross E. Stone, individually and on behalf of all others similarly situated; Roger A. Stonier Jr., individually and on behalf of all others similarly situated; Jerry G. Stratton, individually and on behalf of all others similarly situated; John J. Stricklin, individually and on behalf of all others similarly situated; Spencer E. Sturm, individually and on behalf of all others similarly situated; William F. Stutz, individually and on behalf of all others similarly situated;

37

Complaint

Patrick L. Sullivan, individually and on behalf of all others similarly situated; Thomas A. Sullivan, individually and on behalf of all others similarly situated; Robert R. Summers, individually and on behalf of all others similarly situated; Valari C. Summers, individually and on behalf of all others similarly situated; Colonel F. Surratt, individually and on behalf of all others similarly situated; David M. Surwilo, individually and on behalf of all others similarly situated; Aleksei E. Sviridov, individually and on behalf of all others similarly situated; Michael J. Swanson, individually and on behalf of all others similarly situated; William S. Sweeney, individually and on behalf of all others similarly situated; Michael A. Sweet, individually and on behalf of all others similarly situated; James Sweetser, individually and on behalf of all others similarly situated; Jeffrey D. Swett, individually and on behalf of all others similarly situated; John E. Szakara, individually and on behalf of all others similarly situated; Esmeralda Tagaban, individually and on behalf of all others similarly situated; William D. Taitano, individually and on behalf of all others similarly situated; Louis A. Tamagni, individually and on behalf of all others similarly situated; Michael T. Tansey, individually and on behalf of all others similarly situated; John H. Tate, individually and on behalf of all others similarly situated; Dana D. Taylor, individually and on behalf of all others similarly situated; James T. Teer, individually and on behalf of all others similarly situated; Victor J. Tejeda, individually and on behalf of all others similarly situated; Karen-Anne Tenney, individually and on behalf of all others similarly situated; Marvin E. Terry, individually and on behalf of all others similarly situated; Christopher M. Tews, individually and on behalf of all others similarly situated; Alvin Thach, individually and on behalf of all others similarly situated; Joseph I.T. Thomas, individually and on behalf of all others similarly situated; Joycelyn S. Thomas,

Complaint

individually and on behalf of all others
similarly situated; George R. Thomas
III, individually and on behalf of all
others similarly situated; Freddie B.
Thornton Jr., individually and on
behalf of all others similarly situated;
Johanna M. Thrasher, individually and
on behalf of all others similarly
situated; Linda H. Tibbetts,
individually and on behalf of all others
similarly situated; Lee D. Timmerman,
individually and on behalf of all others
similarly situated; Linda L. Tousley,
individually and on behalf of all others
similarly situated; Merrit M.
Townsend, individually and on behalf
of all others similarly situated; John M.
Tracy, individually and on behalf of all
others similarly situated; John A.
Trent, individually and on behalf of all
others similarly situated; James F.
Tulumello, individually and on behalf
of all others similarly situated; Meghan
R. Turi, individually and on behalf of
all others similarly situated; Kimberly
K. Ukuzato Easto, individually and on
behalf of all others similarly situated;
Thomas G. Underwood, individually
and on behalf of all others similarly
situated; Edwin Valentin, individually
and on behalf of all others similarly
situated; Ramon Valentin, individually
and on behalf of all others similarly
situated; Wendy J. Valentin,
individually and on behalf of all others
similarly situated; Louis E.
Valenzuela, individually and on behalf
of all others similarly situated; Mark
A. Van Abel, individually and on
behalf of all others similarly situated;
Janine A. Van Antwerp, individually
and on behalf of all others similarly
situated; Edward F. Van Laningham,
individually and on behalf of all others
similarly situated; Rodney L.
Vandiver, individually and on behalf
of all others similarly situated; James
G. Varonfakis, individually and on
behalf of all others similarly situated;
Kevin G. Vasquez, individually and on
behalf of all others similarly situated;
Linda G. Vasquez, individually and on
behalf of all others similarly situated;
Christopher M. Velovich, individually

39

Complaint

and on behalf of all others similarly situated; Michelle R. Velovich, individually and on behalf of all others similarly situated; Kenneth J. Verdone, individually and on behalf of all others similarly situated; Edward M. Verduzco, individually and on behalf of all others similarly situated; Richard Vergara, individually and on behalf of all others similarly situated; Daniel R. Vile, individually and on behalf of all others similarly situated; Patrick T. Vinson, individually and on behalf of all others similarly situated; John B. Vivoli, individually and on behalf of all others similarly situated; Duane A. Voss, individually and on behalf of all others similarly situated; Gary R. Voss, individually and on behalf of all others similarly situated; Gerard M. Waclawek, individually and on behalf of all others similarly situated; Sylvester Wade Jr., individually and on behalf of all others similarly situated; Kevin L. Wadhams, individually and on behalf of all others similarly situated; Elyse S. Wagner, individually and on behalf of all others similarly situated; Gaye D. Wagner, individually and on behalf of all others similarly situated; Thomas Wagner, individually and on behalf of all others similarly situated; Kristopher M. Walb, individually and on behalf of all others similarly situated; Curtis J. Waldecker, individually and on behalf of all others similarly situated; Steven R. Waldheim, individually and on behalf of all others similarly situated; David R. Walker, individually and on behalf of all others similarly situated; Daniel K. Wall, individually and on behalf of all others similarly situated; Mitchell B. Wallace, individually and on behalf of all others similarly situated; Gregory H. Walton, individually and on behalf of all others similarly situated; Deanna M. Warrick, individually and on behalf of all others similarly situated; Sean J. Waterman, individually and on behalf of all others similarly situated; Donald E. Watkins, individually and on behalf of all others similarly situated; Mark S. Watkins,

Complaint

individually and on behalf of all others similarly situated; Victoria D. Watkins, individually and on behalf of all others similarly situated; Dean C. Way, individually and on behalf of all others similarly situated; Matthew E. Weathersby, individually and on behalf of all others similarly situated; Sedonia B. Weathersby, individually and on behalf of all others similarly situated; Stephen E. Webb, individually and on behalf of all others similarly situated; Elizabeth D. Weber, individually and on behalf of all others similarly situated; Carl W. Weber III, individually and on behalf of all others similarly situated; Arthur L. Weismann, individually and on behalf of all others similarly situated; Jordan V. Wells, individually and on behalf of all others similarly situated; Robert D. Wells, individually and on behalf of all others similarly situated; Diane Wendell, individually and on behalf of all others similarly situated; Daniel B. Westney, individually and on behalf of all others similarly situated; Teofilo Weston, individually and on behalf of all others similarly situated; Raymond J. Wetzel, individually and on behalf of all others similarly situated; Scott S. Wilkinson, individually and on behalf of all others similarly situated; Alphonso Williams, individually and on behalf of all others similarly situated; Brent L. Williams, individually and on behalf of all others similarly situated; David W. Williams, individually and on behalf of all others similarly situated; Donald C. Williams, individually and on behalf of all others similarly situated; Michael D. Williams, individually and on behalf of all others similarly situated; Michael R. Williams, individually and on behalf of all others similarly situated; Michael S. Williams, individually and on behalf of all others similarly situated; Timothy R. Williams, individually and on behalf of all others similarly situated; Darryl L. Willis, individually and on behalf of all others similarly situated; Jeff D. Willkomm, individually and on behalf of all others

Complaint

similarly situated; Robert E. Wills, individually and on behalf of all others similarly situated; Dan M. Wilson, individually and on behalf of all others similarly situated; Frederick L. Wilson, individually and on behalf of all others similarly situated; Lawrence E. Wilson, individually and on behalf of all others similarly situated; David J. Winans, individually and on behalf of all others similarly situated; Eric A. Wiseman, individually and on behalf of all others similarly situated; Daniel A. Witt, individually and on behalf of all others similarly situated; Dawn E. Wolfe, individually and on behalf of all others similarly situated; Karin D. Wong, individually and on behalf of all others similarly situated; Kevin G. Wong, individually and on behalf of all others similarly situated; Thomas A. Wood, individually and on behalf of all others similarly situated; Steven M. Woodrow, individually and on behalf of all others similarly situated; Judith L. Woods, individually and on behalf of all others similarly situated; William H. Woods  IV, individually and on behalf of all others similarly situated; John M. Wray, individually and on behalf of all others similarly situated; Stephen W. Wright, individually and on behalf of all others similarly situated; Jeffrey J. Wuehler, individually and on behalf of all others similarly situated; Michael V. Yaptangco, individually and on behalf of all others similarly situated; Rufino Yaptangco, individually and on behalf of all others similarly situated; George A. Youkhanna, individually and on behalf of all others similarly situated; Adam G. Young, individually and on behalf of all others similarly situated; Bryan V. Young, individually and on behalf of all others similarly situated; Mathew T. Zaitz, individually and on behalf of all others similarly situated; Peter J. Zajda, individually and on behalf of all others similarly situated; Steven S. Zasueta, individually and on behalf of all others similarly situated; Felix Zavala, individually and on behalf of all others similarly situated;

Complaint

Jason P. Zdunich, individually and on behalf of all others similarly situated; Matthew T. Zdunich, individually and on behalf of all others similarly situated; Angela M. Zdunich-Goldman, individually and on behalf of all others similarly situated; Monica Zepeda, individually and on behalf of all others similarly situated; Timothy P. Zetterlund, individually and on behalf of all others similarly situated; Evan B. Ziegler, individually and on behalf of all others similarly situated; Jeffrey P. Ziegler, individually and on behalf of all others similarly situated; James A. Zirpolo, individually and on behalf of all others similarly situated; Laura M. Zizzo, individually and on behalf of all others similarly situated; Louis M. Zizzo, individually and on behalf of all others similarly situated; Edward M. Zwibel,

Plaintiffs,

vs.

City of San Diego, and DOES 1 through 100, inclusive,

Defendants.

## JURISDICTION

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343(3) as the controversy arises under "the constitution, laws or treaties of the United States;" specifically, the claim arises under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*, ("FLSA"). Additionally, this Court has the authority to determine Plaintiffs' state claims pursuant to its supplemental jurisdiction under 28 U.S.C. § 1367.

2.     This Court also has subject matter jurisdiction over this action

pursuant to 28 U.S.C. §§ 1331 and/or 1332.

## VENUE

3.     Venue is proper in the Southern District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the acts, events, or omissions giving rise to the action occurred in this District.

## PARTIES

4.     Plaintiff, Marcus R. Abbe ("Abbe"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

5.     Plaintiff, Thomas E. Abbott Jr. ("Abbott Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

6.     Plaintiff, David G. Abrams ("Abrams"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

7.     Plaintiff, Sabin M. Abrams ("Abrams"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

8.     Plaintiff, James R. Ackley ("Ackley"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

9.     Plaintiff, Kristen B. Adams ("Adams"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

10.    Plaintiff, Lori M. Adams ("Adams"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

11.    Plaintiff, Robert W. Adams ("Adams"), is a United States citizen and

Complaint

1  resident of the State of California.  Plaintiff is currently employed by the San

2  Diego Police Department ("SDPD" or "Department").

3        12.    Plaintiff, Simon Adams ("Adams"), is a United States citizen and

4  resident of the State of California.  Plaintiff is currently employed by the San

5  Diego Police Department ("SDPD" or "Department").

6        13.    Plaintiff, Robert Adauto Jr. ("Adauto Jr."), is a United States citizen

7  and resident of the State of California.  Plaintiff is currently employed by the San

8  Diego Police Department ("SDPD" or "Department").

9        14.    Plaintiff, R. Elizabeth Addington ("Addington"), is a United States

10  citizen and resident of the State of California.  Plaintiff is currently employed by

11  the San Diego Police Department ("SDPD" or "Department").

12        15.    Plaintiff, Armando  R. Aguilar ("Aguilar"), is a United States citizen

13  and resident of the State of California.  Plaintiff is currently employed by the San

14  Diego Police Department ("SDPD" or "Department").

15        16.    Plaintiff, Edward R. Aguirre ("Aguirre"), is a United States citizen

16  and resident of the State of California.  Plaintiff is currently employed by the San

17  Diego Police Department ("SDPD" or "Department").

18        17.    Plaintiff, Michael A. Aiken ("Aiken"), is a United States citizen and

19  resident of the State of California.  Plaintiff is currently employed by the San

20  Diego Police Department ("SDPD" or "Department").

21        18.    Plaintiff, Leslie A. Albrecht ("Albrecht"), is a United States citizen

22  and resident of the State of California.  Plaintiff is currently employed by the San

23  Diego Police Department ("SDPD" or "Department").

24        19.    Plaintiff, Daniel T. Albright ("Albright"), is a United States citizen

25  and resident of the State of California.  Plaintiff is currently employed by the San

26  Diego Police Department ("SDPD" or "Department").

27        20.    Plaintiff, Donald A. Albright ("Albright"), is a United States citizen

28  and resident of the State of California.  Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

21.   Plaintiff, Richard Allen ("Allen"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

22.   Plaintiff, Katherine E. Allison ("Allison"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

23.   Plaintiff, Cathy N. Allister ("Allister"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

24.   Plaintiff, Karen A. Almos ("Almos"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

25.   Plaintiff, Jesse R. Almos Jr ("Almos Jr"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

26.   Plaintiff, Alan R. Alvarez ("Alvarez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

27.   Plaintiff, Arnolfo B. Ambito ("Ambito"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

28.   Plaintiff, Carlos A. Amezcua ("Amezcua"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

29.   Plaintiff, Annette M. Anderson ("Anderson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

30.   Plaintiff, Travis W. Anderson ("Anderson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

31.   Plaintiff, Mark S. Annis ("Annis"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

32.   Plaintiff, Robert W. Anschick ("Anschick"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

33.   Plaintiff, Ricardo Apodaca ("Apodaca"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

34.   Plaintiff, Oscar A. Armenta ("Armenta"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

35.   Plaintiff, Scott J. Armstrong ("Armstrong"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

36.   Plaintiff, James W. Arthur ("Arthur"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

37.   Plaintiff, Christopher T. Asbell ("Asbell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

38.   Plaintiff, Frank Ashcraft ("Ashcraft"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

39.   Plaintiff, Anthony A. Atkins ("Atkins"), is a United States citizen and

Complaint

1  resident of the State of California.  Plaintiff is currently employed by the San

2  Diego Police Department ("SDPD" or "Department").

3       40.    Plaintiff, Robert W. Atwood ("Atwood"), is a United States citizen

4  and resident of the State of California.  Plaintiff is currently employed by the San

5  Diego Police Department ("SDPD" or "Department").

6       41.    Plaintiff, Edward D. Austin ("Austin"), is a United States citizen and

7  resident of the State of California.  Plaintiff is currently employed by the San

8  Diego Police Department ("SDPD" or "Department").

9       42.    Plaintiff, John W. Austin ("Austin"), is a United States citizen and

10 resident of the State of California.  Plaintiff is currently employed by the San

11 Diego Police Department ("SDPD" or "Department").

12      43.    Plaintiff, John Autolino ("Autolino"), is a United States citizen and

13 resident of the State of California.  Plaintiff is currently employed by the San

14 Diego Police Department ("SDPD" or "Department").

15      44.    Plaintiff, Gary Avalos III ("Avalos III"), is a United States citizen

16 and resident of the State of California.  Plaintiff is currently employed by the San

17 Diego Police Department ("SDPD" or "Department").

18      45.    Plaintiff, Lori L. Bach ("Bach"), is a United States citizen and

19 resident of the State of California.  Plaintiff is currently employed by the San

20 Diego Police Department ("SDPD" or "Department").

21      46.    Plaintiff, Michael J. Baier ("Baier"), is a United States citizen and

22 resident of the State of California.  Plaintiff is currently employed by the San

23 Diego Police Department ("SDPD" or "Department").

24      47.    Plaintiff, Teresa Bailey ("Bailey"), is a United States citizen and

25 resident of the State of California.  Plaintiff is currently employed by the San

26 Diego Police Department ("SDPD" or "Department").

27      48.    Plaintiff, Robert M. Baird Jr. ("Baird Jr."), is a United States citizen

28 and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

49.   Plaintiff, Todd R. Baker ("Baker"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

50.   Plaintiff, James D. Baker  Jr. ("Baker  Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

51.   Plaintiff, Vincent J. Bales ("Bales"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

52.   Plaintiff, Joseph P.  Bane ("Bane"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

53.   Plaintiff, Sean A. Bannan ("Bannan"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

54.   Plaintiff, Kevin S. Barnard ("Barnard"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

55.   Plaintiff, Scott T. Barnes ("Barnes"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

56.   Plaintiff, Bridget P. Barnett ("Barnett"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

57.   Plaintiff, Suzie K. Barney ("Barney"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

58.     Plaintiff, Charles R. Barrett ("Barrett"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

59.     Plaintiff, Scott D. Bartolomei ("Bartolomei"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

60.     Plaintiff, Tina C. Bassett ("Bassett"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

61.     Plaintiff, Tod E. Bassett ("Bassett"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

62.     Plaintiff, David R. Bautista ("Bautista"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

63.     Plaintiff, Michael A. Beamesderfer ("Beamesderfer"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

64.     Plaintiff, Jana M. Beard ("Beard"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

65.     Plaintiff, Carole J. Beason ("Beason"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

66.     Plaintiff, David W. Beathard ("Beathard"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

67.     Plaintiff, Edward L. Becker ("Becker"), is a United States citizen and

Complaint

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

68.   Plaintiff, William F. Becker ("Becker"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

69.   Plaintiff, Paul J. Becotte ("Becotte"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

70.   Plaintiff, Steven M. Behrendt ("Behrendt"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

71.   Plaintiff, Cynthia M. Beilstein ("Beilstein"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

72.   Plaintiff, John P. Beilstein ("Beilstein"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

73.   Plaintiff, Kevin P. Belland ("Belland"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

74.   Plaintiff, Brigitta J. Belz ("Belz"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

75.   Plaintiff, Michael W. Belz ("Belz"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

76.   Plaintiff, Michael R. Bendixen ("Bendixen"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by

Complaint

the San Diego Police Department ("SDPD" or "Department").

77.    Plaintiff, Teryl L. Bernard ("Bernard"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

78.    Plaintiff, Gerald F. Berner Jr. ("Berner Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

79.    Plaintiff, Meryl A. Bernstein ("Bernstein"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

80.    Plaintiff, David A. Bertrand ("Bertrand"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

81.    Plaintiff, Rebecca E. Bigbie ("Bigbie"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

82.    Plaintiff, Robert R. Bigbie ("Bigbie"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

83.    Plaintiff, Jeffrey J. Biletnikoff ("Biletnikoff"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

84.    Plaintiff, Daniel M. Billberry ("Billberry"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

85.    Plaintiff, Gregory R. Bisesto ("Bisesto"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

86.     Plaintiff, Dennis Bishop ("Bishop"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

87.     Plaintiff, Betty Bixby ("Bixby"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

88.     Plaintiff, Lynn M Bixel ("Bixel"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

89.     Plaintiff, Jeffrey D. Blackford ("Blackford"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

90.     Plaintiff, Gifford D. Blakesley ("Blakesley"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

91.     Plaintiff, Mark T. Blakesley ("Blakesley"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

92.     Plaintiff, Thomas M. Boerum ("Boerum"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

93.     Plaintiff, Eugene H. Bojorquez ("Bojorquez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

94.     Plaintiff, Daniel W. Boldt ("Boldt"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

95.     Plaintiff, Donald J. Borinski ("Borinski"), is a United States citizen

1   and resident of the State of California.  Plaintiff is currently employed by the San

2   Diego Police Department ("SDPD" or "Department").

3        96.    Plaintiff, Thaddeus W. Borkowski ("Borkowski"), is a United States

4   citizen and resident of the State of California.  Plaintiff is currently employed by

5   the San Diego Police Department ("SDPD" or "Department").

6        97.    Plaintiff, Nicolas Borrelli ("Borrelli"), is a United States citizen and

7   resident of the State of California.  Plaintiff is currently employed by the San

8   Diego Police Department ("SDPD" or "Department").

9        98.    Plaintiff, Thomas R. Bostedt ("Bostedt"), is a United States citizen

10  and resident of the State of California.  Plaintiff is currently employed by the San

11  Diego Police Department ("SDPD" or "Department").

12       99.    Plaintiff, Matthew E. Botkin ("Botkin"), is a United States citizen and

13  resident of the State of California.  Plaintiff is currently employed by the San

14  Diego Police Department ("SDPD" or "Department").

15       100.   Plaintiff, Arthur O. Bowen ("Bowen"), is a United States citizen and

16  resident of the State of California.  Plaintiff is currently employed by the San

17  Diego Police Department ("SDPD" or "Department").

18       101.   Plaintiff, Gary L. Bowen  Jr. ("Bowen  Jr."), is a United States

19  citizen and resident of the State of California.  Plaintiff is currently employed by

20  the San Diego Police Department ("SDPD" or "Department").

21       102.   Plaintiff, Clayton Bowers ("Bowers"), is a United States citizen and

22  resident of the State of California.  Plaintiff is currently employed by the San

23  Diego Police Department ("SDPD" or "Department").

24       103.   Plaintiff, Edwin Boyce ("Boyce"), is a United States citizen and

25  resident of the State of California.  Plaintiff is currently employed by the San

26  Diego Police Department ("SDPD" or "Department").

27       104.   Plaintiff, Schuyler V. Boyce ("Boyce"), is a United States citizen

28  and resident of the State of California.  Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

105.    Plaintiff, James W. Boyd ("Boyd"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

106.    Plaintiff, Phillip K. Bozarth ("Bozarth"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

107.    Plaintiff, Frank P. Bradley ("Bradley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

108.    Plaintiff, James M. Bradley ("Bradley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

109.    Plaintiff, Julie M. Bradley ("Bradley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

110.    Plaintiff, Tracy D. Braun ("Braun"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

111.    Plaintiff, Glenn A. Breitenstein ("Breitenstein"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

112.    Plaintiff, Daniel G. Brent ("Brent"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

113.    Plaintiff, Lisa L. Bressler ("Bressler"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

114.    Plaintiff, Robert R. Bressler ("Bressler"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

115.    Plaintiff, Daniel M. Brinkerhoff ("Brinkerhoff"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

116.    Plaintiff, Russell D. Bristol ("Bristol"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

117.    Plaintiff, Frank J. Brito ("Brito"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

118.    Plaintiff, Kevin M Brooks ("Brooks"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

119.    Plaintiff, Ronald Broussard ("Broussard"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

120.    Plaintiff, Neal N. Browder Jr. ("Browder Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

121.    Plaintiff, Douglas M. Brown ("Brown"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

122.    Plaintiff, Jon M. Brown ("Brown"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

123.    Plaintiff, Ronald O. Brown ("Brown"), is a United States citizen and

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

124. Plaintiff, Scott H. Brown ("Brown"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

125. Plaintiff, Troy A. Brown ("Brown"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

126. Plaintiff, Gregory W. Brown Jr. ("Brown Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

127. Plaintiff, Joy M. Brugman ("Brugman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

128. Plaintiff, Christopher M. Brush ("Brush"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

129. Plaintiff, Terrance L. Bryan ("Bryan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

130. Plaintiff, Mark J. Bua ("Bua"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

131. Plaintiff, Deborah W. Burger ("Burger"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

132. Plaintiff, Randy P. Burgess ("Burgess"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Complaint

1 | Diego Police Department ("SDPD" or "Department").

2 |     133.   Plaintiff, Christina D. Burhans ("Burhans"), is a United States

3 | citizen and resident of the State of California.  Plaintiff is currently employed by

4 | the San Diego Police Department ("SDPD" or "Department").

5 |     134.   Plaintiff, Joshua P. Burkhardt ("Burkhardt"), is a United States

6 | citizen and resident of the State of California.  Plaintiff is currently employed by

7 | the San Diego Police Department ("SDPD" or "Department").

8 |     135.   Plaintiff, Timothy A. Burns ("Burns"), is a United States citizen and

9 | resident of the State of California.  Plaintiff is currently employed by the San

10 | Diego Police Department ("SDPD" or "Department").

11 |     136.   Plaintiff, Daniel A. Burow ("Burow"), is a United States citizen and

12 | resident of the State of California.  Plaintiff is currently employed by the San

13 | Diego Police Department ("SDPD" or "Department").

14 |     137.   Plaintiff, John D. Buttle ("Buttle"), is a United States citizen and

15 | resident of the State of California.  Plaintiff is currently employed by the San

16 | Diego Police Department ("SDPD" or "Department").

17 |     138.   Plaintiff, Richard A. Butts ("Butts"), is a United States citizen and

18 | resident of the State of California.  Plaintiff is currently employed by the San

19 | Diego Police Department ("SDPD" or "Department").

20 |     139.   Plaintiff, Bruce T. Byrd ("Byrd"), is a United States citizen and

21 | resident of the State of California.  Plaintiff is currently employed by the San

22 | Diego Police Department ("SDPD" or "Department").

23 |     140.   Plaintiff, Jeanne M. Byrd ("Byrd"), is a United States citizen and

24 | resident of the State of California.  Plaintiff is currently employed by the San

25 | Diego Police Department ("SDPD" or "Department").

26 |     141.   Plaintiff, Phillip D. Cady ("Cady"), is a United States citizen and

27 | resident of the State of California.  Plaintiff is currently employed by the San

28 | Diego Police Department ("SDPD" or "Department").

142.    Plaintiff, Lawrence B. Cahill ("Cahill"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

143.    Plaintiff, William D. Cahill ("Cahill"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

144.    Plaintiff, Jene L'Mont Calloway ("Calloway"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

145.    Plaintiff, Arthur L. Calvert ("Calvert"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

146.    Plaintiff, Christen M. Cameron ("Cameron"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

147.    Plaintiff, Arturo C. Campa ("Campa"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

148.    Plaintiff, William H. Campbell ("Campbell"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

149.    Plaintiff, Frank A. Canson ("Canson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

150.    Plaintiff, Claudia Canto ("Canto"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

151.    Plaintiff, Ruth S. Cardona ("Cardona"), is a United States citizen and

resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

152.    Plaintiff, TheodoreM. Carignan ("Carignan"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

153.    Plaintiff, Karrie L. Carlson ("Carlson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

154.    Plaintiff, Mark A. Carlson ("Carlson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

155.    Plaintiff, Thomas J. Carlyon  IV ("Carlyon  IV"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

156.    Plaintiff, Daniel P. Caropreso ("Caropreso"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

157.    Plaintiff, Frank L. Caropreso  Jr ("Caropreso  Jr"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

158.    Plaintiff, Javier Carranza ("Carranza"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

159.    Plaintiff, Robert T. Carroll ("Carroll"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

160.    Plaintiff, Scott Carter ("Carter"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

1 | Diego Police Department ("SDPD" or "Department").

2 |      161.   Plaintiff, Tony B. Carter ("Carter"), is a United States citizen and

3 | resident of the State of California.  Plaintiff is currently employed by the San

4 | Diego Police Department ("SDPD" or "Department").

5 |      162.   Plaintiff, William J. Carter ("Carter"), is a United States citizen and

6 | resident of the State of California.  Plaintiff is currently employed by the San

7 | Diego Police Department ("SDPD" or "Department").

8 |      163.   Plaintiff, Roderick A. Casey ("Casey"), is a United States citizen and

9 | resident of the State of California.  Plaintiff is currently employed by the San

10 | Diego Police Department ("SDPD" or "Department").

11 |      164.   Plaintiff, Roberto A. Casillas ("Casillas"), is a United States citizen

12 | and resident of the State of California.  Plaintiff is currently employed by the San

13 | Diego Police Department ("SDPD" or "Department").

14 |      165.   Plaintiff, Joseph B. Castillo ("Castillo"), is a United States citizen

15 | and resident of the State of California.  Plaintiff is currently employed by the San

16 | Diego Police Department ("SDPD" or "Department").

17 |      166.   Plaintiff, Clinton E. Castle ("Castle"), is a United States citizen and

18 | resident of the State of California.  Plaintiff is currently employed by the San

19 | Diego Police Department ("SDPD" or "Department").

20 |      167.   Plaintiff, Cesar Castro ("Castro"), is a United States citizen and

21 | resident of the State of California.  Plaintiff is currently employed by the San

22 | Diego Police Department ("SDPD" or "Department").

23 |      168.   Plaintiff, Ricky F. Castro ("Castro"), is a United States citizen and

24 | resident of the State of California.  Plaintiff is currently employed by the San

25 | Diego Police Department ("SDPD" or "Department").

26 |      169.   Plaintiff, Rudy P. Castro  Jr. ("Castro  Jr."), is a United States citizen

27 | and resident of the State of California.  Plaintiff is currently employed by the San

28 | Diego Police Department ("SDPD" or "Department").

170.    Plaintiff, Arthur H. Cavada ("Cavada"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

171.    Plaintiff, Misty R. Cedrun ("Cedrun"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

172.    Plaintiff, Daniel E. Cerar ("Cerar"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

173.    Plaintiff, George Cesena ("Cesena"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

174.    Plaintiff, Carlos Chacon ("Chacon"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

175.    Plaintiff, John Chaney ("Chaney"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

176.    Plaintiff, Mark A. Chavez ("Chavez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

177.    Plaintiff, Blake A. Cheary ("Cheary"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

178.    Plaintiff, Jonathan C. Cheng ("Cheng"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

179.    Plaintiff, Jon P. Cherski ("Cherski"), is a United States citizen and

resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

180.  Plaintiff, James H. Chiles ("Chiles"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

182.  Plaintiff, Jeffrey W. Chione ("Chione"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

183.  Plaintiff, Raphael R. Cimmarrusti ("Cimmarrusti"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

184.  Plaintiff, Dolores M. Cirino ("Cirino"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

185.  Plaintiff, Brent E. Cisneros ("Cisneros"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

186.  Plaintiff, Dale L. Clark ("Clark"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

187.  Plaintiff, John C. Clark ("Clark"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

188.  Plaintiff, Joseph A. Clark ("Clark"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

189.  Plaintiff, Lamont H. Clark ("Clark"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

190.   Plaintiff, Robert D. Clark ("Clark"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

191.   Plaintiff, Raymond P. Clark  Sr. ("Clark  Sr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

192.   Plaintiff, Deborah A. Clem ("Clem"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

193.   Plaintiff, James H. Clem ("Clem"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

194.   Plaintiff, Michael A. Clippinger ("Clippinger"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

195.   Plaintiff, Rex Cole  Jr. ("Cole  Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

196.   Plaintiff, Christopher P. Collier ("Collier"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

197.   Plaintiff, Kimberly A. Collier ("Collier"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

198.   Plaintiff, James T. Collins ("Collins"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

199.   Plaintiff, Bernie T. Colon ("Colon"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

200.   Plaintiff, Luis M. Colon ("Colon"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

201.   Plaintiff, Victor S. Colvin ("Colvin"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

202.   Plaintiff, Donald R. Cone ("Cone"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

203.   Plaintiff, Robert D. Connaughy ("Connaughy"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

204.   Plaintiff, David Contreras ("Contreras"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

205.   Plaintiff, Sean R. Conway ("Conway"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

206.   Plaintiff, Lloyd E. Cook ("Cook"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

207.   Plaintiff, Robert H. Cook ("Cook"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

208.   Plaintiff, Patrick J. Cooley ("Cooley"), is a United States citizen and

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

209. Plaintiff, Phil B. Cooper ("Cooper"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

210. Plaintiff, Noe F. Cordero ("Cordero"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

211. Plaintiff, Brian K. Cornell ("Cornell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

212. Plaintiff, Jeannette L. Cornell ("Cornell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

213. Plaintiff, Gary F. Corner ("Corner"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

214. Plaintiff, Robert M. Cornett ("Cornett"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

215. Plaintiff, Henry D. Corrales ("Corrales"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

216. Plaintiff, Deborah A. Cotellessa ("Cotellessa"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

217. Plaintiff, Carol V. Council ("Council"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

218.   Plaintiff, Chad E. Crenshaw ("Crenshaw"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

219.   Plaintiff, Marco A. Crisostomo ("Crisostomo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

220.   Plaintiff, Tyrone H. Crosby ("Crosby"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

221.   Plaintiff, Robert P. Cruz ("Cruz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

222.   Plaintiff, Vedasto A. Cruz Jr. ("Cruz Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

223.   Plaintiff, William L. Cuddy III ("Cuddy III"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

224.   Plaintiff, Celso G. Cueva ("Cueva"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

225.   Plaintiff, James P. Culligan ("Culligan"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

226.   Plaintiff, Ralph A. Cummings ("Cummings"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

227.   Plaintiff, David W. Cupples ("Cupples"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

228.   Plaintiff, Christopher P. Curran ("Curran"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

229.   Plaintiff, Laurie J. Curran ("Curran"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

230.   Plaintiff, Fenella R. Custer ("Custer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

231.   Plaintiff, Mariusz Czas ("Czas"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

232.   Plaintiff, Denise F. Dailey ("Dailey"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

233.   Plaintiff, Leroy K. Dailey ("Dailey"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

234.   Plaintiff, Josephine I. Dains ("Dains"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

235.   Plaintiff, Scott W. Daniels ("Daniels"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

236.   Plaintiff, Robert W. Dare ("Dare"), is a United States citizen and

1 | resident of the State of California. Plaintiff is currently employed by the San
2 | Diego Police Department ("SDPD" or "Department").

