USDC SCAN INDEX SHEET

















CAG    1/25/06    13:48

3:05-CV-01629   ABBE V. SAN DIEGO CITY OF

*32*

*AMDCMP.*

ORIGINAL

1 | GREGORY G. PETERSEN, ESQ. (Cal. Bar No. 77744)
MICHAEL ANTHONY JENKINS, ESQ. (Cal. Bar No. 171958)
2 | JUSTIAN JUSUF, ESQ. (Cal. Bar No. 201507)
REX HWANG, ESQ. (Cal. Bar No. 221079)
3 | **CASTLE, PETERSEN & KRAUSE LLP**
**Attorneys at Law**
4 | 4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
5 | Tel.: 949/417-5600
Fax: 949/417-5610
6 | E-mail: atty@cpk-law.com

7 | Attorneys for Plaintiffs MARCUS R. ABBE, et al.

8

9 | UNITED STATES DISTRICT COURT

10 | SOUTHERN DISTRICT OF CALIFORNIA



FILED

06 JAN 17  AH 10: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                          DEPUTY

**VIA FAX**

11

12 | Marcus R. Abbe, Thomas E. Abbott, Jr., David G. Abrams, Sabin M. Abrams, James R. Ackley, Kristen B. Adams, Lori M.
13 | Adams, Robert W. Adams, Simon Adams, Robert Adauto Jr., R. Elizabeth Addington,
14 | Armando Aguilar, Edward R. Aguirre, Michael A. Aiken, Leslie A. Albrecht, Daniel
15 | T. Albright, Donald A. Albright, Richard Allen, Katherine E. Allison, Cathy N.
16 | Allister, Karen A. Almos, Jesse R. Almos Jr, Alan R. Alvarez, Arnolfo B. Ambito, Carlos
17 | A. Amezcua, Annette M. Anderson, Travis W. Anderson, Mark S. Annis, Robert W.
18 | Anschick, Ricardo Apodaca, Oscar A. Armenta, Scott J. Armstrong, James W.
19 | Arthur, Christopher T. Asbell, Frank Ashcraft, Anthony A. Atkins, Robert W.
20 | Atwood, Edward D. Austin, John W. Austin, John Autolino, Gary Avalos III, Lori L. Bach,
21 | Michael J. Baier, Teresa Bailey, Robert M. Baird Jr., Todd R. Baker, James D. Baker
22 | Jr., Vincent J. Bales, Joseph P. Bane, Sean A. Bannan, Kevin S. Barnard, Scott T.
23 | Barnes, Bridget P. Barnett, Suzie K. Barney, Charles R. Barrett, Scott D. Bartolomei, Tina
24 | C. Bassett, Tod E. Bassett, David R. Bautista, Michael A. Beamesderfer, Jana M. Beard,
25 | Carole J. Beason, David W. Beathard, Edward L. Becker, William F. Becker, Paul J.
26 | Becotte, Steven M. Behrendt, Cynthia M. Beilstein, John P. Beilstein, Kevin P.
27 | Belland, Brigitta J. Belz, Michael W. Belz, Michael R. Bendixen, Teryl L. Bernard,
28 | Gerald F. Berner Jr., Meryl A. Bernstein, David A. Bertrand, Rebecca E. Bigbie,

CASE NO.  05 CV 1629  DMS (JMA)

**SECOND AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF, AND DEMAND FOR JURY TRIAL, BASED ON:**

1. **FAIR LABOR STANDARDS ACT §7(a) VIOLATIONS [29 USC §207(a)]**

2. **CAL. LAB. CODE §226.7 VIOLATIONS**

3. **CAL. LAB. CODE §512 VIOLATIONS**

4. **CAL. LAB. CODE §2802 VIOLATIONS (PRE-JULY 2005)**

5. **CAL. LAB. CODE §2802 VIOLATIONS (POST-JUNE 2005)**

6. **BREACH OF CONTRACT**

7. **UNFAIR COMPETITION [CAL. BUS. & PROF. §17200]**

Robert R. Bigbie, Jeffrey J. Biletnikoff,
Daniel M. Billberry, Gregory R. Bisesto,
Dennis Bishop, Betty Bixby, Lynn M Bixel,
Jeffrey D. Blackford, Gifford D. Blakesley,
Mark T. Blakesley, Thomas M. Boerum,
Eugene H. Bojorquez, Daniel W. Boldt,
Donald J. Borinski, Thaddeus W. Borkowski,
Nicolas Borrelli, Thomas R. Bostedt,
Matthew E. Botkin, Arthur O. Bowen, Gary
L. Bowen, Jr., Clayton Bowers, Edwin
Boyce, Schuyler V. Boyce, James W. Boyd,
Phillip K. Bozarth, Frank P. Bradley, James
M. Bradley, Julie M. Bradley, Tracy D.
Braun, Glenn A. Breitenstein, Daniel G.
Brent, Lisa L. Bressler, Robert R. Bressler,
Daniel M. Brinkerhoff, Russell D. Bristol,
Frank J. Brito, Kevin M Brooks, Ronald
Broussard, Neal N. Browder  Jr., Douglas M.
Brown, Jon M. Brown, Ronald O. Brown,
Scott H. Brown, Troy A. Brown, Gregory W.
Brown  Jr., Joy M. Brugman, Christopher M.
Brush, Terrance L. Bryan, Mark J. Bua,
Deborah W. Burger, Randy P. Burgess,
Christina D. Burhans, Joshua P. Burkhardt,
Timothy A. Burns, Daniel A. Burow, John D.
Buttle, Richard A. Butts, Bruce T. Byrd,
Jeanne M. Byrd, Phillip D. Cady, Lawrence
B. Cahill, William D. Cahill, Jene L'Mont
Calloway, Arthur L. Calvert, Christen M.
Cameron, Arturo C. Campa, William H.
Campbell, Frank A. Canson, Claudia Canto,
Ruth S. Cardona, Theodore M. Carignan,
Karrie L. Carlson, Mark A. Carlson, Thomas
J. Carlyon IV, Daniel P. Caropreso, Frank L.
Caropreso, Jr, Javier Carranza, Robert T.
Carroll, Scott Carter, Tony B. Carter,
William J. Carter, Roderick A. Casey,
Roberto A. Casillas, Joseph B. Castillo,
Clinton E. Castle, Cesar Castro, Ricky F.
Castro, Rudy P. Castro, Jr., Arthur H.
Cavada, Misty R. Cedrun, Daniel E. Cerar,
George Cesena, Carlos Chacon, John
Chaney, Mark A. Chavez, Blake A. Cheary,
Jonathan C. Cheng, Jon P. Cherski, James H.
Chiles, Jeffrey W. Chione, Raphael R.
Cimmarrusti, Dolores M. Cirino, Brent E.
Cisneros, Dale L. Clark, John C. Clark,
Joseph A. Clark, Lamont H. Clark, Robert D.
Clark, Raymond P. Clark  Sr., Deborah A.
Clem, James H. Clem, Michael A.
Clippinger, Rex Cole, Jr., Christopher P.
Collier, Kimberly A. Collier, James T.
Collins, Bernie T. Colon, Luis M. Colon,
Victor S. Colvin, Donald R. Cone, Robert D.
Connaughy, David Contreras, Sean R.

SECOND AMENDED COMPLAINT

Conway, Lloyd E. Cook, Robert H. Cook,
Patrick J. Cooley, Phil B. Cooper, Noe F.
Cordero, Brian K. Cornell, Jeannette L.
Cornell, Gary F. Corner, Robert M. Cornett,
Henry D. Corrales, Deborah A. Cotellessa,
Carol V. Council, Chad E. Crenshaw, Marco
A. Crisostomo, Tyrone H. Crosby, Robert P.
Cruz, Vedasto A. Cruz Jr., William L.
Cuddy III, Celso G. Cueva, James P.
Culligan, Ralph A. Cummings, David W.
Cupples, Christopher P. Curran, Laurie J.
Curran, Fenella R. Custer, Mariusz Czas,
Denise F. Dailey, Leroy K. Dailey, Josephine
I. Dains, Scott W. Daniels, Robert W. Dare,
Eric C. Davis, Garry R. Davis, John W.
Davis, Michael J. Davis, Richard E. Davis,
William T. Davis Jr., Dean L. Davison,
Jerome Dawson, Michael O. Day, William J.
Day, Jr., Alexander De Armas, Charles De la
Cruz, Susan M. de la Pena, Deana E. De Los
Reyes, Romeo C. De Los Reyes, Michael J.
Dean, Conrado V. Decastro, Geoffrey S.
Decesari, Jonathan M. DeGuzman, Raul
Delgadillo, Roberto L. Delgadillo,
Constandinos A. Delimitros, Jovanna R.
Derrough, Edward A. DeVowe, Derek D.
Diaz, James F. Dickinson, John (Jack) R.
Didelot, Jennifer E. Dishon, Roy J. Doakes,
Matthew W. Dobbs, Wayne R. Doeden,
Donald J. Dolezal, Jr., James E. Dollins,
Marianne L. Dougherty, Ronald H.
Dougherty, David F. Douglas, Samuel D.
Douglas, Gregory T. Drilling, Arthur W.
Dubois III, Brett A. Dudley, Kevin C. Duffy,
John G. Dunbar, Jeffrey Dunn, Anthony L.
Dupree, Joseph M. Durand, Wende M.
Eckard, Richard K. Edgil, Frederick G.
Edwards, Michael J. Edwards, Sheryl L.
Edwards, Randal W. Eichmann, Roland H.
Elkins, John Elliott, Christopher J. Ellis,
Shari L. Ellithorpe, William Ellithorpe Jr.,
Darryl L. Emerson, Ernesto Encinas, Leland
English, Richard D. Ensign, Julie M.
Epperson, Steven S. Epperson, Edward G.
Erbe, Manuel Escalante, Christopher C.
Escudero, Marlon J. Estepa, Christopher D.
Everett, Christine M. Farmer, Debra L.
Farrar, Jay P. Farrington, Timothy K. Faubel,
Paul J. Fay, David L. Felkins, Andrew L.
Fellows, Jeffrey M. Fellows Sr., Michael J.
Fender, Alejandro M. Fernandez, James D.
Filley, Robert G. Filley, Rodney W. Fischer,
Lawanda M. Fisher, Larry E. Fixsen, Michael
F. Flanagan, Gregory A. Flood, Miguel M.
Flores, Raul Flores, Steve T. Flores, Gilbert

3

H. Flores, Jr., Anna M. Ford, James M. Ford,
Mark E. Foreman, Colin R. Forsey, Kenneth
N. Fortier, Natalie F. Fortier, Richard C.
Fortuna, Robert M. Fowler, Charles R. Fox,
Phillip J. Franchina, Reginald F. Frank, Hugg
French, Kevin B. French, William L. Frew,
Brian J. Freymueller, Kevin B. Friedman,
Aaron K. Frodente, Hector E. Fuentes, Marco
A. Fuentes, John P. Fune, Andrea S. Furst,
Mark S. Gain, Gerry D. Gapusan, David D.
Garcia, Ivan Garcia, Linda E. Garcia, Manuel
M. Garcia, Ronald R. Garcia, Ralph J. Garcia
Jr., Justin C. Garlow, Edwin R. Garrette,
Larry D. Gathright, James R. Gee, Paul B.
Geis, John P. Gener, Frank A. Gerbac,
Frederick R. Gerke, Troy A. Gibson, Robert
I. Gilbert, David N. Gilligan, Casey D. Gini,
Shanna W. Glazewski, Dewayne F.
Glazewski II, Loretta L. Glick, Brian M.
Goldberg, James G. Golembiewski, Edward
R. Gomez, Juan J. Gomez, Gary S. Gonzales,
Jordi Gonzalez, Gregg I. Goodman, Michael
V. Gordon, Charles M. Graham, Richard R.
Grano, James E. Graves, Cedric J. Green,
Scott Y. Greenwood, Christine A. Gregg,
Mary K. Gressel, William T. Griffin, Eric
Groeger, Mike Gutierrez, Mark G. Haas,
Gregory A. Haisan, David C. Hall, Lawrence
A. Hall, Patrick S. Hall, Ronald G. Hall,
Timothy C. Hall, Kimber L. Hammond,
Michelle Hansen-Garcia, Jerry P. Hara, John
J. Harberth, Corinne Hard, Joseph P. Harper,
Jeffrey L. Harrington, Paul A. Harris,
Shannon W. Hart, Michael A. Hartman, J.
Aaron Harwick, Muhammad A. Hassan,
Michael R. Hastings, Ramona R. Hastings,
Roger E. Hatch, Daniel Hatfield, Daniel C.
Hattler, John D. Haugland, Robin L. Hayes,
David M. Headley, Kathleen F. Healey,
Jennifer P. Hebdon, Robert T. Heims, Patrick
M. Heller, Scott Henderson, Emmitt
Henderson Jr, Janice L. Hendrickson, John
S. Hendrix, Robert C. Hendrix, Randall T.
Henrizi, Matthew J. Henry, Shaun P. Henry,
James K. Heppell, James F. Hergenroeather,
Daniel Hernandez, Israel Hernandez, Manuel
S. Hernandez, Nestor Hernandez, Ruben C.
Hernandez, Victor M. Herrera, Mark S.
Herring, Larry R. Hesselgesser, Jr., Bryan W.
Hewitt, Byron E. Hibshman, Matthew P.
Hicks, Wade High, Steven F. Higuera, Gary
W. Hill, Jerald Hill, Randall B. Hill, Renee L.
Hill, Richard A. Hinzo, Anne-Marie Hiskes,
Diana L. Hodges, Mark S. Hodges, Kenneth
P. Hodges, Sr., Thomas E Hoenes, Frank J.

