








```
CAG    5/9/06    8:08
3:05-CV-01629    ABBE V. SAN DIEGO CITY OF
*50*
*O.*
```

Michael Anthony Jenkins, Esq. (Bar No. 171958)
Justian Jusuf, Esq. (Bar No. 201507)
CASTLE, PETERSEN & KRAUSE LLP
Attorneys at Law
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
E-mail: atty@cpk-law.com
Telephone: (949) 417-5600
Facsimile:   (949) 417-5610

Gregory G. Petersen, Esq. (Bar No. 77744)
CASTLE, PETERSEN & KRAUSE LLP
Attorneys at Law
8388 Vickers Street
San Diego, California 92111
E-mail: atty@cpk-law.com
Telephone: (858) 300-3824
Facsimile:   (858) 573-1574

Attorneys for Plaintiffs MARCUS R. ABBE, et al.

FILED

2006 MAY -8 PM 2:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ABBE, ET AL.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO, ET AL.,<br><br>        Defendants. | CASE NO. 05 CV 1629 DMS (JMA)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>[FRCP 41(a)(1)(i)] |

///
///
///

ENTERED ON 5-9-06

50 cag

-1-

NOTICE OF VOLUNTARY DISMISSAL

1 | TO THE COURT AND ALL PARTIES:

2 | NOTICE IS GIVEN THAT each Plaintiff named below voluntarily dismisses, without

3 | prejudice, his or her claims in these proceedings:

4 | Shelley J. Zimmerman

5 | Gregory J. Olson

Dated: May 3, 2006                    Respectfully submitted,

CASTLE, PETERSEN & KRAUSE LLP
Attorneys at Law

By: _____
    Michael Anthony Jenkins
    Attorneys for Plaintiffs

IT IS SO ORDERED
DATED 5-6-0_

_____
UNITED STATES DISTRICT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL

**MARCUS R. ABBE, ET AL. V. CITY OF SAN DIEGO**
USDC, Southern District, Case No. 05 CV 1629 DMS (JMA)

PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

I am employed in the county of Orange, state of California. I am over the age of eighteen and not a party to the within action; my business address is: 4675 MacArthur Court, Suite 1250, Newport Beach, California 92660.

On May 3, 2006, I served the within **NOTICE OF VOLUNTARY DISMISSAL** by placing _____ the original / __X__ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| GEORGE F. SCHAEFER,<br>Deputy City Attorney<br>(CA Bar 139399)<br>Office of the City Attorney of San Diego<br>1200 Third Avenue, Suite 1100<br>San Diego, CA 92101-4100 | Attorney for Defendants<br>CITY OF SAN DIEGO |
|---|---|

(X) **BY MAIL:** I am "readily familiar" with this firm's practice of collection, processing, and depositing mail, with postage fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

( ) **BY FACSIMILE:** In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) marked with a ^^^.

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on May 3, 2006 at Newport Beach, California.

Julie Weinstock

-3-

NOTICE OF VOLUNTARY DISMISSAL