M. Alim Malik, Bar No. 145546
amalik@jdtplaw.com
JACKSON DeMARCO TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614; Tel: 949.752.8585
Attorneys for Marcus Abbe and Brett Burkett, et al.

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ABBE, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF SAN DIEGO, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br>05-CV-1629 /06-C-0538 DMS (RBB)<br><br>NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION |

**The following information must be provided:**

I, _____M. Alim Malik_____ , _____145546_____ , _____amalik@jdtplaw.com_____
             *Name*                      *CA Bar ID Number*                      *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
Plaintiffs MARCUS ABBE, et al and BRETT BURKETT, et al.

and am requesting the following change(s):

### *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
                    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

☑ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

    Attorney Name _____ CA State Bar Number _____
    Firm/Government Agency Name _____
    Address: _____
    Telephone Number _____ Facsimile Number _____
    E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me as counsel of record was filed on: _____.

    ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

    ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: April 30, 2008                                   /s/ M. Alim Malik
                                                                               *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

# CERTIFICATE OF SERVICE
MARCUS ABBE, et al., v. CITY OF SAN DIEGO, et al.
USDC, Case No. 05-CV-1629 DMS (RBB) & 06-CV-0538

I, Marina Young, declare as follows:

I am employed in the County of Orange, State of California. My business address is Jackson, DeMarco, Tidus & Peckenpaugh, 2030 Main Street, Suite 1200, Irvine, California 92614. I am over 18 years of age and am not a party to the above-captioned matter.

On April 30, 2008, I served on the interested parties in said action a full, true and correct copy of: **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on all other parties and/or their attorney(s) of record to this action in the following manner:

| | |
|---|---|
| Peter H. Benzian, Esq.<br>Colleen C. Smith, Esq.<br>Aryn P. Thomas, Esq.<br>**LATHAM & WATKINS LLP**<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101-3375<br>Telephone: 619-236-1234<br>Facsimile: 619-696-7419 | *Attorneys for Defendant*<br>**CITY OF SAN DIEGO**<br><br>E-Mail:   peter.benzian@lw.com<br>            colleen.smith@lw.com<br>            aryn.thomas@lw.com |
| George Schaeffer, Esq.<br>Deputy City Attorney<br>Office of the City Attorney<br>1200 Third Avenue, Suite 1620<br>San Diego, CA 92101<br>Telephone: 619-533-5800<br>Facsimile:  619-633-5856 | *Attorney for Defendant*<br>**CITY OF SAN DIEGO**<br><br>E-Mail:   GSchaefer@sandiego.gov |

[X]   **NOTICE OF ELECTRONIC FILING:**   The counsel listed below have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ]   **E-MAIL:**   By attaching a PDF of the to an electronic mail sent to the e-mail address listed above, according to the parties' agreement.

- 1 -

780604.1

**CERTIFICATE OF SERVICE**

1     [ ]   **FACSIMILE:**   By transmitting a facsimile of the same over the fax number
2 listed above under the parties' agreement.

3     [ ]   **FIRST CLASS MAIL:**   By placing the same in a sealed, postage-paid
4 envelope, addressed to the name and address listed above, according to the parties' agreement.

5     [ ]   **OVERNITE COURIER SERVICE:**   I caused the documents to be placed
6 in appropriate packaging and delivered via overnight courier to the offices of the addresses. Such
7 envelope was deposited in or with a facility regularly maintained by the overnight courier service
8 with delivery fees fully pre-paid or provided for.

9     [ ]   **PERSONAL DELIVERY:** On the date set forth below, I placed the above-
10 referenced envelope(s) or package(s) in a box or location regularly maintained at my office for
11 our messenger/courier service or I delivered the envelope(s) or package(s) to a courier or driver
12 authorized by our messenger/courier service to receive documents. The package(s) was/were
13 placed in a sealed envelope(s) or package(s) designated by our messenger/courier service with the
14 delivery fees paid or provided for, addressed to the person(s) on whom it s to be personally served
15 at the address(es) shown above as last given by that person on any document filed in this cause.
16 The messenger/courier service was provided with instruction that the envelope or package be
17 personally served on the addressee(s) on _____, 2008.

18     [ X ]   **FEDERAL:** I declare that I am employed in the office of a member of the
19 California State Bar who is permitted to practice before this Court, at whose direction the service
20 stated above was made, and declare under penalty of perjury under the laws of the United States
21 that the foregoing is true and correct.

22     Executed on April 30, 2008, at Irvine, California.

By: /s/ Marina Young
    Marina Young

- 2 -

780604.1

**CERTIFICATE OF SERVICE**