Peter H. Benzian (Bar No. 47456)
Colleen C. Smith (Bar No. 231216)
Michael P. Pulos (Bar No. 246474)
Aryn P. Thomas (Bar No. 247989)
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236 -1234
Facsimile:   (619) 696-7419

George F. Schaefer (Bar No. 139399)
Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533 -5800
Facsimile:   (619) 533-5856

Attorneys for Defendant
City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ABBE, *et al.* | NOS. 05-CV-1629 & 06-CV-0538 DMS (RBB) |
| Plaintiffs, | DECLARATION OF ARYN THOMAS IN SUPPORT OF DEFENDANT'S MOTIONS *IN LIMINE* NOS. 1–16 |
| v. | |
| CITY OF SAN DIEGO, | Date: December 19, 2008<br>Time: 1:30 p.m.<br>Judge: Hon. Dana M. Sabraw<br>Ctrm: 10<br>Trial: January 5–30, 2009 |
| Defendant. | |

I, Aryn Thomas, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel for Defendant City of San Diego ("City"). I am licensed to practice law in the State of California and admitted before this Court. I submit this declaration in support of the City's Motions *in Limine* Numbers 1 through 16, filed concurrently herewith. The facts set forth herein are within my personal knowledge, to which I could and would testify competently if called upon to do so.

2. Since November 13, 2008, my colleagues and I have repeatedly and consistently tried to schedule the deposition of Plaintiff Angela Zdunich. I have sent numerous emails and had several phone calls with Juan Garcia of the Petersen Law Firm attempting to schedule this deposition. I am informed and believe that my colleagues Colleen Smith and Michael Pulos have similarly engaged Mr. Garcia via phone and email. Even after the Court's stated November 20, 2008 deadline passed, we continued to try and schedule this deposition. We have made numerous and repeated efforts to accommodate the schedule of both Plaintiffs' counsel and Ms. Zdunich, to no avail. Most recently, on November 30, Mr. Garcia informed us that Ms. Zdunich was traveling out of state and does not plan to return until December 11. Plaintiffs have still not offered a date for the deposition, despite our renewed requests. Due to the rapidly approaching trial date, and the overwhelming commitments of the City's counsel, December 16, 2008 is the only remaining date available, and the City's best attempt to conduct Ms. Zdunich's deposition ahead of trial. I have informed Plaintiffs' counsel of our availability for this date, but they have not yet committed to producing her on that date. I have also informed Plaintiffs' counsel that if Ms. Zdunich is produced for deposition, the City will withdraw its Motion *in Limine* Number 16 of 16 -- which seeks to exclude Ms. Zdunich as a trial Plaintiff.

3. Attached hereto as Exhibit 1 is a true and correct copy of Articles 26, 30, and 33 excerpted from the 2003 Memorandum of Understanding ("MOU") by and between the City of San Diego and the San Diego Police Officers' Association. The 2000, 2007, and 2008 MOUs contain nearly identical language for Articles 26, 30, 33.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Plaintiffs' counsel Christopher Nissen to Plaintiffs' counsel Greg Petersen and City's counsel Peter Benzian

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\659139.1

1

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
THOMAS DECLARATION IN SUPPORT OF
DEFENDANT'S MOTIONS *IN LIMINE* NOS. 1–16

1  and Colleen Smith re: Abbe-proposal for expert discovery and pre-trial/trial work up, dated July
2  22, 2008.

3      5.    Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' First
4  Supplemental Disclosure, dated December 12, 2006.

5      6.    Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Second
6  Supplemental Disclosure, dated August 30, 2007.

7      7.    Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Third
8  Supplemental Disclosure, dated November 14, 2008, which provides information only as to the
9  five trial Plaintiffs represented by Jackson, DeMarco, Tidus & Peckenpaugh ("JDTP").

10     8.    Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Fourth
11 Supplemental Disclosure, dated December 1, 2008, which provides information only as to the
12 five trial Plaintiffs represented by JDTP.

13     9.    Attached hereto as Exhibit 7 is a true and correct copy of a letter from JDTP
14 Plaintiffs' counsel Steve Colella to City's counsel Colleen Smith and Aryn Thomas, dated
15 November 26, 2008.

16     10.    Attached hereto as Exhibit 8 is a true and correct copy of an email, and an
17 attachment to that email in portable document format (pdf), from Plaintiffs' counsel, Gregory
18 Petersen, dated September 20, 2008, purporting to represent "damage" calculations for Plaintiffs
19 represented by the Petersen Law Firm ("PLF"). I have repeatedly requested that PLF provide an
20 Excel (or other format) version of the data, but PLF has not responded to my requests, and has
21 not provided us with this information in any other form.

22     11.    Attached hereto as Exhibit 9 is a true and correct copy of the City's First Set of
23 Interrogatories to Plaintiff Marcus Abbe, propounded August 31, 2006. Identical interrogatories
24 were propounded on all other Plaintiffs.

