Peter H. Benzian (Bar No. 47456)
Colleen C. Smith (Bar No. 231216)
Michael P. Pulos (Bar No. 246474)
Aryn P. Thomas (Bar No. 247989)
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

George F. Schaefer (Bar No. 139399)
Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant
City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ABBE, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF SAN DIEGO,<br><br>   Defendant. | NOS. 05-CV-1629 & 06-CV-0538 DMS (RBB)<br><br>**DEFENDANT CITY OF SAN DIEGO'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Date:  January 5, 2009<br>Time:  9:00 a.m.<br>Ctrm:  10<br>Judge:  Hon. Dana Sabraw |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\663246.2

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
DEFENDANT CITY OF SAN DIEGO'S PROPOSED
VOIR DIRE QUESTIONS

Defendant the City of San Diego, pursuant to the Court's Order and Local Rule 16.1(f)(9)(b), submits the following proposed voir dire questions to be asked by the Court to prospective jurors in addition to, or as a supplement to, the standard set of questions asked by the Court such as questions regarding the jurors' residence addresses, education, employment, prior jury service, and other basic background information.

1. I have read a brief description about this case. Have you read or heard anything about this specific case or about any lawsuits involving the parties in this case?

2. Have you, a family member, or close friend ever worked for, done business with, or been a member of?

   a) the City of San Diego;

   b) the San Diego Police Department;

   c) the San Diego Police Officers Association;

   d) the Petersen Law Firm, or Castle Petersen & Krause;

   e) Jackson DeMarco Tidus & Peckenpaugh;

   f) Latham & Watkins LLP;

   g) LECG LLP;

3. Have you, a family member, or close friend ever worked for any other law enforcement agency? If so, which one?

4. Did you come to court today with any positive or negative feelings about the City of San Diego?

5. Did you come to court today with any positive or negative feelings about the San Diego Police Department?

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\663246.2

1

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
DEFENDANT CITY OF SAN DIEGO'S PROPOSED
VOIR DIRE QUESTIONS

6. Did you come to court today with any positive or negative feelings about the San Diego Police Officer's Association?

7. Are you or any member of your family a union member?

8. Have you or any member of your family ever filed a claim against any of your employers?

9. As far as you know, have you, any members of your family, or close friends ever been arrested by or questioned by any law enforcement officer or agency?

10. Are you or a family member:

   a) Eligible for overtime pay in your current work position?

   b) Required to obtain pre-approval before working overtime?

   c) Paid for all the overtime worked?

   d) Required to wear any particular clothes or gear for your job?

   e) Required to get dressed into or out of a uniform or other gear at your workplace rather than at home?

11. Are you or any members of your family members of Mothers Against Drunk Driving (MADD) or other similar organizations?

12. Are you or any members of your family members of the National Rifle Association (NRA) or other similar organizations?

13. Do you believe in general that public employees in California are underpaid?

14. Do you believe in general that public employees in California are overpaid?

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO

SD\663246.2

2

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
DEFENDANT CITY OF SAN DIEGO'S PROPOSED
VOIR DIRE QUESTIONS

15. Have you heard or read about any problems the City of San Diego is having with its pension system?

16. Have you heard or read about any lawsuits brought by the City regarding pension benefits?

17. Would anything you have read or heard about those matters affect your ability to be a fair and impartial juror in this case?  If so, please explain?

18. Have you ever felt that you were not paid for time worked for which you believe you should have been paid?  If so, what did you do to address the issue?

19. Is there anything else you think the Court and parties in this dispute should know about you that might affect your ability to be a fair and impartial juror in this case?  If so, please explain

Dated:  December 29, 2008                LATHAM & WATKINS LLP

Office of the City Attorney
George Schaefer, Deputy City Attorney

By: /s/ Peter H. Benzian
    Peter H. Benzian
    peter.benzian@lw.com

Attorneys for Defendant the City of San Diego