FILED

FEB 13 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ABBE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, <br><br> Defendant. | NOS. 05-CV-1629 & 06-CV-0538 DMS (RBB) <br><br> SPECIAL INTERROGATORIES AND VERDICT FORM REGARDING JOSEPH BANE |

1. Did Plaintiff establish that he actually performed uncompensated "work"? (If you answer YES, please proceed to the next question. If you answer NO, please proceed to the last question on this form.)

   YES ___   NO ✓

2. Did the City fail to keep accurate records of the time Plaintiff worked? (If you answer NO, please answer question 2.a. If you answer YES, please proceed to question 2.b.)

   YES ___   NO ___

   a. Did Plaintiff prove the amount and extent of overtime worked through the City's records?

      YES ___   NO ___

   b. Did Plaintiff establish the amount and extent of overtime "work" as a matter of just and reasonable inference or by other evidence? (If you answer YES, please proceed to the next question. If you answer NO, please proceed to the last question on this form.)

      YES ___   NO ___

   c. Did the City produce evidence of the precise amount of work performed by Plaintiff? (If you answer NO, please proceed to the next question. If you answer YES, please proceed to question 3.)

      YES ___   NO ___

   d. Did the City establish that the inferences drawn from Plaintiff's evidence of the amount and extent of overtime worked were unreasonable? (If you answer NO, please proceed to the next question. If you answer YES, please proceed to the last question on this form.)

      YES ___   NO ___

3. Did Plaintiff establish that the City "suffered or permitted" Plaintiff to work uncompensated overtime? (If you answer YES, please proceed to the next question. If you answer NO, please proceed to the last question on this form.)

YES ___    NO___

    a. Did Plaintiff establish that the City had actual or constructive knowledge that employees were working uncompensated overtime? (If you answer YES, please proceed to the next question. If you answer NO, please proceed to the last question on this form.)

    YES ___    NO___

    b. Did Plaintiff establish that the City engaged in a pattern and practice of acquiescence to employees working uncompensated overtime?

    YES ___    NO___

4. Did Plaintiff establish that the City "willfully" violated the FLSA?

YES ___ (damages calculations begin as of August 16, 2002)

NO ___ (damages calculations begin as of August 16, 2003)

5. Did Plaintiff establish that he performed uncompensated "work" outside the scheduled work hours that was not "*de minimis*"? (If you answer YES, please proceed to the next question. If you answer NO, please proceed to the last question on this form.)

YES ___    NO___

6. Did Plaintiff establish that he performed uncompensated "work" prior to the start of his shift that was not "preliminary"?

YES ___    NO___

7. Did Plaintiff establish that he performed uncompensated "work" after the end of his compensated shift that was not "postliminary"?

YES ___    NO ___

8. Did the City establish that the agreed-upon four-hour-minimum for court pay was reasonable and adequate to compensate Plaintiff for off-duty court appearances and that it approximates what would otherwise be due to Plaintiff for overtime actually worked?

YES ___    NO ___

9. Did the City establish that the agreed-upon four-hour-minimum for call back time was reasonable and adequate to compensate Plaintiff for call back time and that it approximates what would otherwise be due to Plaintiff for overtime actually worked?

YES ___    NO ___

10. Did Plaintiff establish that he performed uncompensated "work" at home or at other locations? (If you answer YES, please proceed to question 10.a. If you answer NO, please proceed to question 11.)

YES ___    NO ___

   a. Did Plaintiff prove that the City "suffered or permitted" Plaintiff to perform "work" at home or at other locations?

   YES ___    NO ___

11. For each assignment, what amount of time did Plaintiff establish he worked without compensation, taking into account the "207(k) partial exemption"? (If you answered YES to question 4, please fill in 11.a, 11.c, and 11.d only. If you answered NO to question 4, please fill in 11.b, 11.c, and 11.d only.)

   a. SWAT (8/16/2002-10/24/2003)　　　　　_____hours per week
   b. SWAT (8/16/2003-10/24/2003)　　　　　_____hours per week
   c. Mounted (10/25/2003-3/14/2006)　　　　_____hours per week
   d. Traffic (3/15/2006-end date)　　　　　　_____hours per week

3

12. Through what date did Plaintiff establish he worked without compensation?

   _____

13. Answer this question only if you answered no to question 8. Did the City establish that it is entitled to a "Court Pay" offset for the number of hours paid in excess of the actual court appearance?

   YES ____   NO ____

   a. How many hours of "Court Pay" offsets did the City establish?

   _____ hours

14. Answer this question only if you answered no to question 9. Did the City establish that it is entitled to a "call back" offset for the number of hours paid in excess of the uncompensated time Plaintiff spent on call back duty?

   YES ____   NO ____

   a. How many hours of " call back" offsets did the City establish?

   _____ hours

15. Did the City establish that it is entitled to an offset for "Holiday Pay" for official holidays that Plaintiff was regularly scheduled to work?

   YES ____   NO ____

   a. How many hours of "Holiday Pay" offsets did the City establish?

   _____ hours

16. Based upon you answers on this form, please complete the following calculation to determine the number of hours Plaintiff worked for which he is owed compensation:

1      a.    Multiply the number of hours per week you found in your response to question 11 by the number of weeks worked in each assignment and add them together to reach a total number for all periods:

| Assignment | Hrs/week | | # weeks | | Hrs/Assignment |
|---|---|---|---|---|---|
| SWAT | _____ | x | _____ | = | _____ |
| Mounted | _____ | x | _____ | = | _____ + |
| Traffic | _____ | x | _____ | = | _____ + |
| | | | | **Total Hours** | _____ |

b.    Subtract from the total number of hours reflected in your answer to question 16.a above, the number of Holiday Pay offset hours and the number of Court Pay hours, if any, or call back offset hours, if any:

Total Hours (16.a.)      _____

Holiday Pay offset hours (15.a.)      – _____

Call back offset hours (14.a.)      – _____

Court Pay offset hours (13.a.)      – _____

    **Total Hours**      _____

If the total number of hours reflected above is zero or a negative number, please proceed to the last question on this form. If the total number of hours is a positive number, please proceed to the next question.

17.    Please multiply the number of hours shown in your answer to question 14.b. by $64.79 and enter your verdict in favor of the Plaintiff in that amount.

We find in favor of Plaintiff Joseph Bane (please check).      ☐

Total Amount $ _____ .

18.    If you have been directed to this question by reason of your responses to prior questions or because the number of hours shown in your answer to question 15.b is zero or a negative number, enter your verdict in favor of the City.

We find in favor of Defendant the City of San Diego (please check).      ☑

*Nedra Hatherill  2/13/09*

5