1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  MARCUS ABBE, et al.,                    CASE NO. 05cv1629 DMS (JMA)
                                                     06cv0538 DMS (JMA)
12                           Plaintiff,
                                            **ORDER DISMISSING WITHOUT**
      vs.                                   **PREJUDICE PLAINTIFF DAVID**
13                                          **W. KEESLING**

14  CITY OF SAN DIEGO,                      [Doc. No. 814]

15                           Defendant.
16

17          Pending before the Court is the parties' joint motion to dismiss without prejudice Plaintiff

18  David W. Keesling.  (Doc. 814.)  Good cause appearing, Plaintiff Keesling is hereby dismissed from

19  the above captioned matter without prejudice.

20  **IT IS SO ORDERED**.

21  DATED:  April 22, 2009

22                                          _____

23                                          HON. DANA M. SABRAW
                                            United States District Judge
24
25
26
27
28