| | |
|---|---|
| 1 | Peter H. Benzian (Bar No. 47456) |
| | Colleen C. Smith (Bar No. 231216) |
| 2 | Michael P. Pulos (Bar No. 246474) |
| | Aryn P. Thomas (Bar No. 247989) |
| 3 | LATHAM & WATKINS LLP |
| | 600 West Broadway, Suite 1800 |
| 4 | San Diego, California  92101-3375 |
| | Telephone:  (619) 236-1234 |
| 5 | Facsimile:   (619) 696-7419 |
| 6 | George F. Schaefer (Bar No. 125239) |
| | Deputy City Attorney |
| 7 | Office of the City Attorney |
| | 1200 Third Avenue, Suite 1100 |
| 8 | San Diego, California 92101-4100 |
| | Telephone:  (619) 533-5800 |
| 9 | Facsimile:   (619) 533-5856 |
| | Attorneys for Defendant the City |
| 10 | of San Diego |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ABBE, *et al*. | CASE NOS. 05-CV-1629 & 06-CV-0538 DMS (RBB) |
| Plaintiffs, | |
| v. | NOTICE OF APPLICATION TO CLERK TO TAX THE COSTS OF DEFENDANT CITY OF SAN DIEGO |
| CITY OF SAN DIEGO, | |
| Defendant. | Date:          June 25, 2009 |
| | Time:         10:00 AM |
| | Judge:        Honorable Dana M. Sabraw |
| | Courtroom:  10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant City of San Diego will appear before the Clerk of the Court to tax its costs on June 25, 2009, at 10:00 a.m. at the Clerk's Office of the United States Courthouse located at 940 Front Street, San Diego, California 92101.

This application is based on the Court's Orders, dated May 22, 2009 and May 26, 2009, that Defendants the City of San Diego were entitled to all of their costs, this Notice of Application, the accompanying Declaration of Aryn P. Thomas and the supporting documents detailing the costs of Defendant the City of San Diego.

Dated: June 5, 2009                                   LATHAM & WATKINS LLP

                                                          By s/Aryn P. Thomas
                                                          Aryn P. Thomas
                                                          Aryn.thomas@lw.com
                                  Attorneys for Defendant the City of San Diego

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\681563.1

1

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
DEFENDANT CITY OF SAN DIEGO'S
NOTICE OF APPLICATION TO TAX COSTS