1  Peter H. Benzian (Bar No. 47456)
   Colleen C. Smith (Bar No. 231216)
2  Michael P. Pulos (Bar No. 246474)
   Aryn P. Thomas (Bar No. 247989)
3  LATHAM & WATKINS LLP
   600 West Broadway, Suite 1800
4  San Diego, California  92101-3375
   Telephone:  (619) 236-1234
5  Facsimile:   (619) 696-7419

6  George F. Schaefer (Bar No. 125239)
   Deputy City Attorney
7  Office of the City Attorney
   1200 Third Avenue, Suite 1100
8  San Diego, California 92101-4100
   Telephone:  (619) 533-5800
9  Facsimile:   (619) 533-5856
   Attorneys for Defendant the City
10 of San Diego

11                    UNITED STATES DISTRICT COURT

12                  SOUTHERN DISTRICT OF CALIFORNIA

13

14

15 MARCUS ABBE, *et al.*                CASE NOS. 05-CV-1629 & 06-CV-0538 DMS
                                        (RBB)
16            Plaintiffs,
                                        DECLARATION OF ARYN P. THOMAS IN
17       v.                             SUPPORT OF NOTICE OF APPLICATION TO
                                        CLERK TO TAX THE COSTS OF
18 CITY OF SAN DIEGO,                   DEFENDANT CITY OF SAN DIEGO

             Defendant.
19                                      Date:        June 25, 2009
                                        Time:        10:00 AM
20                                      Judge:       Honorable Dana M. Sabraw
                                        Courtroom:   10
21

22

23

24

25

26

27

28

I, Aryn P. Thomas, declare:

1.      I am an attorney authorized to practice law in the state and federal courts in the State of California. I am an attorney of record for Defendant the City of San Diego in this matter. I make this declaration in support of the City's Notice of Application to Clerk to Tax the Costs. The contents of this declaration are based upon my own personal knowledge and if called upon to do so, I could fully testify truthfully and competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the chart itemizing filings and their associated copy costs.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the chart itemizing deposition costs.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the invoices detailing the deposition costs.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the chart itemizing the copy costs related to document productions and trial exhibits of the City of San Diego.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the invoices detailing the cost of using outside photocopying vendors for document productions and trial exhibits.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the chart itemizing transcript costs.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the invoices detailing the cost of transcripts necessarily obtained for use in this case.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the chart itemizing costs associated with expert witnesses.

10.      Attached hereto as Exhibit 9 is a true and correct copy of the invoices detailing the expert witness costs.

///

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\681557.1

1

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
A. THOMAS DECLARATION IN SUPPORT
OF APPLICATION TO TAX COST

1    I declare under penalty of perjury of the laws of the United States that the

2    foregoing is true and correct.

3        Executed this 5th day of June, 2009, in San Diego, California.

4

5

6        Aryn P. Thomas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\681557.1

2

CASE NOS. 05 CV 1629 & 06 CV 0538 DMS (RBB)
A. THOMAS DECLARATION IN SUPPORT
OF APPLICATION TO TAX COST