1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    Marcus Abbe, et al. ,                         CASE NO. 05CV1629-DMS(RBB)
                                                     06CV0538-DMS(RBB)
12                              Plaintiff,
                                                     **ORDER TAXING COSTS**
13           vs.

14    City of San Diego,

15                              Defendants.

16

17          Upon application of City of San Diego, a hearing for taxation of costs was held on

18    September 10, 2009.  Marshall Pearlman appeared telephonically and Carl Van Heerden personally

19    appeared representing plaintiffs;  Aryn Thomas, representing defendants, personally appeared.

20          No objection was filed by plaintiffs to the requested costs of $1,900.80 for "Fees and

21    disbursements for printing."

22          Plaintiffs objected pursuant to Civil LR 54.1(b) (2)(a) to the requested costs of $14,764.88

23    for "Fees of the court reporter for all or any part of the transcript necessarily obtained for use in

24    the case." Defendant responded that the transcripts were ordered for two reasons: 1) to prepare for any

25    motions that would need to be filed during the course of the trial and 2) for appeal purposes.  This

26    objection is granted and these costs are not taxed.

27          Defendants request $6,904.87 for "Fees for witnesses". Invoice #101328 from LECG in the

28    amount of $2,594.38 was a charge for the expert making a copy of his file to bring to his deposition for

the attorneys to review.  These are not witness fees, therefore denied.  Invoice #102450 from LECG in the amount of $1,174.58 was a charge the photocopies by the expert, not witness fee, therefore denied. Invoice #102705 from LECG in the amount of $914.42 was for photocopies by the expert, not witness fees, therefore denied.  Invoice dated March 15, 2009 from Drummond, Inc contains a charge of "Travel Time (billed one-way) 4.25 hours at $50.00.  This is not a taxable charge, therefore denied.  Invoice #103858 in the amount of $888.32 is for photocopies by the expert and for long distance phone calls, not witness fees, therefore denied.

Defendants request $101,042.28 for "Fees for exemplification and copies".  Plaintiffs objected pursuant to Civil LR 54.1(c).  This objection is denied.  Costs requested in the amount of $430.96 for a hard drive and $187.50 for "Technical Hourly Rate at $125.00 per hour" to copy information onto the hard drive are denied.

Costs for Deposition Transcripts are requested in the amount of $92,383.84.  Plaintiffs objected to these costs as being exorbitant and unnecessary.  These objections are denied.  Plaintiff objected to the charges for "late cancellation" charges.  These objections are denied.  At the Bill of Costs hearing the parties indicated that when the plaintiff witnesses did not appear, the attorneys for plaintiffs offered to reschedule the deposition, rather than require the parties to seek legal remedies for the situation. These objections are denied.  Invoice #20711 in the amount of $1,580.73 contains charges of $40.00 for "litigation support package" and $235.40 for "rough draft SD" - these are not taxable costs.  Invoice #992452 in the amount of $1,553.00 is for a video recorded deposition of Michael McCollough. Pursuant to Civil LR 54.1(b)(3)(b) this charge is not taxable.  Invoice #20924 in the amount of $3,439.58 contains charges of $40.00 for "litigation support pack" and $307.50 for "rough draftOC", these are not taxable costs.  An objection was raised regarding the "2nd Day Expedite" charge in the amount of $1,274.28.  Defendants indicated that Plaintiff's expert was deposed on the eve of trial and the expedited  process was necessary to be prepared for trial. The deposition was held on December 30, 2008 and the trial began on January 5, 2009.  For this reason, the expedited charge requested is taxed.

//

//

1   //

2   Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | | |
| Fees of the court reporter | $14,764.88 | $0.00 |
| Fees and disbursements for printing | $1,900.80 | $1,900.80 |
| Fees for witnesses | $6,904.87 | $1,105.27 |
| Fees for exemplification and copies | $101,042.28 | $100,423.82 |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: Deposition Transcripts | $92,383.84 | $90,207.94 |
| *TOTAL COSTS TAXED* in favor of City of San Diego | $210,091.80 | $193,637.83 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: September 11, 2009

W. Samuel Hamrick, Jr., Clerk of Court


*N. Prewitt*_____
Nancy S. Prewitt, CRD Supervisor


cc:     All Parties

- 3 -