3 |      237.   Plaintiff, Eric C. Davis ("Davis"), is a United States citizen and
4 | resident of the State of California. Plaintiff is currently employed by the San
5 | Diego Police Department ("SDPD" or "Department").

6 |      238.   Plaintiff, Garry R. Davis ("Davis"), is a United States citizen and
7 | resident of the State of California. Plaintiff is currently employed by the San
8 | Diego Police Department ("SDPD" or "Department").

9 |      239.   Plaintiff, John W. Davis ("Davis"), is a United States citizen and
10 | resident of the State of California. Plaintiff is currently employed by the San
11 | Diego Police Department ("SDPD" or "Department").

12 |      240.   Plaintiff, Michael J. Davis ("Davis"), is a United States citizen and
13 | resident of the State of California. Plaintiff is currently employed by the San
14 | Diego Police Department ("SDPD" or "Department").

15 |      241.   Plaintiff, Richard E. Davis ("Davis"), is a United States citizen and
16 | resident of the State of California. Plaintiff is currently employed by the San
17 | Diego Police Department ("SDPD" or "Department").

18 |      242.   Plaintiff, William T. Davis Jr. ("Davis Jr."), is a United States
19 | citizen and resident of the State of California. Plaintiff is currently employed by
20 | the San Diego Police Department ("SDPD" or "Department").

21 |      243.   Plaintiff, Dean L. Davison ("Davison"), is a United States citizen
22 | and resident of the State of California. Plaintiff is currently employed by the San
23 | Diego Police Department ("SDPD" or "Department").

24 |      244.   Plaintiff, Jerome Dawson ("Dawson"), is a United States citizen and
25 | resident of the State of California. Plaintiff is currently employed by the San
26 | Diego Police Department ("SDPD" or "Department").

27 |      245.   Plaintiff, Michael O. Day ("Day"), is a United States citizen and
28 | resident of the State of California. Plaintiff is currently employed by the San

Complaint

1 | Diego Police Department ("SDPD" or "Department").

2 |     246.   Plaintiff, William J. Day Jr. ("Day Jr."), is a United States citizen
3 | and resident of the State of California. Plaintiff is currently employed by the San
4 | Diego Police Department ("SDPD" or "Department").

5 |     247.   Plaintiff, Alexander De Armas ("De Armas"), is a United States
6 | citizen and resident of the State of California. Plaintiff is currently employed by
7 | the San Diego Police Department ("SDPD" or "Department").

8 |     248.   Plaintiff, Charles De la Cruz ("De la Cruz"), is a United States
9 | citizen and resident of the State of California. Plaintiff is currently employed by
10 | the San Diego Police Department ("SDPD" or "Department").

11 |     249.   Plaintiff, Susan M. de la Pena ("de la Pena"), is a United States
12 | citizen and resident of the State of California. Plaintiff is currently employed by
13 | the San Diego Police Department ("SDPD" or "Department").

14 |     250.   Plaintiff, Deana E. De Los Reyes ("De Los Reyes"), is a United
15 | States citizen and resident of the State of California. Plaintiff is currently
16 | employed by the San Diego Police Department ("SDPD" or "Department").

17 |     251.   Plaintiff, Romeo C. De Los Reyes ("De Los Reyes"), is a United
18 | States citizen and resident of the State of California. Plaintiff is currently
19 | employed by the San Diego Police Department ("SDPD" or "Department").

20 |     252.   Plaintiff, Michael J. Dean ("Dean"), is a United States citizen and
21 | resident of the State of California. Plaintiff is currently employed by the San
22 | Diego Police Department ("SDPD" or "Department").

23 |     253.   Plaintiff, Conrado V. Decastro ("Decastro"), is a United States
24 | citizen and resident of the State of California. Plaintiff is currently employed by
25 | the San Diego Police Department ("SDPD" or "Department").

26 |     254.   Plaintiff, Geoffrey S. Decesari ("Decesari"), is a United States
27 | citizen and resident of the State of California. Plaintiff is currently employed by
28 | the San Diego Police Department ("SDPD" or "Department").

255.    Plaintiff, Jonathan M. DeGuzman ("DeGuzman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

256.    Plaintiff, Raul Delgadillo ("Delgadillo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

257.    Plaintiff, Roberto L. Delgadillo ("Delgadillo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

258.    Plaintiff, Constandinos A. Delimitros ("Delimitros"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

259.    Plaintiff, Jovanna R. Derrough ("Derrough"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

260.    Plaintiff, Edward A. DeVowe ("DeVowe"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

261.    Plaintiff, Derek D. Diaz ("Diaz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

262.    Plaintiff, James F. Dickinson ("Dickinson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

263.    Plaintiff, John (Jack) R. Didelot ("Didelot"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

264.    Plaintiff, Jennifer E. Dishon ("Dishon"), is a United States citizen

and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

265.   Plaintiff, Roy J. Doakes ("Doakes"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

266.   Plaintiff, Matthew W. Dobbs ("Dobbs"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

267.   Plaintiff, Wayne R. Doeden ("Doeden"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

268.   Plaintiff, Donald J. Dolezal Jr. ("Dolezal Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

269.   Plaintiff, James E. Dollins ("Dollins"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

270.   Plaintiff, Marianne L. Dougherty ("Dougherty"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

271.   Plaintiff, Ronald H. Dougherty ("Dougherty"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

272.   Plaintiff, David F. Douglas ("Douglas"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

273.   Plaintiff, Samuel D. Douglas ("Douglas"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

1  Diego Police Department ("SDPD" or "Department").

2     274.  Plaintiff, Gregory T. Drilling ("Drilling"), is a United States citizen

3  and resident of the State of California.  Plaintiff is currently employed by the San

4  Diego Police Department ("SDPD" or "Department").

5     275.  Plaintiff, Arthur W. Dubois III ("Dubois III"), is a United States

6  citizen and resident of the State of California.  Plaintiff is currently employed by

7  the San Diego Police Department ("SDPD" or "Department").

8     276.  Plaintiff, Brett A. Dudley ("Dudley"), is a United States citizen and

9  resident of the State of California.  Plaintiff is currently employed by the San

10  Diego Police Department ("SDPD" or "Department").

11     277.  Plaintiff, Kevin C. Duffy ("Duffy"), is a United States citizen and

12  resident of the State of California.  Plaintiff is currently employed by the San

13  Diego Police Department ("SDPD" or "Department").

14     278.  Plaintiff, John G. Dunbar ("Dunbar"), is a United States citizen and

15  resident of the State of California.  Plaintiff is currently employed by the San

16  Diego Police Department ("SDPD" or "Department").

17     279.  Plaintiff, Jeffrey Dunn ("Dunn"), is a United States citizen and

18  resident of the State of California.  Plaintiff is currently employed by the San

19  Diego Police Department ("SDPD" or "Department").

20     280.  Plaintiff, Anthony L. Dupree ("Dupree"), is a United States citizen

21  and resident of the State of California.  Plaintiff is currently employed by the San

22  Diego Police Department ("SDPD" or "Department").

23     281.  Plaintiff, Joseph M. Durand ("Durand"), is a United States citizen

24  and resident of the State of California.  Plaintiff is currently employed by the San

25  Diego Police Department ("SDPD" or "Department").

26     282.  Plaintiff, Wende M. Eckard ("Eckard"), is a United States citizen

27  and resident of the State of California.  Plaintiff is currently employed by the San

28  Diego Police Department ("SDPD" or "Department").

Complaint

283.   Plaintiff, Richard K. Edgil ("Edgil"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

284.   Plaintiff, Frederick G. Edwards ("Edwards"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

285.   Plaintiff, Michael J. Edwards ("Edwards"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

286.   Plaintiff, Sheryl L. Edwards ("Edwards"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

287.   Plaintiff, Randal W. Eichmann ("Eichmann"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

288.   Plaintiff, Roland H. Elkins ("Elkins"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

289.   Plaintiff, John Elliott ("Elliott"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

290.   Plaintiff, Christopher J. Ellis ("Ellis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

291.   Plaintiff, Shari L. Ellithorpe ("Ellithorpe"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

292.   Plaintiff, William Ellithorpe Jr. ("Ellithorpe Jr."), is a United States

citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

293. Plaintiff, Darryl L. Emerson ("Emerson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

294. Plaintiff, Ernesto Encinas ("Encinas"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

295. Plaintiff, Leland English ("English"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

296. Plaintiff, Richard D. Ensign ("Ensign"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

297. Plaintiff, Julie M. Epperson ("Epperson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

298. Plaintiff, Steven S. Epperson ("Epperson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

299. Plaintiff, Edward G. Erbe ("Erbe"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

300. Plaintiff, Manuel Escalante ("Escalante"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

301. Plaintiff, Christopher C. Escudero ("Escudero"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by

Complaint

the San Diego Police Department ("SDPD" or "Department").

302.    Plaintiff, Marlon J. Estepa ("Estepa"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

303.    Plaintiff, Christopher D. Everett ("Everett"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

304.    Plaintiff, Christine M. Farmer ("Farmer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

305.    Plaintiff, Debra L. Farrar ("Farrar"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

306.    Plaintiff, Jay P. Farrington ("Farrington"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

307.    Plaintiff, Timothy K. Faubel ("Faubel"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

308.    Plaintiff, Paul J. Fay ("Fay"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

309.    Plaintiff, David L. Felkins ("Felkins"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

310.    Plaintiff, Andrew L. Fellows ("Fellows"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

311.   Plaintiff, Jeffrey M. Fellows Sr. ("Fellows Sr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

312.   Plaintiff, Michael J. Fender ("Fender"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

313.   Plaintiff, Alejandro M. Fernandez ("Fernandez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

314.   Plaintiff, James D. Filley ("Filley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

315.   Plaintiff, Robert G. Filley ("Filley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

316.   Plaintiff, Rodney W. Fischer ("Fischer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

317.   Plaintiff, Lawanda M. Fisher ("Fisher"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

318.   Plaintiff, Larry E. Fixsen ("Fixsen"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

319.   Plaintiff, Michael F. Flanagan ("Flanagan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

320.   Plaintiff, Gregory A. Flood ("Flood"), is a United States citizen and

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

321. Plaintiff, Miguel M. Flores ("Flores"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

322. Plaintiff, Raul Flores ("Flores"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

323. Plaintiff, Steve T. Flores ("Flores"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

324. Plaintiff, Gilbert H. Flores Jr. ("Flores Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

325. Plaintiff, Anna M. Ford ("Ford"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

326. Plaintiff, James M. Ford ("Ford"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

327. Plaintiff, Mark E. Foreman ("Foreman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

328. Plaintiff, Colin R. Forsey ("Forsey"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

329. Plaintiff, Kenneth N. Fortier ("Fortier"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

330.   Plaintiff, Natalie F. Fortier ("Fortier"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

331.   Plaintiff, Richard C. Fortuna ("Fortuna"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

332.   Plaintiff, Robert M. Fowler ("Fowler"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

333.   Plaintiff, Charles R. Fox ("Fox"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

334.   Plaintiff, Phillip J. Franchina ("Franchina"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

335.   Plaintiff, Reginald F. Frank ("Frank"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

336.   Plaintiff, Hugg French ("French"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

337.   Plaintiff, Kevin B. French ("French"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

338.   Plaintiff, William L. Frew ("Frew"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

339.   Plaintiff, Brian J. Freymueller ("Freymueller"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

340.   Plaintiff, Kevin B. Friedman ("Friedman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

341.   Plaintiff, Aaron K. Frodente ("Frodente"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

342.   Plaintiff, Hector E. Fuentes ("Fuentes"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

343.   Plaintiff, Marco A. Fuentes ("Fuentes"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

344.   Plaintiff, John P. Fune ("Fune"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

345.   Plaintiff, Andrea S. Furst ("Furst"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

346.   Plaintiff, Mark S. Gain ("Gain"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

347.   Plaintiff, Gerry D. Gapusan ("Gapusan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

348.   Plaintiff, David D. Garcia ("Garcia"), is a United States citizen and

Complaint

1   resident of the State of California.  Plaintiff is currently employed by the San

2   Diego Police Department ("SDPD" or "Department").

3        349.    Plaintiff, Ivan Garcia ("Garcia"), is a United States citizen and

4   resident of the State of California.  Plaintiff is currently employed by the San

5   Diego Police Department ("SDPD" or "Department").

6        350.    Plaintiff, Linda E. Garcia ("Garcia"), is a United States citizen and

7   resident of the State of California.  Plaintiff is currently employed by the San

8   Diego Police Department ("SDPD" or "Department").

9        351.    Plaintiff, Manuel M. Garcia ("Garcia"), is a United States citizen and

10  resident of the State of California.  Plaintiff is currently employed by the San

11  Diego Police Department ("SDPD" or "Department").

12       352.    Plaintiff, Ronald R. Garcia ("Garcia"), is a United States citizen and

13  resident of the State of California.  Plaintiff is currently employed by the San

14  Diego Police Department ("SDPD" or "Department").

15       353.    Plaintiff, Ralph J. Garcia  Jr. ("Garcia  Jr."), is a United States

16  citizen and resident of the State of California.  Plaintiff is currently employed by

17  the San Diego Police Department ("SDPD" or "Department").

18       354.    Plaintiff, Justin C. Garlow ("Garlow"), is a United States citizen and

19  resident of the State of California.  Plaintiff is currently employed by the San

20  Diego Police Department ("SDPD" or "Department").

21       355.    Plaintiff, Edwin R. Garrette ("Garrette"), is a United States citizen

22  and resident of the State of California.  Plaintiff is currently employed by the San

23  Diego Police Department ("SDPD" or "Department").

24       356.    Plaintiff, Larry D. Gathright ("Gathright"), is a United States citizen

25  and resident of the State of California.  Plaintiff is currently employed by the San

26  Diego Police Department ("SDPD" or "Department").

27       357.    Plaintiff, James R. Gee ("Gee"), is a United States citizen and

28  resident of the State of California.  Plaintiff is currently employed by the San

Complaint

1  Diego Police Department ("SDPD" or "Department").

2      358.    Plaintiff, Paul B. Geis ("Geis"), is a United States citizen and

3  resident of the State of California.  Plaintiff is currently employed by the San

4  Diego Police Department ("SDPD" or "Department").

5      359.    Plaintiff, John P. Gener ("Gener"), is a United States citizen and

6  resident of the State of California.  Plaintiff is currently employed by the San

7  Diego Police Department ("SDPD" or "Department").

8      360.    Plaintiff, Frank A. Gerbac ("Gerbac"), is a United States citizen and

9  resident of the State of California.  Plaintiff is currently employed by the San

10  Diego Police Department ("SDPD" or "Department").

11      361.    Plaintiff, Frederick R. Gerke ("Gerke"), is a United States citizen

12  and resident of the State of California.  Plaintiff is currently employed by the San

13  Diego Police Department ("SDPD" or "Department").

14      362.    Plaintiff, Troy A. Gibson ("Gibson"), is a United States citizen and

15  resident of the State of California.  Plaintiff is currently employed by the San

16  Diego Police Department ("SDPD" or "Department").

17      363.    Plaintiff, Robert I. Gilbert ("Gilbert"), is a United States citizen and

18  resident of the State of California.  Plaintiff is currently employed by the San

19  Diego Police Department ("SDPD" or "Department").

20      364.    Plaintiff, David N. Gilligan ("Gilligan"), is a United States citizen

21  and resident of the State of California.  Plaintiff is currently employed by the San

22  Diego Police Department ("SDPD" or "Department").

23      365.    Plaintiff, Casey D. Gini ("Gini"), is a United States citizen and

24  resident of the State of California.  Plaintiff is currently employed by the San

25  Diego Police Department ("SDPD" or "Department").

26      366.    Plaintiff, Shannah W. Glazewski ("Glazewski"), is a United States

27  citizen and resident of the State of California.  Plaintiff is currently employed by

28  the San Diego Police Department ("SDPD" or "Department").

Complaint

367.    Plaintiff, Dewayne F. Glazewski II ("Glazewski II"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

368.    Plaintiff, Loretta L. Glick ("Glick"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

369.    Plaintiff, Brian M. Goldberg ("Goldberg"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

370.    Plaintiff, James G. Golembiewski ("Golembiewski"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

371.    Plaintiff, Edward R. Gomez ("Gomez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

372.    Plaintiff, Juan J. Gomez ("Gomez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

373.    Plaintiff, Gary S. Gonzales ("Gonzales"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

374.    Plaintiff, Jordi Gonzalez ("Gonzalez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

375.    Plaintiff, Gregg I. Goodman ("Goodman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

376.    Plaintiff, Michael V. Gordon ("Gordon"), is a United States citizen

and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

377.    Plaintiff, Charles M. Graham ("Graham"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

378.    Plaintiff, Richard R. Grano ("Grano"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

379.    Plaintiff, James E. Graves ("Graves"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

380.    Plaintiff, Cedric J. Green ("Green"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

381.    Plaintiff, Scott Y. Greenwood ("Greenwood"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

382.    Plaintiff, Christine A. Gregg ("Gregg"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

383.    Plaintiff, Mary K. Gressel ("Gressel"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

384.    Plaintiff, William T. Griffin ("Griffin"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

385.    Plaintiff, Eric Groeger ("Groeger"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

1  Diego Police Department ("SDPD" or "Department").

2      386.    Plaintiff, Mike Gutierrez ("Gutierrez"), is a United States citizen and

3  resident of the State of California.  Plaintiff is currently employed by the San

4  Diego Police Department ("SDPD" or "Department").

5      387.    Plaintiff, Mark G. Haas ("Haas"), is a United States citizen and

6  resident of the State of California.  Plaintiff is currently employed by the San

7  Diego Police Department ("SDPD" or "Department").

8      388.    Plaintiff, Gregory A. Haisan ("Haisan"), is a United States citizen

9  and resident of the State of California.  Plaintiff is currently employed by the San

10 Diego Police Department ("SDPD" or "Department").

11     389.    Plaintiff, David C. Hall ("Hall"), is a United States citizen and

12 resident of the State of California.  Plaintiff is currently employed by the San

13 Diego Police Department ("SDPD" or "Department").

14     390.    Plaintiff, Lawrence A. Hall ("Hall"), is a United States citizen and

15 resident of the State of California.  Plaintiff is currently employed by the San

16 Diego Police Department ("SDPD" or "Department").

17     391.    Plaintiff, Patrick S. Hall ("Hall"), is a United States citizen and

18 resident of the State of California.  Plaintiff is currently employed by the San

19 Diego Police Department ("SDPD" or "Department").

20     392.    Plaintiff, Ronald G. Hall ("Hall"), is a United States citizen and

21 resident of the State of California.  Plaintiff is currently employed by the San

22 Diego Police Department ("SDPD" or "Department").

23     393.    Plaintiff, Timothy C. Hall ("Hall"), is a United States citizen and

24 resident of the State of California.  Plaintiff is currently employed by the San

25 Diego Police Department ("SDPD" or "Department").

26     394.    Plaintiff, Kimber L. Hammond ("Hammond"), is a United States

27 citizen and resident of the State of California.  Plaintiff is currently employed by

28 the San Diego Police Department ("SDPD" or "Department").

Complaint

395.    Plaintiff, Michelle Hansen-Garcia ("Hansen-Garcia"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

396.    Plaintiff, Jerry P. Hara ("Hara"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

397.    Plaintiff, John J. Harberth ("Harberth"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

398.    Plaintiff, Corinne Hard ("Hard"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

399.    Plaintiff, Joseph P. Harper ("Harper"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

400.    Plaintiff, Jeffrey L. Harrington ("Harrington"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

401.    Plaintiff, Paul A. Harris ("Harris"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

402.    Plaintiff, Shannon W. Hart ("Hart"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

403.    Plaintiff, Michael A. Hartman ("Hartman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

404.    Plaintiff, J. Aaron Harwick ("Harwick"), is a United States citizen

and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

405.    Plaintiff, Muhammad A. Hassan ("Hassan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

406.    Plaintiff, Michael R. Hastings ("Hastings"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

407.    Plaintiff, Ramona R. Hastings ("Hastings"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

408.    Plaintiff, Roger E. Hatch ("Hatch"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

409.    Plaintiff, Daniel Hatfield ("Hatfield"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

410.    Plaintiff, Daniel C. Hattler ("Hattler"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

411.    Plaintiff, John D. Haugland ("Haugland"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

412.    Plaintiff, Robin L. Hayes ("Hayes"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

413.    Plaintiff, David M. Headley ("Headley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

414.   Plaintiff, Kathleen F. Healey ("Healey"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

415.   Plaintiff, Jennifer P. Hebdon ("Hebdon"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

416.   Plaintiff, Robert T. Heims ("Heims"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

417.   Plaintiff, Patrick M. Heller ("Heller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

418.   Plaintiff, Scott Henderson ("Henderson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

419.   Plaintiff, Emmitt Henderson  Jr ("Henderson  Jr"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

420.   Plaintiff, Janice L. Hendrickson ("Hendrickson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

421.   Plaintiff, John S. Hendrix ("Hendrix"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

422.   Plaintiff, Robert C. Hendrix ("Hendrix"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

423.    Plaintiff, Randall T. Henrizi ("Henrizi"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

424.    Plaintiff, Matthew J. Henry ("Henry"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

425.    Plaintiff, Shaun P. Henry ("Henry"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

426.    Plaintiff, James K. Heppell ("Heppell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

427.    Plaintiff, James F. Hergenroeather ("Hergenroeather"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

428.    Plaintiff, Daniel Hernandez ("Hernandez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

429.    Plaintiff, Israel Hernandez ("Hernandez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

430.    Plaintiff, Manuel S. Hernandez ("Hernandez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

431.    Plaintiff, Nestor Hernandez ("Hernandez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

432.    Plaintiff, Ruben C. Hernandez ("Hernandez"), is a United States

citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

433.   Plaintiff, Victor M. Herrera ("Herrera"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

434.   Plaintiff, Mark S. Herring ("Herring"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

435.   Plaintiff, Larry R. Hesselgesser Jr. ("Hesselgesser Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

436.   Plaintiff, Bryan W. Hewitt ("Hewitt"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

437.   Plaintiff, Byron E. Hibshman ("Hibshman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

438.   Plaintiff, Matthew P. Hicks ("Hicks"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

439.   Plaintiff, Wade High ("High"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

440.   Plaintiff, Steven F. Higuera ("Higuera"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

441.   Plaintiff, Gary W. Hill ("Hill"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

1  Diego Police Department ("SDPD" or "Department").

2       442.   Plaintiff, Jerald Hill ("Hill"), is a United States citizen and resident

3  of the State of California.  Plaintiff is currently employed by the San Diego Police

4  Department ("SDPD" or "Department").

5       443.   Plaintiff, Randall B. Hill ("Hill"), is a United States citizen and

6  resident of the State of California.  Plaintiff is currently employed by the San

7  Diego Police Department ("SDPD" or "Department").

8       444.   Plaintiff, Renee L. Hill ("Hill"), is a United States citizen and

9  resident of the State of California.  Plaintiff is currently employed by the San

10  Diego Police Department ("SDPD" or "Department").

11       445.   Plaintiff, Richard A.  Hinzo ("Hinzo"), is a United States citizen and

12  resident of the State of California.  Plaintiff is currently employed by the San

13  Diego Police Department ("SDPD" or "Department").

14       446.   Plaintiff, Anne-Marie Hiskes ("Hiskes"), is a United States citizen

15  and resident of the State of California.  Plaintiff is currently employed by the San

16  Diego Police Department ("SDPD" or "Department").

17       447.   Plaintiff, Diana L. Hodges ("Hodges"), is a United States citizen and

18  resident of the State of California.  Plaintiff is currently employed by the San

19  Diego Police Department ("SDPD" or "Department").

20       448.   Plaintiff, Mark S. Hodges ("Hodges"), is a United States citizen and

21  resident of the State of California.  Plaintiff is currently employed by the San

22  Diego Police Department ("SDPD" or "Department").

23       449.   Plaintiff, Kenneth P. Hodges  Sr. ("Hodges  Sr."), is a United States

24  citizen and resident of the State of California.  Plaintiff is currently employed by

25  the San Diego Police Department ("SDPD" or "Department").

26       450.   Plaintiff, Thomas E Hoenes ("Hoenes"), is a United States citizen

27  and resident of the State of California.  Plaintiff is currently employed by the San

28  Diego Police Department ("SDPD" or "Department").

Complaint

451.    Plaintiff, Frank J. Hoerman ("Hoerman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

452.    Plaintiff, Ken L. Hofer ("Hofer"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

453.    Plaintiff, Lloyd J. Hoff Jr. ("Hoff Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

454.    Plaintiff, Andrew T. Hoffman ("Hoffman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

455.    Plaintiff, David A. Hoffman ("Hoffman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

456.    Plaintiff, Marc G. Hoffman ("Hoffman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

457.    Plaintiff, Charles F. Hogquist ("Hogquist"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

459.    Plaintiff, Mike D. Holden ("Holden"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

460.    Plaintiff, Scott C. Holden ("Holden"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

461.    Plaintiff, Vanessa Holland ("Holland"), is a United States citizen

Complaint

1   and resident of the State of California.  Plaintiff is currently employed by the San

2   Diego Police Department ("SDPD" or "Department").

3       462.   Plaintiff, Elizabeth R. Holliday ("Holliday"), is a United States

4   citizen and resident of the State of California.  Plaintiff is currently employed by

5   the San Diego Police Department ("SDPD" or "Department").

6       463.   Plaintiff, Stephen T. Holliday ("Holliday"), is a United States citizen

7   and resident of the State of California.  Plaintiff is currently employed by the San

8   Diego Police Department ("SDPD" or "Department").

9       464.   Plaintiff, Paul T. Holman ("Holman"), is a United States citizen and

10  resident of the State of California.  Plaintiff is currently employed by the San

11  Diego Police Department ("SDPD" or "Department").

12      465.   Plaintiff, William B. Holmes ("Holmes"), is a United States citizen

13  and resident of the State of California.  Plaintiff is currently employed by the San

14  Diego Police Department ("SDPD" or "Department").

15      466.   Plaintiff, Richard E. Holmstrom ("Holmstrom"), is a United States

16  citizen and resident of the State of California.  Plaintiff is currently employed by

17  the San Diego Police Department ("SDPD" or "Department").

18      467.   Plaintiff, Scott R. Holslag ("Holslag"), is a United States citizen and

19  resident of the State of California.  Plaintiff is currently employed by the San

20  Diego Police Department ("SDPD" or "Department").

21      468.   Plaintiff, Christopher J. Holt ("Holt"), is a United States citizen and

22  resident of the State of California.  Plaintiff is currently employed by the San

23  Diego Police Department ("SDPD" or "Department").

24      469.   Plaintiff, Paul Hook ("Hook"), is a United States citizen and resident

25  of the State of California.  Plaintiff is currently employed by the San Diego Police

26  Department ("SDPD" or "Department").

27      470.   Plaintiff, Gregory M. Hoolihan ("Hoolihan"), is a United States

28  citizen and resident of the State of California.  Plaintiff is currently employed by

1 | the San Diego Police Department ("SDPD" or "Department").

2 |     471.    Plaintiff, Joel G. Hoolihan ("Hoolihan"), is a United States citizen
3 | and resident of the State of California.  Plaintiff is currently employed by the San
4 | Diego Police Department ("SDPD" or "Department").

5 |     472.    Plaintiff, John P. Hoolihan ("Hoolihan"), is a United States citizen
6 | and resident of the State of California.  Plaintiff is currently employed by the San
7 | Diego Police Department ("SDPD" or "Department").

8 |     473.    Plaintiff, Perry L. Hooper ("Hooper"), is a United States citizen and
9 | resident of the State of California.  Plaintiff is currently employed by the San
10 | Diego Police Department ("SDPD" or "Department").

11 |     474.    Plaintiff, William M. Hoover ("Hoover"), is a United States citizen
12 | and resident of the State of California.  Plaintiff is currently employed by the San
13 | Diego Police Department ("SDPD" or "Department").

14 |     475.    Plaintiff, John P. Horvath ("Horvath"), is a United States citizen and
15 | resident of the State of California.  Plaintiff is currently employed by the San
16 | Diego Police Department ("SDPD" or "Department").

17 |     476.    Plaintiff, Robert W. Hovey ("Hovey"), is a United States citizen and
18 | resident of the State of California.  Plaintiff is currently employed by the San
19 | Diego Police Department ("SDPD" or "Department").

20 |     477.    Plaintiff, John P. Howard ("Howard"), is a United States citizen and
21 | resident of the State of California.  Plaintiff is currently employed by the San
22 | Diego Police Department ("SDPD" or "Department").

23 |     478.    Plaintiff, Larry S. Howell ("Howell"), is a United States citizen and
24 | resident of the State of California.  Plaintiff is currently employed by the San
25 | Diego Police Department ("SDPD" or "Department").

26 |     479.    Plaintiff, Roger G. Howes ("Howes"), is a United States citizen and
27 | resident of the State of California.  Plaintiff is currently employed by the San
28 | Diego Police Department ("SDPD" or "Department").

Complaint

480.   Plaintiff, Lester H. Hubble ("Hubble"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

481.   Plaintiff, Phillip D. Hubbs ("Hubbs"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

482.   Plaintiff, Paul D. Hubka ("Hubka"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

483.   Plaintiff, Dona Hufford ("Hufford"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

484.   Plaintiff, Ty L. Hufford ("Hufford"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

485.   Plaintiff, James C. Hunter ("Hunter"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

486.   Plaintiff, David J. Hustad ("Hustad"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

487.   Plaintiff, Steven Hutchinson ("Hutchinson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

488.   Plaintiff, John J. Huys ("Huys"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

489.   Plaintiff, John D. Iammarino ("Iammarino"), is a United States

citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

490.    Plaintiff, David M. Iorillo ("Iorillo"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

491.    Plaintiff, Craig E. Isbell ("Isbell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

492.    Plaintiff, Brian A. Jackson ("Jackson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

493.    Plaintiff, Corinne M. Jackson ("Jackson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

494.    Plaintiff, Danielle J. Jackson ("Jackson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

495.    Plaintiff, Robert F. Jackson ("Jackson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

496.    Plaintiff, Jane E. Jacobsen ("Jacobsen"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

497.    Plaintiff, Todd T. Jager ("Jager"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

498.    Plaintiff, Jason S. Jarrells ("Jarrells"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

499.    Plaintiff, Lynda E. Jarvis ("Jarvis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

500.    Plaintiff, Philip T.  Jarvis ("Jarvis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

501.    Plaintiff, Gregory A. Jebb ("Jebb"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

502.    Plaintiff, Scott  E. Jedlicka ("Jedlicka"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

503.    Plaintiff, Donna L. Jennes ("Jennes"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

504.    Plaintiff, David E. Jennings ("Jennings"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

505.    Plaintiff, John W. Jillard ("Jillard"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

506.    Plaintiff, Alejandra D. Jimenez ("Jimenez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

507.    Plaintiff, Daniel H. Jimenez ("Jimenez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

508.   Plaintiff, Louis B. Johns ("Johns"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

509.   Plaintiff, Anthony K. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

510.   Plaintiff, Antonio D. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

511.   Plaintiff, Barry E. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

512.   Plaintiff, Janine N. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

513.   Plaintiff, Jeffrey M. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

514.   Plaintiff, John A. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

515.   Plaintiff, Kelly J. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

516.   Plaintiff, Luke T. Johnson ("Johnson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

517.   Plaintiff, Matthew J. Johnson ("Johnson"), is a United States citizen

1 | and resident of the State of California. Plaintiff is currently employed by the San

2 | Diego Police Department ("SDPD" or "Department").

3 | 518. Plaintiff, Rodney C. Johnson ("Johnson"), is a United States citizen

4 | and resident of the State of California. Plaintiff is currently employed by the San

5 | Diego Police Department ("SDPD" or "Department").

6 | 519. Plaintiff, Sarah A. Johnson ("Johnson"), is a United States citizen

7 | and resident of the State of California. Plaintiff is currently employed by the San

8 | Diego Police Department ("SDPD" or "Department").

9 | 520. Plaintiff, Timothy D. Johnson ("Johnson"), is a United States citizen

10 | and resident of the State of California. Plaintiff is currently employed by the San

11 | Diego Police Department ("SDPD" or "Department").

12 | 521. Plaintiff, Buddy L. Johnson II ("Johnson II"), is a United States

13 | citizen and resident of the State of California. Plaintiff is currently employed by

14 | the San Diego Police Department ("SDPD" or "Department").

15 | 522. Plaintiff, Scott W. Johnston ("Johnston"), is a United States citizen

16 | and resident of the State of California. Plaintiff is currently employed by the San

17 | Diego Police Department ("SDPD" or "Department").

18 | 523. Plaintiff, Bennie L. Jolly ("Jolly"), is a United States citizen and

19 | resident of the State of California. Plaintiff is currently employed by the San

20 | Diego Police Department ("SDPD" or "Department").

21 | 524. Plaintiff, Edward V. Jones ("Jones"), is a United States citizen and

22 | resident of the State of California. Plaintiff is currently employed by the San

23 | Diego Police Department ("SDPD" or "Department").

24 | 525. Plaintiff, James W. Jones ("Jones"), is a United States citizen and

25 | resident of the State of California. Plaintiff is currently employed by the San

26 | Diego Police Department ("SDPD" or "Department").

27 | 526. Plaintiff, Randal L. Jones ("Jones"), is a United States citizen and

28 | resident of the State of California. Plaintiff is currently employed by the San

1 | Diego Police Department ("SDPD" or "Department").

2 | 527.   Plaintiff, Thomas R. Jones ("Jones"), is a United States citizen and
3 | resident of the State of California.  Plaintiff is currently employed by the San
4 | Diego Police Department ("SDPD" or "Department").

5 | 528.   Plaintiff, Jeffrey T. Jordon ("Jordon"), is a United States citizen and
6 | resident of the State of California.  Plaintiff is currently employed by the San
7 | Diego Police Department ("SDPD" or "Department").

8 | 529.   Plaintiff, Marc E. Jose ("Jose"), is a United States citizen and
9 | resident of the State of California.  Plaintiff is currently employed by the San
10 | Diego Police Department ("SDPD" or "Department").

11 | 530.   Plaintiff, Thomas W. Joy ("Joy"), is a United States citizen and
12 | resident of the State of California.  Plaintiff is currently employed by the San
13 | Diego Police Department ("SDPD" or "Department").

14 | 531.   Plaintiff, Corey B. Jung ("Jung"), is a United States citizen and
15 | resident of the State of California.  Plaintiff is currently employed by the San
16 | Diego Police Department ("SDPD" or "Department").

17 | 532.   Plaintiff, Monica E. Kaiser ("Kaiser"), is a United States citizen and
18 | resident of the State of California.  Plaintiff is currently employed by the San
19 | Diego Police Department ("SDPD" or "Department").

20 | 533.   Plaintiff, Alan B. Karsh ("Karsh"), is a United States citizen and
21 | resident of the State of California.  Plaintiff is currently employed by the San
22 | Diego Police Department ("SDPD" or "Department").

23 | 534.   Plaintiff, Theodore M. Kasinak ("Kasinak"), is a United States
24 | citizen and resident of the State of California.  Plaintiff is currently employed by
25 | the San Diego Police Department ("SDPD" or "Department").

26 | 535.   Plaintiff, Edward E. Kaszycki ("Kaszycki"), is a United States
27 | citizen and resident of the State of California.  Plaintiff is currently employed by
28 | the San Diego Police Department ("SDPD" or "Department").

536.   Plaintiff, George C. Kathan ("Kathan"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

537.   Plaintiff, Charles Q. Kaye ("Kaye"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

538.   Plaintiff, Todd V. Kearns ("Kearns"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

539.   Plaintiff, Timothy J. Keating ("Keating"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

540.   Plaintiff, Brian L. Keaton ("Keaton"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

541.   Plaintiff, Johnny F. Keene Jr. ("Keene Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

542.   Plaintiff, David W. Keesling ("Keesling"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

543.   Plaintiff, Paul N. Keffer ("Keffer"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

544.   Plaintiff, Nicholas I. Kelbaugh ("Kelbaugh"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

545.   Plaintiff, Carla A. Keller ("Keller"), is a United States citizen and

Complaint

resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

546.   Plaintiff, William L. Kellner ("Kellner"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

547.   Plaintiff, Jacob E. Kern ("Kern"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

548.   Plaintiff, David R. Kersch ("Kersch"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

549.   Plaintiff, Jason L. Kessel ("Kessel"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

550.   Plaintiff, Mark L. Keyser ("Keyser"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

551.   Plaintiff, Stephen M. Kingkade ("Kingkade"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

552.   Plaintiff, Theresa L. Kinney ("Kinney"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

553.   Plaintiff, Richard S. Kirchhoff ("Kirchhoff"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

554.   Plaintiff, James B. Kistner ("Kistner"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

1   Diego Police Department ("SDPD" or "Department").

2       555.   Plaintiff, William A. Knight ("Knight"), is a United States citizen

3   and resident of the State of California.  Plaintiff is currently employed by the San

4   Diego Police Department ("SDPD" or "Department").

5       556.   Plaintiff, Christopher L. Knighten ("Knighten"), is a United States

6   citizen and resident of the State of California.  Plaintiff is currently employed by

7   the San Diego Police Department ("SDPD" or "Department").

8       557.   Plaintiff, Jack K. Knish ("Knish"), is a United States citizen and

9   resident of the State of California.  Plaintiff is currently employed by the San

10  Diego Police Department ("SDPD" or "Department").

11      558.   Plaintiff, Phillip P. Konz ("Konz"), is a United States citizen and

12  resident of the State of California.  Plaintiff is currently employed by the San

13  Diego Police Department ("SDPD" or "Department").

14      559.   Plaintiff, Johni Kosugi ("Kosugi"), is a United States citizen and

15  resident of the State of California.  Plaintiff is currently employed by the San

16  Diego Police Department ("SDPD" or "Department").

17      560.   Plaintiff, Patricia R. Krall ("Krall"), is a United States citizen and

18  resident of the State of California.  Plaintiff is currently employed by the San

19  Diego Police Department ("SDPD" or "Department").

20      561.   Plaintiff, David Kries ("Kries"), is a United States citizen and

21  resident of the State of California.  Plaintiff is currently employed by the San

22  Diego Police Department ("SDPD" or "Department").

23      562.   Plaintiff, Michael L. Kroesch ("Kroesch"), is a United States citizen

24  and resident of the State of California.  Plaintiff is currently employed by the San

25  Diego Police Department ("SDPD" or "Department").

26      563.   Plaintiff, Joseph J. Krouss ("Krouss"), is a United States citizen and

27  resident of the State of California.  Plaintiff is currently employed by the San

28  Diego Police Department ("SDPD" or "Department").

Complaint

564.    Plaintiff, Nancy Kulinski ("Kulinski"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

565.    Plaintiff, Edward P. Kunold ("Kunold"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

566.    Plaintiff, James A. Kurupas ("Kurupas"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

567.    Plaintiff, Demetrios G. Kyres ("Kyres"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

568.    Plaintiff, Patrick Laco ("Laco"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

569.    Plaintiff, David Y. Lamaku ("Lamaku"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

570.    Plaintiff, Michael L. Lambert ("Lambert"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

571.    Plaintiff, David L. Landman ("Landman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

572.    Plaintiff, Charles Lara ("Lara"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

573.    Plaintiff, Ronald P. Larmour ("Larmour"), is a United States citizen

Complaint



and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

574.    Plaintiff, Daniel P. Lasher ("Lasher"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

575.    Plaintiff, Stephen J. Laursen ("Laursen"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

576.    Plaintiff, Edmund J. LaValle II ("LaValle II"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

577.    Plaintiff, Scott M. Lawford ("Lawford"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

578.    Plaintiff, David J. Lawlor ("Lawlor"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

579.    Plaintiff, Gary A. Lawrence ("Lawrence"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

580.    Plaintiff, Brooke P. Lawson ("Lawson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

581.    Plaintiff, Vu A. Le ("Le"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

582.    Plaintiff, Daniel W. Leach ("Leach"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

583.   Plaintiff, John B. Leamons Jr. ("Leamons Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

584.   Plaintiff, Tony C. Lee ("Lee"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

585.   Plaintiff, William E. Leffler ("Leffler"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

586.   Plaintiff, Sandi F. Lehan ("Lehan"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

587.   Plaintiff, Larry W. Leiber ("Leiber"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

588.   Plaintiff, Ronald W. LeMaster ("LeMaster"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

589.   Plaintiff, Roberto G. Lemus ("Lemus"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

590.   Plaintiff, Patrick A. Lenhart ("Lenhart"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

591.   Plaintiff, Paul R. Lennon ("Lennon"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

592.   Plaintiff, Jorge R. Leon ("Leon"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

593.   Plaintiff, Michael A. Leonard ("Leonard"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

594.   Plaintiff, Alberto H. Leos ("Leos"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

595.   Plaintiff, Brian C. Leribeus ("Leribeus"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

596.   Plaintiff, John B. Levan ("Levan"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

597.   Plaintiff, Randon E. Levitt ("Levitt"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

598.   Plaintiff, Kazimierz P. Lewak ("Lewak"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

599.   Plaintiff, Robert A. Lewis ("Lewis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

600.   Plaintiff, Robert L. Lewis ("Lewis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

601.   Plaintiff, Iledfonso Limon ("Limon"), is a United States citizen and

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

602.   Plaintiff, Anthony J. Linardi Jr. ("Linardi Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

603.   Plaintiff, Lawrence J. Lindstrom ("Lindstrom"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

604.   Plaintiff, James R. Livesey ("Livesey"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

605.   Plaintiff, Robert Lobato ("Lobato"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

606.   Plaintiff, Henry L. Lobel ("Lobel"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

607.   Plaintiff, Thomas E. Loftin ("Loftin"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

608.   Plaintiff, James W. Long ("Long"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

609.   Plaintiff, Timothy M. Long ("Long"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

610.   Plaintiff, Gabriel A. Lopez ("Lopez"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

611.    Plaintiff, Joseph A. Lopez ("Lopez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

612.    Plaintiff, Gene C. Loucks ("Loucks"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

613.    Plaintiff, Darrell L. Loughrey ("Loughrey"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

614.    Plaintiff, Warren L. Lovell ("Lovell"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

615.    Plaintiff, Arturo Lovio ("Lovio"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

616.    Plaintiff, Alfred Lozano ("Lozano"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

617.    Plaintiff, Christopher M. Luce ("Luce"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

618.    Plaintiff, Daniel D. Luth ("Luth"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

619.    Plaintiff, Charles D. Lyall ("Lyall"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

620. Plaintiff, Edward D. Lynch ("Lynch"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

621. Plaintiff, Albert B. Macawili ("Macawili"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

622. Plaintiff, Edward A. MacConaghy ("MacConaghy"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

623. Plaintiff, Brett N. Macfarlane ("Macfarlane"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

624. Plaintiff, Andre D. Mack ("Mack"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

625. Plaintiff, Bertha MacTiernan ("MacTiernan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

626. Plaintiff, Peter Madrid ("Madrid"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

627. Plaintiff, Louis J. Maggi Jr. ("Maggi Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

628. Plaintiff, George N. Maglaras ("Maglaras"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

629. Plaintiff, Bryan W. Manning ("Manning"), is a United States citizen

and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

630.    Plaintiff, Cory S. Mapston ("Mapston"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

631.    Plaintiff, Charles D. Marciniak ("Marciniak"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

632.    Plaintiff, Mark A. Marcos ("Marcos"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

633.    Plaintiff, Stephen G. Margetts ("Margetts"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

634.    Plaintiff, Paul B. Marino ("Marino"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

635.    Plaintiff, Terry M. Marquez ("Marquez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

636.    Plaintiff, David R. Marshall ("Marshall"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

637.    Plaintiff, Chrissy L. Martinez ("Martinez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

638.    Plaintiff, Ruben C. Martinez ("Martinez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

639.   Plaintiff, Rudy Martinez ("Martinez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

640.   Plaintiff, Boris Martinez Jr. ("Martinez Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

641.   Plaintiff, Dennis L. Mason ("Mason"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

642.   Plaintiff, Albert M. Massey ("Massey"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

643.   Plaintiff, Christian W. Mathews ("Mathews"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

644.   Plaintiff, Kathleen M. Mauzy ("Mauzy"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

645.   Plaintiff, Ralph H Mauzy ("Mauzy"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

646.   Plaintiff, Melvin D. Maxwell ("Maxwell"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

647.   Plaintiff, Roger W. McCarvel ("McCarvel"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

648. Plaintiff, Terry L. McClain ("McClain"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

649. Plaintiff, Michael C. McCollough ("McCollough"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

650. Plaintiff, Mark F. McCullough ("McCullough"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

651. Plaintiff, Benjamin I. McCurry ("McCurry"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

652. Plaintiff, Allen C. McDonald ("McDonald"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

653. Plaintiff, Robert R. McDonald ("McDonald"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

654. Plaintiff, Adam L. McElroy ("McElroy"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

655. Plaintiff, Guy McElroy ("McElroy"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

656. Plaintiff, Sharon A. McFalls ("McFalls"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

657. Plaintiff, James R. McGhee ("McGhee"), is a United States citizen

1 | and resident of the State of California.  Plaintiff is currently employed by the San
2 | Diego Police Department ("SDPD" or "Department").

3 | 658.   Plaintiff, John T. McGill ("McGill"), is a United States citizen and
4 | resident of the State of California.  Plaintiff is currently employed by the San
5 | Diego Police Department ("SDPD" or "Department").

6 | 659.   Plaintiff, Laura L. McGowan-Minto ("McGowan-Minto"), is a
7 | United States citizen and resident of the State of California.  Plaintiff is currently
8 | employed by the San Diego Police Department ("SDPD" or "Department").

9 | 660.   Plaintiff, Ed M. McGuire ("McGuire"), is a United States citizen and
10 | resident of the State of California.  Plaintiff is currently employed by the San
11 | Diego Police Department ("SDPD" or "Department").

12 | 661.   Plaintiff, Billy L. McKinney ("McKinney"), is a United States
13 | citizen and resident of the State of California.  Plaintiff is currently employed by
14 | the San Diego Police Department ("SDPD" or "Department").

15 | 662.   Plaintiff, Patrick J. McLarney ("McLarney"), is a United States
16 | citizen and resident of the State of California.  Plaintiff is currently employed by
17 | the San Diego Police Department ("SDPD" or "Department").

18 | 663.   Plaintiff, Scott D. McLellan ("McLellan"), is a United States citizen
19 | and resident of the State of California.  Plaintiff is currently employed by the San
20 | Diego Police Department ("SDPD" or "Department").

21 | 664.   Plaintiff, Jerome R. McManus ("McManus"), is a United States
22 | citizen and resident of the State of California.  Plaintiff is currently employed by
23 | the San Diego Police Department ("SDPD" or "Department").

24 | 665.   Plaintiff, Steve L. McMillan ("McMillan"), is a United States citizen
25 | and resident of the State of California.  Plaintiff is currently employed by the San
26 | Diego Police Department ("SDPD" or "Department").

27 | 666.   Plaintiff, Joel R. McMurrin ("McMurrin"), is a United States citizen
28 | and resident of the State of California.  Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

667.   Plaintiff, Kevin D. McNamara ("McNamara"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

668.   Plaintiff, Robert M. McQuien ("McQuien"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

669.   Plaintiff, Carlos E. Medina ("Medina"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

670.   Plaintiff, Robert N. Meisner ("Meisner"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

671.   Plaintiff, Maura J. Mekenas-Parga ("Mekenas-Parga"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

672.   Plaintiff, Skip A. Melhorn ("Melhorn"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

673.   Plaintiff, Jose L. Mercado ("Mercado"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

674.   Plaintiff, Leslie C. Merrill ("Merrill"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

675.   Plaintiff, Lisa M. Merzwski ("Merzwski"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

676.   Plaintiff, Robert W. Metz ("Metz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

677.   Plaintiff, David R. Michalek ("Michalek"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

678.   Plaintiff, Debra S. Michalek ("Michalek"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

679.   Plaintiff, Mark A. Michel ("Michel"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

680.   Plaintiff, William Miles ("Miles"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

681.   Plaintiff, Christina M. Miller ("Miller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

682.   Plaintiff, David W. Miller ("Miller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

683.   Plaintiff, Derek T. Miller ("Miller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

684.   Plaintiff, Douglas D. Miller ("Miller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

685.   Plaintiff, Jeffrey L. Miller ("Miller"), is a United States citizen and

Complaint

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

686.    Plaintiff, Thomas P. Miller III ("Miller III"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

687.    Plaintiff, Catherine D. Millett ("Millett"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

688.    Plaintiff, Jerald E. Mills ("Mills"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

689.    Plaintiff, Julie R. Mills ("Mills"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

690.    Plaintiff, John W. Minto III ("Minto III"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

691.    Plaintiff, Robert D. Minton ("Minton"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

692.    Plaintiff, Nicholas R. Minx ("Minx"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

693.    Plaintiff, Ameilia L. Mitcalf ("Mitcalf"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

694.    Plaintiff, David L. Mitchell ("Mitchell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

695.    Plaintiff, Gary E. Mitrovich ("Mitrovich"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

696.    Plaintiff, Richard A.  Moberly ("Moberly"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

697.    Plaintiff, Michael J. Mobley ("Mobley"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

698.    Plaintiff, Joseph W. Molinoski ("Molinoski"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

699.    Plaintiff, Michael A. Moller ("Moller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

700.    Plaintiff, Gary F. Mondesir ("Mondesir"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

701.    Plaintiff, William H. Montejano ("Montejano"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

702.    Plaintiff, Charles M. Montierth ("Montierth"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

703.    Plaintiff, Diann M. Moody ("Moody"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1    704.    Plaintiff, Roy D. Moody ("Moody"), is a United States citizen and
2  resident of the State of California.  Plaintiff is currently employed by the San
3  Diego Police Department ("SDPD" or "Department").

4    705.    Plaintiff, Holly A. Moore ("Moore"), is a United States citizen and
5  resident of the State of California.  Plaintiff is currently employed by the San
6  Diego Police Department ("SDPD" or "Department").

7    706.    Plaintiff, Robert Mora ("Mora"), is a United States citizen and
8  resident of the State of California.  Plaintiff is currently employed by the San
9  Diego Police Department ("SDPD" or "Department").

10    707.    Plaintiff, Eric T. Morales ("Morales"), is a United States citizen and
11  resident of the State of California.  Plaintiff is currently employed by the San
12  Diego Police Department ("SDPD" or "Department").

13    708.    Plaintiff, Ray A. Morales ("Morales"), is a United States citizen and
14  resident of the State of California.  Plaintiff is currently employed by the San
15  Diego Police Department ("SDPD" or "Department").

16    709.    Plaintiff, Anthony R. Morasco ("Morasco"), is a United States
17  citizen and resident of the State of California.  Plaintiff is currently employed by
18  the San Diego Police Department ("SDPD" or "Department").

19    710.    Plaintiff, Victor J. Morel ("Morel"), is a United States citizen and
20  resident of the State of California.  Plaintiff is currently employed by the San
21  Diego Police Department ("SDPD" or "Department").

22    711.    Plaintiff, Mario Moreno ("Moreno"), is a United States citizen and
23  resident of the State of California.  Plaintiff is currently employed by the San
24  Diego Police Department ("SDPD" or "Department").

25    712.    Plaintiff, David L. Morris ("Morris"), is a United States citizen and
26  resident of the State of California.  Plaintiff is currently employed by the San
27  Diego Police Department ("SDPD" or "Department").

28    713.    Plaintiff, Cynthia M. Morrison ("Morrison"), is a United States

citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

714.   Plaintiff, James D. Morrison ("Morrison"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

715.   Plaintiff, Jay V. Moser ("Moser"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

716.   Plaintiff, Jacob R. Mosteller ("Mosteller"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

717.   Plaintiff, David A. Moya ("Moya"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

718.   Plaintiff, Kevin B. Moyna ("Moyna"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

719.   Plaintiff, Gregory R. Mrvich ("Mrvich"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

720.   Plaintiff, Galen L. Munholand ("Munholand"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

721.   Plaintiff, Cynthia L. Munoz ("Munoz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

722.   Plaintiff, Juan M. Munoz ("Munoz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

723.   Plaintiff, Kelene Munro ("Munro"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

724.   Plaintiff, George T. Muren ("Muren"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

725.   Plaintiff, Sean H. Murphy ("Murphy"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

726.   Plaintiff, William P. Murphy ("Murphy"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

727.   Plaintiff, Gregory J. Myers ("Myers"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

728.   Plaintiff, Clint J. Nafey ("Nafey"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

729.   Plaintiff, Steve W. Nakanishi ("Nakanishi"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

730.   Plaintiff, Jeffrey T. Napier ("Napier"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

731.   Plaintiff, Raymond A. Natal ("Natal"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

732.    Plaintiff, James H. Needham ("Needham"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

733.    Plaintiff, Adrian Negron ("Negron"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

734.    Plaintiff, Richard B. Nehrich ("Nehrich"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

735.    Plaintiff, Kenneth E. Nelson ("Nelson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

736.    Plaintiff, William M. Nemec ("Nemec"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

737.    Plaintiff, Richard E. Nemetz ("Nemetz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

738.    Plaintiff, Timothy G. Neuhaus ("Neuhaus"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

739.    Plaintiff, Robert L. Newquist ("Newquist"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

740.    Plaintiff, Alexander Nezgodinsky ("Nezgodinsky"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

741.    Plaintiff, Jeffrey R. Nichols ("Nichols"), is a United States citizen

1  and resident of the State of California. Plaintiff is currently employed by the San

2  Diego Police Department ("SDPD" or "Department").

3      742.   Plaintiff, Ronald W. Nichols ("Nichols"), is a United States citizen

4  and resident of the State of California. Plaintiff is currently employed by the San

5  Diego Police Department ("SDPD" or "Department").

6      743.   Plaintiff, Robert J. Nicklo ("Nicklo"), is a United States citizen and

7  resident of the State of California. Plaintiff is currently employed by the San

8  Diego Police Department ("SDPD" or "Department").

9      744.   Plaintiff, Michael C. Nigro ("Nigro"), is a United States citizen and

10  resident of the State of California. Plaintiff is currently employed by the San

11  Diego Police Department ("SDPD" or "Department").

12      745.   Plaintiff, Gilbert L. Ninness ("Ninness"), is a United States citizen

13  and resident of the State of California. Plaintiff is currently employed by the San

14  Diego Police Department ("SDPD" or "Department").

15      746.   Plaintiff, David S. Nisleit ("Nisleit"), is a United States citizen and

16  resident of the State of California. Plaintiff is currently employed by the San

17  Diego Police Department ("SDPD" or "Department").

18      747.   Plaintiff, Robert H. Nobbs ("Nobbs"), is a United States citizen and

19  resident of the State of California. Plaintiff is currently employed by the San

20  Diego Police Department ("SDPD" or "Department").

21      748.   Plaintiff, Patrick D. Norris ("Norris"), is a United States citizen and

22  resident of the State of California. Plaintiff is currently employed by the San

23  Diego Police Department ("SDPD" or "Department").

24      749.   Plaintiff, Timothy G. Norris ("Norris"), is a United States citizen and

25  resident of the State of California. Plaintiff is currently employed by the San

26  Diego Police Department ("SDPD" or "Department").

27      750.   Plaintiff, Lee V. Norton ("Norton"), is a United States citizen and

28  resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

751.   Plaintiff, Regina Y. Norton ("Norton"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

752.   Plaintiff, Amber G. Nygaard ("Nygaard"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

753.   Plaintiff, Eric I. Oberndorfer ("Oberndorfer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

754.   Plaintiff, Thomas K. O'Connell ("O'Connell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

755.   Plaintiff, Thomas A. Odaniell ("Odaniell"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

756.   Plaintiff, Taerance Oh ("Oh"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

757.   Plaintiff, Richard M. O'Hanlon ("O'Hanlon"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

758.   Plaintiff, Gene F. Oliver ("Oliver"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

759.   Plaintiff, Rene C. Oliver ("Oliver"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

760.    Plaintiff, Jose L. Oliveras ("Oliveras"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

761.    Plaintiff, Gregory J. Olson ("Olson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

762.    Plaintiff, Shelly K. Olson ("Olson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

763.    Plaintiff, Barney C. Olson III ("Olson III"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

764.    Plaintiff, James F. O'Neill ("O'Neill"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

765.    Plaintiff, Thomas A. Orden ("Orden"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

766.    Plaintiff, Danny A. Orduno ("Orduno"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

767.    Plaintiff, George M. O'Rourke ("O'Rourke"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

768.    Plaintiff, Michael W. Ott ("Ott"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

769.    Plaintiff, Jerry B. Owens Jr. ("Owens Jr."), is a United States

1    citizen and resident of the State of California. Plaintiff is currently employed by
2    the San Diego Police Department ("SDPD" or "Department").

3        770.   Plaintiff, Troy P. Owens Sr. ("Owens Sr."), is a United States
4    citizen and resident of the State of California. Plaintiff is currently employed by
5    the San Diego Police Department ("SDPD" or "Department").

6        771.   Plaintiff, Michael A. Pace ("Pace"), is a United States citizen and
7    resident of the State of California. Plaintiff is currently employed by the San
8    Diego Police Department ("SDPD" or "Department").

9        772.   Plaintiff, Javier Padilla ("Padilla"), is a United States citizen and
10   resident of the State of California. Plaintiff is currently employed by the San
11   Diego Police Department ("SDPD" or "Department").

12       773.   Plaintiff, Nori T. Pappert ("Pappert"), is a United States citizen and
13   resident of the State of California. Plaintiff is currently employed by the San
14   Diego Police Department ("SDPD" or "Department").

15       774.   Plaintiff, Michael L. Parga ("Parga"), is a United States citizen and
16   resident of the State of California. Plaintiff is currently employed by the San
17   Diego Police Department ("SDPD" or "Department").

18       775.   Plaintiff, Richard A. Parrella ("Parrella"), is a United States citizen
19   and resident of the State of California. Plaintiff is currently employed by the San
20   Diego Police Department ("SDPD" or "Department").

21       776.   Plaintiff, Kevin S. Patrick ("Patrick"), is a United States citizen and
22   resident of the State of California. Plaintiff is currently employed by the San
23   Diego Police Department ("SDPD" or "Department").

24       777.   Plaintiff, Melissa M. Pavlenko ("Pavlenko"), is a United States
25   citizen and resident of the State of California. Plaintiff is currently employed by
26   the San Diego Police Department ("SDPD" or "Department").

27       778.   Plaintiff, Pamela G. Paxton ("Paxton"), is a United States citizen and
28   resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

779.   Plaintiff, Thomas J. Payne ("Payne"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

780.   Plaintiff, Anthony M. Pellegrino ("Pellegrino"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

781.   Plaintiff, Gail A. Pembleton ("Pembleton"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

782.   Plaintiff, Arthur A. Perea ("Perea"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

783.   Plaintiff, Jennifer L. Perea ("Perea"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

784.   Plaintiff, Jesus G. Perea ("Perea"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

785.   Plaintiff, Efren Peregrina ("Peregrina"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

786.   Plaintiff, Curtis E. Perkins ("Perkins"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

787.   Plaintiff, Jeffrey P. Peterson ("Peterson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

788.    Plaintiff, Edward K. Petrick ("Petrick"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

789.    Plaintiff, Duane E. Pettitt ("Pettitt"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

790.    Plaintiff, Heather J. Petty ("Petty"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

791.    Plaintiff, David V. Pham ("Pham"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

792.    Plaintiff, Bradley L. Phelps ("Phelps"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

793.    Plaintiff, George A. Phillips ("Phillips"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

794.    Plaintiff, Bernie A. Piceno ("Piceno"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

795.    Plaintiff, E. Michael Pidgeon ("Pidgeon"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

796.    Plaintiff, Ernest J. Pierce ("Pierce"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

797.    Plaintiff, Greg A. Pinarelli ("Pinarelli"), is a United States citizen

Complaint

1  and resident of the State of California.  Plaintiff is currently employed by the San
2  Diego Police Department ("SDPD" or "Department").

3      798.    Plaintiff, Carl P. Pira ("Pira"), is a United States citizen and resident
4  of the State of California.  Plaintiff is currently employed by the San Diego Police
5  Department ("SDPD" or "Department").

6      799.    Plaintiff, Dan R. Plein ("Plein"), is a United States citizen and
7  resident of the State of California.  Plaintiff is currently employed by the San
8  Diego Police Department ("SDPD" or "Department").

9      800.    Plaintiff, Eric L. Pollom ("Pollom"), is a United States citizen and
10 resident of the State of California.  Plaintiff is currently employed by the San
11 Diego Police Department ("SDPD" or "Department").

12     801.    Plaintiff, Marcelo Populin ("Populin"), is a United States citizen and
13 resident of the State of California.  Plaintiff is currently employed by the San
14 Diego Police Department ("SDPD" or "Department").

15     802.    Plaintiff, Lance E. Pound ("Pound"), is a United States citizen and
16 resident of the State of California.  Plaintiff is currently employed by the San
17 Diego Police Department ("SDPD" or "Department").

18     803.    Plaintiff, Jason L. Powers ("Powers"), is a United States citizen and
19 resident of the State of California.  Plaintiff is currently employed by the San
20 Diego Police Department ("SDPD" or "Department").

21     804.    Plaintiff, Christopher M. Poznanski ("Poznanski"), is a United States
22 citizen and resident of the State of California.  Plaintiff is currently employed by
23 the San Diego Police Department ("SDPD" or "Department").

24     805.    Plaintiff, Wayne J. Pratt ("Pratt"), is a United States citizen and
25 resident of the State of California.  Plaintiff is currently employed by the San
26 Diego Police Department ("SDPD" or "Department").

27     806.    Plaintiff, Michael L. Pridemore ("Pridemore"), is a United States
28 citizen and resident of the State of California.  Plaintiff is currently employed by

the San Diego Police Department ("SDPD" or "Department").

807.   Plaintiff, Seliza Prodigalidad ("Prodigalidad"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

808.   Plaintiff, Bob T. Prutzman ("Prutzman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

809.   Plaintiff, Michael J. Prutzman ("Prutzman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

810.   Plaintiff, Duane D. Pudgil ("Pudgil"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

811.   Plaintiff, Jesus W. Puente ("Puente"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

812.   Plaintiff, Bretton J. Punches ("Punches"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

813.   Plaintiff, Dalana S. Pursel ("Pursel"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

814.   Plaintiff, John A. Queen ("Queen"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

815.   Plaintiff, Colleen L. Quentin-King ("Quentin-King"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

816.    Plaintiff, Tasha K. Quest ("Quest"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

817.    Plaintiff, May B. Quintanilla ("Quintanilla"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

818.    Plaintiff, Yesenia P. Quintos ("Quintos"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

819.    Plaintiff, Chris J. Raagas ("Raagas"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

820.    Plaintiff, Michael J. Rabell ("Rabell"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

821.    Plaintiff, Ronald W. Raddetz ("Raddetz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

822.    Plaintiff, Fernando Ramirez ("Ramirez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

823.    Plaintiff, Minerva Ramos ("Ramos"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

824.    Plaintiff, Carlos R. Real ("Real"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

825.    Plaintiff, Robert M. Redding  Jr. ("Redding  Jr."), is a United States

citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

826.   Plaintiff, Craig R. Reesor ("Reesor"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

827.   Plaintiff, Richard H. Reichner II ("Reichner II"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

828.   Plaintiff, James H. Renwick ("Renwick"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

829.   Plaintiff, Rodolfo V. Reyes ("Reyes"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

830.   Plaintiff, Julian M. Rico ("Rico"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

831.   Plaintiff, Steven L. Riddle ("Riddle"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

832.   Plaintiff, Ricardo M. Rivas ("Rivas"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

833.   Plaintiff, Juan Rivera IIII ("Rivera IIII"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

834.   Plaintiff, Bryan A. Roberts ("Roberts"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

835.   Plaintiff, Elias Rodriguez ("Rodriguez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

836.   Plaintiff, Manuel Rodriguez ("Rodriguez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

837.   Plaintiff, Ramiro O. Rodriguez ("Rodriguez"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

838.   Plaintiff, Gary A. Roesink ("Roesink"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

839.   Plaintiff, Daniel G. Roman ("Roman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

840.   Plaintiff, Luis A. Roman ("Roman"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

841.   Plaintiff, Carlos Ronquillo ("Ronquillo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

842.   Plaintiff, Jorge A. Rosales ("Rosales"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

843.   Plaintiff, Angel D. Rosario ("Rosario"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

844.    Plaintiff, Miguel Rosario ("Rosario"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

845.    Plaintiff, Stephanie J. Rose ("Rose"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

846.    Plaintiff, Edward L. Rosenbloom ("Rosenbloom"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

847.    Plaintiff, Angela N. Rozsa ("Rozsa"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

848.    Plaintiff, Lamar J. Rozsa  Jr. ("Rozsa  Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

849.    Plaintiff, Jeffrey R. Ruckle ("Ruckle"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

850.    Plaintiff, Renee D. Ruff ("Ruff"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

851.    Plaintiff, Mariam Sadri ("Sadri"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

852.    Plaintiff, John J. Saflar ("Saflar"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

853.    Plaintiff, Lem Sainsanoy ("Sainsanoy"), is a United States citizen

1  and resident of the State of California. Plaintiff is currently employed by the San

2  Diego Police Department ("SDPD" or "Department").

3        854.    Plaintiff, Paul H. Salas ("Salas"), is a United States citizen and

4  resident of the State of California. Plaintiff is currently employed by the San

5  Diego Police Department ("SDPD" or "Department").

6        855.    Plaintiff, Alfonso Salvatierra ("Salvatierra"), is a United States

7  citizen and resident of the State of California. Plaintiff is currently employed by

8  the San Diego Police Department ("SDPD" or "Department").

9        856.    Plaintiff, Jorge Sanchez ("Sanchez"), is a United States citizen and

10  resident of the State of California. Plaintiff is currently employed by the San

11  Diego Police Department ("SDPD" or "Department").

12        857.    Plaintiff, Juan Sanchez ("Sanchez"), is a United States citizen and

13  resident of the State of California. Plaintiff is currently employed by the San

14  Diego Police Department ("SDPD" or "Department").

15        858.    Plaintiff, Scott A. Santagata ("Santagata"), is a United States citizen

16  and resident of the State of California. Plaintiff is currently employed by the San

17  Diego Police Department ("SDPD" or "Department").

18        859.    Plaintiff, William J. Santarsiero ("Santarsiero"), is a United States

19  citizen and resident of the State of California. Plaintiff is currently employed by

20  the San Diego Police Department ("SDPD" or "Department").

21        860.    Plaintiff, Edwin Santiago ("Santiago"), is a United States citizen and

22  resident of the State of California. Plaintiff is currently employed by the San

23  Diego Police Department ("SDPD" or "Department").

24        861.    Plaintiff, Laura J. Santiago ("Santiago"), is a United States citizen

25  and resident of the State of California. Plaintiff is currently employed by the San

26  Diego Police Department ("SDPD" or "Department").

27        862.    Plaintiff, Tito L. Santos ("Santos"), is a United States citizen and

28  resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

863.   Plaintiff, Alejandrino C. Santos III ("Santos III"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

864.   Plaintiff, Christopher M. Sarot ("Sarot"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

865.   Plaintiff, Dennis Savage ("Savage"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

866.   Plaintiff, Jade R. Sawyer ("Sawyer"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

867.   Plaintiff, Jason A. Scally ("Scally"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

868.   Plaintiff, Cody K. Schaaf ("Schaaf"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

869.   Plaintiff, Jack D. Schaeffer ("Schaeffer"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

870.   Plaintiff, Michael J. Schaldach ("Schaldach"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

871.   Plaintiff, Margaret M. Schaufelberger ("Schaufelberger"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

872. Plaintiff, Robert M. Schenkelberg ("Schenkelberg"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

873. Plaintiff, Glen R. Scherer ("Scherer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

874. Plaintiff, Cheryl J. Schlack ("Schlack"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

875. Plaintiff, Joel A. Schmid ("Schmid"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

876. Plaintiff, Phillip E. Schneider ("Schneider"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

877. Plaintiff, Steve D. Schnick ("Schnick"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

878. Plaintiff, Paul W. Schwenn ("Schwenn"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

879. Plaintiff, Jason A. Scott ("Scott"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

880. Plaintiff, Eric P. Seiter ("Seiter"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

881. Plaintiff, Thomas G. Seiver ("Seiver"), is a United States citizen and

1  resident of the State of California. Plaintiff is currently employed by the San
2  Diego Police Department ("SDPD" or "Department").

3      882.  Plaintiff, Lloyd A. Sentinella ("Sentinella"), is a United States
4  citizen and resident of the State of California. Plaintiff is currently employed by
5  the San Diego Police Department ("SDPD" or "Department").

6      883.  Plaintiff, Robert C. Shands ("Shands"), is a United States citizen and
7  resident of the State of California. Plaintiff is currently employed by the San
8  Diego Police Department ("SDPD" or "Department").

9      884.  Plaintiff, Patrick J. Shanley ("Shanley"), is a United States citizen
10  and resident of the State of California. Plaintiff is currently employed by the San
11  Diego Police Department ("SDPD" or "Department").

12     885.  Plaintiff, Arthur H. Shannon ("Shannon"), is a United States citizen
13  and resident of the State of California. Plaintiff is currently employed by the San
14  Diego Police Department ("SDPD" or "Department").

15     886.  Plaintiff, Christian T. Sharp ("Sharp"), is a United States citizen and
16  resident of the State of California. Plaintiff is currently employed by the San
17  Diego Police Department ("SDPD" or "Department").

18     887.  Plaintiff, Marvin L. Shaw ("Shaw"), is a United States citizen and
19  resident of the State of California. Plaintiff is currently employed by the San
20  Diego Police Department ("SDPD" or "Department").

21     888.  Plaintiff, Steven M. Shaw ("Shaw"), is a United States citizen and
22  resident of the State of California. Plaintiff is currently employed by the San
23  Diego Police Department ("SDPD" or "Department").

24     889.  Plaintiff, Daniel K. Shepherd ("Shepherd"), is a United States citizen
25  and resident of the State of California. Plaintiff is employed by the San
26  Diego Police Department ("SDPD" or "Department").

27     890.  Plaintiff, Damon E. Sherman ("Sherman"), is a United States citizen
28  and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

891. Plaintiff, Mark G. Sherman ("Sherman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

892. Plaintiff, Michael S. Shiraishi ("Shiraishi"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

893. Plaintiff, Scott W. Shively ("Shively"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

894. Plaintiff, Dale T. Shockley Sr. ("Shockley Sr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

895. Plaintiff, Daniel L. Shore ("Shore"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

896. Plaintiff, Amalia K. Sidhu ("Sidhu"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

897. Plaintiff, Jesse D. Simeroth ("Simeroth"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

898. Plaintiff, Thomas G. Simonds ("Simonds"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

899. Plaintiff, Robert E. Simpson ("Simpson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

900.   Plaintiff, Randall J. Skinn ("Skinn"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

901.   Plaintiff, Charles A. Sleeper ("Sleeper"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

902.   Plaintiff, Allen T. Sluss ("Sluss"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

903.   Plaintiff, James Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

904.   Plaintiff, James F. Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

905.   Plaintiff, John C. Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

906.   Plaintiff, Joseph Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

907.   Plaintiff, Robert W. Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

908.   Plaintiff, Russell Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

909.   Plaintiff, Timothy M. Smith ("Smith"), is a United States citizen and

Complaint

resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

910.    Plaintiff, William T. Smith ("Smith"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

911.    Plaintiff, Daniel J. Smyth ("Smyth"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

912.    Plaintiff, Sharon M. Smyth ("Smyth"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

913.    Plaintiff, Joseph G. Snarponis ("Snarponis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

914.    Plaintiff, Robert W. Snead ("Snead"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

915.    Plaintiff, Cesar A. Solis ("Solis"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

916.    Plaintiff, David L. Soliven ("Soliven"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

917.    Plaintiff, Andrew Sorbie ("Sorbie"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

918.    Plaintiff, Brandy A. Sorbie ("Sorbie"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San



Diego Police Department ("SDPD" or "Department").

919. Plaintiff, Mark T. Soulia ("Soulia"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

920. Plaintiff, Andrew J. Spagnolo ("Spagnolo"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

921. Plaintiff, Andrew E. Spear ("Spear"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

922. Plaintiff, David P. Speck ("Speck"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

923. Plaintiff, Edwin P. Speer ("Speer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

924. Plaintiff, Wayne R. Spees ("Spees"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

925. Plaintiff, Scott C. Spillane ("Spillane"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

926. Plaintiff, David E. Spitzer ("Spitzer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

927. Plaintiff, Michael L. Stacy ("Stacy"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

928.   Plaintiff, John Stadler ("Stadler"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

929.   Plaintiff, Eric A. Stafford ("Stafford"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

930.   Plaintiff, David W. Stafford Jr. ("Stafford Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

931.   Plaintiff, Daniel Stanley ("Stanley"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

932.   Plaintiff, Philip J. Stanley ("Stanley"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

933.   Plaintiff, Steven Staton ("Staton"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

934.   Plaintiff, Francis Steffen ("Steffen"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

935.   Plaintiff, Neal A. Steffen ("Steffen"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

936.   Plaintiff, Blair A. Stephens ("Stephens"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

937.   Plaintiff, Cyndi L. Stetson ("Stetson"), is a United States citizen and

1 | resident of the State of California.  Plaintiff is currently employed by the San

2 | Diego Police Department ("SDPD" or "Department").

3 |     938.   Plaintiff, William S. Stetson ("Stetson"), is a United States citizen

4 | and resident of the State of California.  Plaintiff is currently employed by the San

5 | Diego Police Department ("SDPD" or "Department").

6 |     939.   Plaintiff, James A. Stewart ("Stewart"), is a United States citizen and

7 | resident of the State of California.  Plaintiff is currently employed by the San

8 | Diego Police Department ("SDPD" or "Department").

9 |     940.   Plaintiff, Kenneth P. Stewart ("Stewart"), is a United States citizen

10 | and resident of the State of California.  Plaintiff is currently employed by the San

11 | Diego Police Department ("SDPD" or "Department").

12 |     941.   Plaintiff, Elliot S. Stiasny ("Stiasny"), is a United States citizen and

13 | resident of the State of California.  Plaintiff is currently employed by the San

14 | Diego Police Department ("SDPD" or "Department").

15 |     942.   Plaintiff, Robert M. Stinson ("Stinson"), is a United States citizen

16 | and resident of the State of California.  Plaintiff is currently employed by the San

17 | Diego Police Department ("SDPD" or "Department").

18 |     943.   Plaintiff, Robert G. Stites ("Stites"), is a United States citizen and

19 | resident of the State of California.  Plaintiff is currently employed by the San

20 | Diego Police Department ("SDPD" or "Department").

21 |     944.   Plaintiff, Ross E. Stone ("Stone"), is a United States citizen and

22 | resident of the State of California.  Plaintiff is currently employed by the San

23 | Diego Police Department ("SDPD" or "Department").

24 |     945.   Plaintiff, Roger A. Stonier Jr. ("Stonier Jr."), is a United States

25 | citizen and resident of the State of California.  Plaintiff is currently employed by

26 | the San Diego Police Department ("SDPD" or "Department").

27 |     946.   Plaintiff, Jerry G. Stratton ("Stratton"), is a United States citizen and

28 | resident of the State of California.  Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

947.    Plaintiff, John J. Stricklin ("Stricklin"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

948.    Plaintiff, Spencer E. Sturm ("Sturm"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

949.    Plaintiff, William F. Stutz ("Stutz"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

950.    Plaintiff, Mark C. Sullivan ("Sullivan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

951.    Plaintiff, Patrick L. Sullivan ("Sullivan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

952.    Plaintiff, Thomas A. Sullivan ("Sullivan"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

953.    Plaintiff, Robert R. Summers ("Summers"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

954.    Plaintiff, Valari C. Summers ("Summers"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

955.    Plaintiff, Colonel F. Surratt ("Surratt"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

956. Plaintiff, David M. Surwilo ("Surwilo"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

957. Plaintiff, Aleksei E. Sviridov ("Sviridov"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

958. Plaintiff, Michael J. Swanson ("Swanson"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

959. Plaintiff, William S. Sweeney ("Sweeney"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

960. Plaintiff, Michael A. Sweet ("Sweet"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

961. Plaintiff, James Sweetser ("Sweetser"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

962. Plaintiff, Jeffrey D. Swett ("Swett"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

963. Plaintiff, John E. Szakara ("Szakara"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

964. Plaintiff, Esmeralda Tagaban ("Tagaban"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

965. Plaintiff, William D. Taitano ("Taitano"), is a United States citizen

Complaint

and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

966.     Plaintiff, Louis A. Tamagni ("Tamagni"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

967.     Plaintiff, Michael T. Tansey ("Tansey"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

968.     Plaintiff, John H. Tate ("Tate"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

969.     Plaintiff, Dana D. Taylor ("Taylor"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

970.     Plaintiff, James T. Teer ("Teer"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

971.     Plaintiff, Victor J. Tejeda ("Tejeda"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

972.     Plaintiff, Karen-Anne Tenney ("Tenney"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

973.     Plaintiff, Marvin E. Terry ("Terry"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

974.     Plaintiff, Christopher  M. Tews ("Tews"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

975.    Plaintiff, Alvin Thach ("Thach"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

976.    Plaintiff, Joseph I.T. Thomas ("Thomas"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

977.    Plaintiff, Joycelyn S. Thomas ("Thomas"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

978.    Plaintiff, George R. Thomas III ("Thomas III"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

979.    Plaintiff, Freddie B. Thornton Jr. ("Thornton Jr."), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

980.    Plaintiff, Johanna M. Thrasher ("Thrasher"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

981.    Plaintiff, Linda H. Tibbetts ("Tibbetts"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

982.    Plaintiff, Lee D. Timmerman ("Timmerman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

983.    Plaintiff, Linda L. Tousley ("Tousley"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

984.    Plaintiff, Merrit M. Townsend ("Townsend"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

985.    Plaintiff, John M. Tracy ("Tracy"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

986.    Plaintiff, John A. Trent ("Trent"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

987.    Plaintiff, James F. Tulumello ("Tulumello"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

988.    Plaintiff, Meghan R. Turi ("Turi"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

989.    Plaintiff, Kimberly K. Ukuzato Easto ("Ukuzato Easto"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

990.    Plaintiff, Thomas G. Underwood ("Underwood"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

991.    Plaintiff, Edwin Valentin ("Valentin"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

992.    Plaintiff, Ramon Valentin ("Valentin"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

993.    Plaintiff, Wendy J. Valentin ("Valentin"), is a United States citizen

Complaint

1    and resident of the State of California.  Plaintiff is currently employed by the San

2    Diego Police Department ("SDPD" or "Department").

3        994.    Plaintiff, Louis E. Valenzuela ("Valenzuela"), is a United States

4    citizen and resident of the State of California.  Plaintiff is currently employed by

5    the San Diego Police Department ("SDPD" or "Department").

6        995.    Plaintiff, Mark A. Van Abel ("Van Abel"), is a United States citizen

7    and resident of the State of California.  Plaintiff is currently employed by the San

8    Diego Police Department ("SDPD" or "Department").

9        996.    Plaintiff, Janine A. Van Antwerp ("Van Antwerp"), is a United

10    States citizen and resident of the State of California.  Plaintiff is currently

11    employed by the San Diego Police Department ("SDPD" or "Department").

12        997.    Plaintiff, Edward F. Van Laningham ("Van Laningham"), is a

13    United States citizen and resident of the State of California.  Plaintiff is currently

14    employed by the San Diego Police Department ("SDPD" or "Department").

15        998.    Plaintiff, Rodney L. Vandiver ("Vandiver"), is a United States

16    citizen and resident of the State of California.  Plaintiff is currently employed by

17    the San Diego Police Department ("SDPD" or "Department").

18        999.    Plaintiff, James G. Varonfakis ("Varonfakis"), is a United States

19    citizen and resident of the State of California.  Plaintiff is currently employed by

20    the San Diego Police Department ("SDPD" or "Department").

21        1000.    Plaintiff, Kevin G. Vasquez ("Vasquez"), is a United States citizen

22    and resident of the State of California.  Plaintiff is currently employed by the San

23    Diego Police Department ("SDPD" or "Department").

24        1001.    Plaintiff, Linda G. Vasquez ("Vasquez"), is a United States citizen

25    and resident of the State of California.  Plaintiff is currently employed by the San

26    Diego Police Department ("SDPD" or "Department").

27        1002.    Plaintiff, Christopher M. Velovich ("Velovich"), is a United States

28    citizen and resident of the State of California.  Plaintiff is currently employed by

Complaint

the San Diego Police Department ("SDPD" or "Department").

1003.   Plaintiff, Michelle R. Velovich ("Velovich"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1004.   Plaintiff, Kenneth J. Verdone ("Verdone"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1005.   Plaintiff, Edward M. Verduzco ("Verduzco"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1006.   Plaintiff, Richard Vergara ("Vergara"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1007.   Plaintiff, Daniel R. Vile ("Vile"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1008.   Plaintiff, Patrick T. Vinson ("Vinson"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1009.   Plaintiff, John B. Vivoli ("Vivoli"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1010.   Plaintiff, Duane A. Voss ("Voss"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1011.   Plaintiff, Gary R. Voss ("Voss"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

1012.    Plaintiff, Gerard M. Waclawek ("Waclawek"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1013.    Plaintiff, Sylvester Wade Jr. ("Wade Jr."), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1014.    Plaintiff, Kevin L. Wadhams ("Wadhams"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1015.    Plaintiff, Elyse S. Wagner ("Wagner"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1016.    Plaintiff, Gaye D. Wagner ("Wagner"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1017.    Plaintiff, Thomas Wagner ("Wagner"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1018.    Plaintiff, Kristopher M. Walb ("Walb"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1019.    Plaintiff, Curtis J. Waldecker ("Waldecker"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1020.    Plaintiff, Steven R. Waldheim ("Waldheim"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1021.    Plaintiff, David R. Walker ("Walker"), is a United States citizen

Complaint

1    and resident of the State of California. Plaintiff is currently employed by the San

2    Diego Police Department ("SDPD" or "Department").

3        1022.    Plaintiff, Daniel K. Wall ("Wall"), is a United States citizen and

4    resident of the State of California. Plaintiff is currently employed by the San

5    Diego Police Department ("SDPD" or "Department").

6        1023.    Plaintiff, Mitchell B. Wallace ("Wallace"), is a United States

7    citizen and resident of the State of California. Plaintiff is currently employed by

8    the San Diego Police Department ("SDPD" or "Department").

9        1024.    Plaintiff, Gregory H. Walton ("Walton"), is a United States citizen

10    and resident of the State of California. Plaintiff is currently employed by the San

11    Diego Police Department ("SDPD" or "Department").

12        1025.    Plaintiff, Deanna M. Warrick ("Warrick"), is a United States citizen

13    and resident of the State of California. Plaintiff is currently employed by the San

14    Diego Police Department ("SDPD" or "Department").

15        1026.    Plaintiff, Sean J. Waterman ("Waterman"), is a United States

16    citizen and resident of the State of California. Plaintiff is currently employed by

17    the San Diego Police Department ("SDPD" or "Department").

18        1027.    Plaintiff, Donald E. Watkins ("Watkins"), is a United States citizen

19    and resident of the State of California. Plaintiff is currently employed by the San

20    Diego Police Department ("SDPD" or "Department").

21        1028.    Plaintiff, Mark S. Watkins ("Watkins"), is a United States citizen

22    and resident of the State of California. Plaintiff is currently employed by the San

23    Diego Police Department ("SDPD" or "Department").

24        1029.    Plaintiff, Victoria D. Watkins ("Watkins"), is a United States

25    citizen and resident of the State of California. Plaintiff is currently employed by

26    the San Diego Police Department ("SDPD" or "Department").

27        1032.    Plaintiff, Dean C. Way ("Way"), is a United States citizen and

28    resident of the State of California. Plaintiff is currently employed by the San

Complaint



Diego Police Department ("SDPD" or "Department").

1034.    Plaintiff, Matthew E. Weathersby ("Weathersby"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1035.    Plaintiff, Sedonia B. Weathersby ("Weathersby"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1036.    Plaintiff, Stephen E. Webb ("Webb"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1037.    Plaintiff, Elizabeth D. Weber ("Weber"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1038.    Plaintiff, Carl W. Weber  III ("Weber  III"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1039.    Plaintiff, Arthur L. Weismann ("Weismann"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1040.    Plaintiff, Jordan V. Wells ("Wells"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1041.    Plaintiff, Robert D. Wells ("Wells"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1042.    Plaintiff, Diane Wendell ("Wendell"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

1    1043.    Plaintiff, Daniel B. Westney ("Westney"), is a United States citizen
2  and resident of the State of California.  Plaintiff is currently employed by the San
3  Diego Police Department ("SDPD" or "Department").

4    1044.    Plaintiff, Teofilo Weston ("Weston"), is a United States citizen and
5  resident of the State of California.  Plaintiff is currently employed by the San
6  Diego Police Department ("SDPD" or "Department").

7    1045.    Plaintiff, Raymond  J. Wetzel ("Wetzel"), is a United States citizen
8  and resident of the State of California.  Plaintiff is currently employed by the San
9  Diego Police Department ("SDPD" or "Department").

10    1046.    Plaintiff, Scott S. Wilkinson ("Wilkinson"), is a United States
11  citizen and resident of the State of California.  Plaintiff is currently employed by
12  the San Diego Police Department ("SDPD" or "Department").

13    1047.    Plaintiff, Alphonso Williams ("Williams"), is a United States
14  citizen and resident of the State of California.  Plaintiff is currently employed by
15  the San Diego Police Department ("SDPD" or "Department").

16    1048.    Plaintiff, Brent L. Williams ("Williams"), is a United States citizen
17  and resident of the State of California.  Plaintiff is currently employed by the San
18  Diego Police Department ("SDPD" or "Department").

19    1049.    Plaintiff, David W. Williams ("Williams"), is a United States
20  citizen and resident of the State of California.  Plaintiff is currently employed by
21  the San Diego Police Department ("SDPD" or "Department").

22    1050.    Plaintiff, Donald C. Williams ("Williams"), is a United States
23  citizen and resident of the State of California.  Plaintiff is currently employed by
24  the San Diego Police Department ("SDPD" or "Department").

25    1051.    Plaintiff, Michael D. Williams ("Williams"), is a United States
26  citizen and resident of the State of California.  Plaintiff is currently employed by
27  the San Diego Police Department ("SDPD" or "Department").

28    1052.    Plaintiff, Michael R. Williams ("Williams"), is a United States

1 | citizen and resident of the State of California. Plaintiff is currently employed by

2 | the San Diego Police Department ("SDPD" or "Department").

3 |     1053.    Plaintiff, Michael S. Williams ("Williams"), is a United States

4 | citizen and resident of the State of California. Plaintiff is currently employed by

5 | the San Diego Police Department ("SDPD" or "Department").

6 |     1054.    Plaintiff, Timothy R. Williams ("Williams"), is a United States

7 | citizen and resident of the State of California. Plaintiff is currently employed by

8 | the San Diego Police Department ("SDPD" or "Department").

9 |     1055.    Plaintiff, Darryl L. Willis ("Willis"), is a United States citizen and

10 | resident of the State of California. Plaintiff is currently employed by the San

11 | Diego Police Department ("SDPD" or "Department").

12 |     1056.    Plaintiff, Jeff D. Willkomm ("Willkomm"), is a United States

13 | citizen and resident of the State of California. Plaintiff is currently employed by

14 | the San Diego Police Department ("SDPD" or "Department").

15 |     1057.    Plaintiff, Robert E. Wills ("Wills"), is a United States citizen and

16 | resident of the State of California. Plaintiff is currently employed by the San

17 | Diego Police Department ("SDPD" or "Department").

18 |     1058.    Plaintiff, Dan M. Wilson ("Wilson"), is a United States citizen and

19 | resident of the State of California. Plaintiff is currently employed by the San

20 | Diego Police Department ("SDPD" or "Department").

21 |     1059.    Plaintiff, Frederick L. Wilson ("Wilson"), is a United States citizen

22 | and resident of the State of California. Plaintiff is currently employed by the San

23 | Diego Police Department ("SDPD" or "Department").

24 |     1060.    Plaintiff, Lawrence E. Wilson ("Wilson"), is a United States citizen

25 | and resident of the State of California. Plaintiff is currently employed by the San

26 | Diego Police Department ("SDPD" or "Department").

27 |     1061.    Plaintiff, David J. Winans ("Winans"), is a United States citizen

28 | and resident of the State of California. Plaintiff is currently employed by the San

Complaint

Diego Police Department ("SDPD" or "Department").

1062.   Plaintiff, Eric A. Wiseman ("Wiseman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1063.   Plaintiff, Daniel A. Witt ("Witt"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1064.   Plaintiff, Dawn E. Wolfe ("Wolfe"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1065.   Plaintiff, Karin D. Wong ("Wong"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1066.   Plaintiff, Kevin G. Wong ("Wong"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1067.   Plaintiff, Thomas A. Wood ("Wood"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1068.   Plaintiff, Steven M. Woodrow ("Woodrow"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1069.   Plaintiff, Judith L. Woods ("Woods"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1070.   Plaintiff, William H. Woods  IV ("Woods  IV"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Complaint

1071.    Plaintiff, John M. Wray ("Wray"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1072.    Plaintiff, Stephen W. Wright ("Wright"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1073.    Plaintiff, Jeffrey J. Wuehler ("Wuehler"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1074.    Plaintiff, Michael V. Yaptangco ("Yaptangco"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1075.    Plaintiff, Rufino Yaptangco ("Yaptangco"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1076.    Plaintiff, George A. Youkhanna ("Youkhanna"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1077.    Plaintiff, Adam G. Young ("Young"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1078.    Plaintiff, Bryan V. Young ("Young"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1079.    Plaintiff, Mathew T. Zaitz ("Zaitz"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1080.    Plaintiff, Peter J. Zajda ("Zajda"), is a United States citizen and

Complaint

resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1081.   Plaintiff, Steven S. Zasueta ("Zasueta"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1082.   Plaintiff, Felix Zavala ("Zavala"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1083.   Plaintiff, Jason P. Zdunich ("Zdunich"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1084.   Plaintiff, Matthew T. Zdunich ("Zdunich"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1085.   Plaintiff, Angela M. Zdunich-Goldman ("Zdunich-Goldman"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1086.   Plaintiff, Monica Zepeda ("Zepeda"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1087.   Plaintiff, Timothy P. Zetterlund ("Zetterlund"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1088.   Plaintiff, Evan B. Ziegler ("Ziegler"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1089.   Plaintiff, Jeffrey P. Ziegler ("Ziegler"), is a United States citizen and resident of the State of California. Plaintiff is currently employed by the San

Diego Police Department ("SDPD" or "Department").

1090.   Plaintiff, James A. Zirpolo ("Zirpolo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1091.   Plaintiff, Laura M. Zizzo ("Zizzo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1092.   Plaintiff, Louis M. Zizzo ("Zizzo"), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

1093.   Plaintiff, Edward M. Zwibel ("Zwibel ), is a United States citizen and resident of the State of California.  Plaintiff is currently employed by the San Diego Police Department ("SDPD" or "Department").

Defendant, CITY OF SAN DIEGO ("City"), is a political subdivision of the State of California located within California and is an employer whose employees are engaged in commerce within the meaning of 29 U.S.C. § 207(a) and as defined in 29 U.S.C. §§ 203(d) and 203(e)(2)(C).

1094.   Defendant, CITY OF SAN DIEGO ("City"), is a political subdivision of the State of California located within California and is an employer whose employees are engaged in commerce within the meaning of 29 U.S.C. § 207(a) and as defined in 29 U.S.C. §§ 203(d) and 203(e)(2)(C).

1095.   Plaintiffs assert they are ignorant of the names and capacities of the individuals or entities sued herein as Does 1 through 100, who may have been involved in the unlawful acts alleged herein.  Plaintiffs allege that each of the fictitiously named Defendants sued herein are legally responsible in some manner for the events and happenings referred to herein, and that Plaintiffs' damages as alleged were proximately caused by their conduct.  The use of Doe defendants is permitted under California Code of Civil Procedure § 474, and the Doe defendants

1  were responsible in some manner or conspired to do the same.

2     1096.   The acts and omissions of the Defendants who are or may be

3  identified as employees and/or officials of the City, were undertaken in accordance

4  with and represent the official policies of the City and/or were undertaken by

5  employees whose acts and omissions may be fairly said to represent the official

6  policies of the City.

7     1097.   Defendants, and each of them, except the City Defendant, which

8  is sued as an entity, are sued in their individual and official capacities.

9     1098.   Unless otherwise indicated, each Defendant conspired, committed,

10  ordered, directed, supervised, allowed, planned, ratified, concealed, organized, or

11  otherwise participated in one or more of the unlawful acts complained of herein.

12         **COLLECTIVE ACTION ALLEGATIONS UNDER THE FLSA**

13     1099.   Plaintiffs herein file this action on behalf of themselves and on

14  behalf of all other similarly situated persons currently or formerly employed by the

15  defendants to recover from defendants unpaid overtime compensation, liquidated

16  damages and/or any other recovery authorized under the FLSA and such

17  supplemental claims as they may have.

18         **GENERAL CLASS ACTION ALLEGATIONS UNDER RULE 23**

19     1100.   Plaintiffs also bring this action on behalf of themselves, as well as

20  each and all other persons similarly situated, and thus seeks class certification

21  under Rule 23 of the Federal Rules of Civil Procedure.

22     1101.   Plaintiffs and the class that they represent are collectively referred

23  to herein as "Plaintiffs' Class." Plaintiffs reserve the right to add additional class

24  representatives.

25     1102.   There is a well-defined community of interest in the questions of

26  law and/or fact affecting the Plaintiffs' Class in that common questions of law and

27  fact predominate over any questions of law or fact that may affect only individual

28  class members.

Complaint

1103.   In addition to the concerted and joint activities alleged elsewhere herein, Plaintiffs allege that each of the Defendants engaged in the same practices and have adopted the same policies with regard to their wrongful acts against Plaintiffs' Class as alleged herein.

1104.   Plaintiffs are competent and capable of fairly and adequately representing the interests of the class.

1105.   Maintaining this lawsuit as a class action is a fair and efficient method for adjudication of the controversies involved and will benefit the parties and the court for the following reasons:

a.  the bringing of separate actions involving these common issues of fact and law would prove more costly and inefficient than bringing this single action;

b.  separate actions will create the risk of disparate and conflicting results;

c.  the individual plaintiffs in the class are so numerous that joinder of all such persons is impracticable, making the disposition of their claims in a single class action, instead of numerous individual actions, of benefit to the parties;

d.  the individual amounts involved are difficult to ascertain in relation to the difficulty to the litigation required, so that individual actions or other individual remedies are impracticable;

e.  the costs of litigating individual actions would be much higher than the costs of litigating this class action and would unreasonably consume the amounts that would be recovered;

f.  the burden imposed on the judicial system by numerous individual actions would far outweigh any burden imposed on the system by the class action;

g.  Defendants will benefit in that they will not be compelled to

Complaint

1  respond to multiple duplicative complaints, motions, interrogatories, demands to

2  produce, depositions, etc.; and

3          h. the prosecution of individual remedies by members of the

4  plaintiffs' class in separate actions would tend to establish inconsistent standards

5  of conduct for the Defendants and to result in the impairment of class members'

6  rights and the disposition of their interests through actions to which they were not

7  parties.

8      1106.    Plaintiffs have incurred, and during the pendency of this action

9  will continue to incur, expenses for attorneys' fees and costs herein.  Such

10  attorneys' fees and costs are necessary to the prosecution of this action and will

11  result in a benefit to each of the members of the class.

12  **STATEMENT OF THE FACTS**

13      1107.   · At all times herein relevant, Defendants were employers within the

14  definition of the FLSA and California law, and Plaintiffs were at all times herein

15  relevant employees of defendants within the definition of the FLSA and California

16  law.

17      1108.    At all times herein relevant, Defendants' annual gross volume of

18  business done is not less than $500,000.

19      1109.    Throughout employment with the City, Plaintiffs have been

20  required to work hours constituting "overtime" as that term is defined by the

21  FLSA and California labor law.  These hours include pre-shift and post-shift

22  activities including but not limited to preparing or completing arrest reports,

23  preparing for court appearances, driving to and from court, cleaning weapons,

24  maintaining and furnishing required uniforms, weapons, and gear, and appearing

25  at required classes after chargeable accidents.  Sergeants and others were also

26  required to prepare for roll call and review late reports.  These hours were worked

27  with the knowledge, consent, and acquiescence of supervisors.  It was integral and

28  indispensable to Plaintiffs' work as an officer that this work be performed.

163

Complaint

Though Defendants were aware that Plaintiffs performed this compensable work, Plaintiffs were not compensated for these additional hours of work.

1110.   On frequent occasions, Plaintiffs would be required to work through Code 7 "free time" and breaks and were denied overtime as a result of missing the Code 7 "free time" and breaks actually worked.  The Code 7's and breaks were not compensated at the time and a half rate as required under the FLSA.  A thirty minute meal period per five (5) hour work period and applicable breaks were not provided for as required under the California Labor Code.

1111.   Defendants knew or should have known that Plaintiffs were working overtime without compensation because Defendant's policy of denying Code 7's and breaks and Defendant's policy of non-payment for work performed before and after shifts was widespread throughout the Department.

1112.   Plaintiffs allege that at all times herein relevant, Defendants were knowledgeable about the requirements of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 et seq. to pay overtime compensation at a rate of one and one-half times the regular rate, and knew or should have known that Plaintiffs and class members worked overtime hours in a workweek.  Therefore, Plaintiffs allege that at all times herein mentioned, defendants knew that they had a duty to compensate Plaintiffs and class members at the proper overtime rates as required by the FLSA and a duty to provide compensation for missed Code 7's and breaks, and that defendants had the financial ability to pay such overtime compensation, but willfully, knowingly and intentionally failed to do so.

1113.   Plaintiffs also bring this action under California Labor Code § 2802 to recover damages for purchasing and/or maintaining uniforms and gear Defendants required current and former employees of Defendants to wear and maintain.  Plaintiffs and others similarly situated suffered damages in direct consequence of the discharge of their duties or of their obedience of the directions

164
Complaint

1  of Defendants.

2      1114.    At all times herein relevant, Defendants were subject to Labor

3  Code

4  § 2802 and the relevant regulations governing the employer's duty to indemnify

5  his or her employee for all necessary expenditures or losses incurred by the

6  employee in direct consequence of the discharge of his or her duties, or of his or

7  her obedience to the directions of the employer.

8      1115.    At all times herein relevant, the relevant Memorandum of

9  Understanding states that each employee in the bargaining unit shall be required to

10 obtain and maintain in a manner acceptable to the City the following items: Pants,

11 tie, belt, shirt (short or long sleeve), belt and holster, ammunition pouch or speed-

12 loaders and pouch, 4 pistol belt keepers (hereinafter "uniform").  At all times

13 herein relevant, the relevant Memorandum of Understanding ("MOU") states that

14 the City shall pay those sworn members of the Police Department who have

15 completed 12 months as a Police Officer I as of September 1, and who are

16 available for duty assignments on September 1, the sum of $900 for the

17 maintenance and replacement of the uniform; the sum of $425 for officers

18 assigned to the mounted horse; the sum of $300 for officers assigned to SWAT;

19 the sum of $425 for officers assigned to the motorcycle squad, and other sums for

20 officers assigned to Harbor Patrol, Canine Unit, Bike Patrol, and Core Instructors.

21     1116.    Plaintiffs allege that the $900 and other sums referred to above are

22 treated as wages and are therefore diminished to a variable actual amount

23 (depending on an officer's tax bracket) but at an approximate average amount of

24 $650-$680 - for the $900 sum.  Plaintiffs allege the City has and continues to

25 wrongfully tax these sums, causing Plaintiffs to be wrongfully deprived of the full

26 sum of $900 and other amounts for the obtaining, maintenance, and replacement

27 of the uniform, as dictated by the MOU.  Plaintiffs allege that this taking, without

28 any hearings or due process rights, is an ongoing and continuous taking of monies

Complaint

1 | due to Plaintiffs.

2 | 1117.    Defendant has sought to avoid the payment of wages and credits

3 | and has failed to include the uniform allowance in the calculation of base pay.

4 | Defendant has willfully and/or negligently improperly calculated base pay,

5 | overtime wages, and credits such as education incentives for four years last past

6 | under the MOU and three years under the FLSA.

7 | 1118.    Plaintiffs allege that Defendants require Plaintiffs to obtain the

8 | uniform at the inception of their status as police officer, using out of pocket

9 | expenses, due to Defendant's failure to reimburse said expenses until an officer

10 | has completed 12 months of duty.  Plaintiffs allege that the obtaining of the

11 | uniform was a necessary expenditure incurred by the employee in direct

12 | consequence of the discharge of his or her duties, or of his or her obedience to the

13 | directions of the employer.  Plaintiffs allege that, even after 12 months of duty, the

14 | entire sum of $900 and other sums is not properly reimbursed for obtaining the

15 | uniform due to Defendant's wrongfully withholding a portion of the sum by

16 | taxation.  Plaintiffs allege that the amount actually provided, whether before or

17 | after withholding, is insufficient for obtaining the uniform due to Defendant's

18 | wrongfully withholding of the sum by taxation and/or due to the cost of obtaining,

19 | along with the maintenance and replacement of the uniform, exceeding the amount

20 | actually received.  Defendants falsely state that the $900 that is taxed is a

21 | nontaxable reimbursement on the one hand, yet Defendants tax it as payroll and, in

22 | all other aspects, treat it as payroll.

23 | 1119.    Plaintiffs allege that proper maintenance of the uniform requires a

24 | dry cleaning, iron, wash, tumble or drip dry depending on the item.  Plaintiffs

25 | allege that continuous maintenance of uniforms was a necessary expenditure

26 | incurred by the employee in direct consequence of the discharge of his or her

27 | duties, or of his or her obedience to the directions of the employer.  Plaintiffs

28 | allege that Defendants require that Plaintiffs maintain the uniform using out of

Complaint

pocket expenses, due to Defendant's failure to reimburse said expenses until an officer has completed 12 months of duty. Plaintiffs allege that the entire sum of $900 is not properly reimbursed for maintaining the uniform due to Defendant's wrongfully withholding a portion of the sum by taxation. Plaintiffs allege that the amount actually provided, whether before or after withholding, is insufficient for maintaining the uniform due to Defendant's wrongfully withholding of the sum by taxation and/or due to the cost of maintenance, along with the initial obtaining and replacement of the uniform, exceeding the amount actually received.

1120.  Plaintiffs allege that Defendants require Plaintiffs to replace the uniform, using out of pocket expenses, due to Defendant's failure to reimburse said expenses until an officer has completed 12 months of duty. Plaintiffs allege that continuous replacement of uniforms was a necessary expenditure incurred by the employee in direct consequence of the discharge of his or her duties, or of his or her obedience to the directions of the employer. Plaintiffs allege that the entire sum of $900 is not properly reimbursed for replacement of the uniform due to Defendant's wrongfully withholding a portion of the sum by taxation. Plaintiffs allege that the amount actually provided, whether before or after withholding, is insufficient for replacement of the uniform due to Defendant's wrongfully withholding of the sum by taxation and/or due to the cost of maintenance, along with the initial obtaining and replacement of the uniform, exceeding the amount actually received.

1121.  In addition to the obtaining, maintenance, and replacement of the above uniform, as dictated by the MOU, Defendants required Plaintiffs to wear shoes of certain specification. Defendants required Plaintiffs to shine, clean and otherwise maintain shoes. With the exception of rain boots, the shoes were not provided by Defendants. Socks were also not provided by Defendants. Defendants required Plaintiffs to wear the aforementioned shoes and socks at all times Plaintiffs were performing their duties in their employment with Defendants,

1  yet failed to reimburse Plaintiffs for expenses in obtaining, maintenance, and
2  replacement of said items.
3      1122.    Plaintiffs allege that Defendants required Plaintiffs to purchase
4  weapons cleaning gear at least once every three (3) years at the cost of
5  approximately $26.99 for each purchase.  Defendants failed to provide the
6  maintenance of the weapons or otherwise properly, sufficiently, and/or timely
7  reimburse Plaintiffs for the purchase of the weapons cleaning gear and weapons,
8  including but not limited to: motor officers' requirement to purchase a cleaning
9  kit, a jack at the cost of approximately $200, and a cover at a cost of
10 approximately $100; SWAT officers' precision sniper rifle with sand pillow or
11 tripod at approximately $1500-$2000 which officers are encouraged to purchase;
12 223 Caliber Bushmaster Tactical Rifle (approximately $1000 with case) and
13 ammunition (approximately $75-100 per month); Colt AR-15 (approximately
14 $1500 per month) and case and ammunition costs; or the Ruger (Ranch Style 9
15 mm rifle) at approximately $400 plus approximately $100 for the case and
16 ammunition at approximately $75-100 per month, as it appears that the
17 Department distributes only 2 Ruger rifles per command; and Detectives' holsters,
18 flashlight, and holder along with safety equipment mandated by State law.
19     1123.    Plaintiffs allege that Defendants required Plaintiffs to wear the
20 aforementioned uniform as a matter of advertising, public image, and some other
21 business function.  Plaintiffs allege that weapons, cases, ammunition, and weapons
22 cleaning gear are  necessary expenditures or losses incurred by the employee in
23 direct consequence of the discharge of his or her duties, or of his or her obedience
24 to the directions of the employer.  Plaintiffs allege that CA Labor Code §2802 and
25 the relevant regulations require Defendants to furnish and maintain the
26 aforementioned uniform, weapons, and gear, and, alternatively, pay or properly,
27 sufficiently and timely reimburse Plaintiffs for expenses incurred in acquiring and
28 maintaining the uniform, weapons, and gear.

1124.   Plaintiffs allege that Defendants were aware of their legal obligations to furnish and maintain uniforms, weapons, and gear and to reimburse the employees for expenses incurred in acquiring and maintaining uniforms, weapons, and gear.  Therefore, Plaintiffs allege that Defendants wilfully and intentionally failed to comply with the legal requirements respecting the costs of furnishing and maintaining uniforms, weapons, and gear.

## FIRST CLAIM FOR RELIEF

### FOR WILLFUL VIOLATION OF 29 U.S.C. § 207

### (Against All Defendants)

1125.   Plaintiffs reassert and reallege the above paragraphs as though fully set forth herein and incorporates said paragraphs herein by reference.

1126.   Although defendants had been apprized of the law regarding the payment of hours covered by the FLSA, defendants failed to pay Plaintiffs for all of  actual hours worked.  Defendants knew or should have known that Plaintiffs were working overtime because, among other things, they knew the requirements of the job.  Notwithstanding such knowledge, defendants failed to compensate Plaintiffs at the rate of one and one-half times the regular rate of pay for all hours worked overtime.  Defendants, and each of them, have either recklessly or knowingly and intentionally failed to properly compensate Plaintiffs for the all of the overtime hours Plaintiffs worked.

1127.   In doing all the things described and alleged, defendants, and each of them, deprived Plaintiffs, and other similarly situated employees, of their rights, privileges and immunities secured to them by federal law which clearly sets forth that they were entitled to be paid at the rate of one and one-half times the regular rate of pay for all overtime hours worked.  Defendants knew, or should have known, that their reckless and/or willful and intentional failure to pay Plaintiffs' overtime violates these rights, privileges and immunities.

1128.   As a direct and proximate result of defendants' actions and

Complaint

1  inactions, Plaintiffs and other similarly situated employees have been damaged,

2  and are entitled to compensatory and/or liquidated damages in an amount

3  according to proof at trial including, but not limited to, a sum equivalent to and in

4  addition to their unpaid compensation for the three years preceding the filing of

5  this complaint as required by 29 U.S.C. § 216(b), as well as attorney fees and

6  costs.

### SECOND CLAIM FOR RELIEF

### FOR WILLFUL VIOLATION OF § 207(a)

### OF THE FAIR LABOR STANDARDS ACT

**(Against All Defendants for the Late Payment of Overtime)**

11  1129.   Plaintiffs reassert and reallege the above paragraphs as though

12  fully set forth herein and incorporates said paragraphs herein by reference.

13  1130.   Defendants, and each of them, have either recklessly or knowingly

14  and intentionally failed and refused to compensate Plaintiffs and all other similarly

15  situated persons for overtime compensation earned in a particular work period by

16  the regular pay day for the period in which the work ended.

17  1131.   Defendants, and each of them, have delayed the payment of

18  overtime for a period longer than is reasonably necessary for them to compute and

19  arrange for payments of the amounts due.  As set forth above, defendants knew or

20  should have known that Plaintiffs were working overtime in non-exempt jobs

21  without overtime compensation.  Notwithstanding such knowledge, defendants,

22  and each of them, failed to pay Plaintiffs for overtime hours worked in a timely

23  manner as required under the FLSA.

24  1132.   Although defendants have been apprized of the law regarding the

25  payment of hours covered by the FLSA, defendants routinely failed to compensate

26  Plaintiffs for overtime in a timely manner.

27  1133.   In doing all the things described and alleged, defendants, and each

28  of them, deprived Plaintiffs and similarly situated persons of their rights,

privileges and immunities secured to them by federal law which clearly sets forth that Plaintiffs are entitled to be paid for overtime hours worked in a workweek by the regular pay day for the period in which such workweek ended.  Defendants knew or should have known that their reckless and/or willful and intentional failure and refusal to pay in a timely manner for the overtime worked by Plaintiffs and others violates these rights, privileges and immunities.

1134.    As a direct and proximate result of defendants' actions and inactions, Plaintiffs and other similarly situated persons have been damaged, and are entitled to compensatory and/or liquidated damages in an amount according to proof including, but not limited to, a sum equivalent to and in addition to their overtime compensation which was paid late for the three years preceding the date of their opt-in into the present action as required by 29 U.S.C. § 216(b), plus attorney fees and costs.

## THIRD CLAIM FOR RELIEF
## FOR VIOLATION OF CALIFORNIA
## LABOR CODE § 512
### (Against All Defendants)

1135.    Plaintiffs reassert and reallege the above paragraphs, as if fully set forth and incorporates said paragraphs herein by reference.

1136.    Defendants' conduct described in this Complaint violates the provisions of California Labor Code § 512 which provide that it is unlawful for an employer to employ an employee for a work period of more than five hours per day without providing the employee with a meal period of not less than 30 minutes or a work period of more than 10 hours per day without providing the employee with a second meal period of not less than 30 minutes.

1137.    During employment by Defendants, Plaintiffs and the other class members consistently worked more than five hours per day without a meal period of 30 minutes or a work period of more than 10 hours per day without providing

1  the employee with a second meal period of not less than 30 minutes for which they

2  were not paid overtime compensation pursuant California law.  Despite the hours

3  worked by Plaintiffs and the class members, defendants willfully, in bad faith, and

4  in knowing violation of the California Labor Code, failed and refused to allow the

5  meal period(s) and failed to pay the lawfully required overtime compensation

6  premium.  Defendants knew or should have known that Plaintiffs were working

7  through their meal period (Code 7's) without compensation due to knowledge of

8  the tremendous workload imposed upon the Plaintiffs and due to the understaffed

9  nature of the Department.  Defendants, and each of them, have either recklessly or

10  knowingly and intentionally failed to comply with Labor Code § 512.

11      1138.      Defendants' failure to allow the meal period and/or resulting

12  overtime compensation premium as a result thereof as required by the applicable

13  California Labor Code, violates the provisions of California Labor Code § 512 and

14  is unlawful.

15      1139.      Therefore, Plaintiffs and other class members are entitled to

16  recover from defendants injunctive relief, applicable penalties, the unpaid

17  overtime compensation as a result thereof, plus interest on that amount, reasonable

18  attorney fees, and costs of this suit allowable under the California Labor Code.

19                          **CLASS ALLEGATIONS**

20      1140.      Plaintiffs also brings this action on behalf of themselves, as well

21  as each and all other persons similarly situated, and thus seeks class certification

22  under Rule 23 of the Federal Rules of Civil Procedure with respect to the state law

23  claims for all similarly situated persons residing in the State of California during

24  the relevant statutory period.

25      1141.      The class consists of all current and former employees of the San

26  Diego Police Department, who are either now, or have been in the past three years

27  worked in excess of 5 hours in a workday without being provided with a meal

28  period of not less than 30 minutes or a work period of more than 10 hours per day

Complaint

without being provided with a second meal period of not less than 30 minutes and/or were not compensated with the lawful overtime premium as a result thereof. Plaintiffs allege that several thousands of such persons reside or resided in California during their employment with Defendant and therefore are so numerous as to make it impracticable to bring them all before the Court. The right which is the subject of this action is common to all of the current and former employees who worked for defendants. There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members. Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.

1142.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a class action because the questions of law and fact common to the class members predominate over any questions affecting individual members and, on balance, a class action is superior to other methods available for adjudicating the controversy. There is a well defined community of interest in the litigation and the class is easily ascertainable:

a. Numerosity: The Plaintiff class is so numerous that the individual joinder of all members is impractical under the circumstances of this case. While the exact number of class members is unknown to Plaintiffs, Plaintiffs allege that several thousand current and former plaintiffs resided in California during their employment by Defendant. Such persons were denied appropriate meal periods during the period covered by this action;

b. Common questions predominate: The right which is the subject of this action is common to all of the current and former employees who worked for defendant . There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members

1 | including, but not limited to:

2 |             i) Whether defendants' practice of not providing meal periods to

3 |                employees who share common classifications, duties, and

4 |                responsibilities, was unlawful; and

5 |            ii) Whether defendants unlawfully failed to pay overtime wages to

6 |                the class members as a result thereof.

7 |         c.  Typicality:  Plaintiffs' claims are typical of the claims of the

8 | class members. Plaintiffs and the members of the class sustained damages arising

9 | out of defendants' common practice of failing to provide meal periods and/or

10 | overtime compensation as a result thereof.  Plaintiffs, like the other class members,

11 | routinely worked more than five hours per day without a meal period of not less

12 | than 30 minutes and/or 10 hours per day without a second meal period of not less

13 | than 30 minutes during the period covered by this action and were routinely

14 | denied their rightfully earned overtime pay.  Plaintiffs performed the same duties

15 | and had the same responsibilities as the other class members.

16 |         d.  Adequacy:  Plaintiffs are qualified to, and will, fairly and

17 | adequately protect the interests of each class member.  Plaintiffs have no interest

18 | that is adverse to the interests of the other class members.

19 |         e.  Superiority:  Class action adjudication is superior to other

20 | available methods because class action will achieve economies of time, effort, and

21 | expense as compared to separate lawsuits, and avoid inconsistent outcomes,

22 | because the same issues can be adjudicated in the same manner for the entire class.

23 | Plaintiffs are currently unaware of any pending litigation commenced by any class

24 | member involving the same issues in this Complaint.

25 |         f.  Public Policy Consideration:  Employers throughout the United

26 | States as well as California violate meal period requirements and wage and hour

27 | laws every day.  Current employees are often afraid to assert their rights out of fear

28 | of direct or indirect retaliation.  Former employees are fearful of bringing actions

because they perceive their former employers can damage their future endeavors through negative references and other means.  Class actions provide the class members who are not named in the complaint with a type of anonymity that allows for the vindication of their rights.

1143.   Plaintiffs request that absent class members be notified by the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort.

## FOURTH CAUSE OF ACTION

### FOR VIOLATION OF CALIFORNIA LABOR CODE § 2802

### (Against All Defendants)

1144.   Plaintiffs re-allege all preceding paragraphs and incorporate said paragraphs by this reference as though they were fully set forth herein in their entirety.

1145.   California Labor Code § 2802 provides that "[a]n employer shall indemnify his or her employee for all necessary expenditures or losses incurred by the employee in direct consequence of the discharge of his or her duties, or of his or her obedience to the direction of the employer."

1146.   Although Defendants had been appraised of the law regarding reimbursement of all expenses incurred by employees in the performance of their duties under their employment, pursuant to Labor Code § 2802, Defendants failed to adequately furnish and maintain the uniform Defendants required Plaintiffs to wear, and failed to properly and timely reimburse Plaintiffs for the expenses incurred in acquiring and/or maintaining the uniform, weapons, and gear. Defendants, and each of them, have either recklessly or knowingly and intentionally failed to comply with Labor Code § 2802.

1147.   As a direct and proximate result of Defendants' actions and omissions, Plaintiffs and all those similarly situated current and former employees of Defendants have been damaged, and are entitled to compensatory and/or other

1 | damages, including reasonable attorneys' fees and costs, as well as civil penalties,
2 | as applicable, for the relevant statutory period, in the amounts according to proof
3 | at trial.

4 | **CLASS ALLEGATIONS**

5 | 1148.    Plaintiffs bring this action on behalf of themselves, as well as each
6 | and all other persons similarly situated, and thus seeks class certification under
7 | Rule 23 of the Federal Rules of Civil Procedure with respect to violation of Labor
8 | Code § 2802 claims herein alleged for all similarly situated persons residing in any
9 | state that Defendants reside and/or operate business in the United States of
10 | America during the relevant statutory period.

11 | 1149.    Plaintiffs are members of the class they represent.  The class
12 | includes members of the San Diego Police Department who were not provided
13 | indemnification for necessary expenditures incurred in direct consequence of the
14 | discharge of his or her duties or his or her obedience to the directions of the
15 | employer as is required by Defendants in violation of California Labor Code §
16 | 2802 as herein alleged.

17 | 1150.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a
18 | class action because the questions of law and fact common to the class members
19 | predominate over any questions affecting individual members and, on balance, a
20 | class action is superior to other methods available for adjudicating the
21 | controversy.  There is a well defined community of interest in the litigation and the
22 | class is easily ascertainable:

23 | a. Numerosity:  The members of the Plaintiffs' Class are so
24 | numerous that the individual joinder of all members is impractical under the
25 | circumstances of this case.  While the exact number of class members is unknown
26 | to Plaintiffs at this time, Plaintiffs allege that several thousand similarly situated
27 | current and former employees did not receive indemnification for necessary
28 | expenditures incurred in direct consequence of the discharge of his or her duties or

1 | his or her obedience to the directions of the employer.

2 |       b. Common questions predominate: The right which is the

3 | subject of this action is common to all of the current and former sworn members

4 | who were not provided indemnification for necessary expenditures incurred in

5 | direct consequence of the discharge of his or her duties or his or her obedience to

6 | the directions of the employer. There are questions of law and fact presented

7 | herein which are common to the entire class of persons represented by Plaintiffs,

8 | and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class

9 | members including, but not limited to:

10 |         *i*) Whether Defendants provided indemnification for necessary
11 |            expenditures incurred by Plaintiffs;

12 |         *ii*) Whether said expenditures were incurred in direct consequence
13 |            of the discharge of the officer's duties or his or her obedience
14 |            to the directions of the employer.

15 |       c. Typicality: Plaintiffs' claims are typical of the claims of the

16 | class members. Plaintiffs and the members of the class sustained damages arising

17 | out of Defendants' failure to provide indemnification for necessary expenditures

18 | as described above.

19 |       d. Adequacy: Plaintiffs are qualified to, and will, fairly and

20 | adequately protect the interests of each class member. Plaintiffs have no interests

21 | that are adverse to the interests of the other class members.

22 |       e. Public Policy Consideration: Employers throughout the United

23 | States often fail to follow through on contracts and/or promises made to their

24 | employees. Current employees are often afraid to assert their rights out of fear of

25 | direct or indirect retaliation. Former employees are fearful of bringing actions

26 | because they perceive their former employers can damage their future endeavors

27 | through negative references and other means. Class actions provide the class

28 | members who are not named in the complaint with a type of anonymity that allows

Complaint

1 | for the vindication of their rights.

2 |     1151.    Plaintiffs request that absent class members be notified by the best

3 | notice practicable under the circumstances, including individual notice to all

4 | members who can be identified through reasonable effort.

## FIFTH CLAIM FOR RELIEF

## FOR BREACH OF EMPLOYMENT CONTRACT

### (Against All Defendants)

8 |     1152.    Plaintiffs/class members reassert and reallege the above

9 | paragraphs as though fully set forth herein and are incorporated herein by

10 | reference.

11 |     1153.    On July 1, 2003 and July 1, 2000 a contract known as the

12 | Memorandum of Understanding ("MOU") was entered into by and between the

13 | City of San Diego and San Diego Police Officers Association.  Article 32, section

14 | "4" of the MOU states that "[w]hen an employee's shift is extended beyond its

15 | normal ending time, he/she shall receive premium pay for the time of the shift

16 | extension."  Article 33, section "F" states that "[i]n the case that an officer is

17 | unable to take a total of thirty minutes for a meal break during the assigned shift,

18 | the officer will be paid premium rate overtime for this thirty minute period."

19 | Article 32 states that "[i]t is agreed that premium compensation [is] at the rate of

20 | one and one-half times the base rate..."

21 |     1154.    In breach of the MOU, Defendant failed to compensate

22 | Plaintiffs/class members for hours worked beyond the normal ending time and in

23 | cases where an officer is unable to take a total of thirty minutes for a meal break.

24 |     1155.    As a result of the unlawful acts of Defendant and injuries suffered

25 | by Plaintiffs/class members herein, Plaintiffs/class members are entitled to actual,

26 | consequential, liquidated, and incidental losses according to proof and reasonable

27 | attorneys' fees and costs pursuant to Code of Civil Procedure § 1021.5.

## CLASS ALLEGATIONS

Complaint

1156.    Plaintiffs bring this action on behalf of themselves, as well as each and all other persons similarly situated, and thus seeks class certification under Rule 23 of the Federal Rules of Civil Procedure with respect to the breach of employment contract claims herein alleged for all similarly situated persons during the relevant statutory period.

1157.    Plaintiffs are members of the class they represent.  The class includes all employees who worked for Defendants as Police Recruits, Police Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief and Police Sergeant in any state that Defendants reside and/or operate business in the United States of America during the relevant statutory period who were not provided premium compensation for overtime hours worked in breach of the MOU as herein alleged.

1158.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a class action because the questions of law and fact common to the class members predominate over any questions affecting individual members and, on balance, a class action is superior to other methods available for adjudicating the controversy.  There is a well defined community of interest in the litigation and the class is easily ascertainable:

a.  Numerosity:  The members of the Plaintiffs' Class are so numerous that the individual joinder of all members is impractical under the circumstances of this case.  While the exact number of class members is unknown to Plaintiffs at this time, Plaintiffs allege that several thousand similarly situated current and former employees were titled Police Recruit, Police Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief and Police Sergeant.

b.  Common questions predominate:  The right which is the subject of this action is common to all of the current and former Police Recruits, Police Officer I's, Police Officer II's, Police Agents, Community Relations to the

Police Chief and Police Sergeants who worked for Defendant.  There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members including, but not limited to:

> *i*)   Whether Defendants contracted and/or represented to those titled Police Recruit, Police Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief and Police Sergeant that they would receive overtime premium pay in the aforementioned situations;

> *ii*) Whether Plaintiffs worked these overtime hours.

c.  Typicality:  Plaintiffs' claims are typical of the claims of the class members.  Plaintiffs and the members of the class sustained damages arising out of Defendants' breach of employment contract failure to pay overtime as described above.

d.  Adequacy:  Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.  Plaintiffs have no interests that are adverse to the interests of the other class members.

e.  Public Policy Consideration:  Employers throughout the United States often fail to follow through on contracts and/or promises made to their employees.  Current employees are often afraid to assert their rights out of fear of direct or indirect retaliation.  Former employees are fearful of bringing actions because they perceive their former employers can damage their future endeavors through negative references and other means.  Class actions provide the class members who are not named in the complaint with a type of anonymity that allows for the vindication of their rights.

1159.    Plaintiffs request that absent class members be notified by the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort.

Complaint

## SIXTH CLAIM FOR RELIEF

## FOR BREACH OF UNIFORM CONTRACT

### (Against All Defendants)

1160.   Plaintiffs reassert and reallege the above paragraphs as though fully set forth herein and incorporates said paragraphs herein by reference.

1161.   On July 1, 2003 and July 1, 2000 a contract known as the Memorandum of Understanding ("MOU) was entered into by and between the City of San Diego and San Diego Police Officers Association.  Article 26, section "II" of the MOU states that the "City shall...pay those sworn members of the Police Department who have completed 12 months as a Police Officer I as of September 1, and who are available for duty assignments on September 1, the sum of $900 for the maintenance and replacement of the uniforms and equipment described in Paragraph A (pants, tie, belt, shirt, belt, holster, ammunition pouch or speed loaders and pouch, and pistol belt keepers).

1162.   Those sworn members who have completed 12 months as a Police Officer I as of September 1, and who are available for duty assignments on September 1 were not provided a sum of $900 for the maintenance and replacement of the uniforms.  Said amount was in fact subject to taxes, as if provided as wages.

1163.   Said amount was inadequate for the maintenance and replacement of uniforms, and said amount was paid late (12 months after uniform expenses are first incurred) in violation of California Labor Code § 2802.  Thus, the sworn members who have completed 12 months as a Police Officer I as of September 1, and who are available for duty assignments on September 1 were not paid a sum of $900 as promised and/or represented by Defendants and Defendants thus breached said contract with Plaintiffs.

1164.   Plaintiffs and each similarly situated member of Plaintiffs' Class, performed all conditions, covenants, and/or promises required by them on their

Complaint

1   part to be performed in accordance with the terms and conditions of the uniform

2   agreement and/or contract.

3       1165.    Plaintiffs allege that Defendants breached the uniform contract

4   described herein, and that each Plaintiff and each member of Plaintiffs' class

5   discovered that such a contract was breached within the relevant statutory period.

6       1166.    By reason of Defendants' breach of said uniform contract as

7   herein alleged, Plaintiffs and each similarly situated member of Plaintiffs' Class,

8   have suffered damages.  Said amount will be determined according to proof at

9   trial.

10   ## CLASS ALLEGATIONS

11       1167.    Plaintiffs bring this action on behalf of themselves, as well as each

12   and all other persons similarly situated, and thus seeks class certification under

13   Rule 23 of the Federal Rules of Civil Procedure with respect to the breach of

14   uniform contract claims herein alleged for all similarly situated persons residing in

15   any state that Defendants reside and/or operate business in the United States of

16   America during the relevant statutory period.

17       1168.    Plaintiffs are members of the class they represent.  The class

18   includes all members of the San Diego Police Department who have completed 12

19   months as a Police Officer I as of September 1, and who are available for duty

20   assignments on September 1 who did not receive a true and full $900

21   reimbursement for uniforms as promised by Defendants in breach of uniform

22   contract as herein alleged.

23       1169.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a

24   class action because the questions of law and fact common to the class members

25   predominate over any questions affecting individual members and, on balance, a

26   class action is superior to other methods available for adjudicating the

27   controversy.  There is a well defined community of interest in the litigation and the

28   class is easily ascertainable:

a. Numerosity:  The members of the Plaintiffs' Class are so numerous that the individual joinder of all members is impractical under the circumstances of this case.  While the exact number of class members is unknown to Plaintiffs at this time, Plaintiffs allege that several thousand similarly situated current and former employees did not receive a true and full reimbursement as promised by Defendants in breach of the uniform contract as herein alleged.

b. Common questions predominate:  The right which is the subject of this action is common to all of the current SDPD members who have completed 12 months as a Police Officer I as of September 1, and who are available for duty assignments on September 1.  There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members including, but not limited to:

*i*) Whether Defendants promised and/or represented to its sworn members who have completed 12 months as a Police Officer I as of September 1 that they would receive a reimbursement for uniforms from Defendants;

*ii*) Whether Plaintiffs in fact received an adequate and timely reimbursement as promised.

c. Typicality:  Plaintiffs' claims are typical of the claims of the class members.  Plaintiffs and the members of the class sustained damages arising out of Defendants' breach of uniform contract as described above.

d. Adequacy:  Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.  Plaintiffs have no interests that are adverse to the interests of the other class members.

e. Public Policy Consideration:  Employers throughout the United States often fail to follow through on contracts and/or promises made to their employees.  Current employees are often afraid to assert their rights out of fear of

Complaint

direct or indirect retaliation. Former employees are fearful of bringing actions because they perceive their former employers can damage their future endeavors through negative references and other means. Class actions provide the class members who are not named in the complaint with a type of anonymity that allows for the vindication of their rights.

1170.  Plaintiffs request that absent class members be notified by the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort.

## SEVENTH CLAIM FOR RELIEF
## FOR VIOLATION OF THE COVENANT OF GOOD
## FAITH AND FAIR DEALING
### (Against All Defendants)

1171.  Plaintiffs reassert and reallege the above paragraphs as though fully set forth herein and incorporates said paragraphs herein by reference.

1172.  Plaintiffs and each similarly situated member of Plaintiffs' Class, were or are employed by Defendants under a contract that is or was partly written, partly oral and partly implied.

1173.  As a result of the employment relationship which existed between Plaintiffs and Defendants, among the expressed and implied promises made in connection with that relationship, and the acts, conduct and communications resulting in these implied promises, Defendants promised to act in good faith toward and deal fairly with Plaintiffs members of Plaintiffs' Class. The implied covenant of good faith and fair dealing requires, among other things, that:

a)  each party in the relationship must act with good faith toward the other concerning all matters related to the employment;

b)  each party in the relationship must act with fairness toward the other concerning all matters related to the employment;

c)  neither party would take any action to unfairly prevent the other

1  from obtaining the benefits of the employment relationship;

2      d)      Defendants would comply with their own representations, rules,

3  policies and/or procedures in dealing with Plaintiffs;

4      e)      Defendants would not deny Plaintiffs or the members of the

5  Plaintiffs' Class their wages, commissions, bonus wages, and/or business expenses

6  without a fair and honest cause, regulated by good faith on Defendants' part; and

7      f)      Defendants would give Plaintiffs' and Plaintiffs Class' interests as

8  much consideration as they gave their own interests.

9      1174.   Defendants's denial of overtime wages and denial of

10 indemnification for necessary expenditures was wrongful, in bad faith, and unfair,

11 and therefore was a violation of Defendants' legal duties.

12     1175.   Plaintiffs allege that Defendants breached the covenant of good

13 faith and fair dealing as alleged herein, and that each Plaintiff and each member of

14 Plaintiffs' class discovered such breach within the relevant statutory period.

15     1176.   Defendants' breach of the covenant of good faith and fair dealing

16 breached the employment and/or compensation plan contract and was a substantial

17 factor in causing damage and injury to the Plaintiffs and all other members of

18 Plaintiffs' Class.  As a direct and proximate result of Defendants' unlawful

19 conduct alleged in this Complaint, the Plaintiffs have lost substantial employment

20 benefits, the precise amount of which will be proven at trial.

21     1177.   Plaintiffs allege that, at all times herein mentioned, Defendants

22 were advised by skilled lawyers and other professionals, employees, and advisors

23 knowledgeable about the relevant laws and human resources practices.

24 Defendants had and/or has the financial ability to follow through on their promises

25 and/or representations at issue herein, but willfully, knowingly and intentionally

26 failed to do so in order to decrease costs for Defendants.

27     1178.   Thus, Plaintiffs allege that the conduct of Defendants described in

28 this claim for relief was malicious, oppressive and fraudulent, and intended by

1   Defendants to cause injury to Plaintiffs and to large numbers of their employees,

2   as well as to their competitors, and Defendants' conduct was despicable, was

3   engaged in by Defendants with a willful and conscious disregard for the rights of

4   Plaintiffs and the Class Members, constituted deceit and concealment of material

5   facts known to Defendants with the intention to deprive Plaintiffs and all Class

6   Members of property and legal rights and causing them injury.  Such acts were

7   done with the authorization, ratification and/or advance knowledge of the officers

8   and/or directors of Defendants.  Such acts justify the awarding of exemplary and

9   punitive damages to the Plaintiffs and each member of Plaintiffs' Class similarly

10  situated in an amount according to proof.

11                              **CLASS ALLEGATIONS**

12          1179.    Plaintiffs also bring this action on behalf of themselves, as well as

13  each and all other persons similarly situated, and thus seeks class certification

14  under Rule 23 of the Federal Rules of Civil Procedure with respect to the violation

15  of the covenant of good faith and fair dealing claims herein alleged for all

16  similarly situated persons residing in any state that Defendants reside and/or

17  operate business in the United States of America during the relevant statutory

18  period.

19          1180.    Plaintiffs are members of the class they represent.  The class

20  includes all current and former members of the San Diego Police Department who

21  were damaged by Defendants' violation of the covenant of good faith and fair

22  dealing as herein alleged.

23          1181.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a

24  class action because the questions of law and fact common to the class members

25  predominate over any questions affecting individual members and, on balance, a

26  class action is superior to other methods available for adjudicating the

27  controversy.  There is a well defined community of interest in the litigation and the

28  class is easily ascertainable:

a. Numerosity:  The members of the Plaintiffs' Class are so numerous that the individual joinder of all members is impractical under the circumstances of this case.  While the exact number of class members is unknown to Plaintiffs at this time, Plaintiffs allege that several thousand current and former employees who were not dealt with fairly or in good faith;

b. Common questions predominate:  The right which is the subject of this action is common to all all current and former members of the San Diego Police Department who were damaged by Defendants' violation of the covenant of good faith and fair dealing.  There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members including, but not limited to:

    *i*)    Whether Defendants violated the covenant of good faith and fair dealing by representing to its employees that they would be paid overtime;

    *ii*)    Whether Defendants violated the covenant of good faith and fair dealing by representing to its employees that they would be indemnified for necessary expenditures.

c. Typicality:  Plaintiffs' claims are typical of the claims of the class members.  Plaintiffs and the members of the class sustained damages arising out of Defendants' violation of the covenant of good faith and fair dealing as described above.

d. Adequacy:  Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.  Plaintiffs have no interests that are adverse to the interests of the other class members.

e. Public Policy Consideration:  Employers throughout the United States often violate the covenant of good faith and fair dealing with respect to their employees.  Current employees are often afraid to assert their rights out of fear of

Complaint

1  direct or indirect retaliation.  Former employees are fearful of bringing actions

2  because they perceive their former employers can damage their future endeavors

3  through negative references and other means.  Class actions provide the class

4  members who are not named in the complaint with a type of anonymity that allows

5  for the vindication of their rights.

6      1182.    Plaintiffs request that absent class members be notified by the best

7  notice practicable under the circumstances, including individual notice to all

8  members who can be identified through reasonable effort.

9                    **EIGHTH CLAIM FOR RELIEF**

10             **FOR FAILURE TO PROVIDE MEAL PERIODS**

11    **IN VIOLATION OF CALIFORNIA LABOR CODE SECTION 226.7**

12                    **(Against All Defendants)**

13     1183.    Plaintiffs reassert and reallege the above paragraphs, as if fully set

14  forth and incorporates said paragraphs herein by reference.

15     1184.    The applicable California Wage Order provides that no employer

16  shall employ any person for a work period of more than five hours without a meal

17  period of not less than 30 minutes in which the employee is relieved of all duty.

18     1185.    Defendants, and each of them, employed Plaintiffs and other class

19  members for work periods in excess of five hours, yet failed to provide to

20  Plaintiffs and other class members a meal period of at least 30 minutes' duration in

21  which they were relieved of all duty.

22     1186.    California Labor Code § 226.7 provides that if an employer fails to

23  provide such a lawful meal period, the employer shall pay the employee one

24  additional hour of pay for each workday that the meal period was not provided.

25     1187.    Therefore, Plaintiffs and other class members are entitled to

26  recover from defendants one additional hour of pay for each meal period was not

27  provided according to law.

28  .                    **CLASS ALLEGATIONS**

Complaint

1188.    Plaintiffs also brings this action on behalf of themselves, as well as each and all other persons similarly situated, and thus seeks class certification under Rule 23 of the Federal Rules of Civil Procedure with respect to the state law claims for all similarly situated persons residing in the State of California during the relevant statutory period.

1189.    The class consists of all current and former members of the SDPD, who are either now, or have been in the past four years not provided meal periods in violation of California Labor Code § 226.7. Plaintiffs allege that several thousands of such persons reside or resided in California during their employment with Defendant and therefore are so numerous as to make it impracticable to bring them all before the Court. The right which is the subject of this action is common to all of the current and former employees who worked for defendants. There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members. Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.

1190.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a class action because the questions of law and fact common to the class members predominate over any questions affecting individual members and, on balance, a class action is superior to other methods available for adjudicating the controversy. There is a well defined community of interest in the litigation and the class is easily ascertainable:

a.  Numerosity:  The Plaintiff class is so numerous that the individual joinder of all members is impractical under the circumstances of this case.  While the exact number of class members is unknown to Plaintiffs at this time, Plaintiffs allege that several thousand current and former Defendant employees resided in California during their employment by Defendant, and were subject to California state law;

b.  Common questions predominate:  The right which is the subject of this action is common to all of the current and former employees who worked for defendant.  There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members including, but not limited to whether defendants failed to provide meal periods in violation for California Labor Code § 226.7; and

c.  Typicality:  Plaintiffs' claims are typical of the claims of the class members. Plaintiffs and the members of the class sustained damages arising out of defendants' common practice which violated California Labor Code § 226.7.

d.  Adequacy:  Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.  Plaintiffs have no interest that is adverse to the interests of the other class members.

e.  Superiority:  Class action adjudication is superior to other available methods because class action will achieve economies of time, effort, and expense as compared to separate lawsuits, and avoid inconsistent outcomes, because the same issues can be adjudicated in the same manner for the entire class. Plaintiffs are currently unaware of any pending litigation commenced by any class member involving the same issues in this Complaint.

f.  Public Policy Consideration:  Employers throughout the United States as well as California violate wage and hour laws every day.  Current employees are often afraid to assert their rights out of fear of direct or indirect retaliation.  Former employees are fearful of bringing actions because they perceive their former employers can damage their future endeavors through negative references and other means.  Class actions provide the class members who are not named in the complaint with a type of anonymity that allows for the vindication of their rights.

Complaint

1191.   Plaintiffs request that absent class members be notified by the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort.

### NINTH CLAIM FOR RELIEF

### FOR BREACH OF EMPLOYMENT CONTRACT

### (Against All Defendants)

1192.   Plaintiffs/class members reassert and reallege the above paragraphs as though fully set forth herein and are incorporated herein by reference.

1193.   On July 1, 2003 and July 1, 2000 a contract known as the Memorandum of Understanding ("MOU) was entered into by and between the City of San Diego and San Diego Police Officers Association.  Article 32, section "4" of the MOU states that "[w]hen an employee's shift is extended beyond its normal ending time, he/she shall receive premium pay for the time of the shift extension."  Article 33, section "F" states that "[i]n the case that an officer is unable to take a total of thirty minutes for a meal break during the assigned shift, the officer will be paid premium rate overtime for this thirty minute period."  Article 32 states that "[i]t is agreed that premium compensation [is] at the rate of one and one-half times the base rate..."

1194.   In breach of the MOU, Defendant failed to compensate Plaintiffs/class members at one and one-half times the base rate for hours worked beyond the normal ending time and in cases where an officer is unable to take a total of thirty minutes for a meal break - for failure to properly calculate the base rate.

1195.   As a result of the unlawful acts of Defendant and injuries suffered by Plaintiffs/class members herein, Plaintiffs/class members are entitled to actual, consequential, liquidated, and incidental losses according to proof and reasonable attorneys' fees and costs pursuant to Code of Civil Procedure §1021.5, including

1    all overtime wages for the four years last past and three years under the FLSA.

2    **CLASS ALLEGATIONS**

3    1196.    Plaintiffs bring this action on behalf of themselves, as well as each

4    and all other persons similarly situated, and thus seeks class certification under

5    Rule 23 of the Federal Rules of Civil Procedure with respect to the breach of

6    employment contract claims herein alleged for all similarly situated persons during

7    the relevant statutory period.

8    1197.    Plaintiffs are members of the class they represent.  The class

9    includes all employees who worked for Defendants as Police Recruits, Police

10    Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief

11    , Police Sergeant, and Lieutenant in any state that Defendants reside and/or operate

12    business in the United States of America during the relevant statutory period who

13    were not provided premium compensation for overtime hours worked in breach of

14    the MOU as herein alleged.

15    1198.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a

16    class action because the questions of law and fact common to the class members

17    predominate over any questions affecting individual members and, on balance, a

18    class action is superior to other methods available for adjudicating the

19    controversy.  There is a well defined community of interest in the litigation and the

20    class is easily ascertainable:

21    a. Numerosity:  The members of the Plaintiffs' Class are so

22    numerous that the individual joinder of all members is impractical under the

23    circumstances of this case.  While the exact number of class members is unknown

24    to Plaintiffs at this time, Plaintiffs allege that several thousand similarly situated

25    current and former employees were titled Police Recruit, Police Officer I, Police

26    Officer II, Police Agent, Community Relations to the Police Chief , Police

27    Sergeant, and Lieutenant.

28    b. Common questions predominate:  The right which is the

192

1 | subject of this action is common to all of the current and former Police Recruits,
2 | Police Officer I's, Police Officer II's, Police Agents, Community Relations to the
3 | Police Chief, Police Sergeant, and Lieutenants who worked for Defendant. There
4 | are questions of law and fact presented herein which are common to the entire
5 | class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set
6 | forth, are typical of the claims of all class members including, but not limited to:

   *i*)   Whether Defendants contracted and/or represented to those titled Police Recruit, Police Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief, Police Sergeant, and Lieutenant that they would receive overtime premium pay in the aforementioned situations;

   *ii*)   Whether Defendants failed to provide the proper overtime pay.

   c.   Typicality:  Plaintiffs' claims are typical of the claims of the class members.  Plaintiffs and the members of the class sustained damages arising out of Defendants' breach of employment contract failure to pay overtime as described above.

   d.   Adequacy:  Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.  Plaintiffs have no interests that are adverse to the interests of the other class members.

   e.   Public Policy Consideration:  Employers throughout the United States often fail to follow through on contracts and/or promises made to their employees.  Current employees are often afraid to assert their rights out of fear of direct or indirect retaliation.  Former employees are fearful of bringing actions because they perceive their former employers can damage their future endeavors through negative references and other means.  Class actions provide the class members who are not named in the complaint with a type of anonymity that allows for the vindication of their rights.

   1199.   Plaintiffs request that absent class members be notified by the best

Complaint

1  notice practicable under the circumstances, including individual notice to all

2  members who can be identified through reasonable effort.

### TENTH CLAIM FOR RELIEF

### FOR FRAUD AND DECEIT

### (Against All Defendants)

6  1200.   Plaintiffs reassert and reallege the above paragraphs as if fully set

7  forth herein, and incorporate said paragraphs herein by reference.

8  1201.   Plaintiffs allege that Defendants engaged in fraud and/or deceit

9  against Plaintiffs, and each similarly situated Class Member, and that Plaintiffs

10 and each Class Member discovered that such acts were fraudulent within the last

11 three years.

12 1202.   Plaintiffs allege that Defendants have known that Plaintiffs and

13 Class Members did not meet the legal requirements of exempt employees, and

14 knew that Plaintiffs and others similarly situated, could not be ordered and/or

15 permitted to work beyond the normal ending time of a shift without receiving

16 premium pay for the time of the shift extension.

17 1203.   Specifically, as to Police Recruits, Police Officer I's, Police

18 Officer II's, Police Agents, Community Relations Assistants to the Police Chief,

19 and Police Sergeant:

20 a.   Defendants regularly observed, encouraged, and/or required these

21 Plaintiffs and Class Members to perform non-exempt work such as pre and post

22 shift report writing, preparing for court appearances, driving to and from court,

23 cleaning weapons, maintaining and furnishing required uniforms and gear, and in

24 the case of Sergeants: roll call/briefing preparation and reviewing late reports;

25 b.   Defendants knew that the Plaintiffs and Class regularly spent

26 much of their work time and time at home and outside of the department

27 performing the above duties.

28 1204.   Despite having this knowledge, Defendants suppressed the facts

1    and did not disclose them to the Plaintiffs and all other similarly situated Class

2    Members, while having a legal duty under the Labor Code and the applicable IWC

3    Wage Orders to disclose same to the Class Members.

4         1205.    Defendant, through hiring interviews, meetings, inter-office

5    memos, employment forms, paycheck enclosures, e-mails, job descriptions, etc.,

6    have continuously represented to the Plaintiffs and to all other similarly situated

7    Class Members, that as Police Recruits, Police Officer I's, Police Officer II's,

8    Police Agents, Community Relations Assistants to the Police Chief, and Police

9    Sergeant, they can be required to work hours outside of their regular shift, with no

10   overtime compensation.

11        1206.    When Defendants made these statements and/or encouraged or

12   required Plaintiffs and Class Members to work under these conditions, it knew the

13   assertions that no overtime pay was required to be paid to the Class Members were

14   false.

15        1207.    The assertions were made as a fact and were made for the purpose

16   of inducing the Plaintiffs and Class Members to work hours outside of shift hours

17   and not request compensation for overtime worked.

18        1208.    The Plaintiffs and all others similarly situated, reasonably believed

19   and relied upon Defendants' assertions that they could be required to work

20   overtime without compensation.

21        1209.    In reliance on the assertions and to the detriment and prejudice of

22   the Plaintiffs and each Class Member, the Plaintiffs and similarly situated Class

23   Members have worked hours beyond regular shift hours, in violation of the MOU,

24   the FLSA, and applicable IWC Wage Orders and the Labor Code, without being

25   paid overtime.  Accordingly, the statute of limitations has been tolled for all

26   periods of employment on all claims set forth herein.

27        1210.    As a direct result of the assertions and concealment by

28   Defendants, the Plaintiffs have earned, but have not been paid, overtime wages

Complaint

plus interest thereon, according to proof.

1211.   Plaintiffs are informed and believe and thereon allege that, at all times herein mentioned, Defendants were knowledgeable about Federal, State, and Contract (MOU) labor and wage laws and human resource practices and about the requirements of California law to record and pay for all overtime hours worked by Class Members.  Defendants had the financial ability to pay such overtime compensation, but willfully, knowingly and intentionally failed to do so, and falsely represented to the Plaintiffs and others similarly situated that they were not entitled to overtime pay, in order to decrease labor costs for Defendants.

1212.   Thus, Plaintiffs allege that the conduct of Defendants described in the claim for relief was malicious, oppressive and fraudulent, and intended by Defendants to cause injury to Plaintiffs, and to large numbers of its employees, as well as to its competitors, and Defendants' conduct was despicable and was engaged in by Defendants with a willful and conscious disregard for the rights of the Plaintiffs and others similarly situated, subjected the Plaintiffs and others similarly situated to illegal work conditions (long hours without pay) that did not protect their health, safety and welfare, and was cruel and unjust conduct which also constituted deceit and concealment of material facts known to Defendants with the intention of depriving Plaintiffs and all Class Members of property and legal rights and causing them injury.  Such acts were done with the authorization, ratification and/or advance knowledge of the Defendants.  Such acts justify the awarding of exemplary and punitive damages to the Plaintiffs and each similarly situated Class Member, in an amount according to proof.

## CLASS ALLEGATIONS

1213.   Plaintiffs bring this action on behalf of themselves, as well as each and all other persons similarly situated, and thus seeks class certification under Rule 23 of the Federal Rules of Civil Procedure with respect to the fraud claims herein alleged for all similarly situated persons during the relevant statutory

1    period.

2        1214.    Plaintiffs are members of the class they represent.  The class

3    includes all employees who worked for Defendants as Police Recruits, Police

4    Officer I, Police Officer II, Police Agent, Community Relations to the Police

5    Chief, Police Sergeant in any state that Defendants reside and/or operate business

6    in the United States of America during the relevant statutory period who were not

7    provided premium compensation for overtime hours worked as herein alleged.

8        1215.    This action is maintainable by Plaintiffs under Rule 23(b)(3) as a

9    class action because the questions of law and fact common to the class members

10    predominate over any questions affecting individual members and, on balance, a

11    class action is superior to other methods available for adjudicating the

12    controversy.  There is a well defined community of interest in the litigation and the

13    class is easily ascertainable:

14            a.  Numerosity:  The members of the Plaintiffs' Class are so

15    numerous that the individual joinder of all members is impractical under the

16    circumstances of this case.  While the exact number of class members is unknown

17    to Plaintiffs at this time, Plaintiffs allege that several thousand similarly situated

18    current and former employees were titled Police Recruit, Police Officer I, Police

19    Officer II, Police Agent, Community Relations to the Police Chief , Police

20    Sergeant.

21            b.  Common questions predominate:  The right which is the

22    subject of this action is common to all of the current and former Police Recruits,

23    Police Officer I's, Police Officer II's, Police Agents, Community Relations to the

24    Police Chief, and Police Sergeant who worked for Defendant.  There are questions

25    of law and fact presented herein which are common to the entire class of persons

26    represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical

27    of the claims of all class members including, but not limited to:

28            i)  Whether Defendants falsely represented to those titled Police

1   Recruit, Police Officer I, Police Officer II, Police Agent, Community Relations to

2   the Police Chief , Police Sergeant, and that they would receive overtime premium

3   pay in the aforementioned situations;

4        *ii*) Whether Defendants failed to provide the proper overtime pay.

5        c.  Typicality: Plaintiffs' claims are typical of the claims of the

6   class members.  Plaintiffs and the members of the class sustained damages arising

7   out of Defendants' fraudulent acts as described above.

8        d.  Adequacy: Plaintiffs are qualified to, and will, fairly and

9   adequately protect the interests of each class member.  Plaintiffs have no interests

10  that are adverse to the interests of the other class members.

11       e.  Public Policy Consideration:  Employers throughout the United

12  States often fail to follow through on contracts and/or promises made to their

13  employees.  Current employees are often afraid to assert their rights out of fear of

14  direct or indirect retaliation.  Former employees are fearful of bringing actions

15  because they perceive their former employers can damage their future endeavors

16  through negative references and other means.  Class actions provide the class

17  members who are not named in the complaint with a type of anonymity that allows

18  for the vindication of their rights.

19  1216.   Plaintiffs request that absent class members be notified by the best

20  notice practicable under the circumstances, including individual notice to all

21  members who can be identified through reasonable effort.

22  **ELEVENTH CLAIM FOR RELIEF**

23  **FOR NEGLIGENT MISREPRESENTATION**

24  **(Against All Defendants)**

25  1217.   Plaintiffs reassert and reallege the above paragraphs as if fully set

26  forth herein, and incorporate said paragraphs herein by reference.

27  1218.   Defendants represented to the Plaintiffs and each Class Member

28  similarly situated, through hiring interviews, meetings, inter-office memos, e-

mails, paycheck stubs, employment forms, job descriptions, etc., that they were not entitled to overtime wages for hours worked beyond their regularly scheduled shift. These statements were made with the knowledge and consent of Defendants, without any reasonable basis to believe the statements were true.

1219.   The Plaintiffs, and each Class Member similarly situated, discovered that such acts were misrepresentations within the last three years.

1220.   Despite having this knowledge, Defendants suppressed facts and did not disclose them to the Class Members, while having a legal duty under the Federal laws, State law, and Contract (MOU) to disclose same to the Class Members.

1221.   When Defendants authorized these statements to be made to the Plaintiffs and each Class Member, they had no reasonable grounds to believe the statements were true, as they had no knowledge and/or understanding of the Federal and State law and/or Contract law (MOU) regulating the payment of overtime to Class Members when they made the assertions as being fact, and yet held themselves out as having such knowledge and/or understanding.

1222.   When Defendants authorized these statements to be made to the Plaintiffs and each Class Member, they had no reasonable grounds to believe the statements were true since they failed to conduct a proper inquiry to determine whether the Class Members positions qualified for overtime hours under the Federal and/or California labor laws and the applicable IWC Wage Orders, and/or MOU.

1223.   The assertions that the Plaintiffs and others similarly situated were not eligible for overtime for the activities above were made for the purpose of inducing Class Members to work in excess of scheduled shifts and not request compensation for overtime worked.

1224.   The Plaintiffs, and each Class Member similarly situated, reasonably believed and relied upon Defendants' assertions that Class Members

1  were could be required to work overtime without compensation, and thus did not

2  ask for overtime compensation.

3      1225.    In reliance on the assertions, and to the detriment and prejudice of

4  Plaintiffs and others similarly situated, the Plaintiffs and similarly situated Class

5  Members have worked overtime hours, in violated of the FLSA and State laws,

6  and MOU without being paid overtime.  Accordingly, the statute of limitations has

7  been tolled for all periods of employment on all claims set forth herein.

8      1226.    As a direct result of the assertions and concealment by

9  Defendants, the Plaintiffs and each similarly situated Class Member have earned,

10  but have not been paid, overtime pay plus interest thereon, according to proof.

11                            **CLASS ALLEGATIONS**

12      1227.    Plaintiffs bring this action on behalf of themselves, as well as each

13  and all other persons similarly situated, and thus seeks class certification under

14  Rule 23 of the Federal Rules of Civil Procedure with respect to the negligent

15  misrepresentation claims herein alleged for all similarly situated persons during

16  the relevant statutory period.

17      1228.    Plaintiffs are members of the class they represent.  The class

18  includes all employees who worked for Defendants as Police Recruits, Police

19  Officer I, Police Officer II, Police Agent, Community Relations to the Police

20  Chief, and Police Sergeant in any state that Defendants reside and/or operate

21  business in the United States of America during the relevant statutory period who

22  were not provided premium compensation for overtime hours worked as herein

23  alleged. This action is maintainable by Plaintiffs under Rule 23(b)(3) as a class

24  action because the questions of law and fact common to the class members

25  predominate over any questions affecting individual members and, on balance, a

26  class action is superior to other methods available for adjudicating the

27  controversy.  There is a well defined community of interest in the litigation and the

28  class is easily ascertainable:

Complaint

a. Numerosity:  The members of the Plaintiffs' Class are so numerous that the individual joinder of all members is impractical under the circumstances of this case.  While the exact number of class members is unknown to Plaintiffs at this time, Plaintiffs allege that several thousand similarly situated current and former employees were titled Police Recruit, Police Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief , Police Sergeant.

b. Common questions predominate:  The right which is the subject of this action is common to all of the current and former Police Recruits, Police Officer I's, Police Officer II's, Police Agents, Community Relations to the Police Chief, Police Sergeants who worked for Defendant.  There are questions of law and fact presented herein which are common to the entire class of persons represented by Plaintiffs, and Plaintiffs' claims, as hereinafter set forth, are typical of the claims of all class members including, but not limited to:

   *i*) Whether Defendants negligently represented to those titled Police Recruit, Police Officer I, Police Officer II, Police Agent, Community Relations to the Police Chief , Police Sergeant that they would receive overtime premium pay in the aforementioned situations;

   *ii*) Whether Defendants failed to provide the proper overtime pay.

c. Typicality:  Plaintiffs' claims are typical of the claims of the class members.  Plaintiffs and the members of the class sustained damages arising out of Defendants' negligent acts as described above.

d. Adequacy:  Plaintiffs are qualified to, and will, fairly and adequately protect the interests of each class member.  Plaintiffs have no interests that are adverse to the interests of the other class members.

e. Public Policy Consideration:  Employers throughout the United States often fail to follow through on contracts and/or promises made to their

Complaint

employees.  Current employees are often afraid to assert their rights out of fear of direct or indirect retaliation.  Former employees are fearful of bringing actions because they perceive their former employers can damage their future endeavors through negative references and other means.  Class actions provide the class members who are not named in the complaint with a type of anonymity that allows for the vindication of their rights.

1229.    Plaintiffs request that absent class members be notified by the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray, on behalf of themselves and all other similarly situated persons, for relief and judgment against defendants, jointly and severally, as follows:

Class Certification

1.    That these actions be certified as a class actions;

2.    That a representative(s) of the class(es) be appointed; and

3.    That Counsel for Plaintiffs be appointed as class counsel.

As to the First and Second Causes of Action

1.    All actual, consequential, liquidated and incidental losses and damages, according to proof at trial;

2.    Such other damages as may be allowed in accordance with the Federal Rules of Civil Procedure, Rule 54(c), and 29 U.S.C. § 216(b) according to proof at trial;

3.    Liquidated damages, attorney fees, and costs pursuant to 29 U.S.C. § 216(b); and

4.    Any and all other relief, including equitable relief, as the Court may deem just and proper.

<u>As to the Third Cause of Action</u>

1.      For general unpaid wages at overtime rates, and such general and special damages as may be appropriate;

2.      For pre-judgment interest on any unpaid overtime compensation due from the day such amounts were due;

3.      For statutory penalties pursuant to California Labor Code § 558(a);

4.      For reasonable attorney fees pursuant to California Labor Code § 1194;

5.      For costs of suit incurred herein; and

6.      For such other and further relief as the Court may deem appropriate.

<u>As to the Fourth Cause of Action</u>

1.      All actual, compensatory, consequential, interest, and incidental damages according to proof at trial;

2.      Such other damages and/or penalties as may be allowed in accordance with California Labor Code;

3.      Reasonable attorneys' fees and costs pursuant to Labor Code §2802; and

4.      Any and all other relief, including equitable relief, as the Court may deem just and proper.

<u>As to the Fifth and Ninth Causes of Action</u>

1.      All actual, compensatory, restitutionary and incidental losses and/or damages, according to proof at trial;

2.      Such other damages as may be allowed in accordance with the Federal Rules of Civil Procedure, Rule 54 according to proof at trial;

3.      Prejudgment interest on all losses and/or damages according to

1                proof at trial;

2      4.          For reasonable attorney fees, expenses and costs;

3      5.          For all overtime wages calculated improperly for the four years

4                last past;

5      6.          Declaratory relief directing Defendants for an accounting of all

6                funds that should have been included for proper calculation of all

7                wages and benefits as to each employee in the bargaining unit;

8      7.          For such other and further relief as the court may deem proper.

9      As to the Sixth Cause of Action

10     1.          All actual, compensatory, restitutionary and incidental losses

11               and/or damages, according to proof at trial;

12     2.          Such other damages as may be allowed in accordance with the

13               Federal Rules of Civil Procedure, Rule 54 according to proof at

14               trial;

15     3.          Prejudgment interest on all losses and/or damages according to

16               proof at trial;

17     4.          For reasonable attorney fees, expenses and costs;

18     5.          For such other and further relief as the court may deem proper.

19     As to the Seventh Cause of Action

20     1.          All actual, general and special damages according to proof at trial;

21               and

22     2.          For such other and further relief as the Court may deem just and

23               proper;

24     As to the Eighth Cause of Action

25     1.          For one hour of pay for each meal period that was not provided

26               according to law;

27     2.          For pre-judgment interest thereon, from the day such amounts

28               were due;

3.      For reasonable attorney fees;

4.      For costs of suit incurred herein; and

5.      For such other and further relief as the Court may deem appropriate.

<u>As to the Tenth Claim for Relief</u>

1.      All actual, general and special damages according to proof at trial; and for prejudgment interest thereon according to law;

2.      For an award of damages equal to the profit realized from Defendants' conduct, as alleged, and for prejudgment interest thereon according to law;

3.      For attorney fees; and

4.      For such other and further relief as the Court may deem just and proper.

<u>As to the Eleventh Claim for Relief</u>

1.      All actual, general and special damages according to proof at trial; and

2.      For such other and further relief as the Court may deem just and proper.

DATED: August 16, 2005

CASTLE, PETERSEN & KRAUSE LLP
Attorneys At Law

By: _____
Gregory G. Petersen
Attorneys for Plaintiffs

Complaint

# **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: August _16_ , 2005

CASTLE, PETERSEN & KRAUSE LLP
Attorneys At Law

By: _____
Gregory O. Petersen
Attorneys for Plaintiffs

Complaint

JS44
(Rev 07/89)

**CIVIL COVER SHEET**

FILED

sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Marcus R. Abbe, individually, and on behalf of all persons similarly situated | City of San Diego, and DOES 1 through 10, inclusive 6 2005 |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF      San Diego (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   San Diego (IN U.S. PLAINTIFF CASES ONLY)  U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED   BY                                   DEPUTY |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Castle, Petersen & Krause LLP, Attorneys at Law 4675 MacArthur Ct., Ste, 1250, Newport Beach, CA 92660 (949) 417-5600/Telephone  (949) 417-5610/Facsimile atty@cpk-law.com | '05 CV 1629     DMS (JMA) |

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

29 U.S.C. 207, 29 U.S.C. 207(a), CA Lab. Code 2802, CA Lab. Code 512, Breach of Contract, CA Lab. Code 226.7, Fraud, Negligent Misrepresentation, Violation of Good Faith & Fair Dealing       29: 20100 - JCL

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instruments | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine |  | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act |  | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 555 Prisoner Conditions |  |  |  |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☒ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|
| DATE   8-16-05 | | SIGNATURE OF ATTORNEY OF RECORD   *Gregory Petersen* //BB | |

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)



# 116373  $250.00

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

Unpaid overtime, unlawful taking of "uniform allowance" as taxes, unpaid uniform/weapons/maintenance expenses, unpaid meal periods

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

Agents and/or employees of the City of San Diego

6. Name and address of any other person injured: _____

All of the officers of the San Diego Police Department

7. Name and address of the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:               $  >$10,000
   b. Estimated amount of any future costs:        $  >$10,000
   c. Total amount claimed:                         $  >$10,000
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

Based on unpaid overtime, unpaid "uniform" expenses, unpaid meal and rest periods

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 16ᵗʰ day of August   2005 at Newport Beach, CA _____

_Gregory Petersen #BB_
CLAIMANTS SIGNATURE

Clear Entire Form

## ATTACHMENT TO CIVIL COVER SHEET

Thomas E. Abbott Jr., individually and on behalf of all others similarly situated; David G. Abrams, individually and on behalf of all others similarly situated; Sabin M. Abrams, individually and on behalf of all others similarly situated; James R. Ackley, individually and on behalf of all others similarly situated; Kristen B. Adams, individually and on behalf of all others similarly situated; Lori M. Adams, individually and on behalf of all others similarly situated; Robert W. Adams, individually and on behalf of all others similarly situated; Simon Adams, individually and on behalf of all others similarly situated; Robert Adauto Jr., individually and on behalf of all others similarly situated; R. Elizabeth Addington, individually and on behalf of all others similarly situated; Armando R. Aguilar, individually and on behalf of all others similarly situated; Edward R. Aguirre, individually and on behalf of all others similarly situated; Michael A. Aiken, individually and on behalf of all others similarly situated; Leslie A. Albrecht, individually and on behalf of all others similarly situated; Daniel T. Albright, individually and on behalf of all others similarly situated; Donald A. Albright, individually and on behalf of all others similarly situated; Richard Allen, individually and on behalf of all others similarly situated; Katherine E. Allison, individually and on behalf of all others similarly situated; Cathy N. Allister, individually and on behalf of all others similarly situated; Karen A. Almos, individually and on behalf of all others similarly situated; Jesse R. Almos Jr, individually and on behalf of all others similarly situated; Alan R. Alvarez, individually and on behalf of all others similarly situated; Arnolfo B. Ambito, individually and on behalf of all others similarly situated; Carlos A. Amezcua, individually and on behalf of all others similarly situated; Annette M. Anderson, individually and on behalf of all others similarly situated; Travis W. Anderson, individually and on behalf of all others similarly situated; Mark S. Annis, individually and on behalf of all others similarly situated; Robert W. Anschick, individually and on behalf of all others similarly situated; Ricardo Apodaca, individually and on behalf of all others similarly situated; Oscar A. Armenta, individually and on behalf of all others similarly situated; Scott J. Armstrong, individually and on behalf of all others similarly situated; James W. Arthur, individually and on behalf of all others similarly situated; Christopher T. Asbell, individually and on behalf of all others similarly situated; Frank Ashcraft, individually and on behalf of all others similarly situated; Anthony A. Atkins, individually and on behalf of all others similarly situated; Robert W. Atwood, individually and on behalf of all others similarly situated; Edward D. Austin, individually and on behalf of all others similarly situated; John W. Austin, individually and on behalf of all others similarly situated; John Autolino, individually and on behalf of all others similarly situated; Gary Avalos III, individually and on behalf of all others similarly situated; Lori L. Bach, individually and on behalf of all others similarly situated; Michael J. Baier, individually and on behalf of all others similarly situated; Teresa Bailey, individually and on behalf of all others similarly situated; Robert M. Baird Jr., individually and on behalf of all others similarly situated; Todd R. Baker, individually and on behalf of all others similarly situated; James D. Baker Jr., individually and on behalf of all others similarly situated; Vincent J. Bales, individually and on behalf of all others similarly situated; Joseph P. Bane, individually and on behalf of all others similarly situated; Sean A. Bannan, individually and on behalf of all others similarly situated; Kevin S. Barnard, individually and on behalf of all others similarly situated;

Scott T. Barnes, individually and on behalf of all others similarly situated; Bridget P. Barnett, individually and on behalf of all others similarly situated; Suzie K. Barney, individually and on behalf of all others similarly situated; Charles R. Barrett, individually and on behalf of all others similarly situated; Scott D. Bartolomei, individually and on behalf of all others similarly situated; Tod E. Bassett, individually and on behalf of all others similarly situated; David R. Bautista, individually and on behalf of all others similarly situated; Michael A. Beamesderfer, individually and on behalf of all others similarly situated; Jana M. Beard, individually and on behalf of all others similarly situated; David W. Beathard, individually and on behalf of all others similarly situated; Edward L. Becker, individually and on behalf of all others similarly situated; William F. Becker, individually and on behalf of all others similarly situated; Paul J. Becotte, individually and on behalf of all others similarly situated; John P. Behrendt, individually and on behalf of all others similarly situated; Kevin P. Belland, individually and on behalf of all others similarly situated; Brigitta J. Belz, individually and on behalf of all others similarly situated; Michael W. Belz, individually and on behalf of all others similarly situated; Gerald F. Bendixen, individually and on behalf of all others similarly situated; Meryl A. Bernstein, individually and on behalf of all others similarly situated; David A. Bertrand, individually and on behalf of all others similarly situated; Rebecca E. Bigbie, individually and on behalf of all others similarly situated; Robert R. Bigbie, individually and on behalf of all others similarly situated; Daniel M. Biletnikoff, individually and on behalf of all others similarly situated; Gregory R. Bisesto, individually and on behalf of all others similarly situated; Dennis Bishop, individually and on behalf of all others similarly situated; Betty Bixby, individually and on behalf of all others similarly situated; Gifford D. Bixel, individually and on behalf of all others similarly situated; Mark T. Blakesley, individually and on behalf of all others similarly situated; Thomas M. Boerum, individually and on behalf of all others similarly situated; Eugene H. Bojorquez, individually and on behalf of all others similarly situated; Daniel W. Boldt, individually and on behalf of all others similarly situated; Nicolas Borrelli, individually and on behalf of all others similarly situated; Thomas R. Bostedt, individually and on behalf of all others similarly situated; Matthew E. Botkin, individually and on behalf of all others similarly situated; Clayton Bowen, individually and on behalf of all others similarly situated; Edwin Boyce, individually and on behalf of all others similarly situated; Schuyler V. Boyce, individually and on behalf of all others similarly situated; Frank P. Bozarth, individually and on behalf of all others similarly situated; Phillip K.

2

Bradley, individually and on behalf of all others similarly situated; James M. Bradley, individually and on behalf of all others similarly situated; Julie M. Bradley, individually and on behalf of all others similarly situated; Tracy D. Braun, individually and on behalf of all others similarly situated; Glenn A. Breitenstein, individually and on behalf of all others similarly situated; Daniel G. Brent, individually and on behalf of all others similarly situated; Lisa L. Bressler, individually and on behalf of all others similarly situated; Robert R. Bressler, individually and on behalf of all others similarly situated; Daniel M. Brinkerhoff, individually and on behalf of all others similarly situated; Russell D. Bristol, individually and on behalf of all others similarly situated; Frank J. Brito, individually and on behalf of all others similarly situated; Kevin M Brooks, individually and on behalf of all others similarly situated; Ronald Broussard, individually and on behalf of all others similarly situated; Neal N. Browder Jr., individually and on behalf of all others similarly situated; Douglas M. Brown, individually and on behalf of all others similarly situated; Jon M. Brown, individually and on behalf of all others similarly situated; Ronald O. Brown, individually and on behalf of all others similarly situated; Scott H. Brown, individually and on behalf of all others similarly situated; Troy A. Brown, individually and on behalf of all others similarly situated; Gregory W. Brown Jr., individually and on behalf of all others similarly situated; Joy M. Brugman, individually and on behalf of all others similarly situated; Christopher M. Brush, individually and on behalf of all others similarly situated; Terrance L. Bryan, individually and on behalf of all others similarly situated; Mark J. Bua, individually and on behalf of all others similarly situated; Deborah W. Burger, individually and on behalf of all others similarly situated; Randy P. Burgess, individually and on behalf of all others similarly situated; Christina D. Burhans, individually and on behalf of all others similarly situated; Joshua P. Burkhardt, individually and on behalf of all others similarly situated; Timothy A. Burns, individually and on behalf of all others similarly situated; Daniel A. Burow, individually and on behalf of all others similarly situated; John D. Buttle, individually and on behalf of all others similarly situated; Richard A. Butts, individually and on behalf of all others similarly situated; Bruce T. Byrd, individually and on behalf of all others similarly situated; Jeanne M. Byrd, individually and on behalf of all others similarly situated; Phillip D. Cady, individually and on behalf of all others similarly situated; Lawrence B. Cahill, individually and on behalf of all others similarly situated; William D. Cahill, individually and on behalf of all others similarly situated; Jene L'Mont Calloway, individually and on behalf of all others similarly situated; Arthur L. Calvert, individually and on behalf of all others similarly situated; Christen M. Cameron, individually and on behalf of all others similarly situated; Arturo C. Campa, individually and on behalf of all others similarly situated; William H. Campbell, individually and on behalf of all others similarly situated; Frank A. Canson, individually and on behalf of all others similarly situated; Claudia Canto, individually and on behalf of all others similarly situated; Ruth S. Cardona, individually and on behalf of all others similarly situated; TheodoreM. Carignan, individually and on behalf of all others similarly situated; Karrie L. Carlson, individually and on behalf of all others similarly situated; Mark A. Carlson, individually and on behalf of all others similarly situated; Thomas J. Carlyon IV, individually and on behalf of all others similarly situated; Daniel P. Caropreso, individually and on behalf of all others similarly situated; Frank L. Caropreso Jr, individually and on behalf of all others similarly situated; Javier Carranza, individually and on behalf of all others similarly situated; Robert T. Carroll,

3

individually and on behalf of all others similarly situated; Scott Carter, individually and on behalf of all others similarly situated; Tony B. Carter, individually and on behalf of all others similarly situated; William J. Carter, individually and on behalf of all others similarly situated; Roderick A. Casey, individually and on behalf of all others similarly situated; Roberto A. Casillas, individually and on behalf of all others similarly situated; Joseph B. Castillo, individually and on behalf of all others similarly situated; Clinton E. Castle, individually and on behalf of all others similarly situated; Cesar Castro, individually and on behalf of all others similarly situated; Ricky F. Castro, individually and on behalf of all others similarly situated; Rudy P. Castro Jr., individually and on behalf of all others similarly situated; Arthur H. Cavada, individually and on behalf of all others similarly situated; Misty R. Cedrun, individually and on behalf of all others similarly situated; Daniel E. Cerar, individually and on behalf of all others similarly situated; George Cesena, individually and on behalf of all others similarly situated; Carlos Chacon, individually and on behalf of all others similarly situated; John Chaney, individually and on behalf of all others similarly situated; Mark A. Chavez, individually and on behalf of all others similarly situated; Blake A. Cheary, individually and on behalf of all others similarly situated; Jonathan C. Cheng, individually and on behalf of all others similarly situated; Jon P. Cherski, individually and on behalf of all others similarly situated; James H. Chiles, individually and on behalf of all others similarly situated; Jeffrey W. Chione, individually and on behalf of all others similarly situated; Raphael R. Cimmarrusti, individually and on behalf of all others similarly situated; Dolores M. Cirino, individually and on behalf of all others similarly situated; Brent E. Cisneros, individually and on behalf of all others similarly situated; Dale L. Clark, individually and on behalf of all others similarly situated; John C. Clark, individually and on behalf of all others similarly situated; Joseph A. Clark, individually and on behalf of all others similarly situated; Lamont H. Clark, individually and on behalf of all others similarly situated; Robert D. Clark, individually and on behalf of all others similarly situated; Raymond P. Clark Sr., individually and on behalf of all others similarly situated; Deborah A. Clem, individually and on behalf of all others similarly situated; James H. Clem, individually and on behalf of all others similarly situated; Michael A. Clippinger, individually and on behalf of all others similarly situated; Rex Cole Jr., individually and on behalf of all others similarly situated; Christopher P. Collier, individually and on behalf of all others similarly situated; Kimberly A. Collier, individually and on behalf of all others similarly situated; James T. Collins, individually and on behalf of all others similarly situated; Bernie T. Colon, individually and on behalf of all others similarly situated; Luis M. Colon, individually and on behalf of all others similarly situated; Victor S. Colvin, individually and on behalf of all others similarly situated; Donald R. Cone, individually and on behalf of all others similarly situated; Robert D. Connaughy, individually and on behalf of all others similarly situated; David Contreras, individually and on behalf of all others similarly situated; Sean R. Conway, individually and on behalf of all others similarly situated; Lloyd E. Cook, individually and on behalf of all others similarly situated; Robert H. Cook, individually and on behalf of all others similarly situated; Patrick J. Cooley, individually and on behalf of all others similarly situated; Phil B. Cooper, individually and on behalf of all others similarly situated; Noe F. Cordero, individually and on behalf of all others similarly situated; Brian K. Cornell, individually and on behalf of all others similarly situated; Jeannette L. Cornell, individually and on behalf of all others similarly situated; Gary F. Corner, individually

4

and on behalf of all others similarly situated; Robert M. Cornett, individually and on behalf of all others similarly situated; Henry D. Corrales, individually and on behalf of all others similarly situated; Deborah A. Cotellessa, individually and on behalf of all others similarly situated; Carol V. Council, individually and on behalf of all others similarly situated; Chad E. Crenshaw, individually and on behalf of all others similarly situated; Marco A. Crisostomo, individually and on behalf of all others similarly situated; Tyrone H. Crosby, individually and on behalf of all others similarly situated; Robert P. Cruz, individually and on behalf of all others similarly situated; Vedasto A. Cruz Jr., individually and on behalf of all others similarly situated; William L. Cuddy III, individually and on behalf of all others similarly situated; Celso G. Cueva, individually and on behalf of all others similarly situated; James P. Culligan, individually and on behalf of all others similarly situated; Ralph A. Cummings, individually and on behalf of all others similarly situated; David W. Cupples, individually and on behalf of all others similarly situated; Christopher P. Curran, individually and on behalf of all others similarly situated; Laurie J. Curran, individually and on behalf of all others similarly situated; Fenella R. Custer, individually and on behalf of all others similarly situated; Mariusz Czas, individually and on behalf of all others similarly situated; Denise F. Dailey, individually and on behalf of all others similarly situated; Leroy K. Dailey, individually and on behalf of all others similarly situated; Josephine I. Dains, individually and on behalf of all others similarly situated; Scott W. Daniels, individually and on behalf of all others similarly situated; Robert W. Dare, individually and on behalf of all others similarly situated; Eric C. Davis, individually and on behalf of all others similarly situated; Garry R. Davis, individually and on behalf of all others similarly situated; John W. Davis, individually and on behalf of all others similarly situated; Michael J. Davis, individually and on behalf of all others similarly situated; Richard E. Davis, individually and on behalf of all others similarly situated; William T. Davis Jr., individually and on behalf of all others similarly situated; Dean L. Davison, individually and on behalf of all others similarly situated; Jerome Dawson, individually and on behalf of all others similarly situated; Michael O. Day, individually and on behalf of all others similarly situated; William J. Day Jr., individually and on behalf of all others similarly situated; Alexander De Armas, individually and on behalf of all others similarly situated; Charles De la Cruz, individually and on behalf of all others similarly situated; Susan M. de la Pena, individually and on behalf of all others similarly situated; Deana E. De Los Reyes, individually and on behalf of all others similarly situated; Romeo C. De Los Reyes, individually and on behalf of all others similarly situated; Michael J. Dean, individually and on behalf of all others similarly situated; Conrado V. Decastro, individually and on behalf of all others similarly situated; Geoffrey S. Decesari, individually and on behalf of all others similarly situated; Jonathan M. DeGuzman, individually and on behalf of all others similarly situated; Raul Delgadillo, individually and on behalf of all others similarly situated; Roberto L. Delgadillo, individually and on behalf of all others similarly situated; Constandinos A. Delimitros, individually and on behalf of all others similarly situated; Jovanna R. Derrough, individually and on behalf of all others similarly situated; Edward A. DeVowe, individually and on behalf of all others similarly situated; Derek D. Diaz, individually and on behalf of all others similarly situated; James F. Dickinson, individually and on behalf of all others similarly situated; John (Jack) R. Didelot, individually and on behalf of all others similarly situated; Jennifer E. Dishon, individually and on behalf of all others similarly situated; Roy J. Doakes, individually

and on behalf of all others similarly situated; Matthew W. Dobbs, individually and on behalf of all others similarly situated; Wayne R. Doeden, individually and on behalf of all others similarly situated; Donald J. Dolezal Jr., individually and on behalf of all others similarly situated; James E. Dollins, individually and on behalf of all others similarly situated; Marianne L. Dougherty, individually and on behalf of all others similarly situated; Ronald H. Dougherty, individually and on behalf of all others similarly situated; David F. Douglas, individually and on behalf of all others similarly situated; Samuel D. Douglas, individually and on behalf of all others similarly situated; Gregory T. Drilling, individually and on behalf of all others similarly situated; Arthur W. Dubois III, individually and on behalf of all others similarly situated; Brett A. Dudley, individually and on behalf of all others similarly situated; Kevin C. Duffy, individually and on behalf of all others similarly situated; John G. Dunbar, individually and on behalf of all others similarly situated; Jeffrey Dunn, individually and on behalf of all others similarly situated; Anthony L. Dupree, individually and on behalf of all others similarly situated; Joseph M. Durand, individually and on behalf of all others similarly situated; Wende M. Eckard, individually and on behalf of all others similarly situated; Richard K. Edgil, individually and on behalf of all others similarly situated; Frederick G. Edwards, individually and on behalf of all others similarly situated; Michael J. Edwards, individually and on behalf of all others similarly situated; Sheryl L. Edwards, individually and on behalf of all others similarly situated; Randal W. Eichmann, individually and on behalf of all others similarly situated; Roland H. Elkins, individually and on behalf of all others similarly situated; John Elliott, individually and on behalf of all others similarly situated; Christopher J. Ellis, individually and on behalf of all others similarly situated; Shari L. Ellithorpe, individually and on behalf of all others similarly situated; William Ellithorpe Jr., individually and on behalf of all others similarly situated; Darryl L. Emerson, individually and on behalf of all others similarly situated; Ernesto Encinas, individually and on behalf of all others similarly situated; Leland English, individually and on behalf of all others similarly situated; Richard D. Ensign, individually and on behalf of all others similarly situated; Julie M. Epperson, individually and on behalf of all others similarly situated; Steven S. Epperson, individually and on behalf of all others similarly situated; Edward G. Erbe, individually and on behalf of all others similarly situated; Manuel Escalante, individually and on behalf of all others similarly situated; Christopher C. Escudero, individually and on behalf of all others similarly situated; Marlon J. Estepa, individually and on behalf of all others similarly situated; Christopher D. Everett, individually and on behalf of all others similarly situated; Christine M. Farmer, individually and on behalf of all others similarly situated; Debra L. Farrar, individually and on behalf of all others similarly situated; Jay P. Farrington, individually and on behalf of all others similarly situated; Timothy K. Faubel, individually and on behalf of all others similarly situated; Paul J. Fay, individually and on behalf of all others similarly situated; David L. Felkins, individually and on behalf of all others similarly situated; Andrew L. Fellows, individually and on behalf of all others similarly situated; Jeffrey M. Fellows Sr., individually and on behalf of all others similarly situated; Michael J. Fender, individually and on behalf of all others similarly situated; Alejandro M. Fernandez, individually and on behalf of all others similarly situated; James D. Filley, individually and on behalf of all others similarly situated; Robert G. Filley, individually and on behalf of all others similarly situated; Rodney W. Fischer, individually and on behalf of all others similarly situated; Lawanda M. Fisher, individually and

6

on behalf of all others similarly situated; Larry E. Fixsen, individually and on behalf of all others similarly situated; Michael F. Flanagan, individually and on behalf of all others similarly situated; Gregory A. Flood, individually and on behalf of all others similarly situated; Miguel M. Flores, individually and on behalf of all others similarly situated; Raul Flores, individually and on behalf of all others similarly situated; Steve T. Flores, individually and on behalf of all others similarly situated; Gilbert H. Flores Jr., individually and on behalf of all others similarly situated; Anna M. Ford, individually and on behalf of all others similarly situated; James M. Ford, individually and on behalf of all others similarly situated; Mark E. Foreman, individually and on behalf of all others similarly situated; Colin R. Forsey, individually and on behalf of all others similarly situated; Kenneth N. Fortier, individually and on behalf of all others similarly situated; Natalie F. Fortier, individually and on behalf of all others similarly situated; Richard C. Fortuna, individually and on behalf of all others similarly situated; Robert M. Fowler, individually and on behalf of all others similarly situated; Charles R. Fox, individually and on behalf of all others similarly situated; Phillip J. Franchina, individually and on behalf of all others similarly situated; Reginald F. Frank, individually and on behalf of all others similarly situated; Hugg French, individually and on behalf of all others similarly situated; Kevin B. French, individually and on behalf of all others similarly situated; William L. Frew, individually and on behalf of all others similarly situated; Brian J. Freymueller, individually and on behalf of all others similarly situated; Kevin B. Friedman, individually and on behalf of all others similarly situated; Aaron K. Frodente, individually and on behalf of all others similarly situated; Hector E. Fuentes, individually and on behalf of all others similarly situated; Marco A. Fuentes, individually and on behalf of all others similarly situated; John P. Fune, individually and on behalf of all others similarly situated; Andrea S. Furst, individually and on behalf of all others similarly situated; Mark S. Gain, individually and on behalf of all others similarly situated; Gerry D. Gapusan, individually and on behalf of all others similarly situated; David D. Garcia, individually and on behalf of all others similarly situated; Ivan Garcia, individually and on behalf of all others similarly situated; Linda E. Garcia, individually and on behalf of all others similarly situated; Manuel M. Garcia, individually and on behalf of all others similarly situated; Ronald R. Garcia, individually and on behalf of all others similarly situated; Ralph J. Garcia Jr., individually and on behalf of all others similarly situated; Justin C. Garlow, individually and on behalf of all others similarly situated; Edwin R. Garrette, individually and on behalf of all others similarly situated; Larry D. Gathright, individually and on behalf of all others similarly situated; James R. Gee, individually and on behalf of all others similarly situated; Paul B. Geis, individually and on behalf of all others similarly situated; John P. Gener, individually and on behalf of all others similarly situated; Frank A. Gerbac, individually and on behalf of all others similarly situated; Frederick R. Gerke, individually and on behalf of all others similarly situated; Troy A. Gibson, individually and on behalf of all others similarly situated; Robert I. Gilbert, individually and on behalf of all others similarly situated; David N. Gilligan, individually and on behalf of all others similarly situated; Casey D. Gini, individually and on behalf of all others similarly situated; Shannah W. Glazewski, individually and on behalf of all others similarly situated; Dewayne F. Glazewski II, individually and on behalf of all others similarly situated; Loretta L. Glick, individually and on behalf of all others similarly situated; Brian M. Goldberg, individually and on behalf of all others similarly situated; James G. Golembiewski, individually

and on behalf of all others similarly situated; Edward R. Gomez, individually and on behalf of all others similarly situated; Juan J. Gomez, individually and on behalf of all others similarly situated; Gary S. Gonzales, individually and on behalf of all others similarly situated; Jordi Gonzalez, individually and on behalf of all others similarly situated; Gregg I. Goodman, individually and on behalf of all others similarly situated; Michael V. Gordon, individually and on behalf of all others similarly situated; Charles M. Graham, individually and on behalf of all others similarly situated; Richard R. Grano, individually and on behalf of all others similarly situated; James E. Graves, individually and on behalf of all others similarly situated; Cedric J. Green, individually and on behalf of all others similarly situated; Scott Y. Greenwood, individually and on behalf of all others similarly situated; Christine A. Gregg, individually and on behalf of all others similarly situated; Mary K. Gressel, individually and on behalf of all others similarly situated; William T. Griffin, individually and on behalf of all others similarly situated; Eric Groeger, individually and on behalf of all others similarly situated; Mike Gutierrez, individually and on behalf of all others similarly situated; Mark G. Haas, individually and on behalf of all others similarly situated; Gregory A. Haisan, individually and on behalf of all others similarly situated; David C. Hall, individually and on behalf of all others similarly situated; Lawrence A. Hall, individually and on behalf of all others similarly situated; Patrick S. Hall, individually and on behalf of all others similarly situated; Ronald G. Hall, individually and on behalf of all others similarly situated; Timothy C. Hall, individually and on behalf of all others similarly situated; Kimber L. Hammond, individually and on behalf of all others similarly situated; Michelle Hansen-Garcia, individually and on behalf of all others similarly situated; Jerry P. Hara, individually and on behalf of all others similarly situated; John J. Harberth, individually and on behalf of all others similarly situated; Corinne Hard, individually and on behalf of all others similarly situated; Joseph P. Harper, individually and on behalf of all others similarly situated; Jeffrey L. Harrington, individually and on behalf of all others similarly situated; Paul A. Harris, individually and on behalf of all others similarly situated; Shannon W. Hart, individually and on behalf of all others similarly situated; Michael A. Hartman, individually and on behalf of all others similarly situated; J. Aaron Harwick, individually and on behalf of all others similarly situated; Muhammad A. Hassan, individually and on behalf of all others similarly situated; Michael R. Hastings, individually and on behalf of all others similarly situated; Ramona R. Hastings, individually and on behalf of all others similarly situated; Roger E. Hatch, individually and on behalf of all others similarly situated; Daniel Hatfield, individually and on behalf of all others similarly situated; Daniel C. Hattler, individually and on behalf of all others similarly situated; John D. Haugland, individually and on behalf of all others similarly situated; Robin L. Hayes, individually and on behalf of all others similarly situated; David M. Headley, individually and on behalf of all others similarly situated; Kathleen F. Healey, individually and on behalf of all others similarly situated; Jennifer P. Hebdon, individually and on behalf of all others similarly situated; Robert T. Heims, individually and on behalf of all others similarly situated; Patrick M. Heller, individually and on behalf of all others similarly situated; Scott Henderson, individually and on behalf of all others similarly situated; Emmitt Henderson  Jr, individually and on behalf of all others similarly situated; Janice L. Hendrickson, individually and on behalf of all others similarly situated; John S. Hendrix, individually and on behalf of all others similarly situated; Robert C. Hendrix, individually and on behalf of all others

8

similarly situated; Randall T. Henrizi, individually and on behalf of all others similarly situated; Matthew J. Henry, individually and on behalf of all others similarly situated; Shaun P. Henry, individually and on behalf of all others similarly situated; James K. Heppell, individually and on behalf of all others similarly situated; James F. Hergenroeather, individually and on behalf of all others similarly situated; Daniel Hernandez, individually and on behalf of all others similarly situated; Israel Hernandez, individually and on behalf of all others similarly situated; Manuel S. Hernandez, individually and on behalf of all others similarly situated; Nestor Hernandez, individually and on behalf of all others similarly situated; Ruben C. Hernandez, individually and on behalf of all others similarly situated; Victor M. Herrera, individually and on behalf of all others similarly situated; Mark S. Herring, individually and on behalf of all others similarly situated; Larry R. Hesselgesser Jr., individually and on behalf of all others similarly situated; Bryan W. Hewitt, individually and on behalf of all others similarly situated; Byron E. Hibshman, individually and on behalf of all others similarly situated; Matthew P. Hicks, individually and on behalf of all others similarly situated; Wade High, individually and on behalf of all others similarly situated; Steven F. Higuera, individually and on behalf of all others similarly situated; Gary W. Hill, individually and on behalf of all others similarly situated; Jerald Hill, individually and on behalf of all others similarly situated; Randall B. Hill, individually and on behalf of all others similarly situated; Renee L. Hill, individually and on behalf of all others similarly situated; Richard A. Hinzo, individually and on behalf of all others similarly situated; Anne-Marie Hiskes, individually and on behalf of all others similarly situated; Diana L. Hodges, individually and on behalf of all others similarly situated; Mark S. Hodges, individually and on behalf of all others similarly situated; Kenneth P. Hodges Sr., individually and on behalf of all others similarly situated; Thomas E Hoenes, individually and on behalf of all others similarly situated; Frank J. Hoerman, individually and on behalf of all others similarly situated; Ken L. Hofer, individually and on behalf of all others similarly situated; Lloyd J. Hoff Jr., individually and on behalf of all others similarly situated; Andrew T. Hoffman, individually and on behalf of all others similarly situated; David A. Hoffman, individually and on behalf of all others similarly situated; Marc G. Hoffman, individually and on behalf of all others similarly situated; Charles F. Hogquist, individually and on behalf of all others similarly situated; Mike D. Holden, individually and on behalf of all others similarly situated; Scott C. Holden, individually and on behalf of all others similarly situated; Vanessa Holland, individually and on behalf of all others similarly situated; Elizabeth R. Holliday, individually and on behalf of all others similarly situated; Stephen T. Holliday, individually and on behalf of all others similarly situated; Paul T. Holman, individually and on behalf of all others similarly situated; William B. Holmes, individually and on behalf of all others similarly situated; Richard E. Holmstrom, individually and on behalf of all others similarly situated; Scott R. Holslag, individually and on behalf of all others similarly situated; Christopher J. Holt, individually and on behalf of all others similarly situated; Paul Hook, individually and on behalf of all others similarly situated; Gregory M. Hoolihan, individually and on behalf of all others similarly situated; Joel G. Hoolihan, individually and on behalf of all others similarly situated; John P. Hoolihan, individually and on behalf of all others similarly situated; Perry L. Hooper, individually and on behalf of all others similarly situated; William M. Hoover, individually and on behalf of all others similarly situated; John P. Horvath, individually and on behalf of all others similarly situated; Robert W. Hovey,

individually and on behalf of all others similarly situated; John P. Howard, individually and on behalf of all others similarly situated; Larry S. Howell, individually and on behalf of all others similarly situated; Roger G. Howes, individually and on behalf of all others similarly situated; Lester H. Hubble, individually and on behalf of all others similarly situated; Phillip D. Hubbs, individually and on behalf of all others similarly situated; Paul D. Hubka, individually and on behalf of all others similarly situated; Dona Hufford, individually and on behalf of all others similarly situated; Ty L. Hufford, individually and on behalf of all others similarly situated; James C. Hunter, individually and on behalf of all others similarly situated; David J. Hustad, individually and on behalf of all others similarly situated; Steven Hutchinson, individually and on behalf of all others similarly situated; John J. Huys, individually and on behalf of all others similarly situated; John D. Iammarino, individually and on behalf of all others similarly situated; David M. Iorillo, individually and on behalf of all others similarly situated; Craig E. Isbell, individually and on behalf of all others similarly situated; Brian A. Jackson, individually and on behalf of all others similarly situated; Corinne M. Jackson, individually and on behalf of all others similarly situated; Danielle J. Jackson, individually and on behalf of all others similarly situated; Robert F. Jackson, individually and on behalf of all others similarly situated; Jane E. Jacobsen, individually and on behalf of all others similarly situated; Todd T. Jager, individually and on behalf of all others similarly situated; Jason S. Jarrells, individually and on behalf of all others similarly situated; Lynda E. Jarvis, individually and on behalf of all others similarly situated; Philip T. Jarvis, individually and on behalf of all others similarly situated; Gregory A. Jebb, individually and on behalf of all others similarly situated; Scott E. Jedlicka, individually and on behalf of all others similarly situated; Donna L. Jennes, individually and on behalf of all others similarly situated; David E. Jennings, individually and on behalf of all others similarly situated; John W. Jillard, individually and on behalf of all others similarly situated; Alejandra D. Jimenez, individually and on behalf of all others similarly situated; Daniel H. Jimenez, individually and on behalf of all others similarly situated; Louis B. Johns, individually and on behalf of all others similarly situated; Anthony K. Johnson, individually and on behalf of all others similarly situated; Antonio D. Johnson, individually and on behalf of all others similarly situated; Barry E. Johnson, individually and on behalf of all others similarly situated; Janine N. Johnson, individually and on behalf of all others similarly situated; Jeffrey M. Johnson, individually and on behalf of all others similarly situated; John A. Johnson, individually and on behalf of all others similarly situated; Kelly J. Johnson, individually and on behalf of all others similarly situated; Luke T. Johnson, individually and on behalf of all others similarly situated; Matthew J. Johnson, individually and on behalf of all others similarly situated; Rodney C. Johnson, individually and on behalf of all others similarly situated; Sarah A. Johnson, individually and on behalf of all others similarly situated; Timothy D. Johnson, individually and on behalf of all others similarly situated; Buddy L. Johnson II, individually and on behalf of all others similarly situated; Scott W. Johnston, individually and on behalf of all others similarly situated; Bennie L. Jolly, individually and on behalf of all others similarly situated; Edward V. Jones, individually and on behalf of all others similarly situated; James W. Jones, individually and on behalf of all others similarly situated; Randal L. Jones, individually and on behalf of all others similarly situated; Thomas R. Jones, individually and on behalf of all others similarly situated; Jeffrey T. Jordon, individually and on behalf of all others similarly situated; Marc E.

Jose, individually and on behalf of all others similarly situated; Thomas W. Joy, individually and on behalf of all others similarly situated; Corey B. Jung, individually and on behalf of all others similarly situated; Monica E. Kaiser, individually and on behalf of all others similarly situated; Alan B. Karsh, individually and on behalf of all others similarly situated; Theodore M. Kasinak, individually and on behalf of all others similarly situated; Edward E. Kaszycki, individually and on behalf of all others similarly situated; George C. Kathan, individually and on behalf of all others similarly situated; Charles Q. Kaye, individually and on behalf of all others similarly situated; Todd V. Kearns, individually and on behalf of all others similarly situated; Timothy J. Keating, individually and on behalf of all others similarly situated; Brian L. Keaton, individually and on behalf of all others similarly situated; Johnny F. Keene Jr., individually and on behalf of all others similarly situated; David W. Keesling, individually and on behalf of all others similarly situated; Paul N. Keffer, individually and on behalf of all others similarly situated; Nicholas I. Kelbaugh, individually and on behalf of all others similarly situated; Carla A. Keller, individually and on behalf of all others similarly situated; William L. Kellner, individually and on behalf of all others similarly situated; Jacob E. Kern, individually and on behalf of all others similarly situated; David R. Kersch, individually and on behalf of all others similarly situated; Jason L. Kessel, individually and on behalf of all others similarly situated; Mark L. Keyser, individually and on behalf of all others similarly situated; Stephen M. Kingkade, individually and on behalf of all others similarly situated; Theresa L. Kinney, individually and on behalf of all others similarly situated; Richard S. Kirchhoff, individually and on behalf of all others similarly situated; James B. Kistner, individually and on behalf of all others similarly situated; William A. Knight, individually and on behalf of all others similarly situated; Christopher L. Knighten, individually and on behalf of all others similarly situated; Jack K. Knish, individually and on behalf of all others similarly situated; Phillip P. Konz, individually and on behalf of all others similarly situated; Johni Kosugi, individually and on behalf of all others similarly situated; Patricia R. Krall, individually and on behalf of all others similarly situated; David Kries, individually and on behalf of all others similarly situated; Michael L. Kroesch, individually and on behalf of all others similarly situated; Joseph J. Krouss, individually and on behalf of all others similarly situated; Nancy J. Kulinski, individually and on behalf of all others similarly situated; Edward P. Kunold, individually and on behalf of all others similarly situated; James A. Kurupas, individually and on behalf of all others similarly situated; Demetrios G. Kyres, individually and on behalf of all others similarly situated; Patrick Laco, individually and on behalf of all others similarly situated; David Y. Lamaku, individually and on behalf of all others similarly situated; Michael L. Lambert, individually and on behalf of all others similarly situated; David L. Landman, individually and on behalf of all others similarly situated; Charles Lara, individually and on behalf of all others similarly situated; Ronald P. Larmour, individually and on behalf of all others similarly situated; Daniel P. Lasher, individually and on behalf of all others similarly situated; Stephen J. Laursen, individually and on behalf of all others similarly situated; Edmund J. LaValle II, individually and on behalf of all others similarly situated; Scott M. Lawford, individually and on behalf of all others similarly situated; David J. Lawlor, individually and on behalf of all others similarly situated; Gary A. Lawrence, individually and on behalf of all others similarly situated; Brooke P. Lawson, individually and on behalf of all others similarly situated; Vu A. Le, individually and on behalf of all others similarly situated; Daniel W. Leach,

11

individually and on behalf of all others similarly situated; John B. Leamons Jr., individually and on behalf of all others similarly situated; Tony C. Lee, individually and on behalf of all others similarly situated; William E. Leffler, individually and on behalf of all others similarly situated; Larry W. Leiber, individually and on behalf of all others similarly situated; Ronald W. LeMaster, individually and on behalf of all others similarly situated; Roberto G. Lemus, individually and on behalf of all others similarly situated; Jorge R. Leon, individually and on behalf of all others similarly situated; Michael A. Leonard, individually and on behalf of all others similarly situated; Alberto H. Leos, individually and on behalf of all others similarly situated; Brian C. Leribeus, individually and on behalf of all others similarly situated; Kazimierz P. Lewak, individually and on behalf of all others similarly situated; Robert A. Lewis, individually and on behalf of all others similarly situated; Robert L. Lewis, individually and on behalf of all others similarly situated; Lawrence J. Limon, individually and on behalf of all others similarly situated; James R. Livesey, individually and on behalf of all others similarly situated; Robert Lobato, individually and on behalf of all others similarly situated; Henry L. Lobel, individually and on behalf of all others similarly situated; Timothy M. Long, individually and on behalf of all others similarly situated; Gabriel A. Lopez, individually and on behalf of all others similarly situated; Joseph A. Lopez, individually and on behalf of all others similarly situated; Warren L. Lovell, individually and on behalf of all others similarly situated; Arturo Lovio, individually and on behalf of all others similarly situated; Alfred Lozano, individually and on behalf of all others similarly situated; Charles D. Luce, individually and on behalf of all others similarly situated; Edward D. Lynch, individually and on behalf of all others similarly situated; Albert B. Macawili, individually and on behalf of all others similarly situated; Edward A. MacConaghy, individually and on behalf of all others similarly situated; Bertha MacTiernan, individually and on behalf of all others similarly situated; Peter Madrid, individually and on behalf of all others similarly situated; Louis J. Maggi Jr., individually and on behalf of all others similarly situated; George N. Maglaras, individually and on behalf of all others similarly situated; Charles D. Marciniak, individually and on behalf of all others similarly situated; Mark A. Marcos, individually and on behalf of all others similarly situated; Stephen G. Margetts, individually and on behalf of all others similarly situated; Paul B. Marino, individually and on behalf of all others similarly situated; Terry M.

Sandi F. Lehan, individually and on behalf of all others similarly situated; Patrick A. Lenhart, individually and on behalf of all others similarly situated; Paul R. Lennon, individually and on behalf of all others similarly situated; John B. Levan, individually and on behalf of all others similarly situated; Randon E. Levitt, individually and on behalf of all others similarly situated; Anthony J. Linardi Jr., individually and on behalf of all others similarly situated; Lindstrom, individually and on behalf of all others similarly situated; Thomas E. Loftin, individually and on behalf of all others similarly situated; James W. Long, individually and on behalf of all others similarly situated; Gene C. Loucks, individually and on behalf of all others similarly situated; Darrell L. Loughrey, individually and on behalf of all others similarly situated; Christopher M. Luce, individually and on behalf of all others similarly situated; Daniel D. Luth, individually and on behalf of all others similarly situated; Lyall, individually and on behalf of all others similarly situated; Brett N. Macfarlane, individually and on behalf of all others similarly situated; Andre D. Mack, individually and on behalf of all others similarly situated; Bryan W. Manning, individually and on behalf of all others similarly situated; Cory S. Mapston, individually and on behalf of all others similarly situated; others similarly situated; Paul B. Marino, individually

12

Marquez, individually and on behalf of all others similarly situated; David R. Marshall, individually and on behalf of all others similarly situated; Chrissy L. Martinez, individually and on behalf of all others similarly situated; Ruben C. Martinez, individually and on behalf of all others similarly situated; Rudy Martinez, individually and on behalf of all others similarly situated; Boris Martinez Jr., individually and on behalf of all others similarly situated; Dennis L. Mason, individually and on behalf of all others similarly situated; Albert M. Massey, individually and on behalf of all others similarly situated; Christian W. Mathews, individually and on behalf of all others similarly situated; Kathleen M. Mauzy, individually and on behalf of all others similarly situated; Ralph H Mauzy, individually and on behalf of all others similarly situated; Melvin D. Maxwell, individually and on behalf of all others similarly situated; Roger W. McCarvel, individually and on behalf of all others similarly situated; Terry L. McClain, individually and on behalf of all others similarly situated; Michael C. McCollough, individually and on behalf of all others similarly situated; Mark F. McCullough, individually and on behalf of all others similarly situated; Benjamin I. McCurry, individually and on behalf of all others similarly situated; Allen C. McDonald, individually and on behalf of all others similarly situated; Robert R. McDonald, individually and on behalf of all others similarly situated; Adam L. McElroy, individually and on behalf of all others similarly situated; Guy McElroy, individually and on behalf of all others similarly situated; Sharon A. McFalls, individually and on behalf of all others similarly situated; James R. McGhee, individually and on behalf of all others similarly situated; John T. McGill, individually and on behalf of all others similarly situated; Laura L. McGowan-Minto, individually and on behalf of all others similarly situated; Ed M. McGuire, individually and on behalf of all others similarly situated; Billy L. McKinney, individually and on behalf of all others similarly situated; Patrick J. McLarney, individually and on behalf of all others similarly situated; Scott D. McLellan, individually and on behalf of all others similarly situated; Jerome R. McManus, individually and on behalf of all others similarly situated; Steve L. McMillan, individually and on behalf of all others similarly situated; Joel R. McMurrin, individually and on behalf of all others similarly situated; Kevin D. McNamara, individually and on behalf of all others similarly situated; Robert M. McQuien, individually and on behalf of all others similarly situated; Carlos E. Medina, individually and on behalf of all others similarly situated; Robert N. Meisner, individually and on behalf of all others similarly situated; Maura J. Mekenas-Parga, individually and on behalf of all others similarly situated; Skip A. Melhorn, individually and on behalf of all others similarly situated; Jose L. Mercado, individually and on behalf of all others similarly situated; Leslie C. Merrill, individually and on behalf of all others similarly situated; Lisa M. Merzwski, individually and on behalf of all others similarly situated; Robert W. Metz, individually and on behalf of all others similarly situated; David R. Michalek, individually and on behalf of all others similarly situated; Debra S. Michalek, individually and on behalf of all others similarly situated; Mark A. Michel, individually and on behalf of all others similarly situated; William Miles, individually and on behalf of all others similarly situated; Christina M. Miller, individually and on behalf of all others similarly situated; David W. Miller, individually and on behalf of all others similarly situated; Derek T. Miller, individually and on behalf of all others similarly situated; Douglas D. Miller, individually and on behalf of all others similarly situated; Jeffrey L. Miller, individually and on behalf of all others similarly situated; Thomas P. Miller III, individually and on behalf of all others similarly situated; Catherine D.

Millett, individually and on behalf of all others similarly situated; Jerald E. Mills, individually and on behalf of all others similarly situated; Julie R. Mills, individually and on behalf of all others similarly situated; John W. Minto III, individually and on behalf of all others similarly situated; Robert D. Minton, individually and on behalf of all others similarly situated; Nicholas R. Minx, individually and on behalf of all others similarly situated; Ameilia L. Mitcalf, individually and on behalf of all others similarly situated; David L. Mitchell, individually and on behalf of all others similarly situated; Gary E. Mitrovich, individually and on behalf of all others similarly situated; Richard A. Moberly, individually and on behalf of all others similarly situated; Michael J. Mobley, individually and on behalf of all others similarly situated; Joseph W. Molinoski, individually and on behalf of all others similarly situated; Michael A. Moller, individually and on behalf of all others similarly situated; Gary F. Mondesir, individually and on behalf of all others similarly situated; William H. Montejano, individually and on behalf of all others similarly situated; Charles M. Montierth, individually and on behalf of all others similarly situated; Diann M. Moody, individually and on behalf of all others similarly situated; Roy D. Moody, individually and on behalf of all others similarly situated; Holly A. Moore, individually and on behalf of all others similarly situated; Robert Mora, individually and on behalf of all others similarly situated; Eric T. Morales, individually and on behalf of all others similarly situated; Ray A. Morales, individually and on behalf of all others similarly situated; Anthony R. Morasco, individually and on behalf of all others similarly situated; Victor J. Morel, individually and on behalf of all others similarly situated; Mario Moreno, individually and on behalf of all others similarly situated; David L. Morris, individually and on behalf of all others similarly situated; Cynthia M. Morrison, individually and on behalf of all others similarly situated; James D. Morrison, individually and on behalf of all others similarly situated; Jay V. Moser, individually and on behalf of all others similarly situated; Jacob R. Mosteller, individually and on behalf of all others similarly situated; David A. Moya, individually and on behalf of all others similarly situated; Kevin B. Moyna, individually and on behalf of all others similarly situated; Gregory R. Mrvich, individually and on behalf of all others similarly situated; Galen L. Munholand, individually and on behalf of all others similarly situated; Cynthia L. Munoz, individually and on behalf of all others similarly situated; Juan M. Munoz, individually and on behalf of all others similarly situated; Kelene Munro, individually and on behalf of all others similarly situated; George T. Muren, individually and on behalf of all others similarly situated; Sean H. Murphy, individually and on behalf of all others similarly situated; William P. Murphy, individually and on behalf of all others similarly situated; Gregory J. Myers, individually and on behalf of all others similarly situated; Clint J. Nafey, individually and on behalf of all others similarly situated; Steve W. Nakanishi, individually and on behalf of all others similarly situated; Jeffrey T. Napier, individually and on behalf of all others similarly situated; Raymond A. Natal, individually and on behalf of all others similarly situated; James H. Needham, individually and on behalf of all others similarly situated; Adrian Negron, individually and on behalf of all others similarly situated; Richard B. Nehrich, individually and on behalf of all others similarly situated; Kenneth E. Nelson, individually and on behalf of all others similarly situated; William M. Nemec, individually and on behalf of all others similarly situated; Richard E. Nemetz, individually and on behalf of all others similarly situated; Timothy G. Neuhaus, individually and on behalf of all others similarly situated; Robert L. Newquist, individually and on behalf of all

14

others similarly situated; Alexander Nezgodinsky, individually and on behalf of all others
similarly situated; Jeffrey R. Nichols, individually and on behalf of all others similarly situated;
Ronald W. Nichols, individually and on behalf of all others similarly situated; Robert J. Nicklo,
individually and on behalf of all others similarly situated; Michael C. Nigro, individually and on
behalf of all others similarly situated; Gilbert L. Ninness, individually and on behalf of all others
similarly situated; David S. Nisleit, individually and on behalf of all others similarly situated;
Robert H. Nobbs, individually and on behalf of all others similarly situated; Patrick D. Norris,
individually and on behalf of all others similarly situated; Timothy G. Norris, individually and on
behalf of all others similarly situated; Lee V. Norton, individually and on behalf of all others
similarly situated; Regina Y. Norton, individually and on behalf of all others similarly situated;
Amber G. Nygaard, individually and on behalf of all others similarly situated; Eric I.
Oberndorfer, individually and on behalf of all others similarly situated; Thomas K. O'Connell,
individually and on behalf of all others similarly situated; Thomas A. Odaniell, individually and
on behalf of all others similarly situated; Taerance Oh, individually and on behalf of all others
similarly situated; Richard M. O'Hanlon, individually and on behalf of all others similarly
situated; Gene F. Oliver, individually and on behalf of all others similarly situated; Rene C.
Oliver, individually and on behalf of all others similarly situated; Jose L. Oliveras, individually
and on behalf of all others similarly situated; Gregory J. Olson, individually and on behalf of all
others similarly situated; Shelly K. Olson, individually and on behalf of all others similarly
situated; Barney C. Olson III, individually and on behalf of all others similarly situated; James F.
O'Neill, individually and on behalf of all others similarly situated; Thomas A. Orden,
individually and on behalf of all others similarly situated; Danny A. Orduno, individually and on
behalf of all others similarly situated; George M. O'Rourke, individually and on behalf of all
others similarly situated; Michael W. Ott, individually and on behalf of all others similarly
situated; Jerry B. Owens Jr., individually and on behalf of all others similarly situated; Troy P.
Owens Sr., individually and on behalf of all others similarly situated; Michael A. Pace,
individually and on behalf of all others similarly situated; Javier Padilla, individually and on
behalf of all others similarly situated; Nori T. Pappert, individually and on behalf of all others
similarly situated; Michael L. Parga, individually and on behalf of all others similarly situated;
Richard A. Parrella, individually and on behalf of all others similarly situated; Kevin S. Patrick,
individually and on behalf of all others similarly situated; Melissa M. Pavlenko, individually and
on behalf of all others similarly situated; Pamela G. Paxton, individually and on behalf of all
others similarly situated; Thomas J. Payne, individually and on behalf of all others similarly
situated; Anthony M. Pellegrino, individually and on behalf of all others similarly situated; Gail
A. Pembleton, individually and on behalf of all others similarly situated; Arthur A. Perea,
individually and on behalf of all others similarly situated; Jennifer L. Perea, individually and on
behalf of all others similarly situated; Jesus G. Perea, individually and on behalf of all others
similarly situated; Efren Peregrina, individually and on behalf of all others similarly situated;
Curtis E. Perkins, individually and on behalf of all others similarly situated; Jeffrey P. Peterson,
individually and on behalf of all others similarly situated; Edward K. Petrick, individually and on
behalf of all others similarly situated; Duane E. Pettitt, individually and on behalf of all others
similarly situated; Heather J. Petty, individually and on behalf of all others similarly situated;
David V. Pham, individually and on behalf of all others similarly situated; Bradley L. Phelps,

15

individually and on behalf of all others similarly situated; George A. Phillips, individually and on behalf of all others similarly situated; Bernie A. Piceno, individually and on behalf of all others similarly situated; E. Michael Pidgeon, individually and on behalf of all others similarly situated; Ernest J. Pierce, individually and on behalf of all others similarly situated; Greg A. Pinarelli, individually and on behalf of all others similarly situated; Carl P. Pira, individually and on behalf of all others similarly situated; Dan R. Plein, individually and on behalf of all others similarly situated; Eric L. Pollom, individually and on behalf of all others similarly situated; Marcelo Populin, individually and on behalf of all others similarly situated; Lance E. Pound, individually and on behalf of all others similarly situated; Jason L. Powers, individually and on behalf of all others similarly situated; Christopher M. Poznanski, individually and on behalf of all others similarly situated; Wayne J. Pratt, individually and on behalf of all others similarly situated; Michael L. Pridemore, individually and on behalf of all others similarly situated; Seliza Prodigalidad, individually and on behalf of all others similarly situated; Bob T. Prutzman, individually and on behalf of all others similarly situated; Michael J. Prutzman, individually and on behalf of all others similarly situated; Duane D. Pudgil, individually and on behalf of all others similarly situated; Jesus W. Puente, individually and on behalf of all others similarly situated; Bretton J. Punches, individually and on behalf of all others similarly situated; Dalana S. Pursel, individually and on behalf of all others similarly situated; John A. Queen, individually and on behalf of all others similarly situated; Colleen L. Quentin-King, individually and on behalf of all others similarly situated; Tasha K. Quest, individually and on behalf of all others similarly situated; May B. Quintanilla, individually and on behalf of all others similarly situated; Yesenia P. Quintos, individually and on behalf of all others similarly situated; Chris J. Raagas, individually and on behalf of all others similarly situated; Michael J. Rabell, individually and on behalf of all others similarly situated; Ronald W. Raddetz, individually and on behalf of all others similarly situated; Fernando Ramirez, individually and on behalf of all others similarly situated; Minerva Ramos, individually and on behalf of all others similarly situated; Carlos R. Real, individually and on behalf of all others similarly situated; Robert M. Redding Jr., individually and on behalf of all others similarly situated; Craig R. Reesor, individually and on behalf of all others similarly situated; Richard H. Reichner II, individually and on behalf of all others similarly situated; James H. Renwick, individually and on behalf of all others similarly situated; Rodolfo V. Reyes, individually and on behalf of all others similarly situated; Julian M. Rico, individually and on behalf of all others similarly situated; Steven L. Riddle, individually and on behalf of all others similarly situated; Ricardo M. Rivas, individually and on behalf of all others similarly situated; Juan Rivera IIII, individually and on behalf of all others similarly situated; Bryan A. Roberts, individually and on behalf of all others similarly situated; Elias Rodriguez, individually and on behalf of all others similarly situated; Manuel Rodriguez, individually and on behalf of all others similarly situated; Ramiro O. Rodriguez, individually and on behalf of all others similarly situated; Gary A. Roesink, individually and on behalf of all others similarly situated; Daniel G. Roman, individually and on behalf of all others similarly situated; Luis A. Roman, individually and on behalf of all others similarly situated; Carlos Ronquillo, individually and on behalf of all others similarly situated; Jorge A. Rosales, individually and on behalf of all others similarly situated; Angel D. Rosario, individually and on behalf of all others similarly situated; Miguel Rosario, individually and on behalf of all others

16

similarly situated; Stephanie J. Rose, individually and on behalf of all others similarly situated; Angela N. Edward L. Rosenbloom, individually and on behalf of all others similarly situated; Lamar J. Rozsa Jr., Rozsa, individually and on behalf of all others similarly situated; Jeffrey R. Ruckle, individually and on individually and on behalf of all others similarly situated; Renee D. Ruff, individually and on behalf of all others behalf of all others similarly situated; Mariam Sadri, individually and on behalf of all others similarly situated; John similarly situated; Mariam Sadri, individually and on behalf of all others similarly situated; Lem Sainsanoy, individually J. Saflar, individually and on behalf of all others similarly situated; Paul H. Salas, individually and on behalf of all and on behalf of all others similarly situated; Alfonso Salvatierra, individually and on behalf of all others similarly others similarly situated; Alfonso Salvatierra, individually and on behalf of all others similarly situated; Juan Sanchez, situated; Jorge Sanchez, individually and on behalf of all others similarly situated; Scott A. Santagata, individually and on individually and on behalf of all others similarly situated; William J. Santarsiero, individually and on behalf of all behalf of all others similarly situated; Edwin Santiago, individually and on behalf of all others similarly others similarly situated; Laura J. Santiago, individually and on behalf of all others similarly situated; Tito L. situated; Laura J. Santiago, individually and on behalf of all others similarly situated; Alejandrino C. Santos III, Santos, individually and on behalf of all others similarly situated; Christopher M. Sarot, individually and individually and on behalf of all others similarly situated; Dennis Savage, individually and on behalf of all others on behalf of all others similarly situated; Jade R. Sawyer, individually and on behalf of all others similarly situated; similarly situated; Jade R. Sawyer, individually and on behalf of all others similarly situated; Cody K. Schaaf, Jason A. Scally, individually and on behalf of all others similarly situated; Jack D. Schaeffer, individually and on individually and on behalf of all others similarly situated; Michael J. Schaldach, individually and on behalf of all behalf of all others similarly situated; Margaret M. Schaufelberger, individually and on behalf of all others similarly others similarly situated; Robert M. Schenkelberg, individually and on behalf of all others similarly situated; Cheryl J. similarly situated; Glen R. Scherer, individually and on behalf of all others similarly situated; Joel A. Schmid, individually situated; Glen R. Scherer, individually and on behalf of all others similarly situated; Phillip E. Schneider, individually and on behalf of Schlack, individually and on behalf of all others similarly situated; Phillip E. Schneider, individually and on behalf of all others similarly and on behalf of all others similarly situated; Steve D. Schnick, individually and on behalf of all others similarly situated; Jason A. situated; Paul W. Schwenn, individually and on behalf of all others similarly situated; Eric P. Seiter, individually and Scott, individually and on behalf of all others similarly situated; Thomas G. Seiver, individually and on behalf of all on behalf of all others similarly situated; Lloyd A. Sentinella, individually and on behalf of all others similarly others similarly situated; Robert C. Shands, individually and on behalf of all others similarly situated; Patrick J. situated; Robert C. Shands, individually and on behalf of all others similarly situated; Arthur H. Shannon, Shanley, individually and on behalf of all others similarly situated; Christian T. Sharp, individually and on individually and on behalf of all others similarly situated; Marvin L. Shaw, individually and on behalf of all others behalf of all others similarly situated; Steven M. Shaw, individually and on behalf of all others similarly situated; similarly situated; Steven M. Shaw, individually and on behalf of all others similarly situated; Damon E. Daniel K. Shepherd, individually and on behalf of all others similarly situated; Mark G. Sherman, Sherman, individually and on behalf of all others similarly situated; Michael S. Shiraishi, individually and individually and on behalf of all others similarly situated; Scott W. Shively, individually and on behalf of all on behalf of all others similarly situated; Dale T. Shockley Sr., individually and on behalf of all others similarly others similarly situated; Dale T. Shockley Sr., individually and on behalf of all others similarly situated; Amalia K. situated; Daniel L. Shore, individually and on behalf of all others similarly situated; Jesse D. Simeroth, individually Sidhu, individually and on behalf of all others similarly situated;

and on behalf of all others similarly situated; Thomas G. Simonds, individually and on behalf of all others similarly situated; Robert E. Simpson, individually and on behalf of all others similarly situated; Randall J. Skinn, individually and on behalf of all others similarly situated; Charles A. Sleeper, individually and on behalf of all others similarly situated; Allen T. Sluss, individually and on behalf of all others similarly situated; James Smith, individually and on behalf of all others similarly situated; James F. Smith, individually and on behalf of all others similarly situated; John C. Smith, individually and on behalf of all others similarly situated; Joseph Smith, individually and on behalf of all others similarly situated; Robert W. Smith, individually and on behalf of all others similarly situated; Russell Smith, individually and on behalf of all others similarly situated; Timothy M. Smith, individually and on behalf of all others similarly situated; William T. Smith, individually and on behalf of all others similarly situated; Daniel J. Smyth, individually and on behalf of all others similarly situated; Sharon M. Smyth, individually and on behalf of all others similarly situated; Joseph G. Snarponis, individually and on behalf of all others similarly situated; Robert W. Snead, individually and on behalf of all others similarly situated; Cesar A. Solis, individually and on behalf of all others similarly situated; David L. Soliven, individually and on behalf of all others similarly situated; Andrew Sorbie, individually and on behalf of all others similarly situated; Brandy A. Sorbie, individually and on behalf of all others similarly situated; Mark T. Soulia, individually and on behalf of all others similarly situated; Andrew J. Spagnolo, individually and on behalf of all others similarly situated; Andrew E. Spear, individually and on behalf of all others similarly situated; David P. Speck, individually and on behalf of all others similarly situated; Edwin P. Speer, individually and on behalf of all others similarly situated; Wayne R. Spees, individually and on behalf of all others similarly situated; Scott C. Spillane, individually and on behalf of all others similarly situated; David E. Spitzer, individually and on behalf of all others similarly situated; Michael L. Stacy, individually and on behalf of all others similarly situated; John Stadler, individually and on behalf of all others similarly situated; Eric A. Stafford, individually and on behalf of all others similarly situated; David W. Stafford Jr., individually and on behalf of all others similarly situated; Daniel Stanley, individually and on behalf of all others similarly situated; Philip J. Stanley, individually and on behalf of all others similarly situated; Steven Staton, individually and on behalf of all others similarly situated; Francis Steffen, individually and on behalf of all others similarly situated; Neal A. Steffen, individually and on behalf of all others similarly situated; Blair A. Stephens, individually and on behalf of all others similarly situated; Cyndi L. Stetson, individually and on behalf of all others similarly situated; William S. Stetson, individually and on behalf of all others similarly situated; James A. Stewart, individually and on behalf of all others similarly situated; Kenneth P. Stewart, individually and on behalf of all others similarly situated; Elliot S. Stiasny, individually and on behalf of all others similarly situated; Robert M. Stinson, individually and on behalf of all others similarly situated; Robert G. Stites, individually and on behalf of all others similarly situated; Ross E. Stone, individually and on behalf of all others similarly situated; Roger A. Stonier Jr., individually and on behalf of all others similarly situated; Jerry G. Stratton, individually and on behalf of all others similarly situated; John J. Stricklin, individually and on behalf of all others similarly situated; Spencer E. Sturm, individually and on behalf of all others similarly situated; William F. Stutz, individually and on behalf of all others similarly situated;

18

Patrick L. Sullivan, individually and on behalf of all others similarly situated; Thomas A. Sullivan, individually and on behalf of all others similarly situated; Robert R. Summers, individually and on behalf of all others similarly situated; Valari C. Summers, individually and on behalf of all others similarly situated; Colonel F. Surratt, individually and on behalf of all others similarly situated; David M. Surwilo, individually and on behalf of all others similarly situated; Aleksei E. Sviridov, individually and on behalf of all others similarly situated; Michael J. Swanson, individually and on behalf of all others similarly situated; William S. Sweeney, individually and on behalf of all others similarly situated; Michael A. Sweet, individually and on behalf of all others similarly situated; James Sweetser, individually and on behalf of all others similarly situated; Jeffrey D. Swett, individually and on behalf of all others similarly situated; John E. Szakara, individually and on behalf of all others similarly situated; Esmeralda Tagaban, individually and on behalf of all others similarly situated; William D. Taitano, individually and on behalf of all others similarly situated; Louis A. Tamagni, individually and on behalf of all others similarly situated; Michael T. Tansey, individually and on behalf of all others similarly situated; John H. Tate, individually and on behalf of all others similarly situated; Dana D. Taylor, individually and on behalf of all others similarly situated; James T. Teer, individually and on behalf of all others similarly situated; Victor J. Tejeda, individually and on behalf of all others similarly situated; Karen-Anne Tenney, individually and on behalf of all others similarly situated; Marvin E. Terry, individually and on behalf of all others similarly situated; Christopher M. Tews, individually and on behalf of all others similarly situated; Alvin Thach, individually and on behalf of all others similarly situated; Joseph I.T. Thomas, individually and on behalf of all others similarly situated; Joycelyn S. Thomas, individually and on behalf of all others similarly situated; George R. Thomas III, individually and on behalf of all others similarly situated; Freddie B. Thornton Jr., individually and on behalf of all others similarly situated; Johanna M. Thrasher, individually and on behalf of all others similarly situated; Linda H. Tibbetts, individually and on behalf of all others similarly situated; Lee D. Timmerman, individually and on behalf of all others similarly situated; Linda L. Tousley, individually and on behalf of all others similarly situated; Merrit M. Townsend, individually and on behalf of all others similarly situated; John M. Tracy, individually and on behalf of all others similarly situated; John A. Trent, individually and on behalf of all others similarly situated; James F. Tulumello, individually and on behalf of all others similarly situated; Meghan R. Turi, individually and on behalf of all others similarly situated; Kimberly K. Ukuzato Easto, individually and on behalf of all others similarly situated; Thomas G. Underwood, individually and on behalf of all others similarly situated; Edwin Valentin, individually and on behalf of all others similarly situated; Ramon Valentin, individually and on behalf of all others similarly situated; Wendy J. Valentin, individually and on behalf of all others similarly situated; Louis E. Valenzuela, individually and on behalf of all others similarly situated; Mark A. Van Abel, individually and on behalf of all others similarly situated; Janine A. Van Antwerp, individually and on behalf of all others similarly situated; Edward F. Van Laningham, individually and on behalf of all others similarly situated; Rodney L. Vandiver, individually and on behalf of all others similarly situated; James G. Varonfakis, individually and on behalf of all others similarly situated; Kevin G. Vasquez, individually and on behalf of all others similarly situated; Linda G. Vasquez, individually and on behalf of all others similarly situated; Christopher M. Velovich, individually and on behalf of all others similarly

19

situated; Michelle R. Velovich, individually and on behalf of all others similarly situated;
Kenneth J. Verdone, individually and on behalf of all others similarly situated; Edward M.
Verduzco, individually and on behalf of all others similarly situated; Richard Vergara,
individually and on behalf of all others similarly situated; Daniel R. Vile, individually and on
behalf of all others similarly situated; Patrick T. Vinson, individually and on behalf of all others
similarly situated; John B. Vivoli, individually and on behalf of all others similarly situated;
Duane A. Voss, individually and on behalf of all others similarly situated; Gary R. Voss,
individually and on behalf of all others similarly situated; Gerard M. Waclawek, individually and
on behalf of all others similarly situated; Sylvester Wade Jr., individually and on behalf of all
others similarly situated; Kevin L. Wadhams, individually and on behalf of all others similarly
situated; Elyse S. Wagner, individually and on behalf of all others similarly situated; Gaye D.
Wagner, individually and on behalf of all others similarly situated; Thomas Wagner, individually
and on behalf of all others similarly situated; Kristopher M. Walb, individually and on behalf of
all others similarly situated; Curtis J. Waldecker, individually and on behalf of all others
similarly situated; Steven R. Waldheim, individually and on behalf of all others similarly
situated; David R. Walker, individually and on behalf of all others similarly situated; Daniel K.
Wall, individually and on behalf of all others similarly situated; Mitchell B. Wallace,
individually and on behalf of all others similarly situated; Gregory H. Walton, individually and
on behalf of all others similarly situated; Deanna M. Warrick, individually and on behalf of all
others similarly situated; Sean J. Waterman, individually and on behalf of all others similarly
situated; Donald E. Watkins, individually and on behalf of all others similarly situated; Mark S.
Watkins, individually and on behalf of all others similarly situated; Victoria D. Watkins,
individually and on behalf of all others similarly situated; Dean C. Way, individually and on
behalf of all others similarly situated; Matthew E. Weathersby, individually and on behalf of all
others similarly situated; Sedonia B. Weathersby, individually and on behalf of all others
similarly situated; Stephen E. Webb, individually and on behalf of all others similarly situated;
Elizabeth D. Weber, individually and on behalf of all others similarly situated; Carl W. Weber
III, individually and on behalf of all others similarly situated; Arthur L. Weismann, individually
and on behalf of all others similarly situated; Jordan V. Wells, individually and on behalf of all
others similarly situated; Robert D. Wells, individually and on behalf of all others similarly
situated; Diane Wendell, individually and on behalf of all others similarly situated; Daniel B.
Westney, individually and on behalf of all others similarly situated; Teofilo Weston, individually
and on behalf of all others similarly situated; Raymond J. Wetzel, individually and on behalf of
all others similarly situated; Scott S. Wilkinson, individually and on behalf of all others similarly
situated; Alphonso Williams, individually and on behalf of all others similarly situated; Brent L.
Williams, individually and on behalf of all others similarly situated; David W. Williams,
individually and on behalf of all others similarly situated; Donald C. Williams, individually and
on behalf of all others similarly situated; Michael D. Williams, individually and on behalf of all
others similarly situated; Michael R. Williams, individually and on behalf of all others similarly
situated; Michael S. Williams, individually and on behalf of all others similarly situated; Timothy
R. Williams, individually and on behalf of all others similarly situated; Darryl L. Willis,
individually and on behalf of all others similarly situated; Jeff D. Willkomm, individually and on
behalf of all others similarly situated; Robert E. Wills, individually and on behalf of all others

20

similarly situated; Dan M. Wilson, individually and on behalf of all others similarly situated; Frederick L. Wilson, individually and on behalf of all others similarly situated; Lawrence E. Wilson, individually and on behalf of all others similarly situated; David J. Winans, individually and on behalf of all others similarly situated; Eric A. Wiseman, individually and on behalf of all others similarly situated; Daniel A. Witt, individually and on behalf of all others similarly situated; Dawn E. Wolfe, individually and on behalf of all others similarly situated; Karin D. Wong, individually and on behalf of all others similarly situated; Kevin G. Wong, individually and on behalf of all others similarly situated; Thomas A. Wood, individually and on behalf of all others similarly situated; Steven M. Woodrow, individually and on behalf of all others similarly situated; Judith L. Woods, individually and on behalf of all others similarly situated; William H. Woods  IV, individually and on behalf of all others similarly situated; John M. Wray, individually and on behalf of all others similarly situated; Stephen W. Wright, individually and on behalf of all others similarly situated; Jeffrey J. Wuehler, individually and on behalf of all others similarly situated; Michael V. Yaptangco, individually and on behalf of all others similarly situated; Rufino Yaptangco, individually and on behalf of all others similarly situated; George A. Youkhanna, individually and on behalf of all others similarly situated; Adam G. Young, individually and on behalf of all others similarly situated; Bryan V. Young, individually and on behalf of all others similarly situated; Mathew T. Zaitz, individually and on behalf of all others similarly situated; Peter J. Zajda, individually and on behalf of all others similarly situated; Steven S. Zasueta, individually and on behalf of all others similarly situated; Felix Zavala, individually and on behalf of all others similarly situated; Jason P. Zdunich, individually and on behalf of all others similarly situated; Matthew T. Zdunich, individually and on behalf of all others similarly situated; Angela M. Zdunich-Goldman, individually and on behalf of all others similarly situated; Monica Zepeda, individually and on behalf of all others similarly situated; Timothy P. Zetterlund, individually and on behalf of all others similarly situated; Evan B. Ziegler, individually and on behalf of all others similarly situated; Jeffrey P. Ziegler, individually and on behalf of all others similarly situated; James A. Zirpolo, individually and on behalf of all others similarly situated; Laura M. Zizzo, individually and on behalf of all others similarly situated; Louis M. Zizzo, individually and on behalf of all others similarly situated; Edward M. Zwibel