**SECOND AMENDED COMPLAINT**

Hoerman, Ken L. Hofer, Lloyd J. Hoff, Jr.,
Andrew T. Hoffman, David A. Hoffman,
Marc G. Hoffman, Charles F. Hogquist, Mike
D. Holden, Scott C. Holden, Vanessa
Holland, Elizabeth R. Holliday, Stephen T.
Holliday, Paul T. Holman, William B.
Holmes, Richard E. Holmstrom, Scott R.
Holslag, Christopher J. Holt, Paul Hook,
Gregory M. Hoolihan, Joel G. Hoolihan, John
P. Hoolihan, Perry L. Hooper, William M.
Hoover, John P. Horvath, Robert W. Hovey,
John P. Howard, Larry S. Howell, Roger G.
Howes, Lester H. Hubble, Phillip D. Hubbs,
Paul D. Hubka, Dona Hufford, Ty L.
Hufford, James C. Hunter, David J. Hustad,
Steven Hutchinson, John J. Huys, John D.
Iammarino, David M. Iorillo, Craig E. Isbell,
Brian A. Jackson, Corinne M. Jackson,
Danielle J. Jackson, Robert F. Jackson, Jane
E. Jacobsen, Todd T. Jager, Jason S. Jarrells,
Lynda E. Jarvis, Philip T. Jarvis, Gregory A.
Jebb, Scott E. Jedlicka, Donna L. Jennes,
David E. Jennings, John W. Jillard, Alejandra
D. Jimenez, Daniel H. Jimenez, Louis B.
Johns, Anthony K. Johnson, Antonio D.
Johnson, Barry E. Johnson, Janine N.
Johnson, Jeffrey M. Johnson, John A.
Johnson, Kelly J. Johnson, Luke T. Johnson,
Matthew J. Johnson, Rodney C. Johnson,
Sarah A. Johnson, Timothy D. Johnson,
Buddy L. Johnson II, Scott W. Johnston,
Bennie L. Jolly, Edward V. Jones, James W.
Jones, Randal L. Jones, Thomas R. Jones,
Jeffrey T. Jordon, Marc E. Jose, Thomas W.
Joy, Corey B. Jung, Monica E. Kaiser, Alan
B. Karsh, Theodore M. Kasinak, Edward E.
Kaszycki, George C. Kathan, Charles Q.
Kaye, Todd V. Kearns, Timothy J. Keating,
Brian L. Keaton, Johnny F. Keene, Jr., David
W. Keesling, Paul N. Keffer, Nicholas I.
Kelbaugh, Carla A. Keller, William L.
Kellner, Jacob E. Kern, David R. Kersch,
Jason L. Kessel, Mark L. Keyser, Stephen M.
Kingkade, Theresa L. Kinney, Richard S.
Kirchhoff, James B. Kistner, William A.
Knight, Christopher L. Knighten, Jack K.
Knish, Phillip P. Konz, Johni Kosugi,
Patricia R. Krall, David Kries, Michael L.
Kroesch, Joseph J. Krouss, Nancy Kulinski,
Edward P. Kunold, James A. Kurupas,
Demetrios G. Kyres, Patrick Laco, David Y.
Lamaku, Michael L. Lambert, David L.
Landman, Charles Lara, Ronald P. Larmour,
Daniel P. Lasher, Stephen J. Laursen,
Edmund J. LaValle II, Scott M. Lawford,

**SECOND AMENDED COMPLAINT**

David J. Lawlor, Gary A. Lawrence, Brooke
P. Lawson, Vu A. Le, Daniel W. Leach, John
B. Leamons, Jr., Tony C. Lee, William E.
Leffler, Sandi F. Lehan, Larry W. Leiber,
Ronald W. LeMaster, Roberto G. Lemus,
Patrick A. Lenhart, Paul R. Lennon, Jorge R.
Leon, Michael A. Leonard, Alberto H. Leos,
Brian C. Leribeus, John B. Levan, Randon E.
Levitt, Kazimierz P. Lewak, Robert A.
Lewis, Robert L. Lewis, Iledfonso Limon,
Anthony J. Linardi Jr., Lawrence J.
Lindstrom, James R. Livesey, Robert Lobato,
Henry L. Lobel, Thomas E. Loftin, James W.
Long, Timothy M. Long, Gabriel A. Lopez,
Joseph A. Lopez, Gene C. Loucks, Darrell L.
Loughrey, Warren L. Lovell, Arturo Lovio,
Alfred Lozano, Christopher M. Luce, Daniel
D. Luth, Charles D. Lyall, Edward D. Lynch,
Albert B. Macawili, Edward A.
MacConaghy, Brett N. Macfarlane, Andre D.
Mack, Bertha MacTiernan, Peter Madrid,
Louis J. Maggi Jr., George N. Maglaras,
Bryan W. Manning, Cory S. Mapston,
Charles D. Marciniak, Mark A. Marcos,
Stephen G. Margetts, Paul B. Marino, Terry
M. Marquez, David R. Marshall, Chrissy L.
Martinez, Ruben C. Martinez, Rudy
Martinez, Boris Martinez, Jr., Dennis L.
Mason, Albert M. Massey, Christian W.
Mathews, Kathleen M. Mauzy, Ralph H
Mauzy, Melvin D. Maxwell, Roger W.
McCarvel, Terry L. McClain, Michael C.
McCollough, Mark F. McCullough,
Benjamin I. McCurry, Allen C. McDonald,
Robert R. McDonald, Adam L. McElroy,
Guy McElroy, Sharon A. McFalls, James R.
McGhee, John T. McGill, Laura L.
McGowan-Minto, Ed M. McGuire, Billy L.
McKinney, Patrick J. McLarney, Scott D.
McLellan, Jerome R. McManus, Steve L.
McMillan, Joel R. McMurrin, Kevin D.
McNamara, Robert M. McQuien, Carlos E.
Medina, Robert N. Meisner, Maura J.
Mekenas-Parga, Skip A. Melhorn, Jose L.
Mercado, Leslie C. Merrill, Lisa M.
Merzwski, Robert W. Metz, David R.
Michalek, Debra S. Michalek, Mark A.
Michel, William Miles, Christina M. Miller,
David W. Miller, Derek T. Miller, Douglas
D. Miller, Jeffrey L. Miller, Thomas P. Miller
III, Catherine D. Millett, Jerald E. Mills, Julie
R. Mills, John W. Minto III, Robert D.
Minton, Nicholas R. Minx, Ameilia L.
Mitcalf, David L. Mitchell, Gary E.
Mitrovich, Richard A. Moberly, Michael J.

6

**SECOND AMENDED COMPLAINT**

| | |
|---|---|
| 1 | Mobley, Joseph W. Molinoski, Michael A. |
| 2 | Moller, Gary F. Mondesir, William H. Montejano, Charles M. Montierth, Diann M. |
| 3 | Moody, Roy D. Moody, Holly A. Moore, Robert Mora, Eric T. Morales, Ray A. |
| 4 | Morales, Anthony R. Morasco, Victor J. Morel, Mario Moreno, David L. Morris, |
| 5 | Cynthia M. Morrison, James D. Morrison, Jay V. Moser, Jacob R. Mosteller, David A. |
| 6 | Moya, Kevin B. Moyna, Gregory R. Mrvich, Galen L. Munholand, Cynthia L. Munoz, |
| 7 | Juan M. Munoz, Kelene Munro, George T. Muren, Sean H. Murphy, William P. Murphy, |
| 8 | Gregory J. Myers, Clint J. Nafey, Steve W. Nakanishi, Jeffrey T. Napier, Raymond A. |
| 9 | Natal, James H. Needham, Adrian Negron, Richard B. Nehrich, Kenneth E. Nelson, |
| 10 | William M. Nemec, Richard E. Nemetz, Timothy G. Neuhaus, Robert L. Newquist, |
| 11 | Alexander Nezgodinsky, Jeffrey R. Nichols, Ronald W. Nichols, Robert J. Nicklo, |
| 12 | Michael C. Nigro, Gilbert L. Ninness, David S. Nisleit, Robert H. Nobbs, Patrick D. |
| 13 | Norris, Timothy G. Norris, Lee V. Norton, Regina Y. Norton, Amber G. Nygaard, Eric I. |
| 14 | Oberndorfer, Thomas K. O'Connell, Thomas A. Odaniell, Taerance Oh, Richard M. |
| 15 | O'Hanlon, Gene F. Oliver, Rene C. Oliver, Jose L. Oliveras, Gregory J. Olson, Shelly K. |
| 16 | Olson, Barney C. Olson III, James F. O'Neill, Thomas A. Orden, Danny A. Orduno, George |
| 17 | M. O'Rourke, Michael W. Ott, Jerry B. Owens, Jr., Troy P. Owens, Sr., Michael A. |
| 18 | Pace, Javier Padilla, Nori T. Pappert, Michael L. Parga, Richard A. Parrella, Kevin S. |
| 19 | Patrick, Melissa M. Pavlenko, Pamela G. Paxton, Thomas J. Payne, Anthony M. |
| 20 | Pellegrino, Gail A. Pembleton, Arthur A. Perea, Jennifer L. Perea, Jesus G. Perea, |
| 21 | Efren Peregrina, Curtis E. Perkins, Jeffrey P. Peterson, Edward K. Petrick, Duane E. |
| 22 | Pettitt, Heather J. Petty, David V. Pham, Bradley L. Phelps, George A. Phillips, Bernie |
| 23 | A. Piceno, E. Michael Pidgeon, Ernest J. Pierce, Greg A. Pinarelli, Carl P. Pira, Dan R. |
| 24 | Plein, Eric L. Pollom, Marcelo Populin, Lance E. Pound, Jason L. Powers, |
| 25 | Christopher M. Poznanski, Wayne J. Pratt, Michael L. Pridemore, Seliza Prodigalidad, |
| 26 | Bob T. Prutzman, Michael J. Prutzman, Duane D. Pudgil, Jesus W. Puente, Bretton J. |
| 27 | Punches, Dalana S. Pursel, John A. Queen, Colleen L. Quentin-King, Tasha K. Quest, |
| 28 | May B. Quintanilla, Yesenia P. Quintos, Chris J. Raagas, Michael J. Rabell, Ronald |

**SECOND AMENDED COMPLAINT**

W. Raddetz, Fernando Ramirez, Minerva Ramos, Carlos R. Real, Robert M. Redding, Jr., Craig R. Reesor, Richard H. Reichner II, James H. Renwick, Rodolfo V. Reyes, Julian M. Rico, Steven L. Riddle, Ricardo M. Rivas, Juan Rivera IIII, Bryan A. Roberts, Elias Rodriguez, Manuel Rodriguez, Ramiro O. Rodriguez, Gary A. Roesink, Daniel G. Roman, Luis A. Roman, Carlos Ronquillo, Jorge A. Rosales, Angel D. Rosario, Miguel Rosario, Stephanie J. Rose, Edward L. Rosenbloom, Angela N. Rozsa, Lamar J. Rozsa Jr., Jeffrey R. Ruckle, Renee D. Ruff, Mariam Sadri, John J. Saflar, Lem Sainsanoy, Paul H. Salas, Alfonso Salvatierra, Jorge Sanchez, Juan Sanchez, Scott A. Santagata, William J. Santarsiero, Edwin Santiago, Laura J. Santiago, Tito L. Santos, Alejandrino C. Santos III, Christopher M. Sarot, Dennis Savage, Jade R. Sawyer, Jason A. Scally, Cody K. Schaaf, Jack D. Schaeffer, Michael J. Schaldach, Margaret M. Schaufelberger, Robert M. Schenkelberg, Glen R. Scherer, Cheryl J. Schlack, Joel A. Schmid, Phillip E. Schneider, Steve D. Schnick, Paul W. Schwenn, Jason A. Scott, Eric P. Seiter, Thomas G. Seiver, Lloyd A. Sentinella, Robert C. Shands, Patrick J. Shanley, Arthur H. Shannon, Christian T. Sharp, Marvin L. Shaw, Steven M. Shaw, Daniel K. Shepherd, Damon E. Sherman, Mark G. Sherman, Michael S. Shiraishi, Scott W. Shively, Dale T. Shockley Sr., Daniel L. Shore, Amalia K. Sidhu, Jesse D. Simeroth, Thomas G. Simonds, Robert E. Simpson, Randall J. Skinn, Charles A. Sleeper, Allen T. Sluss, James Smith, James F. Smith, John C. Smith, Joseph Smith, Robert W. Smith, Russell Smith, Timothy M. Smith, William T. Smith, Daniel J. Smyth, Sharon M. Smyth, Joseph G. Snarponis, Robert W. Snead, Cesar A. Solis, David L. Soliven, Andrew Sorbie, Brandy A. Sorbie, Mark T. Soulia, Andrew J. Spagnolo, Andrew E. Spear, David P. Speck, Edwin P. Speer, Wayne R. Spees, Scott C. Spillane, David E. Spitzer, Michael L. Stacy, John Stadler, Eric A. Stafford, David W. Stafford Jr., Daniel Stanley, Philip J. Stanley, Steven Staton, Francis Steffen, Neal A. Steffen, Blair A. Stephens, Cyndi L. Stetson, William S. Stetson, James A. Stewart, Kenneth P. Stewart, Elliot S. Stiasny, Robert M. Stinson, Robert G. Stites, Ross E. Stone, Roger A. Stonier, Jr., Jerry G. Stratton, John J.

**SECOND AMENDED COMPLAINT**

Stricklin, Spencer E. Sturm, William F.
Stutz, Mark C. Sullivan, Patrick L. Sullivan,
Thomas A. Sullivan, Robert R. Summers,
Valari C. Summers, Colonel F. Surratt, David
M. Surwilo, Aleksei E. Sviridov, Michael J.
Swanson, William S. Sweeney, Michael A.
Sweet, James Sweetser, Jeffrey D. Swett,
John E. Szakara, Esmeralda Tagaban,
William D. Taitano, Louis A. Tamagni,
Michael T. Tansey, John H. Tate, Dana D.
Taylor, James T. Teer, Victor J. Tejeda,
Karen-Anne Tenney, Marvin E. Terry,
Christopher M. Tews, Alvin Thach, Joseph
I.T. Thomas, Joycelyn S. Thomas, George R.
Thomas III, Freddie B. Thornton, Jr., Johanna
M. Thrasher, Linda H. Tibbetts, Lee D.
Timmerman, Linda L. Tousley, Merrit M.
Townsend, John M. Tracy, John A. Trent,
James F. Tulumello, Meghan R. Turi,
Kimberly K. Ukuzato Easto, Thomas G.
Underwood, Edwin Valentin, Ramon
Valentin, Wendy J. Valentin, Louis E.
Valenzuela, Mark A. Van Abel, Janine A.
Van Antwerp, Edward F. Van Laningham,
Rodney L. Vandiver, James G. Varonfakis,
Kevin G. Vasquez, Linda G. Vasquez,
Christopher M. Velovich, Michelle R.
Velovich, Kenneth J. Verdone, Edward M.
Verduzco, Richard Vergara, Daniel R. Vile,
Patrick T. Vinson, John B. Vivoli, Duane A.
Voss, Gary R. Voss, Gerard M. Waclawek,
Sylvester Wade, Jr., Kevin L. Wadhams,
Elyse S. Wagner, Gaye D. Wagner, Thomas
Wagner, Kristopher M. Walb, Curtis J.
Waldecker, Steven R. Waldheim, David R.
Walker, Daniel K. Wall, Mitchell B. Wallace,
Gregory H. Walton, Deanna M. Warrick,
Sean J. Waterman, Donald E. Watkins, Mark
S. Watkins, Victoria D. Watkins, Dean C.
Way, Matthew E. Weathersby, Sedonia B.
Weathersby, Stephen E. Webb, Elizabeth D.
Weber, Carl W. Weber III, Arthur L.
Weismann, Jordan V. Wells, Robert D.
Wells, Diane Wendell, Daniel B. Westney,
Teofilo Weston, Raymond J. Wetzel, Scott
S. Wilkinson, Alphonso Williams, Brent L.
Williams, David W. Williams, Donald C.
Williams, Michael D. Williams, Michael R.
Williams, Michael S. Williams, Timothy R.
Williams, Darryl L. Willis, Jeff D.
Willkomm, Robert E. Wills, Dan M. Wilson,
Frederick L. Wilson, Lawrence E. Wilson,
David J. Winans, Eric A. Wiseman, Daniel
A. Witt, Dawn E. Wolfe, Karin D. Wong,
Kevin G. Wong, Thomas A. Wood, Steven

9

**SECOND AMENDED COMPLAINT**

M. Woodrow, Judith L. Woods, William H. Woods IV, John M. Wray, Stephen W. Wright, Jeffrey J. Wuehler, Michael V. Yaptangco, Rufino Yaptangco, George A. Youkhanna, Adam G. Young, Bryan V. Young, Mathew T. Zaitz, Peter J. Zajda, Steven S. Zasueta, Felix Zavala, Jason P. Zdunich, Matthew T. Zdunich, Angela M. Zdunich-Goldman, Monica Zepeda, Timothy P. Zetterlund, Evan B. Ziegler, Jeffrey P. Ziegler, James A. Zirpolo, Laura M. Zizzo, Louis M. Zizzo, Edward M. Zwibel, Robert C. Acosta, Julie M. Adams, Robert H. Adams, Jason D. Aguilar, Richard A. Aguilar, Wesley T. Albers, Melvin C. Allen, Karen A. Almos, Karen A. Almos, Mark C. Amancio, Peter A. Amancio, Kevin M. Ammon, Peggy A. Anderson, Thomas J. Andrews, Jose J. Arguelles, Christopher S. Armstrong, Wesley R. Ashcraft, John B. Bailey, Ronald W. Bailiff, Robert Banuelos, Debbie K. Becker, Charles J. Belletti, Joe A. Benavides, Kelly L. Besker, Daniel A. Binkerd, Victoria M. Binkerd, Dean R Bishop, Carlton F. Black, Brian R. Blagg, Edward L. Blum, Steven B. Bourasa, Christopher P. Bowers, Douglas M. Braca, Cindy L. Brady, Paul D. Brinkerhoff, James A. Brooks, James R. Brown, Robert D. Brown, William M. Brown, Thomas J. Broxtermann, Richard J. Bulette, David W. Burke, Christopher G. Buxton, Laurie Cairncross, Francis M. Cali, John L. Call, Janet M. Campbell, Hector S. Carlos, John D. Carpenter, John J. Carroll, C. D'Ann Carter, Jeffery S. Carter, Peter J. Caruso, Nydia M. Castro, Jesus G. Cesena, Yezenia E. Chavez, Robert Christano, Gregory D. Clark, James C. Clark, John R. Cleavinger, William L. Clem, James R. Clift, Garry Collins, Paul D. Conley, Paul J. Connelly, Lisa M. Cook, Timothy S. Coyle, Clint J. Crockett, Peter H. Cruz, Jr., Joshua T. Da Foe, Darby L. Darrow, Robert W. Daun, Lisa K. Davies, Charles R. Davis, Kelly R. Davis, Terri L. Davis-Cole, Colin K. Day, William G. Day, Jeffrey A. Dean, Bruce C. Debord, Maria I. Delgadillo, Alejandro Diaz, Steve P. Dickinson, Daniel W. Dierdorff, Jr., Felicisimo M. Dizon III, Stephen C. Douglas, Eric T. Drilling, David P. Dunhoff, Mitchell L. Dunhoff, Craig T. Eastep, Donna Eastep, Elmer M. Edwards, Chad W. Elliott, Hector J. Emerson, James D. English, Walter M. Escobar, Irving A. Escobedo, Robert C.

10

**SECOND AMENDED COMPLAINT**

| | |
|---|---|
| 1 | Fabregas, Bill Farrar, Michael W. Farrell, |
| 2 | Donald L. Fasching, Sue E. Fasching, Junar Fernandez, Riter J. Flores, Richard A. Fox, |
| 3 | Brian S. French, David A. Garcia, George E. Garvey, David K. Gibson, Cory E. Gilmore, |
| 4 | Ronald D. Glass, Steven T. Glasser, Juan R. Gonzales, Hilda Gonzalez-Reed, Scott T. |
| 5 | Gosnell, Michael J. Gottfried, Jarvis J. Gresham, Michael Groff, Jeffrey G. Gross, |
| 6 | Perry J. Grossmann Daniel L. Grubbs, Kurt L. Grube, Martin T. Guerra, Michael A. |
| 7 | Haley, Daniel G. Hall, Robert J. Hawkins, Alan J. Hayward, George A. Head, Frederick |
| 8 | J. Helm, III, Crystal A. Hernandez, Carlton R. Hershman, David A. Hickey, Daniel J. |
| 9 | Higdon, Roger E. Higgins, Jr., Steven G. Hobbs, George A. Hoffman, Larry D. |
| 10 | Holloway, Darryl A. Hoover, Hector E. Hoyte, Kenneth L. Hubbs, Michael P. |
| 11 | Hurley, Kenneth E. Impellizeri, Jay M. Jacob, Jerome O. Joaquin, Richard L. Johnson, Jr., |
| 12 | David H. Jones, Pepper L. Kelly, Anna M. Knuth, Assie L. Kramer, Gerry M. Kramer, |
| 13 | Denny K. Kremer, Richard G. Krueger, Jr., Darrell D. Kyler, Howard A. Labore, Carlos |
| 14 | D. Lacarra, Jose V. Laguda, Jose V. Laguda, Christopher C. Larson, Farrell K. Layton, |
| 15 | Gordon R. Leek, John Letteri, Jack T. Lilly, Jaime Limon, Darrell K. Little, Melvin J. |
| 16 | Lofftus, Jesse W. Lopez, Robert C. Lopez, Jonathan Lowe, Mark S. Lucchesi, Ernesto |
| 17 | Luna, Shane A. Lynn, Richard Maler, Ronald A. Manaigre, Jeffrey S. Martinez, Phillip A. |
| 18 | Martz, Jr., Michael Maschmeier, Ralph C. Mauzy, Perry L. Mcivor, Patrick J. Mclarney, |
| 19 | Michael D. Mcleod, Sharon K. Mcnair, Jose M. Mendez, Michael J. Mendez, Kerry A. |
| 20 | Mensior, Rudolph S. Merhar, Richard D. Metz, Jr., Cindy L. Meyer, Peter R. Mills, |
| 21 | Brian D. Moore, Miguel P. Morales, Peter A. Morales, Scott A. Morrison, Edward D. |
| 22 | Murphy II, Craig L. Myrom, Angelica Navarro-Moran, Gordon R. Nikkola, |
| 23 | Matthew E. Novak, Edward Garrick Nugent, Jr., Jay R. Odom, Harold J. Oliver, Jr., Jason |
| 24 | P. Omundson, Sandra S. Oplinger, Lee A. Orsino, William T. Orvosh, Raul R. Padilla, |
| 25 | Denise R. Page, Richard C. Parpart, Jamal X. Pasha III, Paul E. Paxton, Jack R. Pearson, |
| 26 | Charles J. Peck III, Vanthoeun Pen, Jose P. Perez, Marco L. Perez, Richard Perkins, |
| 27 | Vernon J. Peterson, Scott M. Pickard, Kevin W. Pierce, Ernesto Pinedo, Jr., John R. Piner, |
| 28 | Marc A. Pitucci, Jose L. Ramos, Joseph A. Ramos, Ralph Ramos, Marcus Ramsey, |

11

**SECOND AMENDED COMPLAINT**

Kevin C. Rausis, Dwight P. Reece, Roy E. Reed, Anthony Reese, Jr., John J. Reif, Wendy S. Reno, Jacob M. Resch, Robert L. Rex, Rolanda M. Ricardez, Ronald L. Rice, Phillip H. Rice IV, Benda T. Richmond, Ward A. Rickman, Darin J. Ries, Andres H. Rios, Carmelin Rivera, Francisco Rivera, Maria D. Rivera, Gary V. Rivers, Thomas A. Rizzo, Todd J. Robertson, Larry J. Robertson II, Steve R. Robinson, Jason P. Rocha, Ana B. Rodriguez, Jaime R. Rodriguez, Bobby D. Rollins, Mario I. Romano, Fausto W. Romero, David L. Root, Paul R. Rorrison, Robin J. Rose, Steven M. Rosenbloom, Raymond H. Rowe, Jr., Michael Rubio, Robert S. Rude, Brad D. Ruff, Patrick A. Ruffner, John S. Russell, Joseph L. Ruvido, James W. Ryan, Lynn D. Rydalch, Ivan A. Sablan, Artemis D. Sadlier, Alan J. Samuelson, Tristan T. Schmottlach, James C. Schorr, Ernesto Servin, Stephen Shebloski, Lori A. Sinclair, Steven E. Skinner, George D. Smith, Sandra P. Smullen, Gina M. Spadacini, Anthony J. Spagnolo, Howard W. Spetter, Joseph R. Steffen, Joseph R. Steffen, Marc A. Stephens, Jeffrey J. Sterling, Leslie W. Stewart, Natalie A. Stone, Daniel T. Stuber, Sophia I. Suarez, Brian J. Szymonik, Rudolph G. Tai, Jr., Mark A. Tallman, Phlip J. Terhaar, Scott A. Thompson, Daniel D. Toneck, Terence N. Torgersen, Francisco J. Torres, Scott A. Townsend, Larry D. Triplett, Jr., Bernard P. Updike, Jr., Dominic L. Valaile, Janis E. Valencia, Jimmy I. Valle, Ron W. Van Cleave, Dale Van Horn, Robert J. Van Wulven, Michael E. Vargas, Danny Vega, Sylvia A. Vella, Steven D. Villalobos, Joseph T. Waggaman, Gaye D. Wagner, James M. Watkins, Jr., Ross M. Weaver, Dianna M. Webb, Michael J. Webb, Murdock J E. Weltzien, David A. West, David L. Whitfield, Richard A. Widner, Jonathan D. Wiese, Mark A. Willhelm, Darrell L. Williams, Donna L. Williams, Garrett N. Williams, Timothy D. Williams, Tina M. Williams, Howard C. Williams, Jr., Frank H. Wilson, Roger K. Wong, John R. Young, Anthony Zeljeznjak, Shelley J. Zimmerman, Hans S. Zingheim, Simon V. Ty, Thomas M. Rhodes, Suzanne Huntington, Jerrilyn Sober, Donna Wescott, Heidi Hawley, Max G. Verduzco, Danny W. Hollister,

     Plaintiffs,

12

**SECOND AMENDED COMPLAINT**

)                                    )

1 | vs.

2 | City of San Diego; Doe One through 10, inclusive,

3 |

4 |     Defendants.

5 | Plaintiffs allege:

6 |     1.    This is a civil action by police officers of the San Diego Police Department, seeking,

7 | among other things, the payment of overtime compensation, compensation and penalties for missed

8 | breaks, and reimbursement of work related expenses.

9 | **JURISDICTION**

10 |     2.    Jurisdiction exists under 28 U.S.C. §1331 and 29 U.S.C. §216(b).  Supplemental

11 | jurisdiction may be exercised over the state law claims under 28 U.S.C. §1367(a).  Venue is proper,

12 | pursuant to 28 U.S.C. §1391(b), because a substantial part of the acts, events or omissions giving rise

13 | to the action occurred in the present District.

14 | **PARTIES**

15 |     3.    At all times relevant to this Complaint, Plaintiffs Marcus R. Abbe, Thomas E. Abbott,

16 | Jr., David G. Abrams, Sabin M. Abrams, James R. Ackley, Kristen B. Adams, Lori M. Adams, Robert

17 | W. Adams, Simon Adams, Robert Adauto Jr., R. Elizabeth Addington, Armando R.Aguilar, Edward

18 | R. Aguirre, Michael A. Aiken, Leslie A. Albrecht, Daniel T. Albrecht, Donald A. Albrecht, Richard

19 | Allen, Katherine E. Allison, Cathy N. Allister, Karen A. Almos, Jesse R. Almos, Jr., Alan R. Alvarez,

20 | Arnolfo B. Ambito, Carlos A. Amezcua, Annette M. Anderson, Travis W. Anderson, Mark S. Annis,

21 | Robert W. Anschick, Ricardo Apodaca, Oscar A. Armenta, Scott J. Armstrong, James W. Arthur,

22 | Christopher T. Asbell, Frank Ashcraft, Anthony A. Atkins, Robert W. Atwood, Edward D. Austin, John

23 | W. Austin, John Autolino, Gary Avalos III, Lori L. Bach, Michael J. Baier, Teresa Bailey, Robert M.

24 | Baird, Jr., Todd R. Baker, James D. Baker, Jr., Vincent J. Bales, Joseph P. Bane, Sean A. Bannan,

25 | Kevin S. Barnard, Scott T. Barnes, Bridget P. Barnett, Suzie K. Barney, Charles R. Barrett, Scott D.

26 | Bartolomei, Tina C. Bassett, Tod E. Bassett, David R. Bautista, Michael A. Beamesderfer, Jana M.

27 | Beard, Carole J. Beason, David W. Beathard, Edward L. Becker, William F. Becker, Paul J. Becotte,

28 | Steven M. Behrendt, Cynthia M. Beilstein, John P. Beilstein, Kevin P. Belland, Brigitta J. Belz,

**SECOND AMENDED COMPLAINT**

Michael W. Belz, Michael R. Bendixen, Teryl L. Bernard, Gerald F. Berner Jr., Meryl A. Bernstein,
David A. Bertrand, Rebecca E. Bigbie, Robert R. Bigbie, Jeffrey J. Biletnikoff, Daniel M. Billberry,
Gregory R. Bisesto, Dennis Bishop, Betty Bixby, Lynn M. Bixel, Jeffrey D. Blackford, Gifford D.
Blakesley, Mark T. Blakesley, Thomas M. Boerum, Eugene H. Bojorquez, Daniel W. Boldt, Donald
J. Borinski, Thaddeus W. Borkowski, Nicolas Borrelli, Thomas R. Bostedt, Matthew E. Botkin, Arthur
O. Bowen, Gary L. Bowen, Jr., Clayton Bowers, Edwin Boyce, Schuyler V. Boyce, James W. Boyd,
Phillip K. Bozarth, Frank P. Bradley, James M. Bradley, Julie M. Bradley, Tracy D. Braun, Glenn A.
Breitenstein, Daniel G. Brent, Lisa L. Bressler, Robert R. Bressler, Daniel M. Brinkerhoff, Russell D.
Bristol, Frank J. Brito, Kevin M Brooks, Ronald Broussard, Neal N. Browder, Jr., Douglas M. Brown,
Jon M. Brown, Ronald O. Brown, Scott H. Brown, Troy A. Brown, Gregory W. Brown, Jr., Joy M.
Brugman, Christopher M. Brush, Terrance L. Bryan, Mark J. Bua, Deborah W. Burger, Randy P.
Burgess, Christina D. Burhans, Joshua P. Burkhardt, Timothy A. Burns, Daniel A. Burow, John D.
Buttle, Richard A. Butts, Bruce T. Byrd, Jeanne M. Byrd, Phillip D. Cady, Lawrence B. Cahill, William
D. Cahill, Jene L'Mont Calloway, Arthur L. Calvert, Christen M. Cameron, Arturo C. Campa, William
H. Campbell, Frank A. Canson, Claudia Canto, Ruth S. Cardona, TheodoreM. Carignan, Karrie L.
Carlson, Mark A. Carlson, Thomas J. Carlyon IV, Daniel P. Caropreso, Frank L. Caropreso , Jr., Javier
Carranza, Robert T. Carroll, Scott Carter, Tony B. Carter, William J. Carter, Roderick A. Casey,
Roberto A. Casillas, Joseph B. Castillo, Clinton E. Castle, Cesar Castro, Ricky F. Castro, Rudy P.
Castro, Jr., Arthur H. Cavada, Misty R. Cedrun, Daniel E. Cerar, George Cesena, Carlos Chacon, John
Chaney, Mark A.  Chavez, Blake A. Cheary, Jonathan C. Cheng, Jon P. Cherski, James H. Chiles,
Jeffrey W. Chione, Raphael R. Cimmarrusti, Dolores M. Cirino, Brent E. Cisneros, Dale L. Clark, John
C. Clark, Joseph A. Clark, Lamont H. Clark, Robert D. Clark, Raymond P. Clark, Sr., Deborah A.
Clem, James H. Clem, Michael A. Clippinger, Rex Cole, Jr., Christopher P. Collier, Kimberly A.
Collier, James T. Collins, Bernie T. Colon, Luis M. Colon, Victor S. Colvin, Donald R. Cone, Robert
D. Connaughy, David Contreras, Sean R. Conway, Lloyd E. Cook, Robert H. Cook, Patrick J. Cooley,
Phil B. Cooper, Noe F. Cordero, Brian K. Cornell, Jeannette L. Cornell, Gary F. Corner, Robert M.
Cornett, Henry D. Corrales, Deborah A. Cotellessa, Carol V. Council, Chad E. Crenshaw, Marco A.
Crisostomo, Tyrone H. Crosby, Robert P. Cruz, Vedasto A. Cruz, Jr., William L. Cuddy III, Celso G.

14

**SECOND AMENDED COMPLAINT**

Cueva, James P. Culligan, Ralph A. Cummings, David W. Cupples, Christopher P. Curran, Laurie J. Curran, Fenella R. Custer, Mariusz Czas, Denise F. Dailey, Leroy K. Dailey, Josephine I. Dains, Scott W. Daniels, Robert W. Dare, Eric C. Davis, Garry R. Davis, John W. Davis, Michael J. Davis, Richard E. Davis, William T. Davis Jr., Dean L. Davison, Jerome Dawson, Michael O. Day, William J. Day, Jr., Alexander De Armas, Charles De la Cruz, Susan M. de la Pena, Deana E. De Los Reyes, Romeo C. De Los Reyes, Michael J. Dean, Conrado V. Decastro, Geoffrey S. Decesari, Jonathan M. DeGuzman, Raul Delgadillo, Roberto L. Delgadillo, Constandinos A. Delimitros, Jovanna R. Derrough, Edward A. DeVowe, Derek D. Diaz, James F. Dickinson, John (Jack) R. Didelot, Jennifer E. Dishon, Roy J. Doakes, Matthew W. Dobbs, Wayne R. Doeden, Donald J. Dolezal, Jr., James E. Dollins, Marianne L. Dougherty, Ronald H. Dougherty, David F. Douglas, Samuel D. Douglas, Gregory T. Drilling, Arthur W. Dubois III, Brett A. Dudley, Kevin C. Duffy, John G. Dunbar, Jeffrey Dunn, Anthony L. Dupree, Joseph M. Durand, Wende M. Eckard, Richard K. Edgil, Frederick G. Edwards, Michael J. Edwards, Sheryl L. Edwards, Randal W. Eichmann, Roland H. Elkins, John Elliott, Christopher J. Ellis, Shari L. Ellithorpe, William Ellithorpe Jr., Darryl L. Emerson, Ernesto Encinas, Leland English, Richard D. Ensign, Julie M. Epperson, Steven S. Epperson, Edward G. Erbe, Manuel Escalante, Christopher C. Escudero, Marlon J. Estepa, Christopher D. Everett, Christine M. Farmer, Debra L. Farrar, Jay P. Farrington, Timothy K. Faubel, Paul J. Fay, David L. Felkins, Andrew L. Fellows, Jeffrey M. Fellows, Sr., Michael J. Fender, Alejandro M. Fernandez, James D. Filley, Robert G. Filley, Rodney W. Fischer, Lawanda M. Fisher, Larry E. Fixsen, Michael F. Flanagan, Gregory A. Flood, Miguel M. Flores, Raul Flores, Steve T. Flores, Gilbert H. Flores, Jr., Anna M. Ford, James M. Ford, Mark E. Foreman, Colin R. Forsey, Kenneth N. Fortier, Natalie F. Fortier, Richard C. Fortuna, Robert M. Fowler, Charles R. Fox, Phillip J. Franchina, Reginald F. Frank, Hugg French, Kevin B. French, William L. Frew, Brian J. Freymueller, Kevin B. Friedman, Aaron K. Frodente, Hector E. Fuentes, Marco A. Fuentes, John P. Fune, Andrea S. Furst, Mark S. Gain, Gerry D. Gapusan, David D. Garcia, Ivan Garcia, Linda E. Garcia, Manuel M. Garcia, Ronald R. Garcia, Ralph J. Garcia, Jr., Justin C. Garlow, Edwin R. Garrette, Larry D. Gathright, James R. Gee, Paul B. Geis, John P. Gener, Frank A. Gerbac, Frederick R. Gerke, Troy A. Gibson, Robert I. Gilbert, David N. Gilligan, Casey D. Gini, Shannah W. Glazewski, Dewayne F. Glazewski II, Loretta L. Glick, Brian M. Goldberg, James G.

**SECOND AMENDED COMPLAINT**

1  Golembiewski, Edward R. Gomez, Juan J. Gomez, Gary S. Gonzales, Jordi Gonzalez, Gregg I.

2  Goodman, Michael V. Gordon, Charles M. Graham, Richard R. Grano, James E. Graves, Cedric J.

3  Green, Scott Y. Greenwood, Christine A. Gregg, Mary K. Gressel, William T. Griffin, Eric Groeger,

4  Mike Gutierrez, Mark G. Haas, Gregory A. Haisan, David C. Hall, Lawrence A. Hall, Patrick S. Hall,

5  Ronald G. Hall, Timothy C. Hall, Kimber L. Hammond, Michelle Hansen-Garcia, Jerry P. Hara, John

6  J. Harberth, Corinne Hard, Joseph P. Harper, Jeffrey L. Harrington, Paul A. Harris, Shannon W. Hart,

7  Michael A. Hartman, J. Aaron Harwick, Muhammad A. Hassan, Michael R. Hastings, Ramona R.

8  Hastings, Roger E. Hatch, Daniel Hatfield, Daniel C. Hattler, John D. Haugland, Robin L. Hayes, David

9  M. Headley, Kathleen F. Healey, Jennifer P. Hebdon, Robert T. Heims, Patrick M. Heller, Scott

10 Henderson, Emmitt Henderson, Jr., Janice L. Hendrickson, John S. Hendrix, Robert C. Hendrix,

11 Randall T. Henrizi, Matthew J. Henry, Shaun P. Henry, James K. Heppell, James F. Hergenroeather,

12 Daniel Hernandez, Israel Hernandez, Manuel S. Hernandez, Nestor Hernandez, Ruben C. Hernandez,

13 Victor M. Herrera, Mark S. Herring, Larry R. Hesselgesser, Jr., Bryan W. Hewitt, Byron E. Hibshman,

14 Matthew P. Hicks, Wade High, Steven F. Higuera, Gary W. Hill, Jerald Hill, Randall B. Hill, Renee

15 L. Hill, Richard A. Hinzo, Anne-Marie Hiskes, Diana L. Hodges, Mark S. Hodges, Kenneth P. Hodges,

16 Sr., Thomas E Hoenes, Frank J. Hoerman, Ken L. Hofer, Lloyd J. Hoff, Jr., Andrew T. Hoffman, David

17 A. Hoffman, Marc G. Hoffman, Charles F. Hogquist, Mike D. Holden, Scott C. Holden, Vanessa

18 Holland, Elizabeth R. Holliday, Stephen T. Holliday, Paul T. Holman, William B. Holmes, Richard E.

19 Holmstrom, Scott R. Holslag, Christopher J. Holt, Paul Hook, Gregory M. Hoolihan, Joel G. Hoolihan,

20 John P. Hoolihan, Perry L. Hooper, William M. Hoover, John P. Horvath, Robert W. Hovey, John P.

21 Howard, Larry S. Howell, Roger G. Howes, Lester H. Hubble, Phillip D. Hubbs, Paul D. Hubka, Dona

22 Hufford, Ty L. Hufford, James C. Hunter, David J. Hustad, Steven Hutchinson, John J. Huys, John D.

23 Iammarino, David M. Iorillo, Craig E. Isbell, Brian A. Jackson, Corinne M. Jackson, Danielle J.

24 Jackson, Robert F. Jackson, Jane E. Jacobsen, Todd T. Jager, Jason S. Jarrells, Lynda E. Jarvis, Philip

25 T. Jarvis, Gregory A. Jebb, Scott E. Jedlicka, Donna L. Jennes, David E. Jennings, John W. Jillard,

26 Alejandra D. Jimenez, Daniel H. Jimenez, Louis B. Johns, Anthony K. Johnson, Antonio D. Johnson,

27 Barry E. Johnson, Janine N. Johnson, Jeffrey M. Johnson, John A. Johnson, Kelly J. Johnson, Luke T.

28 Johnson, Matthew J. Johnson, Rodney C. Johnson, Sarah A. Johnson, Timothy D. Johnson, Buddy L.

SECOND AMENDED COMPLAINT

1  Johnson II, Scott W. Johnston, Bennie L. Jolly, Edward V. Jones, James W. Jones, Randal L. Jones,

2  Thomas R. Jones, Jeffrey T. Jordon, Marc E. Jose, Thomas W. Joy, Corey B. Jung, Monica E. Kaiser,

3  Alan B. Karsh, Theodore M. Kasinak, Edward E. Kaszycki, George C. Kathan, Charles Q. Kaye, Todd

4  V. Kearns, Timothy J. Keating, Brian L. Keaton, Johnny F. Keene , Jr., David W. Keesling, Paul N.

5  Keffer, Nicholas I. Kelbaugh, Carla A. Keller, William L. Kellner, Jacob E. Kern, David R. Kersch,

6  Jason L. Kessel, Mark L. Keyser, Stephen M. Kingkade, Theresa L. Kinney, Richard S. Kirchhoff,

7  James B. Kistner, William A. Knight, Christopher L. Knighten, Jack K. Knish, Phillip P. Konz, Johni

8  Kosugi, Patricia R. Krall, David Kries, Michael L. Kroesch, Joseph J. Krouss, Nancy Kulinski, Edward

9  P. Kunold, James A. Kurupas, Demetrios G. Kyres, Patrick Laco, David Y. Lamaku, Michael L.

10  Lambert, David L. Landman, Charles Lara, Ronald P. Larmour, Daniel P. Lasher, Stephen J. Laursen,

11  Edmund J. LaValle II, Scott M. Lawford, David J. Lawlor, Gary A. Lawrence, Brooke P. Lawson, Vu

12  A. Le, Daniel W. Leach, John B. Leamons, Jr., Tony C. Lee, William E. Leffler, Sandi F. Lehan, Larry

13  W. Leiber, Ronald W. LeMaster, Roberto G. Lemus, Patrick A. Lenhart, Paul R. Lennon, Jorge R.

14  Leon, Michael A. Leonard, Alberto H. Leos, Brian C. Leribeus, John B. Levan, Randon E. Levitt,

15  Kazimierz P. Lewak, Robert A. Lewis, Robert L. Lewis, Iledfonso Limon, Anthony J. Linardi, Jr.,

16  Lawrence J. Lindstrom, James R. Livesey, Robert Lobato, Henry L. Lobel, Thomas E. Loftin, James

17  W. Long, Timothy M. Long, Gabriel A. Lopez, Joseph A. Lopez, Gene C. Loucks, Darrell L. Loughrey,

18  Warren L. Lovell, Arturo Lovio, Alfred Lozano, Christopher M. Luce, Daniel D. Luth, Charles D. Lyall,

19  Edward D. Lynch, Albert B. Macawili, Edward A. MacConaghy, Brett N. Macfarlane, Andre D. Mack,

20  Bertha MacTiernan, Peter Madrid, Louis J. Maggi, Jr., George N. Maglaras, Bryan W. Manning, Cory

21  S. Mapston, Charles D. Marciniak, Mark A. Marcos, Stephen G. Margetts, Paul B. Marino, Terry M.

22  Marquez, David R. Marshall, Chrissy L. Martinez, Ruben C. Martinez, Rudy Martinez, Boris Martinez,

23  Jr., Dennis L. Mason, Albert M. Massey, Christian W. Mathews, Kathleen M. Mauzy, Ralph H Mauzy,

24  Melvin D. Maxwell, Roger W. McCarvel, Terry L. McClain, Michael C. McCollough, Mark F.

25  McCullough, Benjamin I. McCurry, Allen C. McDonald, Robert R. McDonald, Adam L. McElroy, Guy

26  McElroy, Sharon A. McFalls, James R. McGhee, John T. McGill, Laura L. McGowan-Minto, Ed M.

27  McGuire, Billy L. McKinney, Patrick J. McLarney, Scott D. McLellan, Jerome R. McManus, Steve L.

28  McMillan, Joel R. McMurrin, Kevin D. McNamara, Robert M. McQuien, Carlos E. Medina, Robert

1  N. Meisner, Maura J. Mekenas-Parga, Skip A. Melhorn, Jose L. Mercado, Leslie C. Merrill, Lisa M.

2  Merzwski, Robert W. Metz, David R. Michalek, Debra S. Michalek, Mark A. Michel, William Miles,

3  Christina M. Miller, David W. Miller, Derek T. Miller, Douglas D. Miller, Jeffrey L. Miller, Thomas

4  P. Miller III, Catherine D. Millett, Jerald E. Mills, Julie R. Mills, John W. Minto III, Robert D. Minton,

5  Nicholas R. Minx, Amelia L. Mitcalf, David L. Mitchell, Gary E. Mitrovich, Richard A. Moberly,

6  Michael J. Mobley, Joseph W. Molinoski, Michael A. Moller, Gary F. Mondesir, William H.

7  Montejano, Charles M. Montierth, Diann M. Moody, Roy D. Moody, Holly A. Moore, Robert Mora,

8  Eric T. Morales, Ray A. Morales, Anthony R. Morasco, Victor J. Morel, Mario Moreno, David L.

9  Morris, Cynthia M. Morrison, James D. Morrison, Jay V. Moser, Jacob R. Mosteller, David A. Moya,

10  Kevin B. Moyna, Gregory R. Mrvich, Galen L. Munholand, Cynthia L. Munoz, Juan M. Munoz, Kelene

11  Munro, George T. Muren, Sean H. Murphy, William P. Murphy, Gregory J. Myers, Clint J. Nafey,

12  Steve W. Nakanishi, Jeffrey T. Napier, Raymond A. Natal, James H. Needham, Adrian Negron, Richard

13  B. Nehrich, Kenneth E. Nelson, William M. Nemec, Richard E. Nemetz, Timothy G. Neuhaus, Robert

14  L. Newquist, Alexander Nezgodinsky, Jeffrey R. Nichols, Ronald W. Nichols, Robert J. Nicklo,

15  Michael C. Nigro, Gilbert L. Ninness, David S. Nisleit, Robert H. Nobbs, Patrick D. Norris, Timothy

16  G. Norris, Lee V. Norton, Regina Y. Norton, Amber G. Nygaard, Eric I. Oberndorfer, Thomas K.

17  O'Connell, Thomas A. Odaniell, Taerance Oh, Richard M. O'Hanlon, Gene F. Oliver, Rene C. Oliver,

18  Jose L. Oliveras, Gregory J. Olson, Shelly K. Olson, Barney C. Olson III, James F. O'Neill, Thomas A.

19  Orden, Danny A. Orduno, George M. O'Rourke, Michael W. Ott, Jerry B. Owens, Jr., Troy P. Owens,

20  Sr., Michael A. Pace, Javier Padilla, Nori T. Pappert, Michael L. Parga, Richard A. Parrella, Kevin S.

21  Patrick, Melissa M. Pavlenko, Pamela G. Paxton, Thomas J. Payne, Anthony M. Pellegrino, Gail A.

22  Pembleton, Arthur A. Perea, Jennifer L. Perea, Jesus G. Perea, Efren Peregrina, Curtis E. Perkins,

23  Jeffrey P. Peterson, Edward K. Petrick, Duane E. Pettitt, Heather J. Petty, David V. Pham, Bradley L.

24  Phelps, George A. Phillips, Bernie A. Piceno, E. Michael Pidgeon, Ernest J. Pierce, Greg A. Pinarelli,

25  Carl P. Pira, Dan R. Plein, Eric L. Pollom, Marcelo Populin, Lance E. Pound, Jason L. Powers,

26  Christopher M. Poznanski, Wayne J. Pratt, Michael L. Pridemore, Seliza Prodigalidad, Bob T.

27  Prutzman, Michael J. Prutzman, Duane D. Pudgil, Jesus W. Puente, Bretton J. Punches, Dalana S.

28  Pursel, John A. Queen, Colleen L. Quentin-King, Tasha K. Quest, May B. Quintanilla, Yesenia P.

**SECOND AMENDED COMPLAINT**

1  Quintos, Chris J. Raagas, Michael J. Rabell, Ronald W. Raddetz, Fernando Ramirez, Minerva Ramos,

2  Carlos R. Real, Robert M. Redding, Jr., Craig R. Reesor, Richard H. Reichner II, James H. Renwick,

3  Rodolfo V. Reyes, Julian M. Rico, Steven L. Riddle, Ricardo M. Rivas, Juan Rivera IIII, Bryan A.

4  Roberts, Elias Rodriguez, Manuel Rodriguez, Ramiro O. Rodriguez, Gary A. Roesink, Daniel G.

5  Roman, Luis A. Roman, Carlos Ronquillo, Jorge A. Rosales, Angel D. Rosario, Miguel Rosario,

6  Stephanie J. Rose, Edward L. Rosenbloom, Angela N. Rozsa, Lamar J. Rozsa, Jr., Jeffrey R. Ruckle,

7  Renee D. Ruff, Mariam Sadri, John J. Saflar, Lem Sainsanoy, Paul H. Salas, Alfonso Salvatierra, Jorge

8  Sanchez, Juan Sanchez, Scott A. Santagata, William J. Santarsiero, Edwin Santiago, Laura J. Santiago,

9  Tito L. Santos, Alejandrino C. Santos III, Christopher M. Sarot, Dennis Savage, Jade R. Sawyer, Jason

10 A. Scally, Cody K. Schaaf, Jack D. Schaeffer, Michael J. Schaldach, Margaret M. Schaufelberger,

11 Robert M. Schenkelberg, Glen R. Scherer, Cheryl J. Schlack, Joel A. Schmid, Phillip E. Schneider,

12 Steve D. Schnick, Paul W. Schwenn, Jason A. Scott, Eric P. Seiter, Thomas G. Seiver, Lloyd A.

13 Sentinella, Robert C. Shands, Patrick J. Shanley, Arthur H. Shannon, Christian T. Sharp, Marvin L.

14 Shaw, Steven M. Shaw, Daniel K. Shepherd, Damon E. Sherman, Mark G. Sherman, Michael S.

15 Shiraishi, Scott W. Shively, Dale T. Shockley, Sr., Daniel L. Shore, Amalia K. Sidhu, Jesse D.

16 Simeroth, Thomas G. Simonds, Robert E. Simpson, Randall J. Skinn, Charles A. Sleeper, Allen T.

17 Sluss, James Smith, James F. Smith, John C. Smith, Joseph Smith, Robert W. Smith, Russell Smith,

18 Timothy M. Smith, William T. Smith, Daniel J. Smyth, Sharon M. Smyth, Joseph G. Snarponis, Robert

19 W. Snead, Cesar A. Solis, David L. Soliven, Andrew Sorbie, Brandy A. Sorbie, Mark T. Soulia,

20 Andrew J. Spagnolo, Andrew E. Spear, David P. Speck, Edwin P. Speer, Wayne R. Spees, Scott C.

21 Spillane, David E. Spitzer, Michael L. Stacy, John Stadler, Eric A. Stafford, David W. Stafford, Jr.,

22 Daniel Stanley, Philip J. Stanley, Steven Staton, Francis Steffen, Neal A. Steffen, Blair A. Stephens,

23 Cyndi L. Stetson, William S. Stetson, James A. Stewart, Kenneth P. Stewart, Elliot S. Stiasny, Robert

24 M. Stinson, Robert G. Stites, Ross E. Stone, Roger A. Stonier, Jr., Jerry G. Stratton, John J. Stricklin,

25 Spencer E. Sturm, William F. Stutz, Mark C. Sullivan, Patrick L. Sullivan, Thomas A. Sullivan, Robert

26 R. Summers, Valari C. Summers, Colonel F. Surratt, David M. Surwilo, Aleksei E. Sviridov, Michael

27 J. Swanson, William S. Sweeney, Michael A. Sweet, James Sweetser, Jeffrey D. Swett, John E.

28 Szakara, Esmeralda Tagaban, William D. Taitano, Louis A. Tamagni, Michael T. Tansey, John H. Tate,

**SECOND AMENDED COMPLAINT**

1  Dana D. Taylor, James T. Teer, Victor J. Tejeda, Karen-Anne Tenney, Marvin E. Terry, Christopher

2  M. Tews, Alvin Thach, Joseph I.T. Thomas, Joycelyn S. Thomas, George R. Thomas III, Freddie B.

3  Thornton, Jr., Johanna M. Thrasher, Linda H. Tibbetts, Lee D. Timmerman, Linda L. Tousley, Merrit

4  M. Townsend, John M. Tracy, John A. Trent, James F. Tulumello, Meghan R. Turi, Kimberly K.

5  Ukuzato Easto, Thomas G. Underwood, Edwin Valentin, Ramon Valentin, Wendy J. Valentin, Louis

6  E. Valenzuela, Mark A. Van Abel, Janine A. Van Antwerp, Edward F. Van Laningham, Rodney L.

7  Vandiver, James G. Varonfakis, Kevin G. Vasquez, Linda G. Vasquez, Christopher M. Velovich,

8  Michelle R. Velovich, Kenneth J. Verdone, Edward M. Verduzco, Richard Vergara, Daniel R. Vile,

9  Patrick T. Vinson, John B. Vivoli, Duane A. Voss, Gary R. Voss, Gerard M. Waclawek, Sylvester

10  Wade, Jr., Kevin L. Wadhams, Elyse S. Wagner, Gaye D. Wagner, Thomas Wagner, Kristopher M.

11  Walb, Curtis J. Waldecker, Steven R. Waldheim, David R. Walker, Daniel K. Wall, Mitchell B.

12  Wallace, Gregory H. Walton, Deanna M. Warrick, Sean J. Waterman, Donald E. Watkins, Mark S.

13  Watkins, Victoria D. Watkins, Dean C. Way, Matthew E. Weathersby, Sedonia B. Weathersby, Stephen

14  E. Webb, Elizabeth D. Weber, Carl W. Weber III, Arthur L. Weismann, Jordan V. Wells, Robert D.

15  Wells, Diane Wendell, Daniel B. Westney, Teofilo Weston, Raymond J. Wetzel, Scott S. Wilkinson,

16  Alphonso Williams, Brent L. Williams, David W. Williams, Donald C. Williams, Michael D. Williams,

17  Michael R. Williams, Michael S. Williams, Timothy R. Williams, Darryl L. Willis, Jeff D. Willkomm,

18  Robert E. Wills, Dan M. Wilson, Frederick L. Wilson, Lawrence E. Wilson, David J. Winans, Eric A.

19  Wiseman, Daniel A. Witt, Dawn E. Wolfe, Karin D. Wong, Kevin G. Wong, Thomas A. Wood, Steven

20  M. Woodrow, Judith L. Woods, William H. Woods IV, John M. Wray, Stephen W. Wright, Jeffrey J.

21  Wuehler, Michael V. Yaptangco, Rufino Yaptangco, George A. Youkhanna, Adam G. Young, Bryan

22  V. Young, Mathew T. Zaitz, Peter J. Zajda, Steven S. Zasueta, Felix Zavala, Jason P. Zdunich, Matthew

23  T. Zdunich, Angela M. Zdunich-Goldman, Monica Zepeda, Timothy P. Zetterlund, Evan B. Ziegler,

24  Jeffrey P. Ziegler, James A. Zirpolo, Laura M. Zizzo, Louis M. Zizzo, Edward M. Zwibel, Robert C.

25  Acosta, Julie M. Adams, Robert H. Adams, Jason D. Aguilar, Richard A. Aguilar, Wesley T. Albers,

26  Melvin C. Allen, Karen A. Almos, Karen A. Almos, Mark C. Amancio, Peter A. Amancio, Kevin M.

27  Ammon, Peggy A. Anderson, Thomas J. Andrews, Jose J. Arguelles, Christopher S. Armstrong, Wesley

28  R. Ashcraft, John B. Bailey, Ronald W. Bailiff, Robert Banuelos, Debbie K. Becker, Charles J. Belletti,

1 | Joe A. Benavides, Kelly L. Besker, Daniel A. Binkerd, Victoria M. Binkerd, Dean R Bishop, Carlton

2 | F. Black, Brian R. Blagg, Edward L. Blum, Steven B. Bourasa, Christopher P. Bowers, Douglas M.

3 | Braca, Cindy L. Brady, Paul D. Brinkerhoff, James A. Brooks, James R. Brown, Robert D. Brown,

4 | William M. Brown, Thomas J. Broxtermann, Richard J. Bulette, David W. Burke, Christopher G.

5 | Buxton, Laurie Cairncross, Francis M. Cali, John L. Call, Janet M. Campbell, Hector S. Carlos, John

6 | D. Carpenter, John J. Carroll, C. D'Ann Carter, Jeffery S. Carter, Peter J. Caruso, Nydia M. Castro,

7 | Jesus G. Cesena, Yezenia E. Chavez, Robert Christano, Gregory D. Clark, James C. Clark, John R.

8 | Cleavinger, William L. Clem, James R. Clift, Garry Collins, Paul D. Conley, Paul J. Connelly, Lisa M.

9 | Cook, Timothy S. Coyle, Clint J. Crockett, Peter H. Cruz, Jr., Joshua T. Da Foe, Darby L. Darrow,

10 | Robert W. Daun, Lisa K. Davies, Charles R. Davis, Kelly R. Davis, Terri L. Davis-Cole, Colin K. Day,

11 | William G. Day, Jeffrey A. Dean, Bruce C. Debord, Maria I. Delgadillo, Alejandro Diaz, Steve P.

12 | Dickinson, Daniel W. Dierdorff, Jr., Felicisimo M. Dizon III, Stephen C. Douglas, Eric T. Drilling,

13 | David P. Dunhoff, Mitchell L. Dunhoff, Craig T. Eastep, Donna Eastep, Elmer M. Edwards, Chad W.

14 | Elliott, Hector J. Emerson, James D. English, Walter M. Escobar, Irving A. Escobedo, Robert C.

15 | Fabregas, Bill Farrar, Michael W. Farrell, Donald L. Fasching, Sue E. Fasching, Junar Fernandez, Riter

16 | J. Flores, Richard A. Fox, Brian S. French, David A. Garcia, George E. Garvey, David K. Gibson, Cory

17 | E. Gilmore, Ronald D. Glass, Steven T. Glasser, Juan R.  Gonzales, Hilda Gonzalez-Reed, Scott T.

18 | Gosnell, Michael J. Gottfried, Jarvis J. Gresham, Michael Groff, Jeffrey G. Gross, Perry J. Grossmann

19 | Daniel L. Grubbs, Kurt L. Grube, Martin T. Guerra, Michael A. Haley, Daniel G. Hall, Robert J.

20 | Hawkins, Alan J. Hayward, George A. Head, Frederick J. Helm, III, Crystal A. Hernandez, Carlton R.

21 | Hershman, David A. Hickey, Daniel J. Higdon, Roger E. Higgins, Jr., Steven G. Hobbs, George A.

22 | Hoffman, Larry D. Holloway, Darryl A. Hoover, Hector E. Hoyte, Kenneth L. Hubbs, Michael P.

23 | Hurley, Kenneth E. Impellizeri, Jay M. Jacob, Jerome O. Joaquin, Richard L. Johnson, Jr., David H.

24 | Jones, Pepper L. Kelly, Anna M. Knuth, Assie L. Kramer, Gerry M. Kramer, Denny K. Kremer,

25 | Richard G. Krueger, Jr., Darrell D. Kyler, Howard A. Labore, Carlos D. Lacarra, Jose V. Laguda, Jose

26 | V. Laguda, Christopher C. Larson, Farrell K. Layton, Gordon R. Leek, John Letteri, Jack T. Lilly, Jaime

27 | Limon, Darrell K. Little, Melvin J. Lofftus, Jesse W. Lopez, Robert C. Lopez, Jonathan Lowe, Mark

28 | S. Lucchesi, Ernesto Luna, Shane A. Lynn, Richard Maler, Ronald A. Manaigre, Jeffrey S. Martinez,

**SECOND AMENDED COMPLAINT**

1 | Phillip A. Martz, Jr., Michael Maschmeier, Ralph C. Mauzy, Perry L. Mcivor, Patrick J. Mclarney,

2 | Michael D. Mcleod, Sharon K. Mcnair, Jose M. Mendez, Michael J. Mendez, Kerry A. Mensior,

3 | Rudolph S. Merhar, Richard D. Metz, Jr., Cindy L. Meyer, Peter R. Mills, Brian D. Moore, Miguel P.

4 | Morales, Peter A. Morales, Scott A. Morrison, Edward D. Murphy II, Craig L. Myrom, Angelica

5 | Navarro-Moran, Gordon R. Nikkola, Matthew E. Novak, Edward Garrick Nugent, Jr., Jay R. Odom,

6 | Harold J. Oliver, Jr., Jason P. Omundson, Sandra S. Oplinger, Lee A. Orsino, William T. Orvosh, Raul

7 | R. Padilla, Denise R. Page, Richard C. Parpart, Jamal X. Pasha III, Paul E. Paxton, Jack R. Pearson,

8 | Charles J. Peck III, Vanthoeun Pen, Jose P. Perez, Marco L. Perez, Richard Perkins, Vernon J. Peterson,

9 | Scott M. Pickard, Kevin W. Pierce, Ernesto Pinedo, Jr., John R. Piner, Marc A. Pitucci, Jose L. Ramos,

10 | Joseph A. Ramos, Ralph Ramos, Marcus Ramsey, Kevin C. Rausis, Dwight P. Reece, Roy E. Reed,

11 | Anthony Reese, Jr., John J. Reif, Wendy S. Reno, Jacob M. Resch, Robert L. Rex, Rolanda M.

12 | Ricardez, Ronald L. Rice, Phillip H. Rice IV, Benda T. Richmond, Ward A. Rickman, Darin J. Ries,

13 | Andres H. Rios, Carmelin Rivera, Francisco Rivera, Maria D. Rivera, Gary V. Rivers, Thomas A.

14 | Rizzo, Todd J. Robertson, Larry J. Robertson II, Steve R. Robinson, Jason P. Rocha, Ana B. Rodriguez,

15 | Jaime R. Rodriguez, Bobby D. Rollins, Mario I. Romano, Fausto W. Romero, David L. Root, Paul R.

16 | Rorrison, Robin J. Rose, Steven M. Rosenbloom, Raymond H. Rowe, Jr., Michael Rubio, Robert S.

17 | Rude, Brad D. Ruff, Patrick A. Ruffner, John S. Russell, Joseph L. Ruvido, James W. Ryan, Lynn D.

18 | Rydalch, Ivan A. Sablan, Artemis D. Sadlier, Alan J. Samuelson, Tristan T. Schmottlach, James C.

19 | Schorr, Ernesto Servin, Stephen Shebloski, Lori A. Sinclair, Steven E. Skinner, George D. Smith,

20 | Sandra P. Smullen, Gina M. Spadacini, Anthony J. Spagnolo, Howard W. Spetter, Joseph R. Steffen,

21 | Joseph R. Steffen, Marc A. Stephens, Jeffrey J. Sterling, Leslie W. Stewart, Natalie A. Stone, Daniel

22 | T. Stuber, Sophia I. Suarez, Brian J. Szymonik, Rudolph G. Tai, Jr., Mark A. Tallman, Phlip J. Terhaar,

23 | Scott A. Thompson, Daniel D. Toneck, Terence N. Torgersen, Francisco J. Torres, Scott A. Townsend,

24 | Larry D. Triplett, Jr., Bernard P. Updike, Jr., Dominic L. Valaile, Janis E. Valencia, Jimmy I. Valle,

25 | Ron W. Van Cleave, Dale Van Horn, Robert J. Van Wulven, Michael E. Vargas, Danny Vega, Sylvia

26 | A. Vella, Steven D. Villalobos, Joseph T. Waggaman, Gaye D. Wagner, James M. Watkins, Jr., Ross

27 | M. Weaver, Dianna M. Webb, Michael J. Webb, Murdock J E. Weltzien, David A. West, David L.

28 | Whitfield, Richard A. Widner, Jonathan D. Wiese, Mark A. Willhelm, Darrell L. Williams, Donna L.

**SECOND AMENDED COMPLAINT**

1  Williams, Garrett N. Williams, Timothy D. Williams, Tina M. Williams, Howard C. Williams, Jr.,

2  Frank H. Wilson, Roger K. Wong, John R. Young, Anthony Zeljeznjak, Shelley J. Zimmerman, Hans

3  S. Zingheim,Simon V. Ty, Thomas M. Rhodes, Suzanne Huntington, Jerrilyn Sober, Donna Wescott,

4  Heidi Hawley, Max G. Verduzco, Danny W. Hollister, ("Plaintiffs") were employed by Defendant City

5  of San Diego.

6      4.      Defendant City of San Diego ("Defendant City" or "City") is a political subdivision of

7  the State of California, a local government "employer" under 29 U.S.C. §203(r),(s), and a "person"

8  under California Business and Professions ("Bus. & Prof.") Code §17201.

9      5.      Plaintiffs are ignorant of the names and capacities of the individuals or entities sued

10  herein as Doe One through 10, inclusive ("Does"), and therefore sue these Defendants by such fictitious

11  names.  Plaintiffs will amend this Complaint to allege the true names and capacities of the same when

12  ascertained.   Plaintiffs are informed and believe and thereon allege that each said Defendant is

13  responsible in some manner for the occurrences, losses and injuries alleged.

14      6.      At all times relevant to this Complaint, the acts and omissions of a natural person-

15  Defendant who is or may be identified as an official, employee or agent of an entity-Defendant, was

16  undertaken in accordance with and represents the official policies of the later or was undertaken and

17  represents the official policies or procedures of the same, for which the former is sued in both his or

18  her individual and official capacity.  At all times relevant to this Complaint, each Defendant conspired,

19  committed, ordered, directed, supervised, allowed, planned, ratified, concealed, organized, or otherwise

20  participated in one or more of the acts alleged below.

21                              **GENERAL ALLEGATIONS**

22      7.      At all times relevant to this Complaint, Defendants required Plaintiffs ("Peace Officers")

23  to work, perform duties and spend time, which they did, that constituted time and hours worked, for

24  which Defendants wilfully, voluntarily, deliberately and intentionally failed and refused to count as time

25  and hours actually worked by Peace Officers, who in turn were not compensated at their regular,

26  premium or overtime wage rate for, including but not limited to, the following time and hours worked

27  ("Common Overtime Practices"):

28              *(A).*     Time spent preparing for, participating in and performing preshift and

---

23

**SECOND AMENDED COMPLAINT**

1  post-shift activities that are required, integral and an indispensable part of the work and principal

2  activities of Peace Officers, including but not limited to preshift, post-shift and shift change briefings

3  and related activities, preparation for roll-call, inspections, preparation, review and/or finalization of

4  arrest and/or investigation reports, preparing, traveling and making court appearances, deployment

5  related activities, collecting, returning, cleaning and/or maintaining equipment and/or uniforms;

6      *(B).*    Time spent donning, doffing, dressing-up and dressing-down of

7  protective and/or other specialized equipment, gear and outfitting that is integral and indispensable to

8  the work and principal activities of Peace Officers, including but not limited to getting dressed into

9  uniform and vest, checking all equipment attached to their belt to insure that all safety equipment was

10  functioning properly;

11      *(C).*    Time spent walking to and from preshift and post-shift activities, work

12  areas, stations, the locker room, roll-call, the briefing room, the equipment room, posts and patrol

13  vehicles;

14      *(D).*    Time spent working during meal, rest break and free-time periods that

15  were predominantly for the Defendants' benefit, during which time Peace Officers were not completely

16  relieved of duty.

17      8.    At all times relevant to this Complaint, each Plaintiff has incurred necessary

18  expenditures in direct consequence of the discharge of his or her duties and/or in obedience to the

19  directions of Defendants, who systematically, knowingly and wilfully or otherwise failed and refused

20  to fully reimburse and/or indemnify Plaintiffs, and otherwise systematically, knowingly and wilfully

21  taxed each partial reimbursement of work related expenses paid to the same, including but not limited

22  to the following:

23      *(A).*    No reimbursement of expenditures during the first year of employment,

24  incurred in purchasing, maintaining and/or cleaning uniforms, weapons, ammunition, gear, safety

25  equipment, and cleaning and lubricating supplies, mileage, fuel, wear and tear on personal vehicles, and

26  parking fees, associated with traveling to court ("Common Work Expense Reimbursement Practices");

27      *(B).*    Taxing partial reimbursements for the purchase and maintenance of

28  uniform pants, tie, belt, shirt, holster, ammunition pouch, and pistol belt keepers ("Common

24

**SECOND AMENDED COMPLAINT**

)                    )

1    Reimbursement Taxing Practices").

2        9.    At all times relevant to this Complaint, Defendants adopted, followed and promoted

3    policies and procedures that have resulted in their refusal and/or failure to accurately record, keep and

4    maintain time and wage records required by federal and state law ("Common Record Keeping

5    Practices").

6        10.    As of July 1, 2005, the City's tentative labor-management agreement with the employee

7    organization representing Plaintiffs, that became an enforceable contract after being adopted by the

8    City's governing body, expired ("Expired-MOU").

9        11.    Under the Expired-MOU, the City excluded Peace Officers from any partial exemption

10   from §7(a) of the Fair Labor Standards Act.

11       12.    The intent of the parties to the Expired-MOU was that the internal grievance procedure

12   under the same is optional *and* limited in scope to the interpretation or application of a particular term

13   of the same.  Plaintiffs are otherwise excepted from the internal grievance procedure because (1) the

14   subject of this controversy lies outside the City's authority, (2) pursuit of a grievance would result in

15   irreparable harm, (3) the grievance remedy would be inadequate, (4) the outcome of the grievance

16   remedy is already known, rendering the grievance procedure futile, (5) this controversy involves

17   constitutional rights and matters of important public policy, and/or (6) this controversy involves a class

18   action.

19       13.    Plaintiffs are not parties to the Expired-MOU, but are the intended beneficiaries of the

20   same.

21       14.    Each Peace Officer entered into a separate hiring agreement with the City ("Peace

22   Officer Hiring Agreements"), which does not contain a provision that mandates use of the optional

23   grievance procedure under the Expired-MOU.

24       15.    At all times relevant to this Complaint, Defendants required Peace Officers to work,

25   perform duties and spend time, which they did, that constituted time and hours worked under the

26   Expired-MOU, for which Defendants wilfully, voluntarily, deliberately and intentionally failed and

27   refused to count as time and hours actually worked by Peace Officers, who in turn were not

28   compensated at their regular, premium or overtime wage rate for time and hours worked under

1 | Common Overtime Practices ("Common Expired-MOU Overtime Practices").

2 | ### FIRST CLAIM FOR RELIEF

3 | #### FLSA §7(a) Violations

4 | [29 U.S.C. §207(a)]

5 | Against all Defendants

6 | 16.   Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated

7 | here.

8 | 17.   Under the Fair Labor Standards Act of 1938 and the Portal to Portal Act of 1947 [29

9 | U.S.C. §§201-219, 251-262], and applicable amendments, regulations and case law, including but not

10 | limited to *IBP, Inc. v. Alvarez*, 126 S.Ct. 514 (2005) ("FLSA"), each covered employer, such as

11 | Defendant City, is required to compensate each nonexempt employee, such as Plaintiffs, for all time

12 | spent and activities that are an integral and indispensable part of the employee's principle activities,

13 | suffered or permitted by the employer, and all hours worked.

14 | 18.   Each Defendant's acts, omissions and Common Overtime Practices constitute wilful,

15 | voluntary, deliberate or intentional violations of FLSA §7(a) [29 U.S.C. §207(a)] by failing and refusing

16 | to count all time and hours actually worked by Peace Officers, for which they were not compensated

17 | at their regular, premium or overtime wage rate.

18 | 19.   As a result of each Defendant's violations, Plaintiffs seek and are entitled to the

19 | following: *(a)* For recovery of unpaid overtime compensation and an additional equal amount as

20 | liquidated damages, as set forth under FLSA §16(b) [29 U.S.C. §216(b)]; *(b)* For an award of costs and

21 | reasonable attorney fees, as set forth under FLSA §16(b) [29 U.S.C. §216(b)]; *(c)* For prejudgment

22 | interest; and *(d)* For other relief deemed just and proper.

23 | ### SECOND CLAIM FOR RELIEF

24 | #### Lab. Code §226.7 Violations

25 | Against all Defendants

26 | 20.   Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated

27 | here.

28 | 21.   Under Lab. Code §226.7, employers, such as Defendant City, are *prohibited* from

---

26

**SECOND AMENDED COMPLAINT**

1 | requiring any employee, such as Plaintiffs, to work during any meal or rest period mandated by Wage

2 | Order 17-2001 [8 C.C.R. §11170] of the Industrial Welfare Commission.

3 |      22.    Each Defendant's acts, omissions and Common Overtime Practices constitute violations

4 | of Lab. Code §226.7, for which Plaintiffs seek and are entitled to the following: *(a)* For recovery of one

5 | additional hour of pay for each current or former employee, at his or her regular rate of compensation,

6 | for each work day that a meal or rest period was not provided; *(b)* For an award of reasonable attorney

7 | fees, as set forth under California Code of Civil Procedure ("C.C.P.") §1021.5; *(c)* For an award of

8 | prejudgment interest; *(d)* For an award for costs of suit; and *(e)* For other relief deemed just and proper.

9 | **THIRD CLAIM FOR RELIEF**

10 | **Lab. Code §512 Violations**

11 | Against all Defendants

12 |      23.    Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated

13 | here.

14 |      24.    Under Lab. Code §512, employers, such as Defendant City, are *prohibited* from

15 | requiring any employee, such as Plaintiffs, *to (a)* work more than five hours per day without providing

16 | the employee with a meal period of not less than 30 minutes *or (b)* work more than 10 hours per day

17 | without providing the employee with a second meal period of not less than 30 minutes.

18 |      25.    Each Defendant's conduct alleged above constitutes violations of Lab. Code §512, for

19 | which Plaintiffs seek and are entitled to the following: *(a)* For recovery of underpaid regular, overtime

20 | and premium rate wages; *(b)* For recovery of $50 for each initial violation, and $100 for each

21 | subsequent violation, for each employee for each pay period where the employee failed to receive

22 | compensation for working during a meal period, as set forth under Lab. Code §558; *(c)* For an award

23 | of reasonable attorney fees, as set forth under C.C.P. §1021.5; *(d)* For an award of prejudgment interest;

24 | *(e)* For an award of costs of suit; and *(f)* For other relief deemed just and proper.

25 | **FOURTH CAUSE OF ACTION**

26 | **Labor Code §2802 Violations**

27 | **(Pre-July 2005)**

28 | Against all Defendants

)                                    )

26.    Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated here.

27.    Under Lab. Code §2802, each employer, such as Defendant City, is required to reimburse or indemnify each employee, such as Plaintiffs, for expenditures incurred in direct consequence of the discharge of his or her duties or in obedience to the employer's directions.

28.    Each Defendant's acts, omissions and Common Work Expense Reimbursement Practices prior to July 1, 2005 constitute violations of Lab. Code §2802, for which Plaintiffs seek and are entitled to the following: *(a)* For reimbursement and indemnity for all expenditures incurred in direct consequence of the discharge of duties or in obedience to directions; *(b)* For reasonable attorney fees, as set forth under Lab. Code §2802 and C.C.P. §1021.5; *(c)* For prejudgment interest and costs of suit; and *(d)* For other relief deemed just and proper.

## FIFTH CAUSE OF ACTION

### Labor Code §2802 Violations

### (Post-June 2005)

### Against all Defendants

29.    Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated here.

30.    Under Lab. Code §2802, each employer, such as Defendant City, is required to reimburse or indemnify each employee, such as each Plaintiffs, for expenditures incurred in direct consequence of the discharge of his or her duties or in obedience to the employer's directions.

31.    Each Defendant's acts, omissions and Common Work Expense Reimbursement Practices after June 30, 2005 constitute violations of Lab. Code §2802, for which Plaintiffs seek and are entitled to the following: *(a)* For reimbursement and indemnity for all expenditures incurred in direct consequence of the discharge of duties or in obedience to directions; *(b)* For reasonable attorney fees, as set forth under Lab. Code §2802 and C.C.P. §1021.5; *(c)* For prejudgment interest and costs of suit; and *(d)* For other relief deemed just and proper.

///

///

**SECOND AMENDED COMPLAINT**

## SIXTH CLAIM FOR RELIEF

### Breach of Contract

### Against all Defendants

32.     Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated here.

33.     Each Defendant's acts, omissions, Common Reimbursement Taxing Practices and Common Expired-MOU Overtime Practices constitute a breach of the Expired-MOU, for which Plaintiffs have not opted, and were not required, to file an internal grievance.

34.     As a direct and proximate result of each Defendant's breach, Plaintiffs have suffered injury, loss and damages, for which Plaintiffs seek and are entitled to the following: *(a)* For the recovery of general and special damages, according to proof; *(b)* For an award of prejudgment interest; *(c)* For an award of costs of suit; and *(d)* For other relief deemed just and proper.

## SEVENTH CLAIM FOR RELIEF

### Unfair Competition

### [Bus. & Prof. Code §17200]

### Against all Defendants

35.     Plaintiffs allege and incorporate by reference the preceding paragraphs as if fully stated here.

36.     Each Defendant's acts, omissions, violations of law and breach of contract constitute separate unlawful and unfair competition and business practices prohibited under Bus. & Prof. Code §17200, *et seq.*, according to which each Defendant is a "person" whose alleged conduct constitutes a "business practice," liability for which is not an infringement upon Defendant City's sovereign authority to provide public safety because the unlawful business practices pertain to wage and hour related rules and regulations governing employers within the State of California, for which Plaintiffs seek and are entitled to the following: *(a)* For declarative and injunctive relief, as set forth under Bus. & Prof. Code §17203; *(b)* For recovery of restitution or disgorgement of monies improperly withheld and profits unfairly obtained by Defendants; *(d)* For an award of reasonable attorney fees, as set forth under C.C.P. §1021.5; *(e)* For an award of prejudgment interest and costs of suit; and *(f)* For other relief

1   deemed just and proper.

2                              **DEMAND FOR JURY TRIAL**

3          37.    Plaintiffs, on behalf of themselves, other employees similarly situated, the FLSA

4   Collective Action Plaintiffs and the Class/Sub-Class, demand a trial by jury as provided by FRCP Rule

5   38(a).

6                               **PRAYER FOR RELIEF**

7          38.    Wherefore, Plaintiffs pray for judgment and other relief against Defendants, jointly and

8   severally, on each claim for relief, as set forth below.

9          39.    On the First Claim for Relief for FLSA §7(a) violations:

10                       *(a)* For recovery of unpaid overtime compensation and an additional equal

11  amount as liquidated damages, as set forth under FLSA §16(b) [29 U.S.C. §216(b)];

12                       *(b)* For an award of costs and reasonable attorney fees, as set forth under FLSA

13  §16(b) [29 U.S.C. §216(b)];

14                       *(c)* For prejudgment interest; and

15                       *(d)* For other relief deemed just and proper.

16         40.    On the Second Claim for Relief for Lab. Code §226.7 violations:

17                       *(a)* For recovery of one additional hour of pay for each current or former

18  employee, at his or her regular rate of compensation, for each work day that a meal or rest period was

19  not provided;

20                       *(b)* For an award of reasonable attorney fees, as set forth under C.C.P. §1021.5;

21                       *(c)* For an award of prejudgment interest;

22                       *(d)* For an award for costs of suit; and

23                       *(e)* For other relief deemed just and proper.

24         41.    On the Third Claim for Relief for Lab. Code §512 violations:

25                       *(a)* For recovery of underpaid regular, overtime and premium rate wages;

26                       *(b)* For recovery of $50 for each initial violation, and $100 for each subsequent

27  violation, for each employee for each pay period where the employee failed to receive compensation

28  for working during a meal period, as set forth under Lab. Code §558;

)                                    )

1                    *(c)* For an award of reasonable attorney fees, as set forth under C.C.P. §1021.5;

2                    *(d)* For an award of prejudgment interest;

3                    *(e)* For an award of costs of suit; and

4                    *(f)* For other relief deemed just and proper.

5        42.     On the Fourth Claim for Relief for Lab. Code §2802 violations (Pre-July 2005):

6                    *(a)* For reimbursement and indemnity for all expenditures incurred in direct

7  consequence of the discharge of duties or in obedience to directions;

8                    *(b)* For reasonable attorney fees, as set forth under Lab. Code §2802 and C.C.P.

9  §1021.5;

10                  *(c)* For prejudgment interest and costs of suit; and

11                  *(d)* For other relief deemed just and proper.

12       43.     On the Fifth Claim for Relief for Lab. Code §2802 violations (Post-June 2005):

13                 *(a)* For reimbursement and indemnity for all expenditures incurred in direct

14  consequence of the discharge of duties or in obedience to directions;

15                 *(b)* For reasonable attorney fees, as set forth under Lab. Code §2802 and C.C.P.

16  §1021.5;

17                  *(c)* For prejudgment interest and costs of suit; and

18                  *(d)* For other relief deemed just and proper.

19       44.     On the Sixth Claim for Relief for breach of contract:

20                  *(a)* For the recovery of general and special damages, according to proof;

21                  *(b)* For an award of prejudgment interest;

22                  *(c)* For an award of costs of suit; and

23                  *(d)* For other relief deemed just and proper.

24      45.     On the Seventh Claim for Relief for Unfair Competition:

25                 *(a)* For declarative and injunctive relief, as set forth under Bus. & Prof. Code

26  §17203;

27                 *(b)* For recovery of restitution or disgorgement of monies improperly withheld

28  and profits unfairly obtained by Defendants;

---

31

**SECOND AMENDED COMPLAINT**

1         *(c)* For an award of reasonable attorney fees, as set forth under C.C.P. §1021.5;

2         *(d)* For an award of prejudgment interest and costs of suit; and

3         *(e)* For other relief deemed just and proper.

4

  Dated: January 11, 2006                   GREGORY G. PETERSEN, ESQ.

5                               MICHAEL ANTHONY JENKINS, ESQ.
                              JUSTIAN JUSUF, ESQ.

6                               REX HWANG, ESQ.
                              **CASTLE, PETERSEN & KRAUSE LLP**

7                               **Attorneys at Law**

8

9                           By: _____
                                  Michael Anthony Jenkins

10                           Attorneys for Plaintiffs MARCUS R. ABBE, et al.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SECOND AMENDED COMPLAINT**

**MARCUS R. ABBE, ET AL. V. CITY OF SAN DIEGO**
**USDC, Southern District, Case No. 05 CV 1629 DMS (JMA)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

     I am employed in the county of Orange, state of California. I am over the age of eighteen and not a party to the within action; my business address is: 4675 MacArthur Court, Suite 1250, Newport Beach, California 92660.

     On January 1, 2006, I served the within,

**SECOND AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF, AND DEMAND FOR JURY TRIAL, BASED ON: 1. FAIR LABOR STANDARDS ACT §7(a) VIOLATIONS [29 USC §207(a)]; 2. CAL. LAB. CODE §226.7 VIOLATIONS; 3. CAL. LAB. CODE §512 VIOLATIONS; 4. CAL. LAB. CODE §2802 VIOLATIONS (PRE-JULY 2005); 5. CAL. LAB. CODE §2802 VIOLATIONS (POST-JUNE 2005); 6. BREACH OF CONTRACT; 7. UNFAIR COMPETITION [CAL. BUS. & PROF. §17200]**

by placing ___ the original / _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| MARK STIFFLER, Deputy City Attorney<br>Office of the City Attorney of San Diego<br>1200 Third Avenue, Suite 1100<br>San Diego, CA 92101-4100 | Attorney for Defendants<br>CITY OF SAN DIEGO |

(X)  **BY MAIL:** I am "readily familiar" with this firm's practice of collection, processing, and depositing mail, with postage fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

( )  **BY FACSIMILE:** In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) marked with a ^^^.

( )  **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

     Executed on January 12, 2006 at Newport Beach, California.


_____
JANIE ADAMS