25     12.    Attached hereto as Exhibit 10 is a true and correct copy of a letter and attachment
26 from Plaintiffs' counsel Christopher Nissen to City's counsel Colleen Smith, dated June 1, 2007.

27     13.    Attached hereto as Exhibit 11 is a true and correct copy of a letter and attachment
28 from Plaintiffs' counsel Christopher Nissen to City's counsel Colleen Smith, dated June 4, 2007.

LATHAM&WATKINS<sup>LLP</sup>  SD\659139.1
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
THOMAS DECLARATION IN SUPPORT OF
DEFENDANT'S MOTIONS IN LIMINE NOS. 1–16

1   14.  Attached hereto as Exhibit 12 is a true and correct copy of a letter and attachment
2   from Plaintiffs' counsel Christopher Nissen to City's counsel Colleen Smith, dated June 13,
3   2007.
4   15.  Attached hereto as Exhibit 13 is a true and correct copy of a letter and attachment
5   from Plaintiffs' counsel Christopher Nissen to City's counsel Colleen Smith, dated June 18,
6   2007.
7   16.  Attached hereto as Exhibit 14 is a true and correct copy of a letter from City's
8   counsel George Schaefer to Plaintiffs' counsel Christopher Nissen, dated May 8, 2007.
9   17.  Attached hereto as Exhibit 15 is a true and correct copy of a letter from City's
10  counsel George Schaefer to Plaintiffs' counsel Stepheney Windsor, dated June 13, 2007.
11  18.  Attached hereto as Exhibit 16 is a true and correct copy of an email chain of
12  correspondence between City's counsel George Schaefer and Plaintiffs' counsel Christopher
13  Nissen dated July 19, 2007.
14  19.  Attached hereto as Exhibit 17 is a true and correct copy of a letter and attachment
15  from City's counsel Aryn Thomas to Plaintiffs' counsel Christopher Nissen and Greg Petersen,
16  dated October 22, 2008.
17  20.  Attached hereto as Exhibit 18 is a true and correct copy of a letter from City's
18  counsel Aryn Thomas to Plaintiffs' counsel Christopher Nissen, dated November 1, 2008.
19  21.  Attached hereto as Exhibit 19 is a true and correct copy of a letter from City's
20  counsel Aryn Thomas to Plaintiffs' counsel Christopher Nissen, dated November 18, 2008.
21  22.  Attached hereto as Exhibit 20 is a true and correct copy of a letter from City's
22  counsel Aryn Thomas to Plaintiffs' counsel Greg Petersen, dated November 18, 2008.
23  23.  Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the
24  Deposition of Dale T. Shockley.
25  24.  Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the
26  Deposition of Derek Diaz.
27  25.  Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the
28  Deposition of Thomas Rizzo.

LATHAM&WATKINSᴸᴸᴾ   SD\659139.1
ATTORNEYS AT LAW
SAN DIEGO
3
CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
THOMAS DECLARATION IN SUPPORT OF
DEFENDANT'S MOTIONS IN LIMINE NOS. 1–16

26. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the Deposition of Michael McCollough.

27. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Deposition of Alex Vargo.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Declaration of Thomas Broxtermann.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Declaration of Joseph Bane.

30. Attached hereto as Exhibit 28 is a true and correct copy of the Declaration of Neal Browder.

31. Attached hereto as Exhibit 29 is a true and correct copy of the Declaration of Kevin Friedman.

32. Attached hereto as Exhibit 30 is a true and correct copy of the Declaration of Ronald Larmour.

33. Attached hereto as Exhibit 31 is a true and correct copy of the Declaration of Michael McCollough.

34. Attached hereto as Exhibit 32 is a true and correct copy of the Declaration of Kerry Mensior.

35. Attached hereto as Exhibit 33 is a true and correct copy of the Declaration of Christopher Sarot.

36. Attached hereto as Exhibit 34 is a true and correct copy of the Declaration of Michael Shiraishi.

37. Attached hereto as Exhibit 35 is a true and correct copy of the Declaration of Angela Zdunich.

38. Attached hereto as Exhibit 36 is a true and correct copy of an SDPD Announcement dated November 15, 2007.

39. Attached hereto as Exhibit 37 is a true and correct copy of an SDPD Order dated September 19, 2008.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\659139.1

4

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
THOMAS DECLARATION IN SUPPORT OF
DEFENDANT'S MOTIONS *IN LIMINE* NOS. 1–16

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed this 5th day of December 2008, at San Diego, California.

_____
Aryn P. Thomas

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\659139.1

5

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
THOMAS DECLARATION IN SUPPORT OF
DEFENDANT'S MOTIONS IN LIMINE NOS. 